UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL 3144-GW-RAOx | Date | April 14, 2025 |
|---|---|---|---|
| Title | *In Re: Tiktok, Inc., Minor Privacy Litigation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Suzanne McKennon | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Bryan F. Aylstock | Daniel M. Petrocelli |
| James E. Cecchi | Matthew D. Powers |
| Eric D. Barton, by telephonbe | |
| Steven L. Bloch, by telephone | |
| Kiley L. Grombacher | |
| Debra N. Guntner | |
| Eric A. Kafka, by telephone | |
| Derek W. Loeser | |
| David S. Scalia, by telephone | |
| Jennifer R. Scullion, by telephone | |
| Jenna Waldman, by telephone | |

**PROCEEDINGS:** STATUS CONFERENCE

Hearing is held. Court and counsel confer. For reasons stated on the record, the status conference is continued to April 28, 2025 at 10:00 a.m. The parties are to file a joint report by noon on April 24, 2025.

:  05

Initials of Preparer   JG