UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL 3144-GW-RAOx | Date | April 28, 2025 |
|---|---|---|---|
| Title | *In Re: Tiktok, Inc., Minor Privacy Litigation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Bryan F. Aylstock | Daniel M. Petrocelli |
| Kristen L. Cardoso, by telephone | Matthew D. Powers |
| James E. Cecchi | |
| Steven L. Bloch | |
| Eric Gibbs | |
| Kiley L. Grombacher | |
| Tyler W. Hudson, by telephone | |
| Eric A. Kafka | |
| Derek W. Loeser | |
| David S. Scalia, by telephone | |
| Monica M. Vela-Vick | |

**PROCEEDINGS:** STATUS CONFERENCE

All parties and attorneys in the tag-along actions have been added to the *In Re: Tiktok, Inc., Minor Privacy Litigation*, 25-ml-3144-GW-RAOx matter. Counsel are directed to make all future filings in 25-ml-3144-GW-RAOx which will be the lead case.

Court and counsel confer re leadership structure. All motions relating to the leadership structure will be filed by May 12, 2025 and will not exceed 20 pages. Responses to the motions will be filed by May 22, 2025 and will not exceed five pages. The Court sets a hearing on the motions for May 29, 2025 at 10:00 a.m. The matter will be stayed pending resolution of the leadership structure ruling.

The master consolidated complaint is to be filed 21 days after the resolution of the leadership structure motions.

The parties will have 30 days from the filing of the master consolidated complaint to file any answers or Rule 12(b)(6) motions.

|  | : | 35 |
|---|---|---|
| Initials of Preparer | JG | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL 3144-GW-RAOx | Date | April 28, 2025 |
|---|---|---|---|
| Title | *In Re: Tiktok, Inc., Minor Privacy Litigation* | | |

The Defendants will preserve data until the Court orders further unless the parties make a request on an ex parte basis.

A scheduling conference will be set once the master consolidated complaint is filed.

The Court will allow discovery to proceed after hearings on the Rule 12(b)(6) motions.

Mediation will be discussed at the May 29 hearing date.

|  | : | 35 |
|---|---|---|
| Initials of Preparer | JG | |