1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| In Re: TikTok, Inc. Minor Privacy Litigation | Case No. 2:25-ml-03144-GW-RAO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' OPPOSED EX PARTE APPLICATION FOR TEMPORARY SUSPENSION AND CLARIFICATION OF PRESERVATION ORDER** |
|---|---|

      The Court, having considered Defendants TikTok Inc., TikTok Ltd., ByteDance Ltd., ByteDance Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.'s (collectively, "Defendants") Opposed *Ex Parte* Application for Temporary Suspension and Clarification of the Court's Preservation Order (the "Application"), having considered the Declaration of Daniel M. Petrocelli and the Declaration of Noreen Yeh in support thereof, and compelling reasons appearing therefor, hereby **GRANTS** the Application and **ORDERS** as follows:

1. The portion of the Court's April 28, 2025 Order directing Defendants to "preserve data until the Court orders further unless the parties make a request on an ex parte basis," ECF No. 11 ("the Order"), is suspended until May 29, 2025.

2. Defendants are permitted to file a proposal for a data preservation order to supersede the Order by May 23, 2025.

3. If the parties cannot reach an agreement on the proposal, Plaintiffs are permitted to file a response to the proposal by May 27, 2025.

**IT IS SO ORDERED.**

 

_____
Hon. George H. Wu