1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| In Re: TikTok, Inc. Minor Privacy Litigation | Case No. 2:25-ml-03144-GW-RAO<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' OPPOSED EX PARTE APPLICATION FOR TEMPORARY SUSPENSION AND CLARIFICATION OF PRESERVATION ORDER** |
|---|---|

The Court, having considered Defendants TikTok Inc., TikTok Ltd., ByteDance Ltd., ByteDance Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.'s (collectively, "Defendants") Opposed Ex Parte Application for Temporary Suspension and Clarification of the Court's Preservation Order (the "Application"); the Humbert Plaintiffs' ("Plaintiffs") Opposition to the Application, and the declarations submitted in support thereof, hereby **DENIES** the Application and **ORDERS** as follows:

1. Defendants shall make available a 30(b)(6) deponent or deponent(s) on the topics specified in the Notice attached to Plaintiffs' Opposition on or before May 22, 2025.
2. Defendants are permitted to file a request as to the scope of preservation by May 23, 2025.
3. Plaintiffs shall file a response, if any, by May 27, 2025.

**IT IS SO ORDERED.**

_____
Hon. George H. Wu

[PROPOSED] ORDER DENYING EX PARTE APPLICATION