Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384

**Attorneys for Plaintiffs Tatiana Brodiski and Steven Burda**

Additional Counsel listed on signature page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION | MDL NO. 3144<br><br>2:25-ml-03144-GW-RAO |
| THIS DOCUMENT RELATES TO<br><br>*Brodiski v. TikTok Inc. et al.* | INDIVIDUAL CASE NO:<br><br>2:25-cv-03336-GW-RAO |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    PLEASE TAKE NOTICE that Cari Campen Laufenberg hereby enters her appearance in this action for Plaintiffs Tatiana Brodiski and Steven Burda.

    DATED this 12th day of May, 2025.

                                      KELLER ROHRBACK L.L.P.

                                      By */s/ Cari Campen Laufenberg*
                                            Derek W. Loeser (*pro hac vice*)
                                            dloeser@kellerrohrback.com
                                            Cari Campen Laufenberg (*pro hac vice*)

1

claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384


Christopher L. Springer (SBN 291180)
cspringer@kellerrohrback.com
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497

*Attorneys for Plaintiffs Tatiana Brodiski and Steven Burda*