| | |
|---|---|
| Eric Kafka (*pro hac vice*)<br>**COHEN MILSTEIN**<br>**SELLERS & TOLL PLLC**<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>Telephone: (212) 838-7797<br>Facsimile: (212) 838-7745<br>ekafka@cohenmilstein.com<br><br>Karina Puttieva (SBN 317702)<br>Jenna Waldman (SBN 341491)<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Ave. NW, Suite 800<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>kputtieva@cohenmilstein.com<br>jwaldman@cohenmilstein.com | David S. Golub, (*pro hac vice*)<br>Steven L. Bloch, (*pro hac vice pending*)<br>Ian W. Sloss, (*pro hac vice*)<br>Jennifer Sclar, (*pro hac vice*)<br>John Seredynski, (*pro hac vice*)<br>**SILVER GOLUB & TEITELL LLP**<br>One Landmark Square, 15th Floor<br>Stamford, Connecticut 06901<br>Telephone: (203) 325-4491<br>dgolub@sgtlaw.com<br><br>Patrick Carey, (Bar No. 308623)<br>Mark Todzo, (Bar No. 168389)<br>**LEXINGTON LAW GROUP, LLP**<br>503 Divisadero Street<br>San Francisco, California 94105<br>Telephone: (415) 913-7800<br>pcarey@lexlawgroup.com<br>mtodzo@lexlawgroup.com |

*Attorneys for Plaintiffs in J.C., et. al. v. ByteDance, et al. (Case No. 24-cv-06784) and the Putative Classes*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re TikTok Inc. Minor Privacy Litigation**<br><br>ALL ACTIONS | MDL No. 3144<br><br>Case No: 2:25-ml-03144-GW (RAOx)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF ERIC KAFKA IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL**<br><br>DATE: May 29, 2025<br>TIME: 10:00 a.m.<br>JUDGE: Hon. George H. Wu<br>DEPT.: Courtroom 9D |

**DECLARATION**

I, Eric Kafka, declare as follows:

1. I am an active member of the Bar of the State of New York and a partner at the law firm Cohen Milstein Sellers & Toll PLLC, counsel for Plaintiffs and the Putative Classes in the case captioned *J.C., et al. v. ByteDance, et al.*, 2:25-cv-6784-ODW-RAOx, which has been consolidated in the MDL, *In re TikTok Inc. Minor Privacy Litigation*, 2:25-ml-03144-GW-RAOx.

2. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, I could and would so testify. I submit this declaration in support of Plaintiffs' Motion for Appointment of Interim Lead Class Counsel.

3. On September 17, 2024, my firm filed the *Villanueva* complaint in the Central District of California. At that time, only one other related case, the *A.A.* action, had been filed by Silver Golub & Teitell. I approached counsel at Silver Golub about consolidation, and we agreed that combining our efforts would help avoid duplication and move the litigation forward more effectively.

4. Together with counsel at Silver Golub, we stipulated to the consolidation of our respective actions, which the Court subsequently approved. Following that, we engaged in discussions with both the Department of Justice and TikTok's counsel in response to the Court's directive regarding coordination with the DOJ's parallel enforcement action. These discussions resulted in an agreement among all parties to discuss methods of informal coordination while preserving independent litigation tracks for the private and government actions.

5. I worked closely with Mr. Bloch and our litigation teams to draft and file two consolidated complaints on December 16, 2024, and January 15, 2025. These complaints set forth detailed and comprehensive allegations on behalf of the putative Classes and were the product of extensive legal research, factual investigation, and collaboration between our firms.

6. I also worked alongside Mr. Bloch to brief Plaintiffs' opposition to TikTok's motion to dismiss. My firm and Silver Golub jointly prepared the opposition, drawing on our collective experience in privacy and consumer class actions. Preparing the opposition involved significant legal research and analysis of complex issues, including Article III standing and the viability of state law privacy claims. We reviewed recent, relevant authority and carefully tailored our arguments to respond to the specific legal and factual contentions raised by TikTok.

7. While advancing the litigation in the Central District of California, I monitored the growing number of related, tag-along actions filed in other federal courts—including the Northern District of Florida, Northern District of California, Western District of Missouri, and District of New Jersey. On December 5, 2024, just two weeks after Mr. Bloch and I moved for appointment as interim co-lead counsel, counsel in one of the tag-along actions petitioned the Judicial Panel on Multidistrict Litigation to consolidate this litigation with the Social Media Addiction MDL. We opposed this effort on behalf of the putative Classes, arguing that transfer would delay proceedings and detract from the just and efficient resolution of claims that are legally and factually distinct from those in the Social Media Addiction MDL. I later participated in briefing and oral argument before the JPML, which ultimately denied the transfer request.

8. I also have diligently worked to safeguard the preservation of evidence critical to the putative Classes. On March 26, 2025, I wrote to TikTok's counsel seeking confirmation that TikTok was preserving all relevant data. After receiving insufficient assurances, I raised our concerns at the Court's initial status conference on April 14, 2025. The Court directed Plaintiffs to submit a detailed preservation letter, and on April 22, 2025, I sent TikTok a letter identifying twenty-five categories of data that should be preserved. These efforts culminated in a clear oral and written preservation order from the Court on April 28, 2025, which would not have been possible without our persistent advocacy regarding preservation.

9. I also participated in the preparation and filing of our opposition to TikTok's ex parte application to suspend the preservation obligations.

10. In my experience, it is unusual for class counsel to advance litigation to this degree before formal appointment. The steps Mr. Bloch and I have taken—from filing the initial complaints, briefing dispositive motions, opposing transfer, and securing a preservation order—underscore our deep commitment to the Class and our readiness to prosecute this case with the energy and care it deserves.

11. Cohen Milstein is fully prepared to dedicate the substantial resources necessary to lead this litigation to a successful resolution. Cohen Milstein has more than 100 attorneys with extensive experience in plaintiffs' class action litigation, and we routinely advance seven-figure sums to support the classes we represent. We understand the demands of a case of this scale and are equipped with the legal, financial, and technological resources to manage it efficiently. We have designated a dedicated team of attorneys and professionals to lead the case, and we are prepared to establish a litigation fund to ensure the case is well-supported from the outset. Our firms are committed to devoting all necessary resources to protect and advance the interests of the proposed Classes.

12. 100% of my practice is devoted to representing plaintiffs in class action litigation. A substantial portion of my practice is representing plaintiffs in class action litigation against social media companies and privacy class actions. My representations and qualifications are more extensively set forth in the Cohen Milstein Firm Resume, attached hereto as **Exhibit B**.

13. I have played a major role in litigating three class actions against Meta Platforms, Inc. (f/k/a Facebook, Inc.): *LLE One LLC v. Facebook Inc.* (N.D. Cal.); *DZ Reserve v. Meta Platforms, Inc.* (N.D. Cal.); and *In Re Meta Pixel Healthcare Litigation* (N.D. Cal.). In all three cases, I took a leading role for the plaintiffs in drafting and pursuing plaintiffs' affirmative discovery and working with experts to analyze Facebook's relevant computer systems. I have deposed Facebook's computer

3

DECLARATION OF ERIC KAFKA IN SUPPORT OF
MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL

engineers, corporate designees, and experts, and understand the discovery necessary to prove claims related to privacy.

14. Cohen Milstein achieved a $40 million class settlement in *LLE One*.

15. In *DZ Reserve*, I was a leading member of the Cohen Milstein team that successfully moved for class certification, which was upheld by the Ninth Circuit and denied certiorari in the U.S. Supreme Court. *DZ Rsrv. v. Meta Platforms, Inc.*, 96 F.4th 1223, 1230 (9th Cir. 2024), *cert. denied*, 145 S. Ct. 1051, 220 L. Ed. 2d 381 (2025)

16. Among my other responsibilities in the *Meta Pixel Healthcare Litigation*, I was the primary drafter of a motion for sanctions regarding data spoilation.

17. My other class action successes include *Prescott v. Reckitt Benckiser LLC* (N.D. Cal.) (I was personally appointed sole lead counsel for consumer false advertising class action that resolved for more than $3 million); *Ariza et al v. Luxottica Retail North America* (E.D.N.Y) (consumer false advertising class action that resolved for $39.5 million); and *In re Anthem, Inc. Data Breach Litigation* (N.D. Cal.) (data breach class action that resolved for $115 million, which is one of the ten largest data breach class action settlements ever).

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 12, 2025 in New York, New York.

By: */s/ Eric Kafka*
Eric Kafka

4
DECLARATION OF ERIC KAFKA IN SUPPORT OF
MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL

# EXHIBIT B

**COHEN MILSTEIN**

# About the Firm

We are trailblazers in plaintiff-side and class action litigation, handling groundbreaking cases resulting in landmark decisions involving antitrust, securities, consumer rights, civil rights, and other far-reaching matters.

We fight corporate abuse by pursuing litigation on behalf of individuals, investors, whistleblowers, small businesses, and other institutions in lawsuits that have raised significant and often novel legal issues.

With more than 100 attorneys in 10 practice areas in eight offices across the country, including Boston, Chicago, Minneapolis, New York, Palm Beach Gardens, Philadelphia, Raleigh, and Washington, we are recognized as one of the largest and most diversified plaintiffs' firms in the country.

We regularly litigate complex matters across a wide range of practice areas:

- Antitrust
- Civil Rights & Employment
- Complex Tort Litigation
- Consumer Protection
- Employee Benefits / ERISA
- Ethics and Fiduciary Counseling
- Human Rights
- Public Client
- Securities Litigation & Investor Protection
- Whistleblower/False Claims Act

In 2025, *Law360* recognized our Antitrust and Employment practices as "2024 Practice of the Year." In 2024, *The National Law Journal* also named Cohen Milstein's Securities Litigation and Mass Torts practices "Practice of the Year." *Chambers USA* and *Legal 500* have also consistently ranked Cohen Milstein as a "Top Tier Firm" and "Leading Firm" in Antitrust, Securities Litigation, Product Liability, Mass Torts, ERISA, and Employment Law.  Likewise, the firm is consistently named among the "Best Law Firms for Female Attorneys" by Law360's "Glass Ceiling Report," including in 2024.

Our attorneys, individually, are heralded as among the best in their practices by industry surveys and organizations, such as American Antitrust Institute, *The American Lawyer, Benchmark Litigation, Chambers USA, Global Competition Review, Law360, Lawdragon, Legal 500,* and *The National Law Journal*.

# Consumer Protection

## We are at the forefront of protecting consumers across the United States from corporate malfeasance.

Our primary objective is to protect consumer rights through class actions under federal and state laws, bringing a full measure of justice to consumers, while holding corporate wrongdoers responsible. Some of our cases have achieved landmark settlements, while others have established legal precedent.

## Nationally Recognized

We have received numerous accolades for our work in consumer law:

- *The National Law Journal* – Consumer Protection - Practice of the Year (2018, 2022)
- *Law360* – Practice Group of the Year – Class Action (2017, 2020, 2021)
- *Law360* – Practice Group of the Year – Consumer Protection (2018, 2019)

## Our Practice

We represent individuals and small businesses in state and federal consumer class actions, spanning all industries.

The scope of our practice includes, but is not limited to:

- Data Privacy Breach
- Automotive and Product Defects
- False Advertising & Unfair Business Practices
- Healthcare Fraud

## Our People

Several of our team members hail from distinguished, senior leadership roles in consumer protection law, including the former Deputy Associate Attorney General of the U.S. Department of Justice and a former president of Public Justice, the nation's foremost not-for-profit plaintiffs' foundation, which leads social advocacy and corporate reform through precedent-setting class actions and trials.

# Representative Consumer Protection Matters

## We have led some of the country's highest-profile consumer protection class actions, including:

- *In Re Anthem, Inc. Data Breach Litigation* (N.D. Cal.): On August 16, 2018, the Court granted final approval to a $115 million settlement – the largest data breach settlement in U.S. history – ending claims that Anthem Inc., one of the nation's largest for-profit managed health care companies, put 79 million consumers' personal information, including social security numbers and health date, at risk in a 2015 data breach. Cohen Milstein was Co-Lead Counsel in this watershed nationwide class action.

- *In re Equifax, Inc., Customer Data Security Breach Litigation* (N.D. Ga.): On December 19, 2019, the Court granted final approval a landmark $1.5 billion settlement concluding this data breach class action affecting more than 147 million people in the U.S. The settlement consists of a record-breaking $425 million in monetary and injunctive benefits and requires Equifax to spend $1 billion to upgrade its security and technology. Cohen Milstein was on the Plaintiffs' Steering Committee and was Co-Chair of the Expert Committee.

- *In re Apple Inc. Device Performance Litigation* (N.D. Cal.): On March 17, 2021, the Court granted final approval of a $500 million settlement fund, which the Court called one of the largest class action settlements in the Ninth Circuit. Apple will use the fund to pay impacted owners of Apple's iPhone SE, 6, 6 Plus, 6s, 6s Plus, 7, and 7 Plus who claimed that Apple failed to disclose material information about Apple's iOS software operating system updates. Douglas McNamara was appointed to the Plaintiffs' Steering Committee and was co-chair of the Expert Committee.

- *Herrera, et al. v. JFK Medical Center LP et al.* (M.D. Fla.): On December 14, 2018, Cohen Milstein secured final approval of a $220 million injunctive relief settlement from Florida-based HCA hospitals for patients who were allegedly overcharged for emergency X-rays and CT scans provided after they suffered an automobile accident and covered in part by their mandatory Florida Personal Injury Protection (PIP) insurance. Cohen Milstein was Lead Counsel in this state-wide litigation.

- *Khoday et al v. Symantec Corp. et al.* (D. Minn.): In April 2016, the Court granted final approval of a $60 million all-cash deal one month before this certified class action was about to go to trial – one of the most significant consumer settlements in years –

- *In re: Caterpillar, Inc. Engine Products Liability Litigation* (D.N.J.): On September 20, 2016, the Court granted final approval of a $60 million settlement, ending a consolidated class action lawsuit brought by 22 trucking and transportation firms and individuals in 18 states who had purchased or leased vehicles powered by defective MY2007 CAT engines, heavy-duty, on-highway diesel engines designed and manufactured by Caterpillar. Cohen Milstein was Co-Lead Counsel in this multi-state class action.

- *In re MGM Resorts International Data Breach Litigation* (D. Nev.): Cohen Milstein serves as Co-Lead Interim Class Counsel and represents plaintiffs nationwide in a consolidated class action against MGM Resorts International for allegedly failing to implement reasonable data security practices, thereby allowing the personal information of MGM Resorts hotel guests and customers to be stolen in two massive data breaches in July 2019 and September 2023. On January 22, 2025, the court preliminarily approved a $45 million global settlement against MGM Resorts.

- *LLE One, LLC, et al. v. Facebook* (N.D. Cal.): On June 26, 2020, the Court granted final approval of a $40 million settlement in a consolidated, consumer class action against Facebook for allegedly disseminating inflated video metrics – as much as 150% - 900% – to advertisers. Plaintiffs' allegations against Facebook include violations of California's Unfair Competition Law (§ 17200), breach of implied duty to perform with reasonable care, as well as fraud.

- *Ariza v. Luxottica Retail North America (LensCrafters)* (E.D.N.Y.):  On September 27, 2024, the court granted final approval of a $39 million settlement in this certified class action. Purchasers of LensCrafters' Accufit Digital Measurement System (Accufit) services alleged that LensCrafters used false, misleading advertising, and deceptive sales practices about Accufit being "five times more accurate" in measuring pupillary distance than traditional methods to induce customers to purchase LensCrafter's higher-priced prescription lens products. Cohen Milstein was Lead Counsel.

- *In Re Lumber Liquidators Chinese-Manufactured Laminate Flooring Products Marketing, Sales Practices and Products Liability Litigation* (E.D. Va.): On October 9, 2018, the Court granted final approval of a $36 million settlement that ends this multidistrict product liability and consumer litigation against Lumber Liquidators, the largest specialty retailer of hardwood flooring in North America.  Plaintiffs alleged that Lumber Liquidators falsely labelled and made false statements that its Chinese-

manufactured laminate flooring, sold between January 1, 2009 and May 31, 2015, complied with California Air Resource Board's (CARB) formaldehyde emissions limits. "60 Minutes" aired two investigative stories into these allegations. Cohen Milstein was Co-Lead Counsel in this nationwide class action.

- *Brooks, et al. v. Thomson Reuters* (N.D. Cal.): Cohen Milstein is representing a class of putative plaintiffs who claim that Thomson Reuters's CLEAR platform not only surreptitiously collects vast quantities of Californians' personal data but then sells this information to third parties, including commercial and government entities. On October 9, 2024, the court verbally granted preliminary approval of a $27.5 million settlement.

- *Prescott, et al. v. Reckitt Benckiser LLC* (N.D. Cal.): Cohen Milstein serves as sole Lead Counsel in this certified false advertising class action, alleging that Woolite laundry detergent "Color Renew" and "revives colors" representation is false and misleading because Woolite does not renew or revive color in clothing. On March 28, 2024, the court granted final approval of a $3.27 million settlement.



# Eric A. Kafka

Partner

**NEW YORK**
**T** 212.220.2914
ekafka@cohenmilstein.com

**PRACTICE AREAS**
Consumer Protection

**ADMISSIONS**
Missouri | New York

**EDUCATION**
Columbia Law School, J.D., 2014 | Yale University, B.A., 2008

## Overview

Eric A. Kafka is a partner in Cohen Milstein's Consumer Protection practice. Eric represents plaintiffs in a wide range of consumer class actions, including privacy, false advertising, data breach, and product liability class actions.

Eric has particularly deep experience litigating class actions against large technology companies and privacy class actions. For example, in three class actions against Meta, he is addressing industry defining issues:

- **LLE One v. Facebook (N.D. Cal.),** consumers alleged that Facebook miscalculated and inflated video advertising metrics by as much as 150% to 900%. This high-profile false advertising class action settled for $40 million.

- **DZ Reserve v. Meta Platforms (N.D. Cal.),** a certified class action, consumers allege that Facebook's "potential reach" metric is false and misleading.

- **In re Meta Pixel Healthcare Litigation (N.D. Cal.),** consumers are challenging Meta's alleged collection of sensitive health data from health provider websites.

Eric was also recently appointed as sole lead counsel in In Prescott v. Reckitt Benckiser LLC (N.D. Cal.), a certified false advertising class action, which settled for more than $3 million.

cohenmilstein.com

Eric is widely respected in the plaintiffs' bar for his leadership role with experts, addressing consumer class certification, economic damages, computer source code, and chemistry. For his work, Eric has been recognized by Law360 and The National Law Journal as a 2024 rising star.

Eric also serves as Vice Chair of the American Association for Justice's Class Section.

Prior to attending law school, Eric worked on multiple political campaigns, including President Obama's 2008 presidential campaign. At Columbia Law School, he was a Harlan Fiske Stone Scholar.

## Current Cases

### TikTok Child Privacy Litigation

In Re: Tiktok, Inc., Minor Privacy Litigation (C.D. Cal.): Cohen Milstein is representing parents of children, who are minors, in a putative consumer protection class action who claim that TikTok collects and uses their young children's personal information without providing direct notice to parents or gaining parents' verifiable consent in violation of the Children's Online Privacy Protection Act of 1998 and the COPPA Rule.

### DZ Reserve et al. v. Meta Platforms

DZ Reserve et al. v. Meta Platforms (N.D. Cal.): Cohen Milstein represents advertisers who claim that Facebook's Potential Reach metric is false and misleading due to systemic inflation of the Potential Reach. The court granted class certification on March 29, 2022. On January 13, 2025, The U.S. Supreme Court declined Defendant's petition to review the Ninth Circuit's 2023 opinion affirming the lower court's 2022 class certification.

### In re Meta Pixel Healthcare Litigation

In re Meta Pixel Healthcare Litigation (N.D. Cal.): Cohen Milstein is Interim Co-Lead Class Counsel in this putative class action, in which consumers claim that Meta's proprietary Meta Pixel tool intercepts and transmits protected patient health information to Facebook for advertising purposes in violation of state and federal consumer protection laws, including invasion of privacy, CDAFA, and ECPA.

### Siemens' Arc Fault Circuit Interrupters (AFCI) Litigation

Kevin Brnich Electric LLC, et al. v. Siemens Industry, Inc. (N.D. Ga.): Cohen Milstein is Co-Lead Counsel in this false advertising and product defect consumer protection class action, alleging that Siemens' AFCI circuit breakers are defective and Siemens misrepresents and omits information about the quality of its AFCIs.

cohenmilstein.com

COHENMILSTEIN

## Past Cases

### Prescott, et al. v. Reckitt Benckiser LLC

Prescott, et al. v. Reckitt Benckiser LLC (N.D. Cal.): Cohen Milstein served as sole Lead Counsel in this certified false advertising class action, alleging that Woolite laundry detergent "Color Renew" "revives colors" representation is false and misleading because Woolite does not renew or revive color in clothing. On March 28, 2024, the court granted final approval of a $3.27 million settlement.

### LLE One, LLC v. Facebook

LLE One, LLC v. Facebook (N.D. Cal.): Cohen Milstein served as co-lead counsel representing a class of advertising purchasers who claimed that Facebook breached its implied duty to perform with reasonable care and violated California's Unfair Competition Law by intentionally miscalculating and inflating metrics related to its video advertisement services. If not for these miscalculations, plaintiffs claim, they would not have purchased more video advertisements and at a higher price than they otherwise would have paid. In June 2020, the Court granted final approval of a $40 million settlement against Facebook.

### Ariza v. Luxottica Retail North America (LensCrafters)

Ariza v. Luxottica Retail North America (LensCrafters) (E.D.N.Y.): On September 27, 2024, the court granted final approval of a $39 million settlement in this certified class action. Purchasers of LensCrafters' Accufit Digital Measurement System services alleged that LensCrafters used false, misleading advertising, and deceptive sales practices about Accufit being "five times more accurate" in measuring pupillary distance than traditional methods to induce customers to purchase LensCrafter's higher-priced prescription lens products. Cohen Milstein was Lead Counsel.

### Anthem Data Breach Litigation

In re Anthem Data Breach Litigation (N.D. Cal.): Cohen Milstein was co-lead counsel in a certified class action involving the 2015 cyberattack and massive data breach of Anthem, Inc., one of the nation's largest for-profit managed health care companies, which resulted in the theft of personal identification and health information of 78.8 million insureds. On August 16, 2018, the Court granted final approval to a $115 million settlement in this class action – the largest data breach settlement in U.S. history.

### Herrera et al v. JFK Medical Center Limited Partnership and HCA, Inc.

Herrera v. JFK Medical Center and HCA, Inc. (M.D. Fla.): Cohen Milstein was lead counsel in a class action lawsuit alleging that four Florida plaintiffs and others like them were billed inflated and exorbitant fees for emergency radiology services, in excess of the amount allowed by law, covered in part by their mandatory Florida Personal Injury Protection insurance. When the district court struck

cohenmilstein.com

COHENMILSTEIN

plaintiffs' class claims, Ms. Martin successfully petitioned the Eleventh Circuit Court of Appeals to accept immediate appellate review and obtained a reversal of the district court's order. Cohen Milstein resolved the case and secured final approval of a $220 million injunctive relief settlement.



# Karina G. Puttieva

Associate

**WASHINGTON, DC**
**T** 202.408.4600 | **F** 202.408.4699

**kputtieva@cohenmilstein.com**

## PRACTICE AREAS
Consumer Protection

## ADMISSIONS
California | District of Columbia

## EDUCATION
University of California, Berkeley School of Law, J.D., 2017 | Haverford College, B.A., magna cum laude, 2011

## Overview

Karina G. Puttieva is an associate in Cohen Milstein's Consumer Protection practice. Her practice focuses on litigating class actions on behalf of consumers who have been misled, deceived or harmed by large corporations. Her work often addresses the intersection of data privacy, consumer fraud, and the misappropriation and sale of consumer data.

Karina is also a member of the firm's Hiring and Diversity Committee and plays an integral role in the annual fellowship program.

Prior to joining Cohen Milstein, Karina was a litigation associate at a highly regarded national defense firm.

## Current Cases

**TikTok Child Privacy Litigation**

In Re: Tiktok, Inc., Minor Privacy Litigation (C.D. Cal.): Cohen Milstein is representing parents of children, who are minors, in a putative consumer protection class action who claim that TikTok collects and uses their young children's personal information without providing direct notice to parents or gaining parents' verifiable consent in violation of the Children's Online Privacy Protection Act of 1998 and the COPPA Rule.

### DZ Reserve et al. v. Meta Platforms

DZ Reserve et al. v. Meta Platforms (N.D. Cal.): Cohen Milstein represents advertisers who claim that Facebook's Potential Reach metric is false and misleading due to systemic inflation of the Potential Reach. The court granted class certification on March 29, 2022. On January 13, 2025, The U.S. Supreme Court declined Defendant's petition to review the Ninth Circuit's 2023 opinion affirming the lower court's 2022 class certification.

### General Motors Litigation

General Motors Litigation (E.D. Mich.): Cohen Milstein, as court-appointed Lead Counsel and Plaintiff Steering Committee Chair, represents a certified class of consumers in more than 25 states who purchased or leased new and used vehicles manufactured by GM in a consolidated breach of warranty and deceptive and fraudulent business practices class action against GM. Plaintiffs bring their claims under state consumer protection statutes and express and implied warranty law of their respective states, related to GM's manufacture and sale of defective eight-speed automatic transmissions (GM 8L90 or the 8L45), manufactured by between 2015 and 2019.

### In re MGM Resorts International Data Breach Litigation

In re MGM Resorts International Data Breach Litigation (D. Nev.): Cohen Milstein serves as Co-Lead Interim Class Counsel in this consolidated class action against MGM Resorts International for allegedly failing to implement reasonable data security practices, thereby allowing the personal information of tens-of-millions of MGM Resorts hotel guests and customers to be stolen in two massive data breaches in July 2019 and September 2023. On January 22, 2025, the court preliminarily approved a $45 million global settlement against MGM Resorts.

### In Re PayPal Honey Browser Extension Litigation

In Re PayPal Honey Browser Extension Litigation (N.D. Cal.): Cohen Milstein represents social media influencers, bloggers, and other content creators against PayPal, Inc. and PayPal Holdings, Inc. for wrongfully and surreptitiously stealing their rightfully earned affiliate marketing commissions through the use of PayPal's Honey browser extension. Karina is a member of the Executive Committee.

### In re Capital One Financial Corporation, Affiliate Marketing Litigation

In re Capital One Financial Corporation, Affiliate Marketing Litigation (E.D. Va.): Cohen Milstein represents online creators and influencers in a consolidated consumer protection class action against Capital One. Plaintiffs claim that when a consumer makes a purchase via the Capital One Shopping browser extension, instead of crediting the creator's affiliate marketing identify code, it automatically substitutes its own affiliate marketing identity code to receive the commission – even if the consumer made the purchase directly from the creator's affiliate web link.

### Maugain, et al. v. FCA US LLC

Maugain, et al. v. FCA US LLC (D. Del.): Cohen Milstein represents owners of Chrysler, Dodge, Jeep, or RAM-branded vehicles across the United States in a consumer protection class action alleging that Fiat Chrysler America (FCA) sold defective Pentastar 3.6 liter V6 engines in 2014 or newer Chrysler, Dodge, Jeep, or RAM-branded vehicles violating implied breach of warranty and unjust enrichment statutes under federal and state laws of California, Florida, Georgia, Illinois, Massachusetts, New Hampshire, New York, Pennsylvania, and Texas.

## Past Cases

### TR CLEAR Data Privacy Litigation

Brooks, et al. v. Thomson Reuters (N.D. Cal.): Cohen Milstein is representing a class of putative plaintiffs who claim that Thomson Reuters's CLEAR platform not only surreptitiously collects vast quantities of Californians' personal data but then sells this information to third parties, including commercial and government entities. On February 21, 2025, the court granted final approval of a $27.5 million settlement plus injunctive relief.



# Jenna Waldman

Associate

**WASHINGTON, DC**
**T** 202.408.4600
jwaldman@cohenmilstein.com

**PRACTICE AREAS**

Consumer Protection

**ADMISSIONS**

California | District of Columbia

**EDUCATION**

University of California, Berkeley School of Law, J.D., 2021 | Brown University, B.A., 2016

## Overview

Jenna Waldman is an associate in Cohen Milstein's Consumer Protection practice, where she litigates class actions on behalf of consumers who have been misled, deceived, or harmed by large corporations.

Prior to joining Cohen Milstein, Jenna was a law clerk for the Honorable Florence Y. Pan of the United States Court of Appeals for the District of Columbia Circuit. Before that, she was a law clerk for the Honorable Paul L. Friedman of the United States District Court for the District of Columbia.

While at Berkeley Law, Jenna served as an articles and essays editor for the *California Law Review* and was a member of Berkeley Law's Death Penalty Clinic.

Prior to attending law school, Jenna worked as a Human Rights paralegal at Cohen Milstein.

## Current Cases

**TikTok Child Privacy Litigation**

In Re: Tiktok, Inc., Minor Privacy Litigation (C.D. Cal.): Cohen Milstein is representing parents of children, who are minors, in a putative consumer protection class action who claim that TikTok collects and uses their young children's personal information without providing direct notice to parents or gaining parents' verifiable consent in violation of the Children's Online Privacy Protection Act of 1998 and the COPPA Rule.

**COHEN**MILSTEIN

### DZ Reserve et al. v. Meta Platforms

DZ Reserve et al. v. Meta Platforms (N.D. Cal.): Cohen Milstein represents advertisers who claim that Facebook's Potential Reach metric is false and misleading due to systemic inflation of the Potential Reach. The court granted class certification on March 29, 2022. On January 13, 2025, The U.S. Supreme Court declined Defendant's petition to review the Ninth Circuit's 2023 opinion affirming the lower court's 2022 class certification.

### In re Meta Pixel Healthcare Litigation

In re Meta Pixel Healthcare Litigation (N.D. Cal.): Cohen Milstein is Interim Co-Lead Class Counsel in this putative class action, in which consumers claim that Meta's proprietary Meta Pixel tool intercepts and transmits protected patient health information to Facebook for advertising purposes in violation of state and federal consumer protection laws, including invasion of privacy, CDAFA, and ECPA.

### NAACP, et al. v. U.S. & U.S. Dept. of Education, et al.

NAACP, et al. v. U.S. and U.S. Dept. of Education, et al. (D. Md.): Cohen Milstein represents the NAACP and parents of public school students in a case brought with the National Education Association that challenges the efforts by the U.S. Department of Education to dismantle the agency, pursuant to an Executive Order issued on March 20, 2025. Plaintiffs allege that these actions constitute a de facto dismantling of the Department by executive fiat. These actions are alleged to be unconstitutional and to violate the Administrative Procedure Act.