# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re TikTok Inc. Minor Privacy Litigation**<br><br>**ALL ACTIONS** | MDL No. 3144<br><br>Case No: 2:25-ml-03144-GW (RAOx)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**<br><br>DATE: May 29, 2025<br>TIME: 10:00 a.m.<br>JUDGE: Hon. George H. Wu<br>DEPT.: Courtroom 9D |

# [PROPOSED] ORDER

Upon consideration of Motion for Appointment of Steven L. Bloch and Eric Kafka's Motion Interim Lead Class Counsel ("Motion"), and the arguments and papers presented thereto, the Court hereby GRANTS the Motion. Pursuant to Federal Rule of Civil Procedure 23(g), the Court hereby appoints Steven L. Bloch of Silver Golub & Teitell and Eric Kafka of Cohen Milstein Sellers & Toll as Interim Co-Lead Class Counsel in *In Re: TikTok, Inc. Minor Privacy Litigation*, 2:25-ml-03144-GW-RAO, and all actions consolidated into it.

Interim Co-Lead Class Counsel shall have authority over the following matters on behalf of all plaintiffs in the consolidated actions: (1) filing pleadings; (2) initiating, responding to, scheduling, briefing, and arguing of all motions; (3) determining the scope, order, and conduct of all discovery proceedings, (4) convening meetings of counsel; (5) assigning such work assignments to other counsel as they may deem appropriate; (6) retaining experts; (7) designating which attorneys may appears at hearings and conferences with the Court; (8) conducting settlement negotiations with Defendants; and (9) any other matters concerning the prosecution or resolution of the action.

Interim Co-Lead Class Counsel shall have authority to communicate with Defendants' counsel and the Court on behalf of Plaintiffs and the proposed classes. Defendants' counsel and the Court may rely on any communications from Interim Co-Lead Class Counsel as representing the interests of the Plaintiffs and the proposed classes. Defendants' counsel may rely on all agreements made with Interim Co-Lead Class Counsel and such agreements shall be binding. Interim Co-Lead Class Counsel shall have authority to communicate with counsel for the United States in *United States v. ByteDance Ltd. et al.*, No. 2:24-cv-06535-ODW (C.D. Cal.) on behalf of Plaintiffs and the proposed classes. Defendants may satisfy their service obligations as to all of Plaintiffs' counsel under Fed. R. Civ. P. 5(a) by serving Interim Co-Lead Class Counsel.

**IT IS SO ORDERED.**

Dated: _____                          _____
                                                HON. GEORGE H. WU
                                                UNITED STATES DISTRICT JUDGE