Bryan F. Aylstock (FL Bar No. 78263)
**AYLSTOCK, WITKIN, KREIS & OVERHOLZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
Facsimile: (850) 916-7449
baylstock@awkolaw.com

*Attorney for Plaintiffs Scott Humbert on behalf of E.H. and J.H., Tonia Lightwine on behalf of B.L., and Monroe Seigle on behalf of M.S.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION | Case No. 2:25-ml-03144-GW-RAO<br><br>**DECLARATION OF BRYAN F. AYLSTOCK IN SUPPORT OF THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>Date: May 29, 2025<br>Time: 10:00am<br>Judge: Hon. George H. Wu<br>Courtroom: 9D |

DECLARATION OF BRYAN F. AYLSTOCK IN SUPPORT OF THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL CASE NO. 2:25-ml-03144-GW-RAO

I, Bryan F. Aylstock, declare under penalty of perjury:

1.      In 2001, I founded my firm (Aylstock Witkin), which is now comprised of more than 25+ attorneys and 250+ staff members who have directly handled the claims of more than 100,000 individual clients and class representatives over the past 20+ years. I graduated number one in my law school section from the University of Florida College of Law and served as a senior editor of the Florida Law Review. Following law school, I clerked for the Honorable Roger Vinson, Chief Judge for the United States District Court for the Northern District of Florida.

2.      I have specialized in multi-district and class action litigation for more than 25 years and have developed substantial experience in handling complex class litigation consolidated within the MDL construct.  Given the pervasiveness of social media today, my firm and I have focused extensively on litigation related to data privacy issues, particularly related to minors.  For example, Aylstock Witkin leads the third-party discovery efforts for *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation* (MDL No. 3047) in both the MDL and the JCCP, coordinating discovery strategies and execution across both forums. Aylstock Witkin has issued subpoenas to more than 50 third-party entities, resulting in the collection and review of hundreds of thousands of documents critical to the litigation.

3.      Aylstock Witkin was responsible for researching and drafting all allegations in the MDL master complaint related to child sexual abuse material (CSAM), including the development of negligence per se claims grounded in statutory violations such as the Children's Online Privacy Protection Act (COPPA) and the PROTECT Act. This involved detailed statutory analysis and the integration of complex regulatory frameworks into the complaint.

4.      Serving as the CSAM liaison for the JCCP and as a member of the JCCP PSC, Aylstock Witkin facilitates the resolution of all CSAM-related issues arising in the coordinated proceedings – issues which potentially could be implicated in this MDL. Aylstock Witkin's responsibilities have included drafting protocols for handling

1

DECLARATION OF BRYAN F. AYLSTOCK IN SUPPORT OF THE HUMBERT
PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO. 2:25-ml-03144-GW-RAO

instances where CSAM is discovered on plaintiffs' devices and assisting in the determination of whether images identified during bellwether discovery meet the legal definition of CSAM. This work ensures compliance with applicable laws and the protection of sensitive evidence throughout the discovery process.

5.      Also relevant to this MDL is Aylstock Witkin's prior work on spoliation issues.  In the many MDL's that I have served as lead counsel, spoliation has come up and I have personally litigated many of those issues in federal courts across the country. For instance, Aylstock Witkin led to uncover and prosecute one of the world's largest companies for the destruction of cell phone data for key custodians, resulting in significant spoliation sanctions against the company and the Eleventh Circuit's ensuing opinion defining "intent to deprive" under Rule 37(e)(2) -- an issue of first impression.

6.      Below is a list of my personal appointments in various MDLs:

- Co-Lead Counsel and member of Plaintiffs' Executive Committee in the *In Re: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation*, MDL 3140 in the Northern District of Florida;

- Plaintiffs' Executive Committee in the *In Re: Oral Phenylephrine Marketing and Sales Practices Litigation*, MDL 3089 in the Eastern District of New York;

- Plaintiffs' Lead Counsel and as a member of the Plaintiffs' Executive Committee and Settlement Committee in the *In Re: 3m Combat Arms Earplug Products Liability Litigation*, MDL 2885 in the Northern District of Florida; Status: global settlement reached with all defendants;

- Plaintiffs' Liaison Counsel and as a member of the Settlement and Fee & Common Benefit Fund Committee in the *In Re: Abilify (Aripiprazole) Products Liability Litigation* pending in the Northern District of Florida; Status: global settlement reached with all defendants;

DECLARATION OF BRYAN F. AYLSTOCK IN SUPPORT OF THE HUMBERT
PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO. 2:25-ml-03144-GW-RAO

- Coordinating Co-Lead Counsel – *Transvaginal Mesh*; MDLs 2187 (Bard); 2327 (Ethicon); 2326 (Boston Scientific); 2387 (Coloplast); 2325 (re AMS); Status: settlements reached with all defendants;

- Co-Lead Counsel and Co-Chair of Discovery Committee – *In re: Avandia Marketing Sales Practices and Products Litigation*; MDL 1871; Status: settlement reached;

- Multi-district coordinator – *In re: Zoloft (Sertraline Hydrochloride) Products Liability Litigation*; MDL 2342; Status: completed; and

- Co-Lead counsel and Executive Committee Member – *In re: Effexor (Venlafaxine Hydrochloride) Products Liability Litigation*; MDL 2458; Status: completed.

7.     Currently, I am appointed class counsel in numerous data privacy and other class actions pending in federal court's throughout the country (many of which are in the resolution phase), and my firm serves on the Plaintiffs' Steering Committee in the Social Media MDL.

8.     Previously, I served as the court-appointed Lead Counsel in the 3M Combat Arms Product Liability Litigation, MDL 2885, the largest MDL in United States history. In that capacity, I was recognized for receiving one of the Top 50 verdicts in the United States in 2021 and 2022, and 4 of the top 10 trial verdicts in the state of Florida. The Honorable M. Casey Rodgers even bestowed upon me the Court's "MDL MVP" award for my litigation efforts and bringing that massive litigation to a successful resolution. Part of those efforts included working with the Department of Justice to obtain discovery crucial to proving plaintiffs' injuries.  At its peak, more than 300,000 individual claimants had filed suit in the 3M Combat Arms MDL, and as of this writing, less than five cases remain pending nationwide.

9.     I also served as Coordinating Co-Lead Counsel helping to oversee and eventually bringing to resolution the five separate transvaginal mesh MDLs (MDLs

3

DECLARATION OF BRYAN F. AYLSTOCK IN SUPPORT OF THE HUMBERT
PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO. 2:25-ml-03144-GW-RAO

2187, 2325, 2326, 2327 & 2387), that were all consolidated in the Southern District of West Virginia. Taken together, those MDLs represented approximately one-third of the civil docket of the federal court system at the time.  That work is particularly relevant here, given the Defendants' chosen counsel in this litigation (O'Melveny).  I personally worked across the aisle with my counterparts at O'Melveny to resolve most of the litigation then-pending against AMS in MDL 2325.

10.    In addition, I have served as court-appointed Co-Lead Counsel in the *In re Avandia Marketing, Sales and Products Liability Litigation, MDL 1871,* and as court-appointed Liaison Counsel in *In re Abilify Products Liability Litigation, MDL 2734.* I was also appointed Co-Lead Class Counsel in the recently settled class action case of *In re Johnson & Johnson Sunscreen Marketing, Sales Practices, and Products Liability Litigation, MDL 3015,* and I serve as Class Counsel the *In re Procter & Gamble Aerosol Products Marketing and Sales Practices Litigation, MDL 3025*, pending in the S.D. of Ohio.

11.    I was recently recognized for inclusion as a member of the 2025 Lawdragon 500 Leading Plaintiff Consumer Lawyers guide.  I am regularly invited to speak at attorney and bench/bar conferences and law schools on issues related to professionalism and fostering cooperation across the aisle in the handling of mass tort and class action litigation.  I was appointed to serve on the Florida Bar's Committee on Professionalism from 2013 through 2016. A co-founder of Trial Lawyers of Mass Torts and Class Actions (TLMT), I take seriously that organizations' mission to foster collaboration and education amongst the judiciary, plaintiff and defense bars alike, and I am widely respected by attorneys in the plaintiffs' and defense bars and by the judiciary. I am licensed to practice in the States of Alabama, Mississippi, and Florida, and before numerous federal courts, including the United States Supreme Court.

12.    Attached as **Exhibit 1** is a true and correct copy of the Aylstock Witkin firm resume.

DECLARATION OF BRYAN F. AYLSTOCK IN SUPPORT OF THE HUMBERT
PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO. 2:25-ml-03144-GW-RAO

1    I declare under penalty of perjury that the foregoing is true and correct. Executed

2    on May 12, 2025, in Pensacola, FL.

3

4                                    */s/ Bryan F. Aylstock*

5                                    Bryan F. Aylstock

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

DECLARATION OF BRYAN F. AYLSTOCK IN SUPPORT OF THE HUMBERT
PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO. 2:25-ml-03144-GW-RAO

# EXHIBIT 1

Braden A. Blumenstiel (OH, FL)*
Justin G. Witkin (FL, MS)*
Douglass A. Kreis (FL)*
Neil D. Overholtz (FL)* (1972-2022)
R. Jason Richards (FL, CO)*
Bobby J. "Brad" Bradford (FL, AL)*
Stephen H. Echsner (FL)*
Daniel J. Thornburgh (FL, MN)*
Alexandra B. Echsner-Rasmussen (FL)*
Reagan Charleston Thomas (LA)*
Savannah Green (FL)*
E. Samuel "Sam" Geisler (FL, IL)*

Jennifer M. Hoekstra (MI)*
Chelsie R. Warner (MT, NV, WA, WY)*
S. Mary Liu (CA, FL)*
Samantha M. Katen (FL, NC, CO)*
Caitlyn P. Miller (FL, AL, DC)*
D. Nicole Guntner (FL, NY)*
Hannah R. Pfeifler (FL)*
Catherine A. Mitchell (AL)*
Maury S. Goldstein (FL)*
J. Christopher Klotz (AL, DC, FL, MS)*
Jonathan Aylstock (FL)*
Nathan C. Bess (FL)†*
Marybeth Putnick (DE, NJ)†*

* STATES IN WHICH ATTORNEY IS LICENSED TO PRACTICE LAW
† OF COUNSEL



AYLSTOCK WITKIN
KREIS OVERHOLTZ

17 East Main Street, Suite 200 • Pensacola, Florida 32502
Phone: (850) 202-1010 • Fax: (850) 916-7449
www.AWKOLaw.com

## FIRM RESUME

With more than 25+ licensed attorneys and over 250+ staff members, AWKO has the resources, infrastructure, and experience to prosecute even the most complex national litigations. The firm utilizes a robust case management database designed for use in class and other complex litigation, which can track client communications, written pleadings, correspondence, and other case information for tens of thousands of matters and clients. AWKO employs an on-site IT team and database administrators as well as software developers to remain on the cutting edge of litigation and claims administration technology.

## MULTIDISTRICT LITIGATION

Since AWKO's formation twenty-four years ago, courts around the country have appointed the firms' attorneys to leadership roles in product liability litigation, involving the claims of hundreds of thousands of plaintiffs, collectively. Most recently, AWKO served as Lead Counsel and lead trial counsel in multiple successful trial verdicts in the largest MDL in history: *In re: 3M Combat Arms Earplug Products Liability Litigation*, MDL. No. 2885 (N.D. Fla.). AWKO attorneys were appointed to key leadership positions in that litigation, including Lead Counsel on behalf of Plaintiffs; Executive Committee; Discovery & ESI Committee; Experts and Science Committee, and Settlement Committee. Ultimately, AWKO attorneys spearheaded the successful resolution of that MDL.

Other representative examples include:

- *In Re: Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation*, MDL 3140 (N.D. Fla.) (Co-Lead Counsel, PEC, PSC and Co-Chair of Science & Experts Subcommittee);
- *In Re: Oral Phenylephrine Marketing and Sales Practices Litigation*, MDL 3089 (E.D. NY) (PEC);
- *In Re: Ethicon, Inc., Pelvic Repair System Prods. Liab. Litig.*, MDL 2327 (S.D.W. Va.) (Coordinating Co-Lead Counsel and PEC) (overseeing MDLs 2187, 2325, 2326, 2327, 2387, 2440, 2511) and (Co-Lead, overseeing *In Re: Ethicon, Inc.*);
- *In Re: Mentor Corp. Obtape Transobturator Sling Prods. Liab. Litig.*, MDL 2004 (M.D. Ga.) (Co-Lead);
- *McLaughlin v. Bayer Essure, Inc., et al.,* 14-7315 (E.D. Pa.) (Co-Lead Counsel and PSC);
- *In Re: Abilify Prods. Liab. Litig.*, MDL 2734 (N.D. Fla.) (Liaison Counsel, PEC and Co-Chair of the Common Benefit Committee);
- *In Re: Zoloft (Sertraline Hydrochloride) Prods Liab. Litig.*, MDL 2342 (E.D. Pa.) (Multi-District Coordin. Counsel);

- *In Re: Effexor (Venlafaxine Hydrochloride) Prods. Liab. Litig.*, MDL 2458 (E.D. Pa.) (Co-Lead and Multi-District Coordin. Counsel);
- *In Re: Avandia Marketing, Sales Practices and Prods. Liab. Litig.,* MDL 1871 (E.D. Pa.) (Co-Lead; Advisory Committee, and Common Benefit Fee Committee);
- *In Re: Proton-Pump Inhibitor Prods. Liab. Litig.*, MDL 2789 (D.N.J.) (Co-Chair, PEC);
- *In Re: Elmiron (Pentosan Polysulfate Sodium) Prods. Liab. Litig.,* MDL 2973 (D.N.J.) (PEC);
- *In Re: Fluoroquinolone Prods. Liab. Litig.*, MDL 2642 (D. Minn.) (PEC);
- *In Re: Biomet M2a Magnum Hip Implant Prods. Liab. Litig.*, MDL 2391 (N.D. Ind.) (PEC);
- *In Re: Incretin Mimetics Prods. Liab. Litig.*, MDL 2452 (S.D. Cal.) (PEC);
- *In Re: Pradaxa (Dabigatran Etexilate) Prods. Liab. Litig.*, MDL 2385 (S.D. Ill.) (PEC);
- *In Re: Actos (Pioglitazone) Prods. Liab. Litig.*, MDL 2299 (W.D. La.) (PSC and Pl. Settlement Rev. Comm'ee);
- *In Re: Viagra Prods. Liab. Litig.*, MDL 1724 (D. Minn.) (PSC and Co-Lead Settlement Counsel);
- *In Re: Stryker Rejuvenate and ABGII Hip Implant Prods. Liab. Litig.*, MDL 2441 (D. Minn.) (PSC);
- *In Re: Ethicon, Inc. Power Morcellator Prods. Liab. Litig.*, MDL 2652 (D. Kan.) (PSC);
- *In Re: Xarelto (Rivaroxaban) Prods. Liab. Litig.*, MDL 2592 (E.D. La.) (PSC);
- *In Re: Zimmer NexGen Knee Implant Prods. Liab. Litig.*, MDL 2272 (N.D. Ill. (PSC);
- *In Re: Fleet Oral Sodium Phosphate Litig.*, MDL 2066 (N.D. Ohio) (PSC);
- *In Re: Trasylol Prods. Liab. Litig.*, MDL 1928 (S.D. Fla.) (PSC);
- *In Re: Paragard Prods. Liab. Litig.*, MDL 2974 (N.D. Ga.);
- *In Re: Recalled Abbott Infant Formula Prods. Liab. Litig.*, MDL 3037 (N.D. Ill.) (Co-Lead);
- *In re: Johnson & Johnson Sunscreen Marketing, Sales Practices and Prods. Liab. Litig.*, MDL 3015 (S.D. Fla.) (Co-Lead);
- *In Re: Hair Relaxer Marketing, Sales Practices, and Prods. Liab. Litig.*, MDL 3060 (N.D. Ill.) (PEC);
- *In Re: Tepezza Marketing, Sales Practices, and Prods. Liab. Litig.*, MDL 3079 (N.D. Ill.) (PEC);
- *In Re: Social Media Adolescent Addiction/Personal Injury Prods. Liab. Litig.*, MDL 3047 (N.D. Cal.) (PSC);
- *In re: Oral Phenylephrine Marketing and Sales Practice Litig.*, MDL 3089, (E.D.N.Y.) (PEC); and
- *In Re: Glugagon-Like Peptide-1 Receptor Agonsists (GLP-1 RAS) Prods. Liab. Litig.*, MDL 3094 (E.D. Pa.) (PEC).

Judges nationwide also routinely appoint AWKO attorneys to committees and subcommittees with diverse roles and responsibilities too numerous to set forth comprehensively herein.

## CLASS ACTIONS

AWKO attorneys have significant experience as lead or class counsel in class litigation in national and state class actions, including:

- *In re: Procter & Gamble Aerosol Products Marketing and Sales Practices Litig.*, MDL 3025, (S.D. Ohio);
- *In re: MCI Non-Subscriber Telephone Rates Litig.*, MDL 1275 (S.D. Ill.);
- *In re: America Online, Inc. Version 5.0 Software Litig.*, MDL 1341 (S.D. Fla.);
- *Begley v Ocwen Loan Servicing, LLC*, Case No. 3:16-cv-00149-MCR-CJK (N.D. Fla.)
- *Bowen v. Energizer Holdings, Inc.*, Case No. 20:21-cv-04356-MWF-AGK, (C.D. Cal.);
- *Williams v. Gulf Coast Pain Consultants, LLC*, 3:19-cv-01659-RV-HTC (N.D. Fla.);
- *Evans v. Church & Dwight Co., Inc.*, 1:22-cv-06301 (N.D. Ill.);
- *Bloomfield v. 3M Company*, 23-cv-01818-BTM-KSC (S.D. Cal.);
- *Ferguson v. S.C. Johnson & Son, Inc*, 1:23-cv-00436-NT (D. Me.);
- *Braman v. GPD HOLDINGS, LLC*, 1:23-cv-15656 (N.D. Ill.);
- *In re: Independent Living Systems Data Breach Litigation*, 1:23-cv-21060 (S.D. Fla.)
- *Ouellette v. Wal-Mart*, Circuit Court, Washington Co., Fla., Case No. 67-01-CA-32;
- *In re: DryClean USA Litig.*, Circuit Court, Dade Co., Fla., Case No. 02-27169-CA-27;
- *In re: Shell Defective Gas Litig.*, Circuit Court, Dade Co., Fla., Case No. 04-12297-CA-10; and
- *Hinote, et al. v. Ford Motor Company, et al.*, Circuit Court, Escambia Co., Fla., Case No. 2004-CA-01658;

AWKO attorneys have also litigated other federal and state class action cases, including:

- *In re: Microsoft Antitrust Litig.,* MDL 1332 (D. Md.);
- *In re: Hannaford Bros., Co. Customer Data Security Breach Litigation*, MDL 1954 (D. Me.)
- *Beringer vs. Certegy Check Services, Inc.*, 8:07-cv-01657 (M.D. Fla.)
- *In re: Honey Transshipping Litig.*, 13-cv-02905, (N.D. Ill.);
- *Cottrell, et al. v. Alcon Laboratories, et al.*, 3:14-cv-05859 (D.N.J.);
- *Gustavesen, et al. v. Alcon Laboratories*, 1:14-11961 (D. Mass.);
- *In Re: East Palestine Train Derailment*, 4:23-CV-00242 (N.D. Ohio) (PSC).
- *Zamora v. DeMert Brands, LLC.*, 0:22-cv-62054-AHS (S.D. Fla.);
- *Little v. Unilever United States, Inc.*, 3:22-cv-01189-MPS (D. Conn.);
- *Baker v. Baptist Hospital, Inc.*, Circuit Court, Santa Rosa County, Florida, No. *2010-CA-1591;*
- *Patel v. Citizens Property Ins. Corp.*, Circuit Court, Escambia County, Florida, No. 05-284; and
- *Lowry v. Vanguard Fire & Cas. Co.*, Circuit Court, Santa Rosa County, Florida, Case No. 05-674.
- *Dumas v. Jerico Pictures, Inc.*, 0:24-cv-61502-DSL (S.D. Fla.)

In addition to these class actions, AWKO led efforts to uncover and prosecute one of the world's largest construction companies for the destruction of cell phone data for key custodians, resulting in spoliation sanctions against the company and the Eleventh Circuit's opinion defining "intent to deprive" under Rule 37(e)(2), an issue of first impression.

AWKO leads the third-party discovery efforts for *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation* (MDL No. 3047) in both the MDL and the JCCP, coordinating discovery strategies and execution across both forums. AWKO has issued subpoenas to more than 50 third-party entities, resulting in the collection and review of hundreds of thousands of documents critical to the litigation.

AWKO was responsible for researching and drafting all allegations in the MDL master complaint related to child sexual abuse material (CSAM), including the development of negligence per se claims grounded in statutory violations such as the Children's Online Privacy Protection Act (COPPA) and the PROTECT Act. This involved detailed statutory analysis and the integration of complex regulatory frameworks into the complaint.

Serving as the CSAM liaison for the JCCP and as a member of the JCCP PSC, AWKO facilitates the resolution of all CSAM-related issues arising in the coordinated proceedings. AWKO's responsibilities have included drafting protocols for handling instances where CSAM is discovered on plaintiffs' devices and assisting in the determination of whether images identified during bellwether discovery meet the legal definition of CSAM. This work ensures compliance with applicable laws and the protection of sensitive evidence throughout the discovery process.

AWKO attorneys present and publish nationwide on diverse topics pertinent to litigating complex, medical product liability cases, including ESI, general and specific discovery topics, legal issues, scientific and medical topics, as well as claims administration.