| | |
|---|---|
| 1 | **CARELLA, BYRNE, CECCHI,** |
| 2 | **BRODY & AGNELLO, P.C.**<br>James E. Cecchi |
| 3 | jcecchi@carellabyrne.com<br>5 Becker Farm Road |
| 4 | Roseland, New Jersey 07068<br>Telephone: (973) 994-1700 |
| 5 | Facsimile: (973) 994-1744 |
| 6 | *Counsel for Plaintiffs and the proposed* |
| 7 | *Class* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION | Case No. 2:25-ml-03144-GW-RAO<br><br>**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL** |

I, James E. Cecchi, hereby declare as follows:

1. I am a member of the law firm Carella, Byrne, Cecchi, Brody & Agnello, P.C. ("Carella Byrne"), counsel for plaintiffs H.T. and J.R., minors, by and through Milagro Almodovar and Sal Rivera, respectively, their proposed *Guardian ad Litems* ("Plaintiffs"), in the above-captioned matter. I make this declaration based on my personal knowledge and would be competent to testify to the matters stated in this declaration.

2. Carella Byrne is a nationally recognized law firm that has served as lead counsel, co-lead counsel, or committee member in some of the most important class actions in New Jersey and across the nation. A copy of the Carella Byrne concise firm resume is attached hereto as Exhibit 1.

3. **Background and Experience.** Before entering private practice, I clerked for the Honorable Nicholas H. Politan in the District of New Jersey and then served as an Assistant United States Attorney (''AUSA") in Newark, New Jersey under the direction of United States Attorney Michael Chertoff. As an AUSA, I prosecuted numerous complex criminal matters, including international money laundering cases, drug smuggling cases, gun trafficking cases, and political corruption cases. Through these experiences, I developed skills as an effective trial advocate and as a dogged investigator-skills that have proven immensely valuable in complex MDL cases. My experience as a former Assistant United States Attorney is a distinguishing factor that, I believe, adds to the already diverse nature of our proposed Humbert Group—a group which consists of attorneys from all areas of the country and of various genders and backgrounds.

4. During the course of practice, I have had the privilege to be in some of the largest national and complex litigations in recent year. Highlights of my formal leadership and committee roles on behalf of Plaintiffs in these important cases include:

- Member of Steering Committee and served as Settlement Class Counsel - *In re: Volkswagen "Clean Diesel" Marketing, Sales*

- *Practices, and Products Liability Litigation,* MDL No. 2672 (N.D. Cal.), which ended in a settlement in excess of $15 billion.
- Member of Steering Committee and served as Settlement Class Counsel - *In re: Takata Airbag Products Liability Litigation,* MDL No. 2599 (S.D. Fla.), which has, to date, resulted in settlements in excess of $1.5 billion.
- Member of Plaintiffs' Executive Committee - *In re National Prescription Opiate Litigation,* MDL No. 2804 (N.D. Ohio), which included a proposed $26 billion settlement with the nation's largest drug distributors and Johnson & Johnson.
- Sole Lead Counsel - *In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litigation,* MDL No. 2904 (D.N.J.), which is ongoing.
- Co-Lead Counsel and Liaison Counsel - *In Re: Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation,* MDL No. 1938 (D.N.J.) (Hon. Dennis M. Cavanaugh); *In re Schering-Plough/Enhance Securities Litigation,* Civil Action No.: 08-cv-397 (D.N.J.) (Hon. Dennis M. Cavanaugh); *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation,* Civil Action No.: 08-cv-2177 (D.N.J.), which ended in settlement for the consumer cases of $41,500,000, and for the securities cases $688,000,000.
- Interim Co-lead Counsel - *In re: Mercedes-Benz Emissions Litigation,* Civil Action No. 16-cv-881 (D.N.J.), which ended in a settlement with value in excess of $700,000,000.
- Lead Counsel - *In re: Liquid Aluminum Sulfate Antitrust Litigation,* MDL No. 2687 (D.N.J.), which secured a settlement of greater than $100,000,000.

- Co-Lead Counsel - *In re: Mercedes-Benz Tele-Aid Contract Litigation,* MDL No. 1914 (D.N.J.), which secured a settlement of $40,000,000.
- Co-Lead Counsel - *Davis Landscape v. Hertz Equipment Rental,* Civil Action No. 06-cv-3830 (D.N.J.), which secured a settlement valued at over $50,000,000.
- Sole Lead Counsel - *In re: Samsung Customer Data Security Breach Litigation,* MDL No. 3055 (D.N.J.), which is ongoing.
- Co-Lead Counsel - *In re Insulin Pricing Litigation,* 17-cv-699 (D.N.J), which is ongoing.

5. Through these appointments, Carella Byrne has earned a reputation for the zealous and vigorous representation of its clients and, equally important, its ability to work collegially with opposing counsel and forge valuable and creative solutions to resolving complex class actions.

6. The firm's complex litigation group, founded by me, has been part of the nation's largest class actions, and further these appointments reflect the confidence that other federal courts have expressed regarding my skills and professionalism in handling large and important multi-district litigation.[1]

---

[1] *See, e.g., In re Valeant Pharms. Int'l, Inc. Third-Party Payor Litig.,* No. 16-3087, 2022 WL 525807, at *5 (D.N.J. Feb. 22, 2022) (finding that Carella Byrne as "Lead Counsel has extensive experience and expertise in litigating complex class actions") (citing cases); *In re Mercedes-Benz Emissions Litig.,* No. 16-881, 2021 WL 7833193, at *9 (D.N.J. Aug. 2, 2021) (characterizing Carella Byrne and two other firms as "qualified and experienced in complex class litigation and who have resources, zeal, and a successful record in class cases"); *Sapir v. Averback,* No. 14- 07331, 2015 WL 858283, at *3 (D.N.J. Feb. 26, 2015) ("Carella Byrne, Cecchi, Olstein, Brody & Agnello, P.C., is a well-respected law firm, and its attorneys have experience litigating complex commercial actions."); *Thomas v. Gerber Prod. Co.,* No. 12-1098, 2012 WL 1606627, at *2 (D.N.J. May 8, 2012) ("[I]t is clear that Carella Byrne has sufficiently demonstrated its qualifications as experienced litigators in the area of class action and complex litigation," and "has extensive experience in class action litigation dealing with consumer fraud[.]"); *Waudby v. Verizon Wireless Servs., LLC,* 248 F.R.D. 173, 176 (D.N.J. 2008) ("Carella Byrne has extensive class- action experience in class actions involving cases" and "are proven, high-powered litigators involved in some of the most complex class-action lawsuits in the country[.]").

7. I have been recognized with formal leadership appointments in several recent important consumer and data privacy litigations including: *In Re: TikTok Inc. In App Browser Privacy Litigation*, No. 1:24-cv-02110-RRP-SRH, MDL 2948-A (N.D. Ill.) Steering Committee Member); *In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, MDL No. 2904 (D.N.J.) (Sole Lead Counsel), *In re: Samsung Customer Data Security Breach Litigation*, MDL No. 3055 (D.N.J.) (Sole Lead Counsel), *In re T-Mobile Customer Data Security Data Breach Litigation*, MDL No. 3073 (W.D. Mo.) (Co-Lead Interim Class Counsel), and *In re Fortra File Transfer Software Data Security Breach Litigation*, MDL No. 3090 (S.D. Fla.) (MDL Coordination and Settlement Counsel).

8. **Willingness and ability to commit to time-consuming litigation.** I would lead the team of attorneys from Carella Byrne working on this matter. The firm will commit time to this matter to the fullest extent necessary and will utilize the extensive resources-both financial and human-of Carella Byrne to work effectively with co-counsel and defense counsel to bring this litigation to an appropriate and just resolution.

9. **Willingness and ability to work cooperatively with other plaintiffs' counsel and defense counsel.** Through my many leadership appointments, I have earned a reputation for the zealous and vigorous representation of my clients and, equally important, my ability to work collegially with opposing counsel, not only in the litigation context but also in the settlement context. This is an important data point because resolving a complex class action requires the trust not only of your co-counsel but also of your adversary. You need a good partner-on both sides of the caption-to achieve fair and balanced settlements. I value my reputation as a trustworthy partner in any negotiation. Still, I am, when appropriate, fully prepared to prosecute my cases through trial and appeal.

10. **Access to resources to prosecute the litigation in a timely manner.** Carella Byrne has financed and litigated some of the largest class actions in the

country, demonstrating its willingness and ability to shoulder the burden of sustained litigation without the use of litigation funders. The firm, for instance, had invested over $4 million in the Opioid MDL. Our experience in these matters allows us to fully appreciate the commitment required to prosecute this case - a commitment which we look forward to meeting in light of the vital subject matter involved and its potential impact on current and future generations.

11. Moreover, Carella Byrne and its attorneys are prepared to prosecute their cases through trial and, as we did in two critical cases, to the United States Supreme Court - where we obtained landmark decisions regarding preemption and statute of limitations. *See Merck Sharp & Dahme Corp. v. Albrecht,* 139 S. Ct. 1668 (2019); *Merck & Co., Inc. v. Reynolds,* 559 U.S. 633 (2010). Carella Byrne is fully committed to this case and will devote the time and resources necessary to litigate it to a successful resolution whether by settlement or trial.

12. In conclusion, my experience in other cases of national significance has prepared me and my team for the unique challenges that are sure to arise here, both in the litigation context and in any potential nationwide resolution.

13. Attached as **Exhibit 1** is a true and correct copy of the Carella Byrne firm resume.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the foregoing is true and correct to the best of my knowledge. This declaration was executed on May 12, 2025, in Roseland, New Jersey.

                                             */s/ James E. Cecchi*
                                             James E. Cecchi

# EXHIBIT 1



# CLASS ACTION RESUME

Formed in 1976, Carella Byrne is one of the leading law firms in the New Jersey – New York metropolitan area, serving a diverse clientele ranging from small businesses to Fortune 500 corporations. Carella Byrne's class action practice - founded and led by James E. Cecchi - is one of the preeminent consumer class action firms in the State of New Jersey and across the United States. Mr. Cecchi has held leadership positions in many of the nation's most complex and important consumer class actions effecting consumer rights in the last ten years. The most recent examples are: (1) *In re Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*; (2) *In re Takata Airbag Product Defect Litigation*; (3) *In re National Prescription Opiate Litigation;* (4); *In re American Medical Collection Agency, Inc., Customer Data Security Breach Litigation*; (5) *In re Mercedes-Benz Emissions Litigation*; (6) *In re Liquid Aluminum Sulfate Antitrust Litigation;* (7) *In re Volkswagen Timing Chain Product Liability Litigation;* (8) *In re Insulin Pricing Litigation*.

## REPRESENTATIVE MATTERS

- *In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation*, MDL No. 2672 (N.D. Cal.) (Hon. Charles R. Breyer) (James Cecchi appointed to Steering Committee and as Settlement Class Counsel; settlement in excess of $15,000,000,000 for consumer fraud and warranty claims arising from the use of a defeat device to evade U.S. emissions regulations.)

- *In re: Takata Airbag Products Liability Litigation*, MDL No. 2599 (S.D. Fla.) (Hon. Frederico A. Moreno) (James Cecchi appointed to Steering Committee and as Settlement Class Counsel; settlement in excess of $1,500,000,000 for consumer fraud and warranty claims arising from use of defective and dangerous airbags; the case is ongoing as it pertains to second-wave defendants, including Mercedes Benz USA.)

- *In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, MDL No. 2904 (D.N.J.) (Hon. Madeline Cox Arleo) (James Cecchi appointed sole Lead Counsel in national Multi-District data breach litigation.)

- *In re National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio) (Hon. Dan A. Polster) (James Cecchi appointed to Plaintiffs' Executive Committee relating to marketing of opioid drugs. Recent settlements include a proposed $26 billion settlement with the nation's largest drug distributors and Johnson & Johnson. Recent trial team victories include Track 3 bellwether of $650.6 million.)

- *In re: Mercedes-Benz Emissions Litigation*, Civil Action No. 16-cv-881 (D.N.J.) (Hon. Kevin McNulty) (James Cecchi appointed as Interim Co-Lead Counsel for Plaintiffs and the Proposed Class in a case arising out of the alleged use of a defeat device to evade U.S. emissions regulations; settlement with value in excess of $700,000,000 granted final approval.)

- *In Re: Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1938 (D.N.J.) (Hon. Dennis M. Cavanaugh); *In re Schering-Plough/Enhance Securities Litigation*, Civil Action No.: 08-cv-397 (D.N.J.) (Hon. Dennis M. Cavanaugh); *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation*, Civil Action No.: 08-cv-2177 (D.N.J.) (Hon. Dennis M. Cavanaugh) (consumer and securities fraud claims arising from marketing and sale of anti-cholesterol drugs Vytorin and Zetia) (Co-Lead Counsel in Consumer Cases which settled for $41,500,000 and Liaison Counsel in Securities Cases which collectively settled for $688,000,000.)

- *In re: Liquid Aluminum Sulfate Antitrust Litigation,* MDL No. 2687 (D.N.J.) (Hon. Jose L. Linares) (James Cecchi appointed as Lead Counsel and secured a settlement of greater than $100,000,000.)

- *In Re Effexor XR Antitrust Litigation,* Civil Action No. 11-cv-5661 (D.N.J.) (Hon. Joel A. Pisano) (claims on behalf of indirect purchasers of brand-name drug alleging that manufacturer obtained patent by fraud and enforced patent by sham litigation to maintain illegal monopoly of brand-name drug. James Cecchi appointed as Chair of Plaintiffs' Indirect Purchaser Executive Committee.)

- *Davis Landscape v. Hertz Equipment Rental*, Civil Action No. 06-cv-3830 (D.N.J.) (Hon. Dennis M. Cavanaugh) (Co-Lead Counsel in settlement valued at over $50,000,000 on behalf of contested nationwide class asserting claims that HERTZ' loss/damage waiver charges violated the New Jersey Consumer Fraud Act because it provides no benefit to customers.)

- *In Re: Merck & Co., Inc., Securities, Derivative & "ERISA" Litigation*, MDL No. 1658 (D.N.J.) (Hon. Stanley R. Chesler) (securities fraud claims arising from Merck's failure to disclose problems with commercial viability of anti-pain drug Vioxx which settled for more than $1,000,000,000.)

- *In re: Mercedes-Benz Tele-Aid Contract Litigation*, MDL No. 1914 (Hon. Dickson R. Debevoise) (Co-Lead Counsel in $40,000,000 settlement of consumer fraud claims arising from Mercedes' failure to notify Tele-Aid customers of mandated change from analog to digital system, and charging customers to replace system Mercedes knew would be obsolete.)

**DATA PRIVACY MATTERS**

- *John Doe v. Kaiser Permanente*, No. 3:23-cv-02865-EMC (N.D. Cal.) (Serving as Co-Lead Counsel)

- *In re: TikTok Inc. In-App Privacy Litigation*, No. 1:24-cv-02110-RRP, MDL No. 2948-A (N.D. Ill.) (Serving on Executive Committee)

- *Dhruva, et al. v. CuriosityStream, Inc.*, No. 1:23-cv-02265-SAG (D.M.D.) (Co-Lead Counsel for Plaintiffs)

- *In re: T-Mobile 2022 Customer Data Security Breach Litigation*, No. 4:23-MD-03073-BCW, MDL No. 3073 (W.D. Mo.) (Serving as Co-Lead Counsel)

- *In re: American Medical Collection Agency, Inc. Customer Data Security Breach Litigation*, No. 2:19-md-02904-MCA-MAH, MDL No. 2904, (D.N.J.) (Sole Lead Counsel for Quest Track)

- *In re: AT&T Inc. Customer Data Security Breach Litigation,* No. 3:24-cv-00757-E, MDL No. 3114, N.D. Tex.) (Serving on the Executive Committee)

- Federal Coordination and Settlement Liaison in *Skurauskis v. NationsBenefits Holdings, LLC*, No. 23-cv-60830, MDL No. 3090 (S.D. Fla.), and as Co-Lead Counsel in the related action, *Rougeau v. Aetna Inc.*, No. 23-cv-00635-RNC (D. Conn.)

- *In re: Change Healthcare, Inc. Customer Data Security Breach Litigation*, No. 0:24-md-03108-DWF-DJF, MDL No. 3108 (D.M.N.) (Serving on Steering Committee)

- *In re HealthEC LLC Data Breach Litigation*, No. 2:24-cv-00026-JKS-SDA (D.N.J.) (Providing a $5,482,500.00 Common Fund and Equitable Relief)

- *In re: American Financial Resources, Inc. Data Breach Litigation*, No. 2:22-cv-01757 (D.N.J. Mar 29, 2022) (Providing a $2,500,000.00 Common Fund and Equitable Relief)

- *In re: CentraState Healthcare Data Security Incident Litigation*, No: OCN-L-2002-24 (N.J. Sup.) (Providing a Cash Benefit Payment Fund of approximately $1,610,759.00, along with providing Class Members Equitable Relief)