Tyler W. Hudson (*pro hac vice forthcoming*)
**WAGSTAFF & CARTMELL, LLP**
4740 Grand Ave, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1177
Facsimile: (816)
Thudson@wcllp.com

*Attorney for Plaintiff Christina Middleton, on behalf of A.B., individually and on behalf of all others similarly situated,*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION

Case No. 2:25-ml-03144-GW-RAO

**DECLARATION OF TYLER W. HUDSON IN SUPPORT OF THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**

Date: May 29, 2025
Time: 10:00am
Judge: Hon. George H. Wu
Courtroom: 9D

I, Tyler W. Hudson, do hereby declare and state as follows:

1. I am a partner in the law firm of Wagstaff & Cartmell LLP and am counsel for Plaintiffs in the above-captioned matter. I make this declaration based on my personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. I submit this Declaration in support of my application for an appointment to a leadership position for plaintiffs, and in support of the Humbert Plaintiffs' Motion for Appointment of Interim Class Counsel.

3. Wagstaff & Cartmell, LLP is a national litigation firm with more than thirty attorneys representing plaintiffs in complex litigation, principally in large-scale class and mass actions involving corporate malfeasance.

4. Wagstaff & Cartmell's Firm Resume is attached below.

5. As explained therein, Wagstaff & Cartmell partners have been appointed to leadership positions in numerous MDLs and have recovered billions of dollars for clients in class and mass actions.

6. My firm's attorneys are currently heavily involved in the MDL and JCCP matters against TikTok and other social media companies who are alleged to have designed their platforms to addict children. *In re Social Media Adolescent Addiction/Personal Injury Prods. Liab. Litig.*, MDL. No. 3047 (N.D. Cal.) (Gonzalez Rogers, J.); Judicial Council Coordination Proceeding (JCCP) No. 5255 – Social Media Cases. The firm's attorneys are also appointed to leadership in the T-Mobile data breach litigation. *In Re: T-Mobile Customer Data Security Breach Litigation*, MDL No. 3073 (W.D. Mo.).

7. I am currently the head of Wagstaff & Cartmell's class action practice, which according to Chambers USA: America's Leading Lawyers for Business, is "[k]nown for its expertise in complex commercial and antitrust class actions."

1

DECLARATION OF TYLER W. HUDSON IN SUPPORT OF THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO. 2:25-ml-03144-GW-RAO

8. I was listed in Lawdragon's 2024 guide of the nation's Leading Plaintiff Financial Lawyers. Available at: https://www.lawdragon.com/guides/2024-05-24-the-2024-lawdragon-500-leading-plaintiff-financial-lawyers

9. I am experienced in investigating and handling data breach and privacy class actions.

10. As lead or co-lead counsel, I have tried cases in state and federal courts, as well as JAMS, AAA, and FINRA arbitration.

11. Prior to joining Wagstaff & Cartmell, I was Senior Counsel in the United States Securities and Exchange Commission's Division of Enforcement in Washington D.C. In that role, I investigated violations of the federal securities laws.

12. I was trained as a litigator in the trial practice group at the Washington D.C office of Jones Day. I was heavily involved in discovery and legal briefing in a major accounting fraud case and worked closely with several of the firm's partners on all aspects of the case at trial.

13. I began my career as a law clerk to the Honorable John W. Lungstrum, then-Chief Judge of the United States District Court for the District of Kansas.

14. Since I joined Wagstaff & Cartmell in 2008, some of my notable litigation matters include the following:

- *Custom Hair Designs by Sandy v. Central Payment Co., LLC,* No. 8:17-cv-00310 (D. Neb.). Court-appointed interim class counsel for a nationwide class of more than 185,000 small businesses asserting civil RICO and state law claims arising from an alleged overbilling fraud scheme for credit card processing services. As lead counsel, I led the case for the class through a successful appeal affirming class certification, 984 F.3d 595, 2020 WL 7755459 (8th Cir.), and through summary judgment to the eve of a class trial in the District of Nebraska, achieving a common fund settlement of $84 million for the class two weeks before trial.

- *Krant v. UnitedLex Corp.*, No. 2:23-cv-02443 (D. Kan.). Court-appointed Co-Lead Counsel for a certified class of employees of UnitedLex recovering $1.3 million for the class.

2

DECLARATION OF TYLER W. HUDSON IN SUPPORT OF THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO. 2:25-ml-03144-GW-RAO

- *In re: JUUL Labs, Inc. Marketing, Sales Practices and Product Liability Litigation*, MDL No. 2913 (N.D. Cal.): Worked closely with class counsel to develop and prosecute a civil RICO theory for school district and class plaintiffs. Led the strategy and briefing on the RICO theory, handled two successful oral arguments, and was part of the trial team for the San Francisco Unified School District. Class plaintiff settlements with all defendants totaled $300 million, and total settlements for all plaintiffs were nearly $2 billion.

- *In re National Prescription Opiate Litigation,* MDL No. 2804 (N.D. Ohio). Represented counties, cities and other government entity plaintiffs in the massive MDL arising from the nationwide prescription opioid epidemic. Worked alongside plaintiffs' leadership team in the MDL on bellwether cases, including assisting with financial experts and prosecution of the case against opiate distributors.

- *Dahl, et al. v. Bain Capital, et al.*, No. 07-12388 (D. Mass.). As class counsel and proposed Executive Committee Member, recovered $590.5 million in settlements for former shareholders of publicly traded companies alleging collusion by large U.S. private equity firms to avoid competition in proprietary, multi-billion dollar leveraged buyout transactions in violation of federal antitrust laws.

- *In re: Syngenta Litigation* (Hennepin County, Minnesota District Court). Appointed by the court to a nine attorney Plaintiffs Steering Committee assigned to prosecute a consolidation of more than 50,000 individual actions brought by corn farmers and other entities and a Minnesota state-wide class action against Syngenta alleging that the company prematurely released genetically modified corn seed that led to a de facto embargo on U.S. corn by China. In 2018, a federal court gave final approval to a nationwide global settlement of $1.51 billion.

- *In the 2003 NPM Adjustment Proceedings Before an Arbitration Panel Pursuant to Section XI(c) of the Master Settlement Agreement.* (JAMS Arbitration). Lead trial counsel for State of Kansas in a complex contract dispute with the largest U.S. tobacco companies arising from the 1998 Tobacco Master Settlement Agreement, resulting in a settlement that preserved more than $450 million in future contract

payments for Kansas. Delivered the opening and closing statements at Kansas's individual arbitration hearing in Chicago before a panel of three former Article III federal judges. Case settled after the hearing but before the panel's decision.

- Lead counsel for a Kansas City-based hotel franchisee in a complex commercial fraud and contract action against an international hotel franchisor, obtaining a confidential eight figure settlement for client.

- Lead counsel for a Kansas City-based capital investment group prosecuting an action for rescission of a business transaction. Achieved a confidential settlement on the eve of trial after nearly a year of expedited litigation.

- Lead counsel for 15 community banks in a dispute arising from a commercial loan and related participation agreement on a failed real estate venture, obtaining seven-figure settlement for clients.

- Lead counsel for investors and limited partners who obtained a confidential, seven-figure settlement in a dispute arising from allegations of fraud by general partner in connection with multi-million-dollar investment and partnership transactions.

- Lead counsel in a legal malpractice action against an Am Law 20 law firm that resulted in a confidential, seven-figure settlement after two years of litigation.

- Lead counsel for international consulting company in a $13 million action brought by a bankruptcy trustee. Obtained summary judgment on all claims against our clients, and successfully argued an appeal at the Tenth Circuit.

15. Attached as **Exhibit 1** is a true and correct copy of the Wagstaff & Cartmell firm resume.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

//

//

4

DECLARATION OF TYLER W. HUDSON IN SUPPORT OF THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO. 2:25-ml-03144-GW-RAO

Executed this 12th day of May, 2025, in Kansas City, Missouri.

*/s/ Tyler W. Hudson*

Tyler W. Hudson

5

DECLARATION OF TYLER W. HUDSON IN SUPPORT OF THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO. 2:25-ml-03144-GW-RAO

# EXHIBIT 1



# Wagstaff & Cartmell

# Firm Resume

4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: (816) 701-1100

# OVERVIEW

**Wagstaff & Cartmell enjoys a strong reputation throughout the country in high-stakes litigation and trial practice.**

Wagstaff & Cartmell is a litigation boutique focused on handling high-stakes and complex litigation matters nationwide. Our practice spans from professional liability to business litigation, product liability, mass actions, class actions, and catastrophic personal injury.

In all areas, we thrive in the courtroom and in preparing to get there. Our resources, capabilities, and experience equip us to handle major litigation cases against the largest national law firms. Our successes have earned us a reputation as one of the top boutique firms in the Midwest, and our efforts in courtrooms across the country have helped us become a leading trial firm nationally as well.

Our lawyers know how to lead and to work well as part of a team. Our lawyers have been appointed by judges more than 30 times to leadership positions in national multi-district litigation, state court consolidations, and class actions. We have been lead trial counsel in bellwether and other jury trials in prominent cases, nationally and locally. We have also been hired and entrusted to represent state governments and Attorneys General of several states, county governments in multiple states, school districts across the country, and other public entities in important litigation matters affecting public interests.

We value efficiency, creativity, and most of all, credibility. Our team includes many lawyers trained in large law firms, former federal law clerks, and attorneys consistently recognized by peers as among the best in the profession.

# AREAS OF PRACTICE

## CLASS ACTION

Wagstaff & Cartmell attorneys have successfully certified classes and recovered hundreds of millions of dollars for class members in class action litigation. The Firm's class action attorneys have handled cases under the Racketeer Influenced and Corrupt Organizations Act (RICO) alleging fraudulent schemes to overcharge small businesses or consumers, cases arising from automobile defects, cases claiming antitrust violations under federal and state laws involving illegal price-fixing, bid-rigging, illegal monopolization and other forms of unlawfully suppressing competition, and cases arising from data breaches exposing sensitive customer information to criminals, among others.

## COMPLEX COMMERCIAL & ANTITRUST

Wagstaff & Cartmell attorneys have experience in a wide variety of complex commercial disputes, including successful representation of developers, franchisees, investors, small businesses, large companies, and entrepreneurs in a wide range of litigation and arbitration. Wagstaff & Cartmell is frequently asked to prosecute or defend clients in cases with claims involving contract disputes, unfair or illegal competition, business torts, intellectual property, ownership disputes, securities fraud, business-to-business litigation and FINRA arbitration. Wagstaff & Cartmell has the resources and experience necessary to navigate the complex and sometimes-turbulent waters of e-discovery, to handle large-scale motions, and to aggressively litigate commercial disputes all the way through trial and appeal, if necessary.

## MASS TORT/DRUGS & DEVICES

Wagstaff & Cartmell's team has built a national reputation handling some of the nation's largest and most challenging mass actions and achieving highly regarded results along the way.  The Firm's mass actions often arise from drug and device products liability litigation and may involve hundreds or thousands of cases consolidated before one judge into multi-district litigations (MDLs). Because of our extensive experience and track record of success, our attorneys are regularly appointed by judges to leadership positions in MDLs and state-court consolidations.  Our team has recovered more than a billion dollars on behalf of clients in these cases, involving a wide range of subject matters, including dangerous drugs, defective medical devices or wrongful actions that harmed a large group of people. Wagstaff & Cartmell has become a sought after firm by public entities such as states, cities, and counties, pursuing mass actions of national public importance, as well as a choice destination for referring attorneys around the country.

## PERSONAL INJURY

Wagstaff & Cartmell represents individuals and families who have suffered catastrophic personal injuries or loss of life due to the negligence or fault of another. The Firm has secured major verdicts and settlements arising from commercial vehicle accidents, automobile accidents, trailer decoupling accidents, nursing home neglect, toxic environmental exposures, and product failures, and has litigated complex personal injury litigation in federal and state courts across the United States.

# LEADERSHIP

Wagstaff & Cartmell attorneys have been appointed by courts to leadership positions in national multi-district litigation, mass tort consolidations, and class actions, including in the following:

**In re Glucagon-Like Peptide-1 Receptor Agonists Products Liability Litigation MDL No. 3094 (E.D. Pa.)**
**Leadership Role:**    Co-Lead Plaintiffs' Counsel

**Krant v. UnitedLex Corp., No. 2:23-cv-02443-DDC (D. Kan.)**
**Leadership Role:**    Co-Lead Class Counsel

**In Re: T-Mobile Customer Data Security Breach Litigation, MDL No. 3073 (W.D. Mo.)**
**Leadership Role:**    Plaintiff's Executive Committee

**In re Bard Implanted Port Catheter Products Liability Litigation MDL No. 3081 (D. Az.)**
**Leadership Role:**    Plaintiff's Executive Committee

**In re Baby Food Products Liability Litigation MDL No. 3101 (N.D. of CA)**
**Leadership Role:**    Plaintiffs' Steering Committee

**In re Acetaminophen-ASD-ADHD Products Liability Litigation MDL No. 3043 (S.D.N.Y.)**
**Leadership Role:**    Plaintiffs' Steering Committee

**In re Oral Phenylephrine Marketing and Sales Practices Litigation MDL No. 3089 (E.D.N.Y.)**
**Leadership Role:**    Co-Lead Interim Class Counsel

**Social Media Cases - JCCP No. 5255 (Cal Super. Ct., Los Angeles County)**
**Leadership Role:**    Plaintiffs' Steering Committee

**In re Hair Relaxer Marketing Sales Practices and Products Liability Litigation MDL No. 3060 (N.D. Ill.)**
**Leadership Role:**    Plaintiffs' Steering Committee

**In re Abbott Labs, et al., Preterm Infant Nutrition Products Liability Litigation MDL No. 3026 (N.D. Ill.)**
**Leadership Role:**    Plaintiff's Executive Committee

**In re Smitty's/Cam2 303 Tractor Hydraulic Fluid Marketing, Sales Practices and Products Liability Litigation MDL No. 2936 (W.D. Mo.)**
**Leadership Role:** Plaintiff's Executive Committee and Settlement Committee

**In re Juul Labs, Inc., Marketing Sales Practices and Products Liability Litigation MDL No. 2913 (N.D. Cal.)**
**Leadership Role:** Plaintiffs' Steering Committee (Government Entity Liaison Counsel)

**In re 3M Combat Arms Earplug Products Liability Litigation MDL No. 2885 (N.D. Fl.)**
**Leadership Role:** Plaintiffs' Executive Committee

**In re Bard IVC Filters Products Liability Litigation MDL No. 2641 (D. Az.)**
**Leadership Role:** Plaintiffs' Steering Committee

**In re Surescripts Antitrust Litigation Case No. 1:19-cv-06627 (N.D. Ill.)**
**Leadership Role:** Co-Lead Interim Class Counsel

**Skip's Precision Welding, et al. v. Central Payment Co. Case No. 8:17-cv-00310 (D. Neb.)**
**Leadership Role:** Lead Class Counsel

**In re Ethicon Pelvic Repair System Products Liability Litigation MDL No. 2327 (S.D.W.V.)**
**Leadership Role:** Co-Lead Plaintiffs' Counsel

**In re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation MDL No. 2326 (S.D.W.V.)**
**Leadership Role:** Plaintiffs' Executive Committee

**In re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation MDL No. 2325 (S.D.W.V.)**
**Leadership Role:** Plaintiffs' Executive Committee

**In re Coloplast Corp., Pelvic Repair System Products Liability Litigation MDL No. 2387 (S.D.W.V.)**
**Leadership Role:** Plaintiffs' Executive Committee

**In re C.R. Bard, Pelvic Repair System Products Liability Litigation**
**MDL No. 2187 (S.D.W.V.)**
**Leadership Role:** Plaintiffs' Executive Committee

**In re Avandia Marketing, Sales Practices and Products Liability Litigation**
**MDL No. 1871 (E.D. Pa.)**
**Leadership Role:** Co-Lead Trial Counsel

**In re Syngenta MIR 162 Corn Litigation**
**Case No. 27-cv-15-3785 (4th Judicial Dist., Hennepin County, MN)**
**Leadership Role:** Plaintiffs' Steering Committee

**In re Benicar Products Liability Litigation**
**MDL No. 2606 (D.N.J.)**
**Leadership Role:** Plaintiffs' Steering Committee

**In re Effexor Products Liability Litigation**
**MDL No. 2458 (E.D. Pa.)**
**Leadership Role:** Plaintiffs' Steering Committee

**In re Incretin Mimetics Products Liability Litigation**
**MDL No. 2452 (S.D. Cal.)**
**Leadership Role:** Plaintiffs' Steering Committee

**In re Zoloft Product Liability Litigation**
**MDL No. 2342 (E.D. Pa.)**
**Leadership Role:** Plaintiffs' Steering Committee, Chair, Discovery Committee

**Jaynes, et al. v. American Express Co.**
**Case No. 15-cv-1598 (E.D.N.Y.)**
**Leadership Role:** Plaintiffs' Executive Committee

**Whitton v. Deffenbaugh Disposal, Inc. et al.**
**Case No. 12-cv-2247 (D. Kan.)**
**Leadership Role:** Co-Lead Class Counsel

**In re Depuy Pinnacle Hip Implant Products Liability Litigation**
**MDL No. 2244 (N.D. Tex.)**
**Leadership Role:** Plaintiffs' Steering Committee

**In re Polyurethane Foam Antitrust Litigation**
**MDL No. 2196 (N.D. Ohio)**
**Leadership Role:** Plaintiffs' Executive Committee

**Dahl et al. v. Bain Capital Partners, LLC et al.**
**Case No. 07- cv-12388 (D. Mass.)**
**Leadership Role:** Plaintiffs' Executive Committee

**In re Ephedra Products Liability Litigation**
**MDL No. 2071 (S.D.N.Y.)**
**Leadership Role:** Plaintiffs' Steering Committee

**In re Trasylol Products Liability Litigation**
**MDL No. 1928 (S.D. Fl.)**
**Leadership Role:** Deposition Committee

**In re Kugel Mesh Hernia Patch Products Liability Litigation**
**MDL No. 1842 (D.R.I.)**
**Leadership Role:** Plaintiffs' Steering Committee

**In re Bextra and Celebrex Product Liability Litigation**
**MDL No. 1699 (N.D. Cal.)**
**Leadership Role:** Co-Lead Trial Counsel and Plaintiffs' Steering Committee

# RESULTS

Wagstaff & Cartmell attorneys and their clients have achieved impressive results in a wide variety of cases, including the following:

**In re Philips Recalled CPAP, Bilevel PAP and Mechanical Ventilator Products Litigation**
**Case No. 2:21-mc-01230 (W.D. Pa)**
**Outcome:** Total settlements reported as more than $1.1 billion

**In re 3M Combat Arms Earplug Products Liability Litigation**
**MDL No. 2885 (N.D. Fl.)**
**Outcome:** Total MDL settlements reported as more than $6 billion

**In re Juul Labs, Inc., Marketing Sales Practices and Products Liability Litigation**
**MDL No. 2913 (N.D. Cal.)**
**Outcome:** Total settlements reported at nearly $2 billion
Altria MDL settlement reported as $235 million
JUUL MDL settlement reported as $255 million

**Krant v. UnitedLex Corp., No. 2:23-cv-02443-DDC (D. Kan.)**
**Outcome:** $1.3 million settlement for the class

**In Re: National Prescription Opiate Litigation**
**MDL 2804 (N.D. Ohio)**
**Outcome:** Total MDL settlements reported as more than $60 billion

**Skip's Precision Welding, et al. v. Central Payment Co.**
**Case No. 8:17-cv-00310 (D. Neb.)**
**Outcome:** Common fund settlement for the class of $84 million

**In re Syngenta MIR 162 Corn Litigation**
**Case No. 27-cv-15-3785 (4th Judicial Dist., Hennepin County, MN)**
**Outcome:** Global class settlement of $1.5 billion

**In re Pelvic Mesh Repair Sys. Prods. Liab. Litig.**
**(7 MDLs) (S.D.W.V.)**
**Outcome:** Total MDL settlements reported as over $8 billion from 7 different manufacturers

**In re Avandia Marketing, Sales Practices and Products Liability Litigation**
**MDL No. 1871 (E.D. Pa.)**
**Outcome:** Total MDL settlements reported as more than $2 billion

**In re Depuy Pinnacle Hip Implant Products Liability Litigation**
**MDL No. 2244 (N.D. Tex.)**
**Outcome:** Total MDL settlements reported as more than $1.7 billion

**In re Bextra and Celebrex Product Liability Litigation**
**MDL No. 1699 (N.D. Cal.)**
**Outcome:** $745 Million global settlement

**Dahl et al. v. Bain Capital Partners, LLC et al.**
**Case No. 07- cv-12388 (D. Mass.)**
**Outcome:** $590.5 Million in settlements for the class

**In re Polyurethane Foam Antitrust Litigation**
**MDL No. 2196 (N.D. Ohio)**
**Outcome:** $151 million settlement for indirect purchaser class

**In re Ephedra Products Liability Litigation**
**MDL No. 2071 (S.D.N.Y.)**
**Outcome:** $50 million global settlement