Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road 6th Fl.
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com

*Attorney for Plaintiffs and the putative Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION | Case No. 2:25-ml-03144-GW-RAO<br><br>**DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>Date: May 29, 2025<br>Time: 10:00am<br>Judge: Hon. George H. Wu<br>Courtroom: 9D |

I, Christopher A. Seeger, declare under penalty of perjury:

1. I respectfully submit this declaration in support of my proposed appointment as a member of the Executive Committee on behalf of plaintiffs in TikTok, Inc. Minor Privacy Litigation in the above-captioned multidistrict litigation (the "MDL"). This declaration is submitted with the consent and agreement of other interested counsel composing the proposed leadership structure in this MDL.

2. I am the founding partner of Seeger Weiss LLP, a nationally recognized trial law firm known for its leadership in complex, high-impact litigation on behalf of injured individuals, consumers, and public entities. Over the past two decades, Seeger Weiss has been at the forefront of some of the most consequential civil actions in the country, including the Opioid epidemic litigation, the NFL Concussion MDL, the 3M Combat Arms litigation, and the landmark case brought on behalf of the family of Henrietta Lacks. Our work consistently aims to protect vulnerable populations and hold powerful entities accountable—an ethos that aligns directly with the issues at stake in this litigation involving privacy violations against minors. I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2025, in Oakland, CA.

3. Over the past 25 years, I have had the privilege of leading groundbreaking mass torts and class actions that have resulted in transformative outcomes. These matters—ranging from public health crises to consumer fraud and data privacy violations—have collectively recovered tens of billions of dollars for injured and aggrieved parties.

4. My approach to leadership is guided by integrity, collaboration, and an unwavering commitment to meaningful relief for plaintiffs. By virtue of my disciplined, earnest, and honest approach to litigation and conflict resolution, I have earned the trust of my peers, adversaries, and the judges before whom I have appeared. For example, I served as Co-Lead Counsel and chief negotiator in In re NFL Players' Concussion Injury Litig., MDL No. 2323 (E.D. Pa.). I am proud of the results obtained for the thousands of former NFL players, which required thoughtful and creative solutions to numerous legal

and scientific challenges. The Honorable Anita Brody wrote that the "successful implementation of the [NFL] settlement agreement to date is a credit to the work done by the attorneys at Seeger Weiss." Regarding my work in In re Syngenta AG MIR162 Corn Litig., MDL No. 2591 (D. Kan.), Special Master Ellen Reisman wrote, "Mr. Seeger served ably as the chair of the PSC, keeping discussions going even when they (frequently) seemed in danger of breaking down. It is the judgment of Special Master Reisman and Special Master Stack that without Mr. Seeger's involvement in the process, a resolution would not have been reached." In adopting Special Master Reisman's report, Judge Lungstrum wrote that I "contributed more than any other attorney in accomplishing the settlement of the litigation."

5. I take pride in my ability to build broad consensus among diverse plaintiff constituencies, generating agreement among peer and rival firms, and unifying large leadership groups. I have a reputation for taking reasonable positions in negotiations, whether with opposing parties and counsel, or with divergent factions of plaintiffs and co-counsel. Syngenta, for example, required delicate negotiations that spanned several federal and state jurisdictions, and required the balancing of different constituencies' interests, including federal and state classes and tens of thousands of individual plaintiffs. I also had to build trust with mediators and Syngenta itself, which had fought the litigation spiritedly. I brought these disparate interests together to achieve a $1.51 billion settlement.

6. I currently serve as Counsel to the Co-Leads and Settlement Counsel in In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation, MDL 3047 (N.D. Cal.), where it is centrally involved in negotiating and structuring resolutions with multiple social media platform defendants. That role has required not only a deep understanding of the underlying technical designs at the heart of that litigation, but also significant coordination with technical experts, government stakeholders, and co-counsel across numerous jurisdictions. Mine, and my firm's experience in that position is directly relevant here. Like the personal injury claims in MDL 3047, the TikTok privacy litigation implicates complex, evolving technologies—particularly algorithmic personalization and

2

DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL CASE NO. 2:25-ml-03144-GW-RAO

behavioral data collection—and requires nuanced, forward-looking solutions. Seeger Weiss's settlement role has uniquely positioned it to understand the operational incentives of social media platforms, the risks posed by opaque data practices, and the types of structural and monetary relief necessary to protect users—especially minors—going forward. That experience will be critical to achieving a comprehensive and effective resolution in this case.

7. I have represented clients in the past five years in the MDLs listed below. Further details of my involvement in specific trials and settlements within these MDLs, as well as several notable cases that are more remote in time, are discussed in greater depth in the sections dedicated to those topics that appear later in this application.

- *Apple Inc. Smartphone Antitrust Litigation*, MDL No. 3113 (D.N.J.)
    - Co-Lead counsel in antitrust class action representing direct purchaser consumers accusing Apple of illegally monopolizing the smartphone market. Case is active.
- *In re PayPal Honey Browser Extension Litigation*, No. 5:24- cv-9470 (N.D. Cal)
    - Settlement Liaison counsel in consolidated consumer class action involving digital fraud and deceptive trade practices by PayPal through its Honey browser extension, alleging that PayPal systematically hijacked affiliate commissions by surreptitiously overwriting referral tracking data, misappropriating millions in revenue. Case is active.
- *3M Combat Arms Earplug Products Liability Litigation*, MDL No. 2885 (N.D. Fla.)
    - Co-Lead Counsel and Chair of the Joint Settlement Committee in this MDL regarding personal injury claims regarding defective product that caused hearing loss and tinnitus. Over $6 billion

3

DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF THE
HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS
COUNSEL CASE NO. 2:25-ml-03144-GW-RAO

settlement on behalf of more than 250,000 servicemembers and veterans. MDL is in the post-settlement administration phase.

- *Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Products Litigation*, MDL No. 3014 (W.D. Pa.)
    - Co-Lead counsel representing individuals and class actions asserting economic loss (class), medical monitoring (class) and personal injury (mass tort) claims arising from recalled medical devices. Reached $1.075 billion personal injury settlement uncapped $479 million economic loss settlement, and $25 million medical monitoring settlement for patients and payers impacted by recall, case is currently in post-settlement administration phase.

- *Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation*, MDL No. 2973 (D.N.J.)
    - Settlement counsel in MDL representing individuals injured by new class of diabetes and weight loss medications. This litigation resolved via settlement.

- *National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio)
    - Member of Plaintiffs' Executive Committee, Settlement Committee, Manufacturers Committee, and Law & Briefing Committee in multidistrict litigation prosecuting RICO, public nuisance and related claims on behalf of local governments. Co-Lead counsel for Negotiation Class. $51 billion in settlements to date. No longer involved.

- *Multiplan Health Insurance Provider Litigation*, MDL No. 3121 (N.D. Ill.)

- o Plaintiffs' Coordinating Counsel representing direct action plaintiffs in antitrust litigation alleging Multiplan and health insurance provides conspired to pay healthcare providers below-market rates for out-of-network services.

- *Proton-Pump Inhibitor Products Liability Litigation* (No. II), MDL No. 2789 (D.N.J.)

  - o Co-Lead counsel resolved MDL representing individuals injured by gastric acid reduction medication. More than $533.5 million in settlements with multiple defendants.

- *FieldTurf Artificial Turf Marketing & Sales Practices Litigation*, MDL No. 2779 (D.N.J)

  - o Co-Lead counsel prosecuting class action for fraud, product defect, and related claims. Reached multimillion dollar class settlement.

- *In re: American Medical Collection Agency, Inc., Customer Data Security Breach Litigation*, No. 19-md-2904 (D. N.J)

  - o Co-Lead counsel in class action stemming from inadequate data security protections over patient's protected health information. Case is active

8. As Co-Lead counsel in MDLs, I have achieved global resolution in many cases more remote than five years. Beyond my personal appointments, partners at my firm, Seeger Weiss, are regularly appointed to leadership in MDL.

9. In addition, my law partner, David Buchanan, has led discovery in some of the most complex and high-profile litigations of the last decade. Notably, he served as Co-Chair of both the Plaintiffs' Steering Committee and the Discovery Committee in *In re 3M Combat Arms Earplug Litigation*—the largest products liability MDL in U.S. history. He also serves as Co-Lead Counsel in In re Insulin Pricing Litigation, where he and the

5

DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL CASE NO. 2:25-ml-03144-GW-RAO

broader Seeger Weiss team are spearheading discovery on behalf of hundreds of state and local government entities pursuing claims against six major pharmaceutical manufacturers and pharmacy benefit managers.

10. Seeger Weiss is fully equipped—with the personnel, funding, and infrastructure necessary—to prosecute this case efficiently and effectively. I am fully committed to advancing the interests of all claimants and stand ready to dedicate myself to whatever course is required to secure the best possible outcome. Beyond my own involvement, the firm brings significant institutional strength, with a team of approximately 100 professionals, including 40 attorneys and 25 paralegals. Our history reflects a demonstrated ability to deploy cross-office teams and sustain the demands of large-scale, complex litigation. We are prepared to dedicate the time, talent, and resources necessary to see this matter through to a successful resolution.

11. More broadly, Seeger Weiss offers significant depth and a wealth of experience well-suited to its proposed role on the Executive Committee in this litigation. The firm has a strong track record in technology-driven cases involving complex issues related to computers and internet technologies. Relevant examples *include In re Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, MDL 3047 (N.D. Cal.); *In re AT&T, Inc. Customer Data Security Breach Litig.*, MDL No. 3114 (N.D. Tex.); *In re Snowflake, Inc. Data Security Breach Litig.*, MDL No. 3126 (D. Mont.); and *In re Intel Corp. CPU Marketing, Sales Practices and Products Liab. Litig.*, MDL No. 2828 (D. Or.). These cases demonstrate our fluency in digital infrastructure issues and our ability to hold technology companies accountable for exploiting users' trust.

12. Seeger Weiss is also known as a trial-focused firm that sees cases through from start to finish. In many of the complex litigations we participate in, our co-counsel regularly call upon us to lead offensive discovery efforts. We bring substantial experience managing discovery in coordinated and consolidated actions—from drafting and negotiating foundational orders (such as ESI protocols, preservation frameworks, and discovery stipulations), to overseeing large-scale document review, resolving disputes,

6

DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL CASE NO. 2:25-ml-03144-GW-RAO

managing expert discovery, and preparing for trial. Our discovery leadership is always carried out in close coordination with the broader leadership team, ensuring efficiency and strategic cohesion.

13. According, I respectfully seeking this Court's appointment to the Plaintiffs Executive Committee on behalf of plaintiffs I would be honored to serve the interests of the plaintiffs in these cases and, if appointed, will dedicate my time and resources, as well as those of my firm, to working cooperatively with all counsel and the Court to advance the fair and just resolution of the cases consolidated in this MDL.

14. I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2025, in Ridgefield Park, NJ.

> */s/ Christoper A. Seeger*
> Christopher A. Seeger

7

DECLARATION OF CHRISTOPHER A. SEEGER IN SUPPORT OF THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL CASE NO. 2:25-ml-03144-GW-RAO

# EXHIBIT 1

55 Challenger Road
Ridgefield Park, NJ 07660
P: 973-639-9100
F: 973-679-8656
seegerweiss.com

# SEEGERWEISS LLP

One of the preeminent trial law firms in the nation, Seeger Weiss is best known for its landmark verdicts and settlements in multidistrict mass tort and class action litigation on behalf of consumers, veterans, athletes, farmers, municipalities, counties, and other injured parties. Since its founding in 1999, the firm has led and tried some of the most complex and high-profile litigations in the nation, including multiple bellwether trials, in both state and federal courts.

## Team

**Managing partners:**
- Christopher A. Seeger
- Stephen A. Weiss
- David R. Buchanan

**Total partners:** 12

**Total lawyers:** 42

## Languages

- English
- German
- Hebrew
- Hindi
- Korean
- Russian
- Spanish
- Urdu

## Offices

**New Jersey**
55 Challenger Road
Ridgefield Park, NJ 07660

**New York**
100 Church Street
New York, NY 10007

**Pennsylvania**
1515 Market Street
Suite 1380
Philadelphia, PA 19102

**Massachusetts**
1280 Centre Street
Suite 230
Newton, MA 02459

# Representative Cases

## Consumer Protection / Product Liability

### Social Media Adolescent Addiction/Personal Injury Products Liability Litigation
NORTHERN DISTRICT OF CALIFORNIA – MDL No. 3047

Co-lead counsel in MDL prosecuting product liability claims targeting social media platforms.

### Philips Recalled CPAP, Bi-Level Pap, and Mechanical Ventilator Products Litigation
WESTERN DISTRICT OF PENNSYLVANIA – MDL No. 3014

Co-lead counsel in MDL prosecuting claims arising from recalled medical product. Uncapped $479 million economic loss class action settlement for patients and payers impacted by recall.

### 3M Combat Arms Earplug Products Liability Litigation
NORTHERN DISTRICT OF FLORIDA – MDL No. 2885

Co-lead counsel in MDL prosecuting product liability claims arising from product. Over $6 billion settlement on behalf of 250,000 servicemembers and veterans.

### Intel Corp. CPU Marketing, Sales Practices & Products Liability Litigation
DISTRICT OF OREGON – MDL No. 2828

Co-lead counsel in class action prosecuting consumer fraud, product defect and related claims.

### American Medical Collection Agency, Inc. Customer Data Security Breach Litigation
DISTRICT OF NEW JERSEY – MDL No. 2904

Co-lead counsel (Quest Track) in class action prosecuting consumer data privacy claims.

### Davol, Inc. / C.R. Bard Inc. Polypropylene Hernia Mesh Products Liability Litigation
SOUTHERN DISTRICT OF OHIO – MDL No. 2846

Executive Committee member in MDL prosecuting product liability claims arising from medical product.

### Volkswagen "Clean Diesel" Marketing, Sales Practices, & Products Liability Litigation
NORTHERN DISTRICT OF CALIFORNIA – MDL No. 2672

Steering Committee in class action arising from consumer fraud. Over $20 billion settlement on behalf of over 500,000 class members.

### Mercedes-Benz Emissions Litigation
DISTRICT OF NEW JERSEY

Co-counsel prosecuting class action alleging consumer fraud, RICO, and related claims. $700 million settlement on behalf of class members.

Case 2:25-ml-03144-GW-RAO   Document 30-7   Filed 05/12/25   Page 12 of 17   Page ID #:709

*Fenner et al. v. General Motors LLC et al.*

EASTERN DISTRICT OF MICHIGAN

Co-counsel prosecuting class action alleging consumer fraud, RICO, and related claims.

*Counts et al. v. General Motors, LLC*

EASTERN DISTRICT OF MICHIGAN

Co-counsel prosecuting class action alleging consumer fraud, RICO, and related claims.

*Bledsoe et al. v. FCA US LLC et al.*

EASTERN DISTRICT OF MICHIGAN

Co-counsel prosecuting class action alleging consumer fraud, RICO, and related claims.

*Gamboa et al. v. Ford Motor Company et al.*

EASTERN DISTRICT OF MICHIGAN

Co-counsel prosecuting class action alleging consumer fraud, RICO, and related claims.

*Rickman v. BMW of North America*

DISTRICT OF NEW JERSEY

Co-counsel prosecuting class action alleging consumer fraud, RICO, and related claims.

*FieldTurf Artificial Turf Marketing & Sales Practices Litigation*

DISTRICT OF NEW JERSEY – MDL No. 2779

Co-lead counsel prosecuting class action for fraud, product defect, and related claims.

*Chinese-Manufactured Drywall Products Liability Litigation*

EASTERN DISTRICT OF LOUISIANA – MDL No. 2047

Lead trial counsel and trial committee chair in MDL prosecuting fraud, product defect, and related claims. Over $1 billion settlement on behalf of nearly 5,000 plaintiffs.

*Depuy Orthopaedics, Inc. ASR Hip Implant Products Multidistrict Litigation*

NORTHERN DISTRICT OF OHIO – MDL No. 2197

Executive Committee in MDL prosecuting fraud, product defect, and related claims. $2.5 billion settlement.

## Catastrophic Injury

*NFL Players' Concussion Injury Litigation*

EASTERN DISTRICT OF PENNSYLVANIA – MDL No. 2323

Co-lead counsel and chief negotiator for class of former NFL players. Over $1 billion uncapped settlement fund plus medical testing program on behalf of over 20,000 plaintiffs.

3

SEEGERWEISS LLP

*Wildcats Bus Crash Litigation*

NEW YORK SUPREME COURT OF LIVINGSTON COUNTY

Lead counsel. $2.25 million verdict followed by $36 million settlement on behalf of 11 plaintiffs.

## Drug Injury

*National Prescription Opiate Litigation*

NORTHERN DISTRICT OF OHIO – MDL No. 2804

Member of Plaintiffs' Executive Committee, Settlement Committee, Manufacturers' Committee, Law and Briefing Committee, as well as co-lead counsel for Negotiation Class in MDL prosecuting RICO, public nuisance, and related claims on behalf of local governments.

*Proton-Pump Inhibitor Products Liability Litigation (No. II)*

DISTRICT OF NEW JERSEY – MDL No. 2789

Co-lead counsel in ongoing MDL representing individuals injured by gastric acid reduction medication. $533.5 million in settlements with multiple defendants.

*Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation*

DISTRICT OF NEW JERSEY – MDL No. 2973

Co-lead counsel in MDL representing individuals injured by interstitial cystitis medication.

*Testosterone Replacement Therapy Products Liability Litigation*

NORTHERN DISTRICT OF ILLINOIS – MDL No. 2545

Co-lead counsel and lead trial counsel in MDL representing individuals injured by testosterone medication. $140 million verdict in bellwether case Konrad v. AbbVie Inc. and $150 million verdict in bellwether case Mitchell v. AbbVie Inc.

*Invokana Products Liability Litigation*

DISTRICT OF NEW JERSEY – MDL No. 2750

Co-lead counsel in MDL representing individuals injured by diabetes medication. Confidential settlement on behalf of plaintiffs.

*Vioxx Products Liability Litigation*

EASTERN DISTRICT OF LOUISIANA – MDL No. 1657

Co-lead counsel in MDL representing individuals injured by pain medication. $4.85 billion global settlement on behalf of more than 45,000 plaintiffs in approximately 27,000 claims.

*Zyprexa Products Liability Litigation*

EASTERN DISTRICT OF NEW YORK – MDL No. 1596

Liaison counsel. $700 million first-round settlement and $500 million second-round settlement.



5

### Kendall v. Hoffman-La Roche, Inc.
**SUPREME COURT OF NEW JERSEY**

Co-trial counsel. $10.6 million verdict on behalf of plaintiff.

### McCarrell v. Hoffman-La Roche, Inc.
**SUPREME COURT OF NEW JERSEY**

Liaison counsel. $25.16 million verdict on behalf of plaintiff.

### Rossitto & Wilkinson v. Hoffmann La Roche, Inc.
**NEW JERSEY SUPERIOR COURT**

Lead trial counsel. $18 million verdict on behalf of two plaintiffs.

### Accutane Litigation
**NEW JERSEY SUPERIOR COURT – MDL No. 2523**

Lead trial counsel. $25.5 million verdict on behalf of plaintiff.

### Humeston v. Merck & Co.
**NEW JERSEY SUPERIOR COURT**

Co-trial counsel. $47.5 million verdict on behalf of plaintiff.

### Vytorin/Zetia Marketing, Sales Practices, & Products Liability Litigation
**DISTRICT OF NEW JERSEY – MDL No. 1938**

Co-liaison counsel and principal negotiator. $41.5 million settlement.

### Phenylpropanolamine (PPA) Products Liability Litigation
**WESTERN DISTRICT OF WASHINGTON – MDL No. 1407**

Co-lead counsel and principal negotiator. Over $40 million nationwide settlement.

### Xarelto (Rivaroxaban) Products Liability Litigation
**EASTERN DISTRICT OF LOUISIANA – MDL No. 2592**

Plaintiffs' Steering Committee member in MDL. $775 million settlement on behalf of more than 25,000 plaintiffs.

## Opioids Liability

### National Prescription Opiate Litigation
**NORTHERN DISTRICT OF OHIO – MDL No. 2804**

Member of Plaintiffs' Executive Committee, Settlement Committee, Manufacturers' Committee, and Law & Briefing Committee in multidistrict litigation prosecuting RICO, public nuisance and related claims on behalf of local governments. Co-lead counsel for Negotiation Class.

SEEGERWEISS LLP

*Bergen County v. Purdue Pharma, L.P., et al.*
NORTHERN DISTRICT OF OHIO
Co-counsel prosecuting nuisance, negligence, fraud, and related claims.

*Camden County v. Purdue Pharma, L.P., et al.*
NORTHERN DISTRICT OF OHIO
Co-counsel prosecuting nuisance, negligence, fraud, and related claims.

*Essex County v. Purdue Pharma, L.P., et al.*
NORTHERN DISTRICT OF OHIO
Co-counsel prosecuting nuisance, negligence, fraud, and related claims.

*City of Jersey City v. Purdue Pharma, L.P., et al.*
NORTHERN DISTRICT OF OHIO
Co-counsel prosecuting nuisance, negligence, fraud, and related claims.

*Township of Bloomfield v. Purdue Pharma, L.P., et al.*
NORTHERN DISTRICT OF OHIO
Co-counsel prosecuting nuisance, negligence, fraud, and related claims.

*Township of Irvington v. Purdue Pharma, L.P., et al.*
NORTHERN DISTRICT OF OHIO
Co-counsel prosecuting nuisance, negligence, fraud, and related claims.

## Antitrust

*Humira (Adalimumab) Antitrust Litigation*
NORTHERN DISTRICT OF ILLINOIS
Executive Committee member in class action prosecuting antitrust claims for end-payors.

*German Automotive Manufacturers Antitrust Litigation*
NORTHERN DISTRICT OF CALIFORNIA – MDL No. 2796
Plaintiffs' Steering Committee member in class action prosecuting consumer antitrust claims.

*Liquid Aluminum Sulfate Antitrust Litigation*
DISTRICT OF NEW JERSEY – MDL No. 2687
Plaintiffs' Steering Committee member in class action prosecuting antitrust claims on behalf of water treatment chemical purchasers. $33 million settlement.

*Polyurethane Foam Antitrust Litigation*
NORTHERN DISTRICT OF OHIO – MDL No. 2196
Executive Committee member in class action prosecuting antitrust claims on behalf of direct

purchasers. Approximately $428 million settlement.

## Securities

### Potter v. Valeant Pharmaceuticals International, Inc. et al.
DISTRICT OF NEW JERSEY

Liaison counsel in class action prosecuting securities fraud claims. $1.2 billion settlement.

### Novo Nordisk Securities Litigation
DISTRICT OF NEW JERSEY

Co-liaison counsel and member of Executive Committee in securities fraud class action.

### Pfizer Inc. Securities Litigation
SOUTHERN DISTRICT OF NEW YORK

Class and science counsel, lead counsel for class plaintiffs in Daubert hearing, and designated trial counsel. Case resolved with a $486 million cash settlement fund for the aggrieved investors.

## Environmental/Toxic Exposure

### East Palestine Train Derailment Litigation
NORTHERN DISTRICT OF OHIO

Member of Plaintiffs' Executive Committee in class action prosecuting negligence, nuisance, and product liability claims.

### Aqueous Film-Forming Foams (AFFF) Products Liability Litigation
DISTRICT OF SOUTH CAROLINA – MDL No. 2873

Member of Plaintiffs' Executive Committee in MDL. Global settlements totaling more than $13 billion on behalf of state and local governments.

### Syngenta AG MIR 162 Corn Litigation
DISTRICT OF KANSAS – MDL No. 2591

Member of Plaintiffs' Executive Committee. Certification of eight statewide and one nationwide class. Member of Plaintiffs' Settlement Negotiating Committee and principal negotiator. $1.51 billion nationwide settlement.

### Bayer CropScience Rice Contamination Litigation
EASTERN DISTRICT OF MISSOURI – MDL No. 1811

Executive Committee in MDL. $750 million settlement.

### "StarLink" Corn Products Litigation
NORTHERN DISTRICT OF ILLINOIS – MDL No. 1403

7

SEEGERWEISS LLP

Co-lead counsel in class action MDL. $110 million settlement.

### *Owens v. ContiGroup Companies*
**WESTERN DISTRICT OF MISSOURI**

Lead trial counsel. $11 million settlement for 15 plaintiffs.

8

**SEEGERWEISS**LLP