# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION<br><br>ALL ACTIONS | Case No. 2:25-ml-03144-GW-RAO<br><br>**[PROPOSED] ORDER GRANTING THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>Date: May 29, 2025<br>Time: 10:00am<br>Judge: Hon. George H. Wu<br>Courtroom: 9D |

# [PROPOSED] ORDER

Having considered the Humbert Plaintiffs' Motion for Appointment of Interim Class Counsel pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure, and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1. **The Motion of the Humbert Group is GRANTED.** Pursuant to Rule 23(g)(3), the Court appoints interim Class counsel as follows:

   **Co-Lead and Interim Class Counsel**: Kiley Grombacher (Bradley Grombacher); Derek Loeser (Keller Rohrback L.L.P.); and Andre Mura (Gibbs Mura LLP).

   **Executive Committee**: Bryan Aylstock (Aylstock Witkin Kreis Overholtz); James Cecchi (Carella, Byrne, Cecchi, Brody & Agnello); Tyler Hudson (Wagstaff & Cartmell); and Christopher Seeger (Seeger Weiss).

2. **The Duties of Co-Lead Counsel shall be as follows:**

   Co-Lead Counsel shall coordinate, direct, and manage the litigation activities of all Plaintiffs' counsel to assure completion of Plaintiffs' pretrial preparation is conducted effectively, efficiently, and economically, that schedules are met, and that unnecessary expenditures of time and expenses are avoided;

   Co-Lead Counsel shall facilitate, coordinate, direct and manage the activities of Plaintiffs' Executive Committee consistent with the directives of this Court;

   Co-Lead Counsel shall consult with and employ consultants or experts as necessary;

   Co-Lead Counsel shall coordinate the Plaintiffs' Executive Committee in all aspects of the litigation to fund the necessary and appropriate costs of discovery and other common benefit efforts, including the maintenance of a Plaintiffs' document depository, see Manual for Complex Litigation, Fourth § 40.261;

2

[PROPOSED] ORDER GRANTING THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO. 2:25-ml-03144-GW-RAO

Co-Lead Counsel shall coordinate settlement discussions or other dispute resolution efforts on behalf of the Plaintiffs, under the Court's supervision, if and as appropriate;

Co-Lead Counsel shall enter into stipulations with other parties as necessary for the conduct of the litigation;

Co-Lead Counsel shall prepare and distribute to the parties periodic status reports;

Co-Lead Counsel shall maintain adequate time and disbursement records covering services as appointed counsel;

Co-Lead Counsel shall submit to the Court and circulate to Plaintiffs' Counsel a time and expense reporting protocol consistent with this Order governing the submission and potential compensation of time and expenses generated in this matter;

Co-Lead Counsel shall perform such other duties as may be incidental to proper coordination with the Plaintiffs' Executive Committee for the litigation tracks' pretrial activities or as otherwise directed by further Order of the Court; and

Co-Lead Counsel shall periodically communicate with the Court and non-leadership counsel as necessary or required to meet the demands of litigation.

**3. The Duties of Plaintiffs' Executive Committee Shall Be as Follows:**

Perform such work as directed by Plaintiffs' MDL Co-Lead Counsel.

**4. Other Responsibilities Of All Plaintiffs' Counsel.**

All counsel must keep a daily record of their time spent and expenses incurred in connection with this litigation, and must report on a monthly basis their expenses and hours worked to MDL Co-Lead Counsel according to the time and expense protocol annexed to be approved by the Court.

In order for time and expenses to be compensable, those not serving in leadership positions must secure the express authorization of MDL Co-Lead Counsel for any projects or work undertaken in this litigation.

**IT IS SO ORDERED.**

Dated: _____

HON. GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

4

[PROPOSED] ORDER GRANTING THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL
CASE NO. 2:25-ml-03144-GW-RAO