Name and address:
Seeger Weiss, LLP
Jennifer R. Scullion (183476)
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

A.A., a minor, by and through their guardian ad litem, Marcelo Muto, et al.

Plaintiff(s)

v.

BYTEDANCE LTD; BYTEDANCE INC; TIKTOK LTD; TIKTOK INC; TIKTOK

Defendant(s).

CASE NUMBER: 2:24-cv-06784-ODW-RAO

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Fidler, Hillary
*Applicant's Name (Last Name, First Name & Middle Initial)*

973-639-9100
*Telephone Number*    *Fax Number*

hfidler@seegerweiss.com
*E-Mail Address*

of

Seeger Weiss, LLP
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Nonparty Kathleen Lanser, as guardian and next of kin for A.L. a minor

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Scullion, Jennifer
*Designee's Name (Last Name, First Name & Middle Initial)*

183476    973-639-9100
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

jscullion@seegerweiss.com
*E-Mail Address*

of

Seeger Weiss, LLP
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1