JOHN J. NELSON (SBN 317598)
jnelson@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 West Broadway Suite 1760
San Diego, CA 92101
Tel: 865-522-0049

Heather Marie Lopez (SBN 354022)
hlopez@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel: 858-209-6941

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Tiktok, Inc., Minor Privacy Litigation<br><br>*This document relates to:*<br><br>2:25-cv-03330-GW-RAOx **ONLY** | Case No. 2:25-ml-03144-GW-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF R.W. ONLY** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), please take notice that plaintiff R.W., (*R.W. v. Bytedance, Inc., et al,* Case No. 2:25-cv-03330-GW-RAOx) hereby voluntarily dismisses their claim without prejudice in its entirety, as it relates to Case No. 2:25-cv-03330-GW-RAOx **ONLY**). Defendant has not served an answer or motion for summary judgment in this action, and Plaintiff has not previously dismissed any action based on the same or similar claim against Defendant. Accordingly, Plaintiff R.W. notices this voluntary dismissal of *R.W. v. Bytedance, Inc., et al,* Case No. 2:25-cv-03330-GW-RAOx without prejudice as to Plaintiff R.W. **ONLY**. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (authorizing dismissal "without a court order . . . before the opposing party serves either an answer or a motion for summary judgment"); Fed. R. Civ. P. 41(a)(1)(B); *Pedrina v. Chun*, 987 F.2d 608, 610 (9th Cir. 1993); *Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999).

Dated: May 20, 2025

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC

By: */s/ John J. Nelson*
    John J. Nelson
    Attorney for Plaintiff