1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars
3  Los Angeles, California 90067-6035
   Telephone: +1 310 553 6700
4  Facsimile: +1 310 246 6779

5  STEPHEN D. BRODY (*pro hac vice*)
   sbrody@omm.com
6  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
7  Washington, D.C. 20006-4001
   Telephone: +1 202 383 5300
8  Facsimile: +1 202 383 5414

9  MATTHEW D. POWERS (S.B. #212682)
   mpowers@omm.com
10 O'MELVENY & MYERS LLP
   Two Embarcadero Center
11 San Francisco, CA 94111
   Telephone: +1 415 984 8700
12 Facsimile: +1 415 984 8701

13 *Attorneys for Defendants ByteDance Ltd.,
   ByteDance Inc., TikTok Ltd., TikTok Inc.,*
14 *TikTok LLC, TikTok Pte. Ltd., and
   TikTok U.S. Data Security Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: TikTok, Inc. Minor Privacy Litigation | Case No. 2:25-ml-03144-GW-RAO<br><br>**DECLARATION OF TIANYU ZHAO IN SUPPORT OF DEFENDANTS' PROPOSAL REGARDING PRESERVATION OF DATA** |

# DECLARATION

I, Tianyu Zhao, declare as follows:

1. I am Senior Backend Software Engineer in the Privacy Product Team (a product engineering team) within TikTok Inc.'s Privacy and Security Team. I have served in my current role for approximately two years and have worked at the company since September 2020 in various software engineering roles. Among other things, while at the company, I have worked in the Security Department on data encryption and have done engineering work to support "Project Texas," an initiative that, among other things, is taking steps to store protected U.S. user data in Oracle Corporation's cloud environment.

2. In my current position, I also work with the Privacy and Responsibility Product Team (a product management team) to build privacy-related features that allow users to exercise their privacy rights. One of those features is Download Your Data ("DYD" for short), which is a product feature that allows any user to download their own data from the TikTok platform and save it on their device. The DYD product feature was first implemented approximately five years ago and has been updated and modified over the years. However, as described in more detail below, until the recent work my team and I have performed, the DYD product feature was designed, not to work for bulk preservation purposes, but to be used by individual users. Through both that work and my work for the company over the years, I have become familiar with the DYD product feature and other platform features and tools related to user data. I have personal knowledge of the facts stated in this declaration, except for those matters stated on information and belief, and if called upon to do so, I could and would so testify.

3. I understand that lawsuits have been filed against Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc. (collectively, "Defendants" or

"TikTok") that involve claims that TikTok improperly collected data from under-13 users. I submit this declaration in support of Defendants' Proposal Regarding Preservation of Data.

## I. MODIFIED DOWNLOAD YOUR DATA IMPLEMENTATION

4. I have been informed that, on April 28, 2025, the Court issued an order requiring that TikTok "preserve data" relevant to this litigation (the "Order"). I understand that data potentially relevant to this litigation includes at least some data associated with accounts from the TikTok platform designed for users over the age of 13 (sometimes called the "13+ Experience") that TikTok has identified as belonging to users under the age of 13 (hereinafter "Underage User Data").

5. The existing DYD product implementation is potentially helpful for data preservation in this case because it already aggregates a significant number of data categories for each individual user in a downloadable format.

6. As of a few weeks ago, there was no way to use the existing DYD product feature to be directly used for preserving Underage User Data. For the past few weeks, I, along with my team and another engineering team, have been working on modifying the DYD implementation and integrating it with other systems so that it can be used to preserve data related to this litigation. That work has required coordination among multiple teams at TikTok. Once complete, this modified DYD implementation will be able to copy and isolate virtually all of the DYD data categories for users that Defendants determine are under-13 on the 13+ Experience.

7. The data that will be preserved includes, among other things:
  a. Account registration information, such as email, phone number, profile photo, and profile settings;
  b. The user's likes, comments, and favorites;
  c. Lists of followers and accounts followed;

      d.    Title, description, and creation times of posted videos;

      e.    Watch histories;

      f.    Direct messages; and

      g.    TikTok Shop and TikTok Live usage information.

8. This modified DYD implementation will copy the DYD data categories for each banned under-13 account subject to deletion[1] and will transfer that data to isolated storage where the data will not be accessed or processed by the TikTok platform. I estimate that the modified DYD implementation will be in place and operational by the end of next week.

## II. USER-GENERATED VIDEOS

9. Although the DYD implementation is not able to capture user-generated videos (i.e., videos posted by the user), it is my understanding that user-generated videos will be preserved using a different process.

10. Specifically, it is my understanding that a different engineering team is developing a method to preserve user-generated videos from accounts TikTok identifies as belonging to users under the age of 13 in their original data storage location, but prevents TikTok's systems from accessing or processing the video for business purposes. It is my understanding that this new method for preserving user-generated video will be in place by the end of next week.

\* \* \*

11. I understand that investigation into the feasibility of preserving other types of data not captured by the modified DYD implementation and method of preserving user-generated videos is ongoing. I understand that Defendants will

---

[1] We are still confirming that the DYD data categories that are available for a banned account (i.e., an account barred from the platform for being created by an underage user) are the same as the DYD data categories for an active account. Any differences are expected to be minimal, and to the extent we can identify additional DYD data categories, we will investigate whether they have been or can be preserved.

continue to engage in discussions with software engineers, like myself, to understand whether there are other data categories that may be relevant to this litigation and can be preserved.

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of May, 2025 in San Jose, California.

Signed by:

*Tianyu Zhao*

Tianyu Zhao