1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: TikTok, Inc. Minor Privacy Litigation | Case No. 2:25-ml-03144-GW-RAO<br><br>**[PROPOSED] ORDER MODIFYING APRIL 28, 2025 PRESERVATION ORDER**<br><br>Hon. George H. Wu |

Defendants ByteDance Inc., ByteDance Ltd., TikTok Inc., TikTok Ltd., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.'s Proposal Regarding Preservation of Data came for hearing on May 29, 2025, at 10:00 a.m. in the above-titled Court. After considering the papers, the evidence, and the arguments of counsel, the Court ORDERS as follows:

The Court's April 28, 2025 order, ECF No. 11, is modified to find that Defendants' proposal for preserving data associated with accounts on the TikTok platform that are identified as belonging to users under the age of 13 ("Underage User Data") is reasonable and proportional to the needs of this case.

Specifically, it is reasonable and proportional for Defendants to preserve Underage User Data that:

1. Can reasonably be identified and extracted using Defendants' Hive approach;
2. Can reasonably be identified and extracted using Defendants' Download Your Data approach; and
3. Can reasonably be identified and preserved using Defendants' method for preserving user-generated videos.

**IT IS SO ORDERED.**

_____
Judge George H. Wu