1   Kiley L. Grombacher (SBN 245960)
2   **BRADLEY/GROMBACHER LLP**
    31365 Oak Crest Drive, Suite 240
3   Westlake Village, CA 91361
    Telephone: 805-270-7100
4   kgrombacher@bradleygrombacher.com

5   Derek W. Loeser (*pro hac vice*)
    **KELLER ROHRBACK L.L.P.**
6   1202 Third Avenue, Suite 3400
    Seattle, WA 98101
7   Telephone: (206) 623-1900
    dloeser@kellerrohrback.com
8

9   Andre M. Mura (SBN 298541)
    **GIBBS MURA LLP**
10  1111 Broadway, Suite 2100
    Oakland, CA 94607
11  Telephone: (510) 350-9700
    amm@classlawgroup.com
12

13  *Counsel for the Humbert Plaintiffs*
    [Additional counsel listed on signature page]
14

15              **UNITED STATES DISTRICT COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

17  |                                          | Case No. 2:25-ml-03144-GW-RAO |
18  |                                          |                               |
19  | IN RE: TIKTOK, INC. MINOR                | **THE HUMBERT PLAINTIFFS'**   |
    | PRIVACY LITIGATION                       | **RESPONSE IN SUPPORT OF THEIR** |
20  |                                          | **MOTION FOR APPOINTMENT OF**  |
    |                                          | **INTERIM CLASS COUNSEL**      |
21  |                                          |                               |
22  |                                          | Date: May 29, 2025            |
    |                                          | Time: 10:00am                 |
23  |                                          | Judge: Hon. George H. Wu      |
    |                                          | Courtroom: 9D                 |
24

25

26

27

28

---

# TABLE OF CONTENTS

Page

INTRODUCTION ..................................................................................................1

ARGUMENT .......................................................................................................1

    A.   Neither group developed a proprietary case, but only the Humbert Group
         sought and obtained early discovery on preservation. .......................................1

    B.   The Humbert Group's counsel is experienced in handling class actions,
         other complex litigation, and privacy-related claims. .......................................2

    C.   The Humbert Group brings extensive knowledge of legal issues expected
         to arise in this matter.....................................................................................4

    D.   The Humbert Group's resources are unmatched. .............................................4

    E.   Other considerations support appointing the Humbert Group. .........................5

CONCLUSION ....................................................................................................5

# TABLE OF AUTHORITIES

<u>Cases</u>                                                                                          Page(s)

*Benkle v. Ford Motor Co.*,
  2017 WL 8220707 (C.D. Cal. Apr. 28, 2017)...............................................................2, 5

*Bolooki v. Honda Motor Co. Ltd.*,
  2023 WL 2627014 (C.D. Cal. Feb. 21, 2023) ..............................................................2, 5

*Breakwater Trading LLC v. JPMorgan Chase & Co.*,
  2020 WL 5992344 (S.D.N.Y. Oct. 9, 2020) ....................................................................1

*Diaz v. Univ. of S. Cal.*,
  2020 WL 5044419 (C.D. Cal. July 17, 2020)...................................................................5

*In re Data Breach Sec. Litig. Against Caesars Ent., Inc.*,
  2024 WL 2959279 (D. Nev. June 12, 2024) ................................................................3, 4

*In re Lenovo Adware Litig.*,
  No. 4:15-md-02624 (N.D. Cal.)........................................................................................5

*In re StubHub Refund Litig.*,
  2020 WL 8669823 (N.D. Cal. Nov. 18, 2020)..................................................................3

<u>Rules</u>

Fed. R. Civ. P. 23(g)(2) ........................................................................................................1

HUMBERT PLAINTIFFS' RESPONSE ISO MOTION FOR APPOINTMENT
CASE NO. 2:25-ml-03144-GW-RAO

# INTRODUCTION

From the outset of this MDL, the Humbert Group—comprised of proposed Co-Lead Counsel Kiley Grombacher, Derek Loeser, and Andre Mura, and a three-member Executive Committee[1]—has strived to create an inclusive, experienced, and effective leadership proposal. We have assembled a team of outstanding and diverse lawyers, with directly relevant experience and broad support of counsel for plaintiffs in this MDL. The Humbert Group endeavored to include counsel for the J.C. Plaintiffs on this team, but Messrs. Bloch and Kafka (the "J.C. Group") rebuffed those efforts. Thus, the Court is put to the task of selecting the applicant "best able to represent the interests of the class." Fed. R. Civ. P. 23(g)(2). For the reasons set forth in our leadership application and below, we respectfully submit that the Humbert Group is best suited to lead this MDL.

# ARGUMENT

## A. Neither group developed a proprietary case, but only the Humbert Group sought and obtained early discovery on preservation.

The J.C. Group emphasizes that they filed the first private action. *See* Motion for Appointment of Interim Lead Class Counsel ("J.C. Grp. Mot.") at 8–9. This can be an important consideration when the first attorney to file develops a "proprietary" case—one independently researched and developed. But that is not this MDL. The J.C. Group acknowledges their complaint was spurred by a public referral by the Federal Trade Commission to the Department of Justice in June 2024, not their own independent investigation. *Id.* at 8. And it was the DOJ, not the J.C. Group, that filed the first action. *Id.* Because private plaintiffs here did not develop a proprietary case but "filed after a government investigation," this factor "favors neither" slate. *See Breakwater Trading LLC v. JPMorgan Chase & Co.*, 2020 WL 5992344, at *3 (S.D.N.Y. Oct. 9, 2020).

The J.C. Group contends that they "protected the classes' interests by proactively raising preservation concerns." J.C. Grp. Mot. at 11–12. This makes too much of too

---

[1] Christopher Seeger has agreed to focus his firm's efforts primarily on settlement should the need arise and thus is no longer a proposed Executive Committee Member.

HUMBERT PLAINTIFFS' RESPONSE ISO MOTION FOR APPOINTMENT
CASE NO. 2:25-ml-03144-GW-RAO

little. Asking defendants to preserve documents is customary in every case. And preservation is an independent obligation of any litigant. It arose here when the DOJ filed the first action, if not earlier, when actions like the Social Media MDL alleged violations of COPPA. Moreover, when TikTok asked the Court to stay its preservation order, *all* plaintiffs moved quickly to oppose the request. *See* ECF No. 20–21. It was the Humbert Group—not the J.C. Group—that proffered expert testimony, asked the Court to order a deposition, and served a Rule 30(b)(6) notice. *See* ECF No. 20 at 10–11.

The J.C. Group also touts its motion-to-dismiss briefing and opposition to the creation of an MDL. *See* J.C. Grp. Mot. at 9–11. That some work was done before the case was consolidated is not unusual, nor did it materially advance the litigation as the motion was promptly mooted when the litigation started over in this Court. Moreover, the briefing itself concerned routine issues with which all counsel in this case have extensive experience. As to the variety of views expressed regarding how the MDL should be organized and where it should be sent, the fact of the matter is that there is an MDL now, it is before this Court, and it is proceeding.

Neither slate can claim credit for originating this MDL, but only the Humbert Group successfully sought discovery on preservation, which will benefit all plaintiffs. For these reasons, this factor may tilt in the Humbert Group's favor, if it is not neutral. *See Bolooki v. Honda Motor Co. Ltd.*, 2023 WL 2627014, at *2 (C.D. Cal. Feb. 21, 2023) (finding this factor neutral where "both sets of counsel have spent significant time and resources investigating the claims"); *Benkle v. Ford Motor Co.*, 2017 WL 8220707, at *4 (C.D. Cal. Apr. 28, 2017) (finding this factor neutral even where the first-filed case was filed five months before the case filed by a competing slate).

**B.  The Humbert Group's counsel is experienced in handling class actions, other complex litigation, and privacy-related claims.**

The Co-Lead Counsel of the Humbert Group bring broad and deep experience leading and litigating class actions, including privacy class cases against social media companies. *See* Grombacher Decl. ¶¶ 8–16, ECF No. 30-1; Loeser Decl. ¶¶ 4–15, ECF

2

No. 30-2; Mura Decl. ¶¶ 3–10, ECF No. 30-3.

Members of the proposed Executive Committee also have substantial, relevant experience in privacy and other class actions, MDL leadership, and trials. Indeed, each member of the proposed Executive Committee is highly qualified and capable of leading a major class action case such as this one. *See* Aylstock Decl. ¶¶ 2–10, ECF No. 30-4; Cecchi Decl. ¶¶ 3–7, ECF No. 30-5; Hudson Decl. ¶¶ 7–14, ECF No. 30-6. Their support for the proposed Humbert Co-Lead Counsel is thus significant. *See In re Data Breach Sec. Litig. Against Caesars Ent., Inc.*, 2024 WL 2959279, at *5 (D. Nev. June 12, 2024) ("[S]upport garnered from multiple plaintiffs can demonstrate a proposed team's ability to work cooperatively with a large group of plaintiffs and attorneys, and to do so in the best interests of the class."). The Court may also wish to contact the following judges as references for the Humbert Group's quality of work: Judge Singhal (S.D. Fla. – Ms. Grombacher); Judge Chhabria (N.D. Cal. – Mr. Loeser); and Judge Staton (C.D. Cal. – Mr. Mura). In addition, judges who can discuss proposed Executive Committee members include Ret. Judge Gutierrez (C.D. Cal. – Mr. Aylstock), Judge Arleo (D.N.J. – Mr. Cecchi), and Judge Rodgers (N.D. Fla. – Mr. Seeger).

The J.C. Group extolls the good work they have done litigating privacy class actions. J.C. Grp. Mot. at 17–22. But the Humbert Group has led many more privacy class cases and achieved important victories. *See, e.g.*, Grombacher Decl. ¶¶ 12–13; Loeser Decl. ¶¶ 4, 6; Mura Decl. ¶¶ 4, 6. The Humbert Group also includes counsel who have litigated against TikTok specifically, which provides helpful context and understanding of the relevant systems and players. *See* Loeser Decl. ¶¶ 12, 16; Mura Decl. ¶¶ 5, 9; Aylstock Decl. ¶¶ 2–4; Cecchi Decl. ¶ 7; Hudson Decl. ¶ 6.

Finally, the Humbert Group's experience managing large-scale, complex class actions and MDLs favors their appointment in this case. Because of the proposed Co-Leads' prior leadership experience, they will be able to develop "a cogent legal strategy, as well as a process for ensuring that counsel work and bill efficiently in this matter," both of which will benefit the class. *See In re StubHub Refund Litig.*, 2020 WL 8669823,

HUMBERT PLAINTIFFS' RESPONSE ISO MOTION FOR APPOINTMENT
CASE NO. 2:25-ml-03144-GW-RAO

at *1 (N.D. Cal. Nov. 18, 2020); *see also In re Data Breach Sec. Litig.*, 2024 WL 2959279, at *6 (noting slate's "significant experience in monitoring billing, controlling costs, and avoiding duplication of effort from their work in prior class action cases").

**C.    The Humbert Group brings extensive knowledge of legal issues expected to arise in this matter.**

This case is a privacy class action arising under the laws of multiple states. The Humbert Group has decades of experience litigating this very type of case in California and throughout the nation. Many of these cases have resulted in substantial recoveries. *See* Grombacher Decl. ¶ 10; Loeser Decl. ¶¶ 6–8, 10; Mura Decl. ¶¶ 4, 6, 8.

The J.C. Group claims to have experience with COPPA. J.C. Grp. Mot. at 21–22. But so does the Humbert Group, which includes counsel who have litigated state-law claims and obtained discovery based on COPPA in the Social Media MDL, including against ByteDance and TikTok. *See* Loeser Decl. ¶¶ 12, 16; Mura Decl. ¶¶ 5, 9; Aylstock Decl. ¶¶ 2–4. Moreover, the Humbert Group has decades of experience litigating the exact class claims at the heart of this case—state-law privacy, consumer protection, and unjust enrichment. Grombacher Decl. ¶¶ 10, 12–13, 15; Loeser Decl. ¶¶ 6–9, 14; Mura Decl. ¶¶ 4–8. This factor, too, weighs in favor of the Humbert Group.

**D.    The Humbert Group's resources are unmatched.**

An MDL like this one, which involves a sophisticated, multi-national defendant, complex technical processes, and the laws of many states, cannot be litigated without substantial human and financial capital. The Humbert Group has learned as much from its experience litigating against TikTok. The Humbert Group's proposal recognizes the need for pooling the legal expertise and financial resources of multiple firms while maintaining strong, centralized leadership. This combination will enable the Humbert Group to litigate this case not just efficiently, but effectively, and achieve the best outcome for the proposed classes. The two-firm structure proposed by the J.C. Group lacks the resources of the Humbert Group, which will be able to keep pace with the well-resourced Defendants. This factor thus weighs in favor of the Humbert Group.

4

**E.    Other considerations support appointing the Humbert Group.**

The Humbert Group represents most plaintiffs in the MDL and is undertaking efforts to retain a plaintiff in every state. The Humbert Group's support from counsel in 17 of the 20 filed cases underscores why this slate best represents the interests of the classes. *See Benkle*, 2017 WL 8220707, at *5 (noting "extensive support" for appointed slate demonstrated counsel's ability to work cooperatively in the interests of the class).

The proposed Co-Leads and the attorneys at their firms also reflect the diversity of the bar. *See Bolooki*, 2023 WL 2627014, at *4 (finding that "diversity is an important consideration, given that both sets of counsel seek to represent nationwide and statewide classes likely comprised of many thousands of class members of all backgrounds"). Moreover, the Humbert Group reflects geographic diversity: counsel hail from different regions of the country, representing the geographic diversity of the proposed class. And the presence of all three Co-Leads on the West Coast—including two in California, one of whom is in Los Angeles—will increase the efficiency of the litigation and reduce the expense and environmental impact of air travel. This, too, weighs in favor of the Humbert Group. *See Diaz v. Univ. of S. Cal.*, 2020 WL 5044419, at *5 (C.D. Cal. July 17, 2020) (noting, "on a practical level, the fact that [counsel] is located in Southern California . . . also weighs in its favor"); *In re Lenovo Adware Litig.*, No. 4:15-md-02624, ECF No. 12 (N.D. Cal. July 27, 2025) (declining to appoint co-lead counsel who reside across the country to avoid unnecessary expense).

**CONCLUSION**

For the reasons discussed here and in their motion, the Court should appoint the Humbert Group to lead this MDL.

DATED: May 22, 2025                    Respectfully submitted,

                                    By:    */s/ Andre M. Mura*

5

Andre M. Mura
Steve Lopez
Hanne Jensen
Anna J. Katz
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
amm@classlawgroup.com
sal@classlawgroup.com
hj@classlawgroup.com
ajk@classlawgroup.com

*Counsel for Plaintiffs Tessa Green, on behalf of S.V., and Kristi Vazquez, on behalf of J.B.*

Kiley Grombacher
**BRADLEY/GROMBACHER LLP**
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone: (805) 270-7100
kgrombacher@bradleygrombacher.com

*Counsel for Plaintiff Nick McKissick on behalf of A.M.*

Derek W. Loeser
Cari Campen Laufenberg
**KELLER ROHRBACK L.L.P.**
1202 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 623-1900
dloeser@kellerrohrback.com
claufenberg@kellerrohrback.com

Christopher L. Springer
**KELLER ROHRBACK L.L.P.**
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496

6

HUMBERT PLAINTIFFS' RESPONSE ISO MOTION FOR APPOINTMENT
CASE NO. 2:25-ml-03144-GW-RAO

1                                                    cspringer@kellerrohrback.com

2

3                                          *Counsel for Plaintiffs Tatiana Brodiski and Steve Burda*

4

5                                          Bryan F. Aylstock, Esq.

6                                          **AYLSTOCK WITKIN KREIS & OVERHOLZ PLLC**

7                                          17 East Main Street, Suite 200

8                                          Pensacola, FL 32502

9                                          Telephone: (850) 202-1010

                                            baylstock@awkolaw.com

10

11                                          *Counsel for Plaintiffs Scott Humbert on behalf of E.H. and J.H., Tonia Lightwine on behalf of B.L., and Monroe Seigle on behalf of M.S.*

12

13

14                                          James E. Cecchi

15                                          Jason H. Alperstein

16                                          Jordan M. Steele

                                          **CARELLA BYRNE CECCHI BRODY & AGNELLO, P.C.**

17                                          5 Becker Farm Road

18                                          Roseland, NJ 07068

19                                          Telephone: (973) 994-1700

20                                          jcecchi@carellabyrne.com

                                          jalperstein@carellabyrne.com

21                                          jsteele@carellabyrne.com

22                                          *Counsel for Plaintiff J.R. a minor, by and through his legal guardian, Sal Rivera*

23

24

25                                          Tyler W. Hudson

26                                          Thomas P. Cartmell

                                          Eric Barton

27                                          **WAGSTAFF & CARTMELL**

28                                          4740 Grand Avenue, Suite 300

                                          Kansas City, MO 64112

7

Telephone: (816) 701-1100
thudson@wcllp.com
tcartmell@wcllp.com
ebarton@wcllp.com

*Counsel for Plaintiff Christina Middleton as guardian and next of kin on behalf of A.B.*

Christopher A. Seeger
Christopher L. Ayers
Jennifer R. Scullion
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, NJ 07660
Telephone: (888) 546-8799
cseeger@seegerweiss.com
cayers@seegerweiss.com
jscullion@seegerweiss.com

*Counsel for Plaintiff Kathleen Lanser as guardian and next of kin on behalf of A.L.*

Plaintiffs' counsel who are not themselves seeking appointment but supporting the Humbert Group:

James R. Dugan, II
David Scott Scalia
Monica M. Vela-Vick
**DUGAN LAW FIRM PLC**
365 Canal St., Suite 1000
New Orleans, LA 70130
Telephone: (504) 648-0180
jdugan@dugan-lawfirm.com
dscalia@dugan-lawfirm.com
monica@dugan-lawfirm.com

8

HUMBERT PLAINTIFFS' RESPONSE ISO MOTION FOR APPOINTMENT
CASE NO. 2:25-ml-03144-GW-RAO

Roderick Alvendia
**ALVENDIA, KELLY & DEMARES**
909 Poydras St., Suite 1625
New Orleans, LA 70112
Telephone: (504) 618-1601
rico@akdlalaw.com

*Counsel for Plaintiff Chantell Martin*
*on behalf of T.M. and Jacquelyn*
*Williams on behalf of K.P.*

Troy Giatras
Matthew Stonestreet
**GIATRAS LAW FIRM**
118 Capitol Street Suite 400
Charleston, WV 25301
Telephone: (304) 343-2900
troy@thewvlawfirm.com
matt@thewvlawfirm.com

*Counsel for Plaintiffs Amanda Hinkle,*
*A.H. a minor*

Charles Philip Hall
**PHIL HALL PA**
4300 Bayou Boulevard, Suite 32
Pensacola, FL 32503
Telephone: (850) 760-2156
phil@askalawyerfirst.com

*Counsel for Plaintiff Katrice Lindsey*
*on behalf of J.D.W., J.Y.W., and*
*S.M.W.*

Gary Klinger
John Nelson
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
402 West Broadway, Suite 1760
San Diego, CA 92101

9

HUMBERT PLAINTIFFS' RESPONSE ISO MOTION FOR APPOINTMENT
CASE NO. 2:25-ml-03144-GW-RAO

gklinger@milberg.com
jnelson@milberg.com

Heather Marie Lopez
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
148 Dolphin Court
American Canyon, CA 94589
Telephone: (707) 334-3727
hlopez@milberg.com

*Counsel for Plaintiff R.W. a minor by
and through their guardian ad litem,
Pamela Hancock*

Nicholas Ryan Mayfield
**THE GORI LAW FIRM PC**
156 N. Main Street
Edwardsville, IL 62025
Telephone: (618) 600-1166
rmayfield@gorilaw.com

*Counsel for Plaintiff Michael White on
behalf of K.L.W. and K.L.W.*

Clayton Morris Connors
**LAW OFFICE OF CLAYTON M.
CONNORS**
4300 Bayou Boulevard, Suite 37
Pensacola, FL 32503
Telephone: (850) 473-0401
cmc@westconlaw.com

*Counsel for Plaintiff Jonathan Riley on
behalf of W.C.R., T.S.R.R., N.A.R.,
T.A.R., and N.J.R.*

Joseph A. Osborne
**OSBORNE AND ASSOCIATES
LAW FIRM PA**

10

433 Plaza Real Suite 271
Boca Raton, FL 33432
Telephone: (561) 293-2600
josborne@oa-lawfirm.com

*Counsel for Plaintiff Michael Luong on
behalf of D.L.*

Jeffrey E. Ostrow
Kristen Lake Cardoso
**KOPELOWITZ OSTROW PA**
One West Las Olas Boulevard, Suite
500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
ostrow@kolawyers.com
cardoso@kolawyers.com

*Counsel for Plaintiff J.O., a minor, by
and through her mother Danaa
Carrillo, and H.T., a minor, by and
through her legal guardian Milagro
Almodovar*

Justin Parafinczuk
**PARAFINCZUK WOLF LAW
FIRM**
5550 Glades Rd., Suite 500
Boca Raton, FL 33431
Telephone: (954) 462-6700
jparafinczuk@parawolf.com

*Counsel for Ramlawi-Benton*

Thomas W. Pirtle
**LAMINACK PIRTLE &
MARTINES**
5020 Montrose Boulevard, 9th Floor
Houston, TX 77006
Telephone: (713) 292-2750

HUMBERT PLAINTIFFS' RESPONSE ISO MOTION FOR APPOINTMENT
CASE NO. 2:25-ml-03144-GW-RAO

tomp@lpm-triallaw.com

*Counsel for Plaintiffs Scott Humbert on behalf of E.H. and J.H., Tonia Lightwine on behalf of B.L., and Monroe Seigle on behalf of M.S.*

Michael Sacchet
Heather M. McElroy
**CIRESI CONLIN LLP**
225 South Sixth Street, Suite 4600
Minneapolis, MN 55402
Telephone: (612) 361-8200
hmm@ciresiconlin.com
mas@ciresiconlin.com

*Counsel for Plaintiff Katherine R. Walters on behalf of L.W.*

HUMBERT PLAINTIFFS' RESPONSE ISO MOTION FOR APPOINTMENT
CASE NO. 2:25-ml-03144-GW-RAO