Kiley L. Grombacher (SBN 245960)
**BRADLEY/GROMBACHER LLP**
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone: 805-270-7100
kgrombacher@bradleygrombacher.com

Derek W. Loeser (*pro hac vice*)
**KELLER ROHRBACK L.L.P.**
1202 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 623-1900
dloeser@kellerrohrback.com

Andre M. Mura (SBN 298541)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
amm@classlawgroup.com

*Counsel for the Humbert Plaintiffs*
[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION | Case No. 2:25-ml-03144-GW-RAO<br><br>**DECLARATION OF ANDRE M. MURA IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' PROPOSAL REGARDING PRESERVATION OF DATA** |

I, Andre Mura, declare as follows:

1.     I am a member in good standing of the State Bar of California. I am a partner at Gibbs Mura LLP in Oakland, California, and I represent plaintiffs Tessa Green, on behalf of S.V., and Kristi Vazquez, on behalf of J.B., in this action.

2.     I submit this declaration in support of Plaintiffs' Response to Defendants' Proposal Regarding Preservation of Data.

3.     Attached as **Exhibit 1** is a true and correct copy of portions of the rough transcript of a deposition of Ethan Spector, conducted on May 23, 2025.

4.     Attached as **Exhibit 2** is a true and correct copy of portions of the rough transcript of a deposition of Tianyu Zhao, conducted on May 23, 2025.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 26, 2025 in Oakland, California.

Andre Mura

1