# EXHIBIT 1

## DOCUMENT PROPOSED TO BE

## FILED FULLY UNDER SEAL