# EXHIBIT 2

## DOCUMENT PROPOSED TO BE FILED FULLY UNDER SEAL