Kiley L. Grombacher (SBN 245960)
**BRADLEY/GROMBACHER LLP**
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone: 805-270-7100
kgrombacher@bradleygrombacher.com

Derek W. Loeser (*pro hac vice*)
**KELLER ROHRBACK L.L.P.**
1202 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 623-1900
dloeser@kellerrohrback.com

Andre M. Mura (SBN 298541)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
amm@classlawgroup.com

*Counsel for the Humbert Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION | Case No. 2:25-ml-03144-GW-RAO<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Anna J. Katz, am a resident of the State of California, over the age of eighteen, and not a party to this action. My business address is Gibbs Mura LLP, 1111 Broadway, Suite 2100, Oakland, California 94607. On May 26, 2025, I served the following documents via email:

- Declaration of Andre M. Mura in support of Plaintiffs' Application for Leave to File Under Seal;
- Plaintiffs' Response to Defendants' Proposal Regarding Preservation of Data;
- Exhibit 1 – Portions of Deposition of Ethan Spector; and
- Exhibit 2 – Portions of Deposition of Tianyu Zhao.

These documents were served on the below listed individuals:

- Daniel M. Petrocelli, O'Melveny & Myers LLP, at dptrocelli@omm.com
- Stephen D. Brody, O'Melveny & Myers LLP, at sbrody@omm.com
- Matthew D. Powers, O'Melveny & Myers LLP, at mpowers@omm.com

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 26, 2025 in Oakland, California.

_____
Anna J. Katz