# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In Re: TikTok, Inc. Minor Privacy Litigation | Case No. 2:25-ml-03144-GW-RAO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENT UNDER SEAL** |

The Court, having considered Defendants TikTok Inc., TikTok Ltd., ByteDance Ltd., ByteDance Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.'s (collectively, "Defendants") Application for Leave to File Under Seal ("Application") certain portions of Defendants' Reply in support of their Proposal Regarding Preservation of Data and transcripts from the depositions of Ethan Spector and Tianyu Zhao, and having considered the Declarations of Daniel M. Petrocelli and Noreen Yeh, and good cause appearing therefor, hereby GRANTS the Application and ORDERS the following materials SEALED:

| DOCUMENT | PAGE; LINE | PORTIONS TO BE SEALED |
|---|---|---|
| Defendants' Reply in Support of Proposal Regarding Preservation of Data ("Reply") | Page 3; Line 4 | After "approximately" before "underage" |
| | Page 4; Lines 5-7 | After "exabytes, and" before "Id.  Nor is it" |
| | Page 11; Line 22 | After "TikTok employees" before "and" |
| | Page 11; Line 22 | Last word |
| | Page 11; Line 23 | First word |
| | Page 11; Line 24 | After "Specifically" before "team is" |
| | Page 11; Lines 25-26 | After "Experience and" before "*Cf.* Petrocelli" |
| | Page 11; Line 27 | After "15:10" before "64:1-11" |
| | Page 11; Line 27 | After "64:1-11" before "Plaintiffs' assertion" |

| DOCUMENT | PAGE; LINE | PORTIONS TO BE SEALED |
|---|---|---|
| Declaration of Daniel M. Petrocelli in support of Reply, Ex. B, Transcript from May 23, 2025 Deposition of Ethan Spector | Page 14; Lines 8-10 | After "to" before "I spoke" |
| | Page 14; Lines 10-11 | After "with" to end of sentence |
| | Page 14; Line 18 | Beginning of line to end of first sentence |
| | Page 14; Line 20 | Beginning of line to end of first sentence |
| | Page 14; Line 21 | Beginning of line to before "to" |
| | Page 14; Line 25 | After "with" to end of sentence |
| | Page 15; Lines 5-10 | Full lines |
| | Page 16; Lines 22-23 | Full lines |
| | Page 17; Lines 19-20 | After "about" to end of sentence |
| | Page 17; Lines 22-25 | After "Okay" to end of line |
| | Page 18; Lines 1-11 | After "Okay" to end of line |
| | Page 18; Lines 13-16 | After "Okay" to end of line |
| | Page 19; Line 1 | After "from" to end of sentence |
| | Page 19; Line 7 | After "by" to before "but" |
| | Page 23; Line 25 | Full line |
| | Page 24; Lines 1-2 | Full lines |
| | Page 26; Lines 22-25 | After "way" to end of line |

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL
NO. 2:25-ML-03144-GW-RAO

| DOCUMENT | PAGE; LINE | PORTIONS TO BE SEALED |
|---|---|---|
| | Page 27; Line 1 | Full line |
| | Page 27; Lines 13-14 | After "events" to end of line |
| | Page 27; Lines 23-25 | After "depends" to end of line |
| | Page 28; Lines 1-2 | Beginning of line to before "That's" |
| | Page 29; Line 19 | Beginning of line to before "Culver" |
| | Page 32; Lines 8-18 | Full lines |
| | Page 32; Lines 20-25 | After "me" to end of line |
| | Page 33; Lines 1-3 | Full lines |
| | Page 39; Line 18 | After "like" to before "to" |
| | Page 45, Lines 4-7 | After "discussed" to before "I'd" |
| | Page 45; Line 17 | After "preserving" to before "accounts" |
| | Page 50; Lines 7-11 | After "Sure" to end of line |
| | Page 50; Lines 13-15 | Full lines |
| | Page 50; Lines 17-22 | Full lines |
| | Page 51; Lines 6-7 | Full lines |
| | Page 51; Lines 10-13 | Full lines |
| | Page 51; Lines 15-25 | Full lines |
| | Page 52; Lines 1-25 | Full lines |
| | Page 53; Lines 1-25 | Full lines |

| DOCUMENT | PAGE; LINE | PORTIONS TO BE SEALED |
|---|---|---|
| | Page 54; Lines 1-25 | Full lines |
| | Page 55; Lines 1-11 | Full lines |
| | Page 56; Lines 9-25 | After "Right" to end of line |
| | Page 57; Lines 1-2 | Full lines |
| | Page 63; Line 10 | After "was" to end of line |
| | Page 64; Line 2 | Beginning of line to before "what" |
| | Page 64; Lines 3-4 | Beginning of line to before "from" |
| | Page 67; Lines 22-25 | After "explain" to end of line |
| | Page 68; Lines 1-5 | Full lines |
| | Page 68; Lines 7-16 | Full lines |
| | Page 71; Line 8 | After "called" to end of line |
| | Page 71; Line 17 | Beginning of line to before "it" |
| | Page 72; Line 10 | After "about" to before "is" |
| | Page 72; Line 18 | After "table" to before "that" |
| | Page 73; Line 11 | Beginning of line to before "And" |
| | Page 73; Line 19 | After "mean" to end of line |
| | Page 74; Line 8 | Beginning of line to before "includes" |
| | Page 74; Line 9 | After "are" to before "I" |
| | Page 74; Line 12 | After "in" to end of line |

| DOCUMENT | PAGE; LINE | PORTIONS TO BE SEALED |
|---|---|---|
| | Page 74; Line 20 | Full line |
| | Page 75; Line 20 | Beginning of line to before "is" |
| | Page 75; Line 21 | After "in" to before "for" |
| | Page 76; Line 6 | After "what" to before "has" |
| | Page 77; Line 12 | After "to" to before "a" |
| | Page 77; Lines 14-15 | After "example" to before "You" |
| | Page 77; Lines 18-25 | After "videos" to end of line |
| | Page 78; Line 1 | Full line |
| | Page 78; Line 5 | Beginning of line to before "I" |
| | Page 78; Line 15 | After "for" to before you" |
| | Page 78; Lines 23-25 | After "head" to end of line |
| | Page 79; Line 3 | Beginning of line to before "that" |
| | Page 79; Lines 11-12 | Beginning of line to before "which" |
| | Page 79; Line 13 | Beginning of line to before "but" |
| | Page 79; Line 25 | Beginning of line to before "are" |
| | Page 92; Lines 4-22 | After "no" to end of line |

| DOCUMENT | PAGE; LINE | PORTIONS TO BE SEALED |
|---|---|---|
| | Page 94; Lines 15-19 | After "wouldn't" to end of line |
| | Page 94; Lines 23-25 | Full lines |
| | Page 95; Lines 4-13 | Full lines |
| | Page 96; Line 9 | After "Mr." to before "I" |
| | Page 98; Lines 11-15 | After "perfect" to before "It's" |
| | Page 99; Lines 5-8 | After "me" to before "So" |
| | Page 99; Lines 11-14 | After "know" to end of line |
| | Page 99; Lines 22-24 | Full lines |
| | Page 101; Line 18 | After "approximately" to end of line |
| | Page 102; Line 4 | After "from" to end of line |
| | Page 102; Line 5 | After "with" to end of line |
| | Page 102; Line 8 | After "segregate" to before "user" |
| | Page 102; Line 15 | After "those" to before "people" |
| | Page 102; Line 20 | After "Mr." to before "provides" |
| | Page 102; Line 23 | After "the" to before "of" |
| | Page 103; Lines 3-4 | After "the" to before "tables" |
| | Page 103; Line 24 | After "those" to end of line |

| DOCUMENT | PAGE; LINE | PORTIONS TO BE SEALED |
|---|---|---|
| | Page 104; Line 9 | After "deletion" to before "files" |
| | Page 104; Line 19 | After "those" to before "people" |
| | Page 104; Lines 20-21 | After "those" to before "tables" |
| | Page 105; Line 15 | After "these" to before "people" |
| Declaration of Daniel M. Petrocelli in support of Reply, Ex. C, Transcript from May 23, 2025 Deposition of Tianyu Zhao | Page 3; Line 13 | Full line |
| | Page 5; Line 17 | Before "California" |
| | Page 6; Line 25 | Full line |
| | Page 7; Lines 1-4 | Full lines before "And" |
| | Page 7; Lines 6-8 | After "support" and before "so" |
| | Page 13, Lines 8-12 | Full lines until "Is" |
| | Page 13; Lines 14-15 | Full lines |
| | Page 14; Lines 23-25 | Full lines |
| | Page 15; Lines 1-11 | Full lines |
| | Page 15; Lines 12-17 | Full lines after "Okay." |
| | Page 16; Lines 11-12 | Full lines |
| | Page 16; Lines 16-20 | Full lines |
| | Page 16; Lines 21-22 | Full lines after "I see." |
| | Page 16; Line 25 | Full line |
| | Page 17; Lines 1-2 | Full lines |

| DOCUMENT | PAGE; LINE | PORTIONS TO BE SEALED |
|---|---|---|
| | Page 17; Lines 8-19 | Full lines |
| | Page 17; Lines 20-22 | Full lines after "I see." |
| | Page 18; Lines 2-14 | Full lines after "Okay." |
| | Page 18; Lines 15-16 | After "understand" and before "but" |
| | Page 18; Lines 20-23 | Full lines |
| | Page 18; Lines 24-25 | Full lines after "Okay." |
| | Page 19; Lines 1-4 | Full lines before "Is" |
| | Page 19; Lines 6-23 | Full lines |
| | Page 21; Lines 9-15 | Full lines before "Correct" |
| | Page 21; Lines 16-22 | Full lines |
| | Page 25; Lines 11-17 | Full lines |
| | Page 25; Lines 20-23 | Full lines after "but" |
| | Page 26; Lines 8-18 | Full lines after "Sorry." |
| | Page 27; Lines 4-16 | Full lines after "project," |
| | Page 28; Lines 6-9 | After "databases" and before "So" |
| | Page 29; Lines 3-5 | After "like," and before "that" |
| | Page 29; Lines 10-13 | Full lines after "question" |
| | Page 48; Line 6 | After "the" and before "users" |
| | Page 48; Line 19 | After "there's" and before "users" |

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL
NO. 2:25-ML-03144-GW-RAO

| DOCUMENT | PAGE; LINE | PORTIONS TO BE SEALED |
|---|---|---|
| | Page 48, Line 21 | After "that" and before "users" |
| | Page 48; Line 23 | After "It's" |
| | Page 49; Line 2 | After "to be" and before "zip files" |
| | Page 50; Line 15 | After "having" |
| | Page 50; Line 16 | Before "separate" |
| | Page 50; Lines 18-19 | After "know," and before "separate" |

**IT IS SO ORDERED.**

_____
Hon. George H. Wu