## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION | Case No. MDL 25-3144-GW-RAOx<br><br>**ORDER REGARDING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
|---|---|

The Court, having considered Plaintiffs' Application for Leave to File Under Seal and Defendants' declaration in support of sealing, hereby GRANTS the Application and ORDERS the following materials SEALED:

| DOCUMENT | PORTIONS TO BE SEALED |
|---|---|
| Plaintiffs' Response to Defendants' Proposal Regarding Preservation of Data | Page 2, highlighted portions on lines 5–6 and 11–15 |
| Plaintiffs' Response to Defendants' Proposal Regarding Preservation of Data | Page 4, highlighted portions on lines 20–23 |
| Plaintiffs' Response to Defendants' Proposal Regarding Preservation of Data | Page 5, highlighted portions on lines 5–26 and 28 |
| Plaintiffs' Response to Defendants' Proposal Regarding Preservation of Data | Page 7, highlighted portions on lines 5–6 and 22–28 |
| Plaintiffs' Response to Defendants' Proposal Regarding Preservation of Data | Page 8, highlighted portions on lines 2–3, 6–11, and 22–28 |
| Plaintiffs' Response to Defendants' Proposal Regarding Preservation of Data | Page 9, highlighted portions on lines 3–12 |
| Plaintiffs' Response to Defendants' Proposal Regarding Preservation of Data | Page 10, highlighted portions on lines 5–6 and 20–21 |
| Exhibit 1 | Sealed in full |
| Exhibit 2 | Sealed in full |

**IT IS SO ORDERED.**

Dated: May 27, 2025

HON. GEORGE H. WU,
United States District Judge