# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | MDL 3144-GW-RAOx | Date | May 29, 2025 |
|---|---|---|---|
| Title | *In Re: Tiktok, Inc., Minor Privacy Litigation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Bryan F. Aylstock | Daniel M. Petrocelli |
| James E. Cecchi | Matthew D. Powers |
| Steven L. Bloch | |
| Kiley L. Grombacher | |
| Tyler W. Hudson | |
| Eric A. Kafka | |
| Derek W. Loeser | |
| Andre M. Mura | |

**PROCEEDINGS:**   **PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL [29]; THE HUMBERT PLAINTIFFS' MOTION FOR APPOINTMENT OF INTERIM CLASS COUNSEL [30]; and HEARING RE PRESERVATION ORDER**

Court and counsel confer. The Court sets a tutorial on the technology for June 20, 2025 at 9:30 a.m. Each side will file a tutorial brief in no more than 20 pages by June 13, 2025.

The parties are to file a single document as to the preservation order by June 11, 2025.

The Court's Tentative Ruling on the above-entitled Motions [29, 30], was issued on May 23, 2025 [53]. Oral argument is held. For reasons stated on the record, the Motions are TAKEN UNDER SUBMISSION. Counsel are to advise the court clerk by noon PST on June 2, 2025 whether they have reached an agreement.

Court and counsel discuss mediation off the record.

|  | 2 | : | 20 |
|---|---|---|---|
| Initials of Preparer | JG | | |