1 | DANIEL M. PETROCELLI (S.B. #97802)
    dpetrocelli@omm.com
2 | O'MELVENY & MYERS LLP
    1999 Avenue of the Stars
3 | Los Angeles, California 90067-6035
    Telephone:  +1 310 553 6700
4 | Facsimile:   +1 310 246 6779

5 | STEPHEN D. BRODY (*pro hac vice*)
    sbrody@omm.com
6 | O'MELVENY & MYERS LLP
    1625 Eye Street, NW
7 | Washington, D.C. 20006-4001
    Telephone:  +1 202 383 5300
8 | Facsimile:   +1 202 383 5414

9 | MATTHEW D. POWERS (S.B. #212682)
    mpowers@omm.com
10 | O'MELVENY & MYERS LLP
     Two Embarcadero Center
11 | San Francisco, CA 94111
     Telephone:  +1 415 984 8700
12 | Facsimile:   +1 415 984 8701

13 | *Attorneys for Defendants ByteDance Ltd.,*
     *ByteDance Inc., TikTok Ltd., TikTok Inc.,*
14 | *TikTok LLC, TikTok Pte. Ltd., and*
     *TikTok U.S. Data Security Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: TikTok, Inc. Minor Privacy Litigation | Case No. 2:25-ml-03144-GW-RAO <br><br> **DEFENDANTS' UNOPPOSED EX PARTE APPLICATION TO RESCHEDULE TUTORIAL ON TECHNOLOGY TO JUNE 24, 2025** |

# APPLICATION

## TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT**, pursuant to Central District of California Local Rule 7-19, Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc. (collectively, "Defendants") hereby apply *ex parte* for an order rescheduling the June 20, 2025 tutorial on technology to June 24, 2025 at 9:30 a.m.

As set forth below, good cause exists for this request because Defendants' lead counsel has a conflicting motion hearing on the afternoon of June 20, 2025 and prescheduled travel from June 11, 2025 to June 16, 2025, during which time counsel will have limited availability to work on this matter.  Good cause further exists because key personnel for Defendants, including lead in-house counsel on this case, will be unavailable for significant periods of time between now and the hearing on June 20, 2025, which will require a presentation by Defendants' personnel.

Defendants' request for *ex parte* relief is based on this Application, the accompanying Memorandum of Points and Authorities, the declaration of Daniel M. Petrocelli, and all documents on file in this action.

Pursuant to Local Rule 7-19, Defendants have provided notice of this application to Plaintiffs through written correspondence on June 1, 2025.  A number of Plaintiffs' counsel (Andre Mura, James Cecchi, Kiley Grombacher, Bryan Aylstock, Derek Loeser, and Eric Kafka) and the Government have stated that they have no objection to this Application, and we have received no objection

EX PARTE APPLICATION
TO RESCHEDULE
TUTORIAL ON TECHNOLOGY
NO. 2:25-ML-03144-GW-RAO

from others.  The contact information for Andre Mura, counsel for some of the

Plaintiffs,[1] is as follows:

> Andre M. Mura
> 1111 Broadway, Suite 2100
> Oakland, CA 94612
> 510-350-9717
> amm@classlawgroup.com

---

[1] Plaintiffs have not yet selected a liaison.  Mr. Mura's information is provided because he responded first to Defendants' correspondence regarding filing of this application.

EX PARTE APPLICATION
TO RESCHEDULE
TUTORIAL ON TECHNOLOGY
NO. 2:25-ML-03144-GW-RAO

1 | Dated:        June 2, 2025                    Respectfully submitted,

2

3                                               By:   */s/ Daniel M. Petrocelli*
                                                      Daniel M. Petrocelli
4

5                                               DANIEL M. PETROCELLI
                                                dpetrocelli@omm.com
6                                               O'MELVENY & MYERS LLP
                                                1999 Avenue of the Stars
7                                               Los Angeles, California 90067-6035
                                                Telephone:  +1 310 553 6700
8                                               Facsimile:   +1 310 246 6779

9                                               STEPHEN D. BRODY
                                                sbrody@omm.com
10                                              O'MELVENY & MYERS LLP
                                                1625 Eye Street, NW
11                                              Washington, D.C. 20006-4001
                                                Telephone:  +1 202 383 5300
12                                              Facsimile:   +1 202 383 5414

13                                              MATTHEW D. POWERS
                                                mpowers@omm.com
14                                              O'MELVENY & MYERS LLP
                                                Two Embarcadero Center, 28th Floor
15                                              San Francisco, California 94111-3832
                                                Telephone: +1 415 984-8700
16                                              Facsimile: +1 415 984-8700

17                                              *Attorneys for Defendants ByteDance Ltd.,*
                                                *ByteDance Inc., TikTok Ltd., TikTok Inc.,*
18                                              *TikTok LLC, TikTok Pte. Ltd., and TikTok*
                                                *U.S. Data Security Inc.*

19

20

21

22

23

24

25

26

27

28

EX PARTE APPLICATION
TO RESCHEDULE
TUTORIAL ON TECHNOLOGY
NO. 2:25-ML-03144-GW-RAO

## **MEMORANDUM OF POINTS AND AUTHORITIES**

By this Unopposed Ex Parte Application, Defendants seek an order rescheduling the June 20, 2025 tutorial on technology to June 24, 2025. The Court held a status conference on May 29, 2025. *See* ECF No. 62. Following the conference, the Court issued an order setting a tutorial on technology for June 20, 2025 at 9:30 a.m. *Id.*

Defendants submit that there is good cause for granting the extension, as set forth in the Declaration of Daniel M. Petrocelli ("Petrocelli Decl."). In particular, Mr. Petrocelli has a motion hearing in another case on the afternoon of June 20, 2025 that may conflict with the tutorial on technology. Petrocelli Decl. ¶ 3. Additionally, Mr. Petrocelli is traveling out of the state on a family matter from June 11, 2025 to June 16, 2025 and will have limited time to work on this matter. *Id.* Finally, key personnel for Defendants, including lead in-house counsel on this case, will be unavailable for significant periods of time between now and the hearing on June 20, 2025. *Id.* ¶ 4. The technology presentation will require participation from Defendants' personnel, and the additional time will allow Defendants to properly prepare for that presentation to the Court. *Id.*

On June 1, 2025, Defendants corresponded with Plaintiffs' counsel concerning the rescheduling sought in this Unopposed Ex Parte Application. A number of Plaintiffs' counsel (Andre Mura, James Cecchi, Kiley Grombacher, Bryan Aylstock, Derek Loeser, and Eric Kafka) and the Government have stated that they have no objection to this Application, and we have received no objection from others. This is Defendants' first request to reschedule a hearing, and no requests to reschedule a hearing have been denied by this Court. Aside from deadlines for filing a master complaint and motion to dismiss briefing in response to that complaint, no other deadlines have been set in this case, including a discovery cut-off date, pretrial conference date, or other trial date.

EX PARTE APPLICATION
TO RESCHEDULE
TUTORIAL ON TECHNOLOGY
NO. 2:25-ML-03144-GW-RAO

1         Defendants respectfully request that the June 20, 2025 tutorial on technology

2  be rescheduled to June 24, 2025 at 9:30 a.m.

3

4

5  Dated:     June 2, 2025              Respectfully submitted,

6

7                                 By:  */s/ Daniel M. Petrocelli*
                                             Daniel M. Petrocelli

8                          DANIEL M. PETROCELLI

9                          dpetrocelli@omm.com
                          O'MELVENY & MYERS LLP

10                       1999 Avenue of the Stars
                          Los Angeles, California 90067-6035

11                       Telephone:  +1 310 553 6700
                          Facsimile:   +1 310 246 6779

12                       STEPHEN D. BRODY

13                       sbrody@omm.com
                          O'MELVENY & MYERS LLP

14                       1625 Eye Street, NW
                          Washington, D.C. 20006-4001

15                       Telephone:  +1 202 383 5300
                          Facsimile:   +1 202 383 5414

16                       MATTHEW D. POWERS

17                       mpowers@omm.com
                          O'MELVENY & MYERS LLP

18                       Two Embarcadero Center, 28th Floor
                          San Francisco, California 94111-3832

19                       Telephone: +1 415 984-8700
                          Facsimile: +1 415 984-8700

20                       *Attorneys for Defendants ByteDance Ltd.,*

21                       *ByteDance Inc., TikTok Ltd., TikTok Inc.,*
                       *TikTok LLC, TikTok Pte. Ltd., and TikTok*

22                       *U.S. Data Security Inc.*

23

24

25

26

27

28

EX PARTE APPLICATION
TO RESCHEDULE
TUTORIAL ON TECHNOLOGY
NO. 2:25-ML-03144-GW-RAO

1

**CERTIFICATE OF SERVICE**

2          I certify that on June 2, 2025, I electronically filed the foregoing with the

3   Clerk of Court using CM/ECF, which automatically services all counsel of record

4   for the parties who have appeared.

5

6   Dated: June 2, 2025                               */s/ Daniel M. Petrocelli*
                                                       Daniel M. Petrocelli

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EX PARTE APPLICATION
TO RESCHEDULE
TUTORIAL ON TECHNOLOGY
NO. 2:25-ML-03144-GW-RAO