DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
Telephone:  +1 202 383 5300
Facsimile:   +1 202 383 5414

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone:  +1 415 984 8700
Facsimile:   +1 415 984 8701

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: TikTok, Inc. Minor Privacy Litigation | Case No. 2:25-ml-03144-GW-RAO<br><br>**DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION TO RESCHEDULE TUTORIAL ON TECHNOLOGY TO JUNE 24, 2025** |

I, Daniel M. Petrocelli, declare as follows:

1. I am a member of the Bar of the State of California and am admitted to practice in the United States District Court for the Central District of California. I am an attorney at the law firm of O'Melveny & Myers LLP, counsel of record for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc. (collectively, "Defendants"). I submit this declaration in support of Defendants' Application to Reschedule Tutorial on Technology to June 24, 2025 ("Defendants' Application"). I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so under oath.

2. Pursuant to Local Rule 7-19, Defendants submit this declaration showing that there is good cause to continue the hearing date for the tutorial on technology from June 20, 2025 to June 24, 2025 at 9:30 a.m. A number of Plaintiffs' counsel (Andre Mura, James Cecchi, Kiley Grombacher, Bryan Aylstock, Derek Loeser, and Eric Kafka) and the Government have stated that they have no objection to this Application, and we have received no objection from others.

3. I have a previously scheduled hearing on a motion to dismiss and motion to stay discovery in *Pepperdine Univ. v. Netflix Inc.*, Case No. 2:25-cv-01429-CV-ADS (C.D. Cal.) at 1:30 p.m. on June 20, 2025 before Hon. Cynthia Valenzuela. There are several matters to address at the hearing and the hearing is likely to last more than one hour. In addition, I am traveling out of the state on a family matter from June 11, 2025 to June 16, 2025 and will have limited time to work on this matter.

4. I have been informed that key personnel for Defendants also will be unavailable for various periods of time between now and the hearing on June 20,

2025.  They include Ethan Spector, who is working on parts of Defendants' preservation efforts and was one of the witnesses deposed by Plaintiffs, and the two in-house counsel who have been working on this matter and who attended the conference on May 29, 2025.  Continuing the hearing to June 24, 2025 will provide additional time to allow these individuals to assist in our preparation and their participation in the briefing and tutorial requested by the Court.

5. No other requests for a continue of the tutorial on technology have been requested or granted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 2nd day of June, 2025 in Los Angeles, California.

/s/ Daniel M. Petrocelli
Daniel M. Petrocelli