1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| In Re: TikTok, Inc. Minor Privacy Litigation | Case No. 2:25-ml-03144-GW-RAO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO RESCHEDULE TUTORIAL ON TECHNOLOGY TO JUNE 24, 2025** |
|---|---|

1  The Court, having considered Defendants TikTok Inc., TikTok Ltd., ByteDance Ltd., ByteDance Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.'s (collectively, "Defendants") Application to Reschedule Tutorial on Technology to June 24, 2025, and having considered the Declaration of Daniel M. Petrocelli, and good cause appearing therefor, hereby GRANTS the Application and ORDERS the June 20, 2025 tutorial on technology rescheduled to June 24, 2025 at 9:30 a.m.

**IT IS SO ORDERED.**

_____
Hon. George H. Wu