UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | MDL 25-3144-GW-RAOx | | June 2, 2025 |
|---|---|---|---|
| Title | *In re: TikTok, Inc., Minor Privacy Litigation* | Page | 1 of 2 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – ORDER RE APPOINTMENT OF LEAD COUNSEL**

The Court is presently presiding over various class actions[1] which have been centralized into the *In re: TikTok Inc., Minor Privacy Litigation.* The cases are predicated on allegations that TikTok collects and sells the personal information of minors without the requisite notice and consent in violation of the Children's Online Privacy Protection Act of 1998 and the Children's Online Privacy Protection Rule, plus various state law unfair competition and unjust enrichment provisions. *See* Docket No. 1.

On April 28, 2025, the Court directed Plaintiffs' counsel to file motions concerning a proposed leadership structure if they could not agree on the matter. *See* Docket No. 11. Eventually two proposed slates filed motions seeking appointment. *See* Docket Nos. 29, 30. The Court issued a tentative ruling: (1) finding "each slate to be highly qualified and capable of ably serving as lead class counsel," (2) discussing the strengths of the various counsel, (3) indicating that it was leaning towards drawing from both proposed slates in appointing lead counsel, and (4) stating that it was disinclined to establish a concomitant "executive committee," preferring instead to appoint a liaison counsel. *See* Docket No. 53. After oral argument at the May 29, 2025 hearing, the Court gave Plaintiffs' counsel additional time to see if they could jointly agree upon a slate pursuant to the tentative. *See* Docket No. 62. On June 2, 2025, Plaintiffs' counsel advised that they were unable to reach consensus.

For all of the reasons delineated in the Court's tentative ruling on the appointment of counsel, *see* Docket No. 53, and upon consideration of the oral arguments/presentations at the May 29 hearing, the Court hereby appoints Eric Kafka of Cohen Milstein Sellers & Toll PLLC and Derek Loeser of Keller Rohrback LLP as interim lead counsel. As to the issue of liaison counsel versus executive committee, after considering arguments made at the May 29 hearing, the Court is wavering as to that choice. The Court will discuss with lead counsel their views on liaison counsel versus executive committee and the person(s) who would be amenable to appointment for

---

[1] As of April 24, 2025, there were 20 class action lawsuits included in the present MDL. *See* Docket No. 10.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. **MDL 25-3144-GW-RAOx** | June 2, 2025 |
| Title *In re: TikTok, Inc., Minor Privacy Litigation* | Page 2 of 2 |

said position(s) and who they would recommend for the position(s).[2]  Mr. Kafka and Mr. Loeser shall appear telephonically on June 5 at 8:30 a.m. to discuss those issues.

---

[2] Should the Court elect to go by way of executive committee, it will appoint no more than three attorneys for said committee.