UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | MDL 3144-GW-RAOx | Date | June 5, 2025 |
|---|---|---|---|
| Title | *In Re: Tiktok, Inc., Minor Privacy Litigation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric A. Kafka<br>Derek W. Loeser | None Present |

**PROCEEDINGS:** TELEPHONIC CONFERENCE

Court confers with Lead Plaintiffs' counsel *in camera* re Order re Appointment of Counsel issued on June 2, 2025 [69]. For reasons stated on the record, Plaintiffs are to prepare and file a proposed order that incorporates all that was discussed today. Plaintiffs will have until July 11, 2025 to file their consolidated complaint.

The Court will contact the Honorable Rozella A. Oliver, U.S. Magistrate Judge for availability in regards to mediation.

| | : | 25 |
|---|---|---|
| | Initials of Preparer | JG |