Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384

Eric Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor New York, NY 10005
(212) 838-7797, Fax: (212) 838-7745

**Plaintiffs Interim Co-Lead Counsel**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION | MDL NO. 3144<br><br>2:25-ml-03144-GW-RAO<br><br>**STIPULATION REGARDING TIKTOK TUTORIAL** |

At Plaintiffs' request, the parties met and conferred regarding the dates for the Tutorial on Technology and related submissions, *see* ECF No. 62, and have agreed to jointly request the following changes to the deadlines applicable to the Tutorial on Technology originally set for June 24, 2025.

- The joint submission originally set for June 11 shall now be filed on June 20;
- The tutorial brief from each party originally set for June 13 shall now be filed shall be filed July 2;
- The Tutorial on Technology shall take place on July 17, commencing at 10:30 AM.

1

The parties agree that that this extension request does not alter the Court's order staying discovery until after hearings on Defendants' motion to dismiss.  *See* ECF No. 11.

DATED this 6th day of June, 2025.

                KELLER ROHRBACK L.L.P.


By */s/ Derek W. Loeser*
    Derek W. Loeser (*pro hac vice*)
    dloeser@kellerrohrback.com
    1201 Third Avenue, Suite 3400
    Seattle, WA 98101
    (206) 623-1900, Fax (206) 623-3384

    *Interim Lead Counsel*

COHEN MILSTEIN SELLERS AND TOLL PLLC


By: */s/ Eric A. Kafka*
    Eric A. Kafka
    ekafka@cohenmilstein.com
    Cohen Milstein Sellers and Toll PLLC
    88 Pine Street, 14th Floor
    New York, NY 10005
    212-838-7797
    212-838-7745 (fax)

    *Interim Lead Counsel*

O'MELVENY AND MYERS LLP


By: */s/ Matthew David Powers*
    Matthew David Powers
    mpowers@omm.com
    Two Embarcadero Center
    San Francisco, CA 94111
    415-984-8700
    415-984-8701 (fax)

Daniel M Petrocelli
dpetrocelli@omm.com
1999 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6035
310-553-6700
310-246-6779 (fax)

Stephen D Brody
sbrody@omm.com
1625 Eye Street, NW
Washington, DC 20006
202-383-5167
202-383-5414 (fax)

*Attorneys for ByteDance Inc., ByteDance Ltd, TikTok Ltd, TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(2)(i)**

I, Derek W. Loeser, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of June, 2025, at Seattle, Washington.

*/s/ Derek W. Loeser*
Derek W. Loeser