Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384

Eric Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor New York, NY 10005
(212) 838-7797, Fax: (212) 838-7745

***Plaintiffs Interim Co-Lead Counsel***

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION | MDL NO. 3144<br><br>2:25-ml-03144-GW-RAO<br><br>**(PROPOSED) ORDER GRANTING STIPULATION REGARDING TIKTOK TUTORIAL** |

The Court considered parties Stipulation Regarding TikTok Tutorial and for good cause shown, it is ORDERED:

- The joint submission originally set for June 11 shall now be filed on June 20;
- The tutorial brief from each party originally set for June 13 shall now be filed shall be filed July 2;

1

- The Tutorial on Technology shall take place on July 17, commencing at 10:30 AM.

The parties agree that that this extension request does not alter the Court's order staying discovery until after hearings on Defendants' motion to dismiss. *See* ECF No. 11.

IT IS SO ORDERED.

Date: _____

George H. Wu
United States District Judge