Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384

Eric Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor New York, NY 10005
(212) 838-7797, Fax: (212) 838-7745

***Plaintiffs Interim Co-Lead Counsel***

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION | MDL NO. 3144<br><br>2:25-ml-03144-GW-RAO<br><br>**NOTICE OF LODGING OF (PROPOSED) ORDER RE LEADERSHIP AND COMPLAINT DEADLINE** |

　　Plaintiffs, by and through the undersigned counsel, hereby give Notice of Lodging of (Proposed) Order re Leadership and Complaint Deadline.

　　　　　　　　　　　　　　　KELLER ROHRBACK L.L.P.

　　　　　　　　　　　　　　　By */s/ Derek W. Loeser*
　　　　　　　　　　　　　　　　　Derek W. Loeser (*pro hac vice*)
　　　　　　　　　　　　　　　　　dloeser@kellerrohrback.com
　　　　　　　　　　　　　　　　　1201 Third Avenue, Suite 3400
　　　　　　　　　　　　　　　　　Seattle, WA 98101

1

(206) 623-1900, Fax (206) 623-3384

*Interim Lead Counsel*

COHEN MILSTEIN SELLERS AND TOLL PLLC

By: */s/ Eric A. Kafka*
    Eric A. Kafka
    ekafka@cohenmilstein.com
    Cohen Milstein Sellers and Toll PLLC
    88 Pine Street, 14th Floor
    New York, NY 10005
    212-838-7797
    212-838-7745 (fax)

    *Interim Lead Counsel*

2