Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384

Eric Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor New York, NY 10005
(212) 838-7797, Fax: (212) 838-7745

*Plaintiffs Interim Co-Lead Counsel*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION | Case No.: MDL 25-3144-GW-RAOx<br><br>**ORDER GRANTING STIPULATION REGARDING TIKTOK TUTORIAL** |

The Court considered parties Stipulation Regarding TikTok Tutorial and for good cause shown, it is ORDERED:

- The joint submission originally set for June 11 shall now be filed on June 20;

- The tutorial brief from each party originally set for June 13 shall now be filed shall be filed July 2;

- The Tutorial on Technology shall take place on July 14, 2025, commencing at 10:30 AM.

1    The parties agree that that this extension request does not alter the Court's order staying

2    discovery until after hearings on Defendants' motion to dismiss.  *See* ECF No. 11.

3

4    IT IS SO ORDERED.

5    Date:  June 9, 2025

6                                                    HON. GEORGE H. WU,
                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28