Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
KELLER ROHRBACK, LLP
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384

Eric Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797, Fax: (212) 838-7745

*Plaintiffs' Interim Co-Lead Counsel*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION | Case No.:  MDL 25-3144-GW-RAOx **ORDER RE LEADERSHIP AND COMPLAINT DEADLINE** |

IT IS HEREBY ORDERED:

1.    The Court has appointed Eric Kafka of Cohen Milstein Sellers & Toll PLLC and Derek Loeser of Keller Rohrback LLP as Interim Lead Counsel.

2.    The Court hereby appoints Steve Bloch of Silver Golub & Teitell LLP to the Executive Committee who shall work at the direction and under the control of Interim Lead Counsel.

3.    If Interim Lead Counsel later determines that the needs of the case require the appointment of an additional Executive Committee member, Interim Lead Counsel may ask the Court to appoint an additional Executive Committee member.

4.     As noted in the Court's June 5, 2025 Minutes of Telephonic Conference (ECF 73), the Consolidated Amended Complaint shall be filed on or before July 11, 2025.

IT IS SO ORDERED.

Dated: June 9, 2025

_____
HON. GEORGE H. WU,
United States District Judge