DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: TikTok, Inc. Minor Privacy Litigation | Case No. 2:25-ml-03144-GW-RAO<br><br>**DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF JOINT STATEMENT REGARDING THE COURT'S PRESERVATION ORDER** |

# DECLARATION

I, Daniel M. Petrocelli, declare as follows:

1. I am a member of the Bar of the State of California and am admitted to practice in the United States District Court for the Central District of California. I am an attorney at the law firm of O'Melveny & Myers LLP, counsel of record for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc. (collectively, "Defendants").

2. I submit this declaration in support of the parties' Joint Statement Regarding the Court's Preservation Order. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so under oath.

3. Attached as **Exhibit A** is a true and correct copy of the transcript from the May 29, 2025 status conference.

4. Attached as **Exhibit B** is a true and correct copy of the operative complaint in *State of Washington v. TikTok Inc.*, Case No. 24-2-23100-5 SEA (Wash. Super. Ct. Oct. 8, 2024).

5. Attached as **Exhibit C** is a true and correct copy of the operative complaint in *Platkin v. TikTok Inc.*, Case No. ESX-C-000228-24 (N.J. Super. Ct. Jan. 20, 2025).

6. Attached as **Exhibit D** is a true and correct copy of the Order on Motion to Dismiss in *New York v. TikTok Inc.*, Index No. 452749/2024 (N.Y. Super. Ct. May 29, 2025), Doc. No. 128.

7. Attached as **Exhibit E** is a true and correct copy of the Memorandum of Law in Support of Defendant TikTok Inc.'s Motion to Dismiss the State's First Amended Complaint in *New Hampshire v. TikTok Inc.*, Case No. 217-2024-CV-00399 (N.H. Super. Ct. Dec. 16, 2024).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of June, 2025 in Los Angeles, California.

*/s/ Daniel M. Petrocelli*
Daniel M. Petrocelli