# EXHIBIT B

1

2

3

4

5

6

7

**STATE OF WASHINGTON
KING COUNTY SUPERIOR COURT**

8

STATE OF WASHINGTON,                    NO.

9

               Plaintiff,          COMPLAINT FOR INJUNCTIVE
10                                         AND OTHER RELIEF

11     v.

TIKTOK INC.; TIKTOK LLC;
12  TIKTOK PTE. LTD.; TIKTOK LTD.;
BYTEDANCE INC.; AND
13  BYTEDANCE LTD.,

14             Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF

## TABLE OF CONTENTS

I.    INTRODUCTION ................................................................................................ 1

II.   PARTIES ............................................................................................................. 4

III.  JURISDICTION AND VENUE ......................................................................... 5

IV.   FACTUAL ALLEGATIONS .............................................................................. 6

      A.    After Acquiring Muscial.ly, TikTok Rapidly Grew in the U.S. with a Relentless Focus on Recruiting Kids ...................................................... 6

      B.    The Work TikTok Does in Washington Is Important to TikTok's Business Model ........................................................................................ 9

      C.    All Defendants Jointly Operate TikTok ......................................................... 9

      D.    TikTok's Platform Features Hook and Harm Young Users ................................... 13

            1.    TikTok designed its Platform to promote compulsive use ................................ 14

                  a.    TikTok's "recommendation system" encourages compulsive use by recommending an endless stream of content ................................ 17

                  b.    TikTok uses features to manipulate users into compulsive use ............... 19

                        (1)    Effects ............................................................................ 19

                        (2)    Autoplay ........................................................................ 20

                        (3)    Endless or Infinite Scroll .................................................. 20

                        (4)    TikTok Stories and TikTok LIVE .................................... 21

                        (5)    Push Notifications ........................................................... 22

                        (6)    "Likes," Comments, and Other Interactions ....................... 24

            2.    The TikTok Platform engenders negative body image through "beauty" tools and filters that TikTok knows to be harmful to young users .................. 26

            3.    Through these features, the TikTok Platform knowingly harms children and teens in pursuit of profit .......................................................... 32

      E.    TikTok Knows Its Features Harm Young Users But Has Not Made the Platform Safer .......................................................................................... 35

            1.    Compelling young users to spend more time on its Platform is key to TikTok's business model ................................................................ 36

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

2.  TikTok is willing to pay content creators and use shadow accounts to
    post more content to keep users on the Platform longer ................................. 38

3.  TikTok rejected internal recommendations to enhance user safety and
    reduce compulsive use ................................................................................... 40

4.  Due to TikTok's unfair business model and coercive features outlined
    above, children and teenagers use the Platform compulsively to their
    detriment........................................................................................................ 42

F.  TikTok Deceives Young Users and Their Parents About Its Platform's Safety ..... 45

1.  TikTok deceives young users and their parents about the harmful effects
    of its Platform and design features................................................................ 45

    a.  TikTok deceives users about its efforts to prolong user engagement
        through compulsive design elements...................................................... 48

    b.  TikTok deceives users about the efficacy of its so-called time
        management and other safety tools......................................................... 49

    c.  TikTok's claimed 60-minute screentime limit is not an actual limit........ 51

    d.  TikTok deceives users about its beauty filters......................................... 55

2.  TikTok deceives young users and their parents about the efficacy of its
    "Refresh" and "Restricted Mode" features ..................................................... 56

    a.  TikTok falsely represents users' ability to "Refresh" their feed and
        escape harmful rabbit holes ................................................................... 57

    b.  TikTok deceives users about Restricted Mode's ability to filter
        inappropriate content for minors............................................................ 61

3.  TikTok deceives young users and their parents about the application and
    enforcement of its Community Guidelines ..................................................... 63

    a.  TikTok deceives users about how effectively Community Guidelines
        are applied.............................................................................................. 63

    b.  TikTok misrepresented the prevalence of the Blackout Challenge on
        its Platform and pushed a deceptive public narrative ............................... 68

    c.  TikTok omits key information when discussing its content
        moderation enforcement ........................................................................ 69

    d.  TikTok misrepresents who is subject to its Community Guidelines ........ 70

    e.  TikTok misrepresents its incorporation of expert recommendations
        into its Community Guidelines ............................................................... 71

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

4.   TikTok deceives young users and their parents about its ability to keep kids off its 13+ Platform and about the safety of "Kids Mode" ...................... 72

      a.   TikTok allowed users under the age of 13 onto its 13+ Platform and mishandled their accounts ................................................................... 72

      b.   TikTok's internal account-removal policies permit it to overlook TikTok accounts belonging to children ................................................... 74

      c.   TikTok knows that many children bypass its ineffective age gate, if an age gate is used at all ................................................................ 75

      d.   TikTok reassures young users and their parents that users under 13 will have an appropriate experience in "Kids Mode" .............................. 77

G.   TikTok Engages in Deceptive and Unfair Acts and Practices in Trade or Commerce in Washington ................................................................... 79

   1.   TikTok offers a variety of products and services centered around its Platform ................................................................................. 79

   2.   TikTok has significant business ties to Washington ....................................... 80

V.     FIRST CAUSE OF ACTION .......................................................................... 81

VI.    SECOND CAUSE OF ACTION ....................................................................... 83

VII.   PRAYER FOR RELIEF ................................................................................ 84

///

///

///

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

# I.    INTRODUCTION

1.    For years, TikTok, Inc., along with its parent and affiliate entities named as Defendants in this action (collectively, "Defendants" or "TikTok"), has misled the public about the risks its social media platform ("Platform") poses to users in a deceptive scheme to maximize its own profits. American children and teenagers are in the grip of a mental health crisis driven by excessive social media use.[1] TikTok has contributed to the crisis by targeting kids to get them hooked and ensure a lifetime of revenue, designing its Platform with elements that prey upon young people's unique psychological vulnerabilities and drive young people to spend excessive amounts of time on TikTok's Platform. And it worked. TikTok operates one of the most widely used social media platforms among U.S. teens.

2.    TikTok's business model depends on maximizing advertising revenue, which in turn depends on keeping users on its Platform for as long as possible to show ads and collect user data to sell yet more targeted ads. To achieve that goal, TikTok employs an arsenal of harmful addictive-by-design features specifically tailored to exploit, manipulate, and capitalize from young users' developing brains. At the same time, rather than making its product safe or disclosing its Platform's harms, TikTok misleads the public and conceals the ways its Platform has harmed—and is continuing to harm—children and teens.

3.    TikTok has internally known for years that excessive, compulsive, and addictive use of its Platform is harmful to children and teenagers. Outside the United States, TikTok's parent company Defendant ByteDance Ltd. actively strives to protect young users from those harms by, for example, providing a different version of TikTok that reduces harm to young users. TikTok has every ability to take similar measures to protect young users across the United States.

4.    But it chooses not to. In the United States, TikTok specifically targets children (under 13 years old) and teenagers (aged 13 to 17) with an algorithm and Platform

---

[1] *See* Office of the Surgeon General, *Social Media and Youth Mental Health, The U.S. Surgeon General's Advisory*, U.S. Dep't of Health & Human Servs. (May 23, 2023), https://archive.ph/QAytZ.

features designed to keep these young users (users under 18) on its Platform as long as possible. TikTok's executives and employees admit that they target young Americans, stating:

    a.   "It's better to have young people as an early adopter, especially the teenagers in the U.S. Why? They [*sic*] got a lot of time."[2]

    b.   "Teenagers in the U.S. are a golden audience . . . If you look at China, the teenage culture doesn't exist—the teens are super busy in school studying for tests, so they don't have the time and luxury to play social media apps."[3]

5.    TikTok knows that the harmful effects of its Platform wreak havoc on the mental health of millions of American children and teenagers. Its executives admit:

    a.   "The product in itself has baked into it compulsive use."

    b.   "The reason kids watch TikTok is because the algo[rithm] is really good . . . But I think we need to be cognizant of what it might mean for other opportunities. And when I say other opportunities, I literally mean sleep, and eating, and moving around the room, and looking at somebody in the eyes."

6.    Despite its full knowledge of the potential for serious harm, including sleep deprivation, depression, anxiety, self-harm, suicide, and death, TikTok deliberately and successfully targets its product to young users as its core demographic. As a result, young American users utilize the TikTok Platform at extremely high rates and suffer because of it.

7.    TikTok deceptively markets its Platform to conceal its harmful effects. It lures children and teenagers with misrepresentations about its Platform, fails to disclose material information about the harms that result from using its Platform, and induces excessive, compulsive, and addictive use of its Platform. To convince children and teenagers to use TikTok—and their parents to allow them to do so—TikTok tells the world that its Platform is

---

[2] *See* Andrew Brown, *Musical.ly's Alex Zhu on Igniting Viral Growth and Building a User Community 2016*, YouTube (Feb. 17, 2022), https://archive.ph/wTx62.
[3] Paul Mozur, *Chinese Tech Firms Forced to Choose Market: Home or Everywhere Else*, N.Y. Times (Aug. 9, 2016), https://archive.ph/xZNRp.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

safe, fun, and appropriate for teens and children. But TikTok knows that its Platform is harmful and addictive. TikTok also knows that once on the Platform, many kids fall into a harmful, pervasive cycle of compulsive use.

8.    TikTok does not tell users or their parents that it intentionally implemented "coercive design tactics" that manipulates young users to increase their habitual use of the Platform, intentionally exploiting young users' inability to self-regulate. Nor does TikTok disclose what its executives and employees know about the harms caused by increased screen time: that "compulsive usage correlates with a slew of negative mental effects like loss of analytical skills, memory formation, contextual thinking, conversational depth, empathy, and increased anxiety" and that it "interferes with essential personal responsibilities like sufficient sleep, work/school responsibilities, and connecting with loved ones."

9.    In response to criticism from users, parents, the public, and politicians, TikTok recently implemented certain tools that it claims help users reduce the time they spend on the Platform and other harms caused by TikTok's recommendation system or algorithm. But TikTok's representations regarding these tools are misleading because TikTok knows that they are ultimately ineffective, either because only a tiny percent of its users actually use those tools, because the tools do not work as advertised, or because the tools do not meaningfully reduce users' time spent on TikTok or prevent other harms.

10.    TikTok refuses to make meaningful changes if there is any chance the changes will reduce its profits, even if only incrementally. All the while, TikTok has trumpeted its false mantra that users' safety is its top priority.

11.    In addition to being deceptive, TikTok's conduct in targeting children and teenagers with a harmful and addictive product by capitalizing on their developing brains and subverting their autonomy is an unfair business practice under the Washington Consumer Protection Act (CPA).

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

12.     The State seeks to enjoin TikTok's present and ongoing unlawful conduct and to give back what has been taken, and continues to be taken, from a generation of young Washingtonians – the ability to be present, thoughtful agents of their own paths as they navigate and create their way from childhood to adulthood, free from manipulation by TikTok—and to ask whether using TikTok's Platform is worth the risk to their well-being during the most pivotal sequence of their lives.

## II.    PARTIES

13.     The Plaintiff is the Attorney General of the State of Washington ("State"). The Attorney General is authorized to commence this action pursuant to RCW 19.86.080 and RCW 19.86.140. The Washington State Attorney General's Office created the Consumer Protection Division to detect, investigate, and prosecute any act prohibited or declared to be unlawful under the Washington Consumer Protection Act.

14.     Defendant TikTok Inc. is a California corporation with its principal place of business at 5800 Bristol Parkway, Culver City, California 90230.

15.     Defendant TikTok LLC is a Delaware limited liability company with its principal place of business at 5800 Bristol Parkway, Culver City, California 90230. Defendant TikTok LLC wholly owns Defendant TikTok Inc.

16.     Defendant TikTok Pte. Ltd. is a company incorporated in Singapore with its principal place of business in Singapore at 1 Raffles Quay, #26-10, Singapore 048583.

17.     Defendant TikTok Ltd. is a company incorporated in the Cayman Islands with its principal place of business in Shanghai, China. Defendant TikTok Ltd. wholly owns Defendant TikTok LLC and Defendant TikTok Pte. Ltd.

18.     Defendant ByteDance Inc. is a Delaware corporation with its principal place of business at 1199 Coleman Avenue, San Jose, California 95110.

COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF - 4

19.    Defendant ByteDance Ltd. is the ultimate parent company of all other Defendants. It is a company incorporated in the Cayman Islands with its principal place of business in Beijing, China.

20.    The defendants identified in Paragraphs 14 through 19 above are referred to collectively in this Complaint as "Defendants" or "TikTok."

### III.    JURISDICTION AND VENUE

21.    The State files this Complaint and institutes these proceedings under the provisions of the Consumer Protection Act, RCW 19.86. The Attorney General has the authority to commence this action as conferred by RCW 19.86.080 and RCW 19.86.140.

22.    Defendant TikTok Inc. is registered as a foreign profit corporation in the state of Washington and maintains a registered agent in Washington: Corporation Service Company, 300 Deschutes Way SW, Ste 208, MC-CSC1, Tumwater, WA 98501. As such, Defendant is subject to service of process, notice, or demand under Washington law. RCW 23.95.450.

23.    Defendant ByteDance Inc. is   registered as a foreign profit corporation in the State of Washington and maintains a registered agent in Washington: Corporation Service Company, 300 Deschutes Way SW, Ste 208, MC-CSC1, Tumwater, WA 98501. As such, Defendant is subject to service of process, notice, or demand under Washington law. RCW 23.95.450.

24.    This Court has personal jurisdiction over Defendants pursuant to RCW 4.28.180, RCW 4.28.185, and RCW 19.86.160 because Defendants have engaged in the conduct set forth in this Complaint in King County and elsewhere in the State of Washington. TikTok maintains office locations in Seattle and Bellevue, markets its services throughout Washington, employs Washington residents in Washington, works with Washington businesses and individuals, advertises to Washington residents including residents under the age of 18, and intentionally avails itself of the Washington market so as to render the exercise of jurisdiction over TikTok consistent with traditional notions of fair play and substantial justice.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    25.    As described further below, all Defendants together operate as a common

2  enterprise and, upon information and belief, each Defendant has actively formulated,

3  participated in, approved, directed, or otherwise controlled the acts or practices referenced

4  throughout this complaint. Because Defendants have operated as a common enterprise, such that

5  agency and/or alter-ego relationships have formed, and because each has actively formulated,

6  participated in, approved, directed, or otherwise controlled the acts or practices referenced

7  throughout this complaint, this Court has jurisdiction over each Defendant.

8    26.    Venue is proper in King County pursuant to RCW 4.12.020 and 4.12.025, and

9  Court Rule 82 because Defendants have a business office, physical presence, and transact business

10  in King County and because a large number of young users harmed by TikTok's acts or

11  omissions reside in King County.

12                    **IV.    FACTUAL ALLEGATIONS**

13  **A.    After Acquiring Musical.ly, TikTok Rapidly Grew in the U.S. with a Relentless
       Focus on Recruiting Kids**

14

15    27.    ByteDance Ltd. entered the American market in December 2017 by acquiring

16  Musical.ly, a popular social media app launched in 2014 that allowed users to create and post

17  short videos of themselves lip-syncing and dancing to popular songs.

18    28.    Musical.ly was particularly popular with American teens and had at least

19  60 million mostly U.S. users.

20    29.    With the acquisition of Musical.ly, ByteDance Ltd. had three separate social

21  media platforms: its original short-form video social media platform in China called Douyin, its

22  international version of Douyin called TikTok, and Musical.ly.

23    30.    In August 2018, ByteDance Ltd. merged the Musical.ly app with the TikTok app

24  under the TikTok name ("TikTok Platform" or "Platform") and began operating as TikTok.

25

26

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

31.     Shortly thereafter in February 2019, TikTok paid the FTC $5.7 million to settle allegations that Musical.ly violated COPPA by illegally collecting and using personal information from children without parental consent.

32.     The FTC had alleged that Musical.ly did not require users to enter their age when creating an account, Musical.ly never requested age information for existing users who created accounts prior to July 2017, and "[a] significant percentage of Musical.ly users [were] children under 13, and numerous press articles between 2016 and 2018 highlight the popularity of the App among tweens and younger children."

33.     Those COPPA violations fueled TikTok's growth and immense popularity because the lack of effective age verification made it easier for children under 13 to sign up and consume content. Additionally, those same users gave TikTok more posts to engage existing users and attract new users to the Platform.

34.     After settling with the FTC, TikTok bifurcated its Platform into "Kids Mode" (intended for use by children who report their age as under 13) and what TikTok called the "full" or "13+ experience" (the standard version of TikTok, available to everyone who reports their age as 13 or older). "Kids Mode" is a TikTok experience for "younger users" featuring "limited content, no access to [direct messages], no ability to comment, and no ability to upload content," as well as other restrictions. TikTok collects personal data from users in both experiences.

35.     TikTok remains highly incentivized to keep young people on the Platform. An internal review of user engagement noted that "[a]s expected, across most engagement metrics, the younger the user the better the performance." According to internal data from 2019, users aged 14 and under consume more videos per user per day than any other age group on TikTok. One TikTok 2019 internal presentation states that the Platform's "ideal user composition" would be for 82% of its users to be under the age of 18. TikTok considers users under age 13 a critical demographic, believing users will continue to use the Platform to which they are accustomed "after they grow up."

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

36.     With a relentless focus on young people, TikTok's growth in the United States exploded. Through at least 2020, the Platform's user growth in the United States was primarily driven by users aged 17 and under.

37.     TikTok's internal data estimated that at that time ▇▇▇ of Americans between the ages of ▇▇▇ who used a smartphone were on the app ▇▇▇▇▇▇:

38.     In 2023, 63% of all Americans aged 13 to 17 who responded to a Pew Research survey reported using TikTok, and most teenagers in the U.S. were using TikTok daily; 17% of American teens said that they were on TikTok "almost constantly."[4]

39.     For Washingtonian youth, by December 2023 at least 479,844 Washingtonian teenagers aged 13 to 17 had a TikTok account. This represents roughly half of the population of Washington youth within the broader age range of 10 to 19. In terms of the intensity of their use of the Platform, by December 2023 at least 135,178 Washingtonian teenagers aged 13 to 17 used TikTok monthly while at least 86,334 Washingtonian teenagers aged 13 to 17 used TikTok daily.

---

[4] *See* Monica Anderson, et al., *Teens, Social Media and Technology 2023*, Pew Research Ctr. (Dec. 11, 2023), https://archive.ph/LwGpW.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

40.     As they age, Washington users become more valuable to TikTok. TikTok tracks the average revenue per user on its platform based on age categories 13-17, 18-23, and over 23. ███████████████████████████████████████████████████████ ██████████████████████.

**B.     The Work TikTok Does in Washington Is Important to TikTok's Business Model**

41.     TikTok's Washington employees work to understand its youth market and youth safety. For example, TikTok's Seattle office has safety employees and current job postings for its Trust and Safety department. TikTok's US Public Policy lead is also based in Seattle.

42.     TikTok identifies Washington as a "priority market" for "pushing our safety narratives."

43.     TikTok has hosted teen forums in Washington to discuss how teens could be safe and responsible online. TikTok has also partnered with local Washington based PTAs to host coordinated local events.

44.     Similarly, TikTok is a multi-year supporter of 'Safer Internet Day' in Seattle and five other US cities with a goal of maximizing online well-being.

**C.     All Defendants Jointly Operate TikTok**

45.     Defendants are interconnected companies all intimately involved in operating the TikTok Platform.

46.     At the corporate level, Defendant ByteDance Ltd. is the parent and owner of Defendants ByteDance, Inc. and TikTok Ltd. TikTok Ltd. owns Defendants TikTok LLC and TikTok Pte. Ltd. TikTok LLC in turn owns Defendant TikTok Inc.

47.     ByteDance Ltd. and TikTok Ltd. make decisions about the TikTok Platform, even though the TikTok Platform is unavailable in China. ByteDance Ltd. and TikTok Ltd. even retain authority to approve or deny implementation of the Platform's "safety features."

48.     At the executive level, although TikTok Inc. is incorporated in the United States, it is led by an executive team based in the United States, Singapore, and China. A group of

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1  ByteDance Ltd. and TikTok Inc. executives, including Zhang Yiming, Liang Rubo,

2  Zhao Penyuan, and Zhu Wenjia, direct and control TikTok's core features and development.

3      49.    At the employee level, employee roles among Defendants are often blurred:

4  TikTok Inc. represents it has not created or maintained an organizational chart because its

5  employees do not have formal titles and their responsibilities between organizations are fluid.

6  Some former employees have even stated they were unsure which Defendant they actually

7  worked for.

8      50.    Because Defendants' corporate boundaries are porous, employees at all the

9  companies work together. All Defendants' employees use a shared internal messaging system,

10  Lark, where they can engage in chats and group chats with each other regardless of their formal

11  company affiliation. Defendants' employees use Lark to discuss specific features on TikTok.

12  TikTok CEO Shou Chew confirmed to Congress on March 23, 2023, that employees of

13  ByteDance Ltd. work on the TikTok Platform and that he personally uses Lark to communicate

14  "with employees at ByteDance [Ltd.]."[5]

15      51.    According to a 2023 report prepared for the Australian Select Committee on

16  Foreign Interference through Social Media, one ByteDance Ltd. insider has described TikTok

17  Inc. as "not developed enough to be a self-contained business unit. Therefore . . . TikTok draws

18  on personnel, experience, and methods of ByteDance's Douyin app, software, and commercial

19  model to achieve 'technology accumulation and business breakthroughs.'"[6]

20      52.    This report also gives examples of cross-hiring among Defendants. For example,

21  in November 2022, TikTok Inc. posted a job for a "data scientist" based in Shanghai. The next

22  week, ByteDance Ltd. posted a job advertisement with the same description. The hiring team for

23  the ByteDance Ltd. position worked for "TikTok."

24

25      [5] *TikTok: How Congress Can Safeguard American Data Privacy and Protect Children from Online Harms Before H. Comm. on Energy and Commerce*, 118th Cong. 28, 36, 96 (2023).

26      [6] Rachel Lee, et al., *TikTok, ByteDance, and Their Ties to the Chinese Communist Party*, 42 (March 14, 2023), https://t.co/ROPtMMud89.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

53.     The report concluded that ByteDance Ltd. management considers the entities interchangeable.

54.     The report is not alone in considering the entities a single, combined organization. Prominent leaders of TikTok Inc. even state on their public LinkedIn profiles that they are employed by "ByteDance/TikTok."

55.     Indeed, in April 2021, when Shou Chew was named CEO of TikTok Inc., he was serving as CFO of ByteDance Ltd.  As CEO of TikTok Inc., Chew reports to the CEO of ByteDance Ltd and is also paid by ByteDance Ltd.

56.     ByteDance Ltd. and TikTok Ltd. employees also routinely sign contracts on behalf of TikTok Inc.

57.     Moreover, this organizational and employee interchangeability is confirmed by shared business projects, models, and operations.

58.      Defendants operate on a "shared services" model in which ByteDance Ltd. provides legal, safety, and privacy resources, including personnel, for other Defendants.

59.     As part of Defendants' shared services model, ByteDance Ltd. controls legal compliance and oversight at TikTok Inc. ByteDance Ltd.'s Global General Counsel, who reports to ByteDance Ltd.'s CEO, also oversees TikTok Inc.'s legal issues.

60.     Similarly, ByteDance Ltd. controls TikTok Inc.'s e-commerce operations, and leadership of TikTok Inc.'s e-commerce operations reports directly to ByteDance Ltd.'s executives rather than TikTok Inc.'s own CEO. Further, TikTok Inc.'s head of human resources reports to ByteDance Ltd.'s head of human resources.

61.     Additionally, upon information and belief, Defendants have one centralized bank account for ByteDance Ltd.'s more than a dozen products, including the TikTok Platform.

62.     ByteDance Ltd. also created the TikTok algorithm and maintains ownership over it.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

63.    Further, TikTok Ltd. is listed as the TikTok Platform's developer, and TikTok Pte. Ltd. as the TikTok Platform's seller, on the Apple App Store. Similarly, the TikTok Platform's listing on Google Play provides TikTok Pte. Ltd. as the entity responsible for the app.

64.    Finally, the tiktok.com domain is also registered to TikTok Ltd.

65.    In sum, upon information and belief, at all relevant times:

    i.    Each Defendant has actively formulated, participated in, approved, directed, or otherwise controlled the acts or practices referenced throughout this complaint.

    ii.    Each Defendant acted individually and jointly with every other named Defendant in committing all acts alleged in this Complaint.

    iii.    Each Defendant acted: (a) as a principal; (b) under express or implied agency; and/or (c) with actual or ostensible authority to perform the acts alleged in this Complaint on behalf of every other named Defendant.

    iv.    Some or all Defendants acted as the agent of the others, and all Defendants acted within the scope of their agency if acting as an agent of another.

    v.    Each Defendant knew or realized, or should have known or realized, that the other Defendants were engaging in or planned to engage in the violations of law alleged in this Complaint. Knowing or realizing that the other Defendants were engaging in such unlawful conduct, each Defendant nevertheless facilitated the commission of those unlawful acts. Each Defendant intended to and did encourage, facilitate, or assist in the commission of the unlawful acts, and thereby aided and abetted the other Defendants in the unlawful conduct.

    vi.    Defendants have engaged in a conspiracy, common enterprise, and common course of conduct, the purpose of which is and was to engage in the violations

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    of law alleged in this Complaint.  The conspiracy, common enterprise, and

2    common course of conduct continue to the present.

3    **D.    TikTok's Platform Features Hook and Harm Young Users**

4        66.    To drive growth and revenue in the United States, TikTok strategically designs

5    and deploys exploitative and manipulative features to addict young users and maximize their

6    time on its Platform. This is not an accidental byproduct of its efforts to grow its base of young

7    users and increase its advertising revenues. Rather, addicting young users to its Platform is a

8    central pillar in its growth strategy—and one that TikTok has doggedly pursued notwithstanding

9    the likelihood of harm caused to those young users.

10        67.    TikTok intentionally designed its Platform to capture as much of its users' time

11   and attention as possible, and admits that "[t]he advertising-based business model encourages

12   optimization for time spent in the app." The more time users spend on the Platform, the more

13   ads they watch, which increases TikTok's ad revenue. TikTok has long prioritized maximizing

14   the amount of time that teenagers spend on its Platform.

15        68.    TikTok's targeted focus on increasing young users' time on its Platform is no

16   accident: internal TikTok documents note that young users are "more easily persuaded" than

17   adults, that they "likely don't understand risks of unhealthy usage as well as older users," and

18   that they "are particularly sensitive to reinforcement in the form of social reward and have

19   minimal ability to self-regulate effectively."

20        69.    TikTok conducts ███████████████████████. It found that ████

21   ████████████████████████████████████████████████████████████

22   ███████████████████.

23        70.    TikTok optimizes its Platform for maximum use by young people. It tracks

24   metrics to measure its success, such as: how many young people use the Platform per day and

25   month; how much time young people spend watching videos; how many videos young people

26

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1  watch; and whether young people keep coming back to the Platform. TikTok uses this data in its

2  algorithms to further increase young user engagement.

3       71.    TikTok also targets American children under the age of thirteen with its

4  "Kids Mode" version of the Platform.

5       72.  █████████████████████████████████████████

6  ███████████████████████████████████████████████

7  ███ ██████████████████████████████████████████

8  ██████████████████████████████████

9       73.    ████████████████████ TikTok expressly stated that ██

10  ███████████████████████████████████████████████

11  ██████████████████████████████████.

12       74.    TikTok's efforts to maximize usage of its Platform by American teenagers and

13  children have been extremely successful. The TikTok app is now American teens' "primary

14  social app of choice."[7]

15  **1.     TikTok designed its Platform to promote compulsive use**

16       75.    TikTok created Platform features to cause increased, excessive, compulsive, and

17  addictive use, despite knowing that young people are more susceptible to—and impacted

18  by—those features. For young users of the TikTok Platform, these impacts are severe, and

19  include such things as increased levels of depression and anxiety disorders, reduced sleep,

20  self-harm, suicidal ideation, and eating disorders.

21       76.    TikTok's algorithms and design decisions are intended to cause young users to

22  compulsively spend increasing amounts of time on the Platform. TikTok outfitted the Platform

23  with features that its own employees describe as "coercive design tactics" particularly effective

24

25

26      [7] *See* Andrew Hutchinson, *New Survey Underlines TikTok's Popularity with Teen Users*, Soc. Med. Today (Nov. 7, 2022), https://archive.ph/gzD1P.

COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF - 14

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    at enticing younger users, who TikTok employees admit, "have minimal ability to self-regulate

2    effectively."

3        77.    TikTok's design choices exploit the neurotransmitter dopamine, which helps

4    humans feel pleasure as part of the brain's reward system to encourage reinforcement. Dopamine

5    "rewards" can lead to addictive behavior, particularly when rewards are unpredictable.

6        78.    Unpredictably delivered dopamine hits, known as "variable rewards," are

7    particularly effective at influencing human behavior. A report about persuasive design called

8    *Disrupted Childhood* (which TikTok had in its research, and which was co-authored by

9    Alexandra Evans, who subsequently became a lead executive at TikTok on child safety)

10    explained how variable rewards produce dopamine rushes:

11        Variable rewards hold a special thrill, as the user anticipates a reward
        that they know could come but is tantalisingly just out of reach. A

12        gambler waiting to see where the roulette wheel will stop or a viewer
        watching a presenter's dramatic pause before they announce a

13        winner. In both cases, the individuals experience a dopamine rush as

14        they anticipate the unknown outcome.[8]

15        79.    The anticipation of the reward, not just the reward itself, drives compulsive and

16    unhealthy habit formation. TikTok knows that "[o]nce the reward has been absorbed, the

17    dopamine fades leaving the desire for more."

18        80.    TikTok successfully harnesses this well-researched method to fuel excessive,

19    compulsive, and addictive use of its Platform while knowing that the prospect of an

20    *unpredictable* dopamine "reward" is even more addicting than consistent dopamine "rewards."

21        81.    To that end, the Platform deploys variable rewards to its users. Some of the

22    features that deliver these variable rewards, such as push notifications and the recommendation

23    system, are described below. Young users of the Platform find it especially difficult "to ignore

24    the prospect of a dopamine reward, even when this conflicts with other essential daily activities,

25    such as sleeping or eating."

26
        [8] *See* Baroness Kidron, et al., *Disrupted Childhood: The Cost of Persuasive Design*, 20 (June 2018).

ATTORNEY GENERAL OF WASHINGTON
                                                                         Consumer Protection Division
                                                                         800 Fifth Avenue, Suite 2000
                                                                         Seattle, WA  98104-3188
                                                                         (206) 464-7744

82.    TikTok knows that minors are particularly susceptible to compulsive use of its Platform. A TikTok-commissioned report corroborates that young developing brains are vulnerable to harmful addictive behaviors:

> [I]f adapting to physical changes poses a new set of challenges to the developing young person, the rapid development of the brain brings additional and perhaps greater ones. In healthy development, the Limbic system of the brain (which regulates emotion and feelings of reward) undergoes dramatic changes between [the] ages of 10-12 years. These changes then interact with the pre-frontal cortex of the brain (the judgement centres) to promote novelty seeking behaviour, risk-taking and interactions with peers. In simple terms, this means there is a phase of intense emotion, whilst judgment can appear to be less acute, as those 'judgement centres' of the brain are being revised . . . [UNICEF] describes early adolescence as a time of rapid learning and brain development, which facilitates increases in sensation-seeking, motivation for social relations and sensitivity to social evaluation[.][9]

83.    As the *Disrupted Childhood* report found, "[c]hildren's predilection to seek immediate gratification makes them particularly susceptible to habit-forming rewards"[10]—a susceptibility that TikTok exploits for greater profits.

84.    The unpredictable "rewards" that the TikTok Platform provides—such as "Likes" (received when a user clicks a heart-shaped button on a video); "follows" (a user's decision to "follow" another user's account); and "comments" (user comments to posts on the Platform)—are social rewards. TikTok knows from its internal research that young users "are particularly sensitive to reinforcement in the form of social reward." TikTok leverages this sensitivity and doles out social rewards to keep young users on its Platform for longer periods of time.

---

[9] Zoe Hilton, et al., *Exploring effective prevention education responses to dangerous online challenges*, (Praesidio Safeguarding, November 2021), https://praesidiosafeguarding.co.uk/safe-guarding/uploads/2021/11/Exploring-effective-prevention-education-responses-to-dangerous-online-challenges-English-UK-compressed-1.pdf, (last visited on July 17, 2024)
[10] *See* Kidron, *supra* note 8, at 20.

COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF - 16

85.    Minors are susceptible to becoming addicted to the TikTok Platform because younger brains have not had as much time to develop as those of adults. TikTok takes advantage of this vulnerability, admitting that "minors do not have executive function to control their screen time[.]" And creating this addiction is TikTok's intent. Internal presentations note that TikTok's

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████    █████████████████████████████████████████████ .  ██████

███████████████████████████████████████████████████████████ .

      **a.**     **TikTok's "recommendation system" encourages compulsive use by recommending an endless stream of content**

86.    ████████████████████████████████████████████████████████████

████████████████████████████████████ ██████████████████████████████

████████████████████████████████████████████████████████████████

██████ . ████████ . ██████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████

87.    TikTok represents that videos on a user's For You page are "likely to be of interest to that particular user" and that "each person's feed is unique and tailored to that specific individual." TikTok's recommendation system is, in large part, composed of the following: ██████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████ ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████ .

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1 ████████████████████████████████████████████. ████████

2 ██████████████████████████

3        88.     TikTok's recommendation system is content neutral or, in TikTok's own words,

4 "content-agnostic". As described in an internal TikTok document, the recommendation system

5 "doesn't care about the content—it doesn't have an agenda. It doesn't qualitatively understand"

6 what content it shows users. Another internal document, a screenshot of which is below, clearly

7 indicates that TikTok's recommendation system does not process or weigh any particular views,

8 does not factor in the content, and does not promote an agenda. The recommendation system

9 learns from how users respond to what they view on the Platform—such as whether a user

10 watches a video to the end or leaves a comment—and based on that feedback delivers more

11 videos intended to keep users on the Platform for longer periods. The engineers who designed

12 and implemented the recommendation system programmed it to maximize time spent on TikTok,

13 so that the system pushes videos intended to keep users on the TikTok Platform longer than they

14 would otherwise choose.

15

16 # Recommendation: Capabilities Summary

17 The recommendation engine is content-neutral, meaning that it recommends content based on behavioral and certain device signals, not on the semantic nature of the content itself.

18

| What the recommendation engine does | What the recommendation engine doesn't do |
|---|---|
| • Given one user and many videos, the recommendation engine can **predict the likelihood** of different user engagements with a video<br>• An algorithm to blend these engagement likelihoods to **rank the videos** | • Does **not** promote or suppress particular political agendas, views, or content<br>• Does **not** use signals to infer someone's race, ethnicity, sexual orientation, or political affiliation or beliefs<br>• Does **not** "understand" content |

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1       89. ████████████████████████████████

2 ██████████████████. ████████████████████████

3 ████████████████████████.

4       90.    TikTok employees, including those working on the recommendation system,

5 understand that the three greatest measures of the company's success are: (1) attracting users,

6 (2) retaining users, and (3) keeping them on the Platform for longer and longer. TikTok sets forth

7 these goals in an internal "Onboarding Presentation" that describes the "[g]oals of the

8 recommendation system" to be how long users spend on the TikTok Platform and how often

9 they engage with it:

## Goals of the recommendation system

- Ultimate goal of the system is to increase **DAU** (Daily Active Users): attract new users and retain existing users (**retention**)
- App **playtime** is regarded as a similar indicator as retention
- Video views
- Interactions: like, comment, share, etc

### b.    TikTok uses features to manipulate users into compulsive use

16       91.    TikTok has built specific features to increase users' time spent on the Platform,

17 which—independently and together—create the compulsive use, excessive use, and addiction

18 that harm TikTok's young users. These features increase users' time on the Platform and promote

19 unhealthy use regardless of the content.

### (1)    Effects

21       92.    TikTok's Platform contains filters, or "Effects," which allow users to alter their

22 appearance in photos and videos. As described in Section IV.F.1.d, these Effects are harmful to

23 minor users. When combined with the Platform's other features, they incentivize young users to

24 alter their appearance in images and videos in ways that mimic cosmetic surgery and/or foster

25 unrealistic beauty standards, among other body dysmorphic impacts that are known to harm

26 self-esteem and induce negative body image.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

93.     Because TikTok knows these Effects features significantly increase usage of the Platform, particularly among young users, it retains these features despite the harm to young users. Indeed, ██████████████████████████████████████████████████

(2)     **Autoplay**

94. ███████████████████████████████████████████████████
██████████████████████. ██████████████████████████████
████████████████████████████. ██████████████████████████
████████████████████████████████████. ████████████████████
███████████████████████████████████████████████████████
███████.

95.     TikTok deploys Autoplay to exploit young users' novelty-seeking minds and especially strong desire to see new activity—vulnerabilities that TikTok has studied—by continuously playing new and only temporarily viewable image and video posts to keep young users on its Platform as long as possible.

96.     Much like "Infinite Scroll" (described below), Autoplay encourages young users to continuously remain on the Platform because it does not require user intervention to choose to view the next video, eliminating user autonomy to make a choice. The video is already loaded and the user need only swipe up. This reduces so-called "friction" in the user experience (*i.e.*, something that slows down a user from performing an action), and by default and by design, young users are kept on the Platform for longer periods of time.

(3)     **Endless or Infinite Scroll**

97.     Another feature of the TikTok Platform is endless scrolling, also referred to as "Infinite Scroll." Wherever a user watches a video on TikTok—whether in the For You or

1    Following feed, on another user's profile, or in direct messages—the user endlessly and

2    seamlessly moves from one video to the next simply by swiping up.

3        98.    TikTok designed Infinite Scroll to endlessly load and/or offer new videos for the

4    user to view as the user scrolls through their feed, removing any need to take action beyond a

5    simple swipe to view more videos. As a user scrolls through their feed, the Platform continuously

6    and perpetually selects and shows more videos to the user.

7        99.    Endless scrolling compels young users to spend more time on the Platform by

8    making it difficult to disengage. It strips away a natural stopping point or opportunity to turn to

9    a new activity. This perpetual stream is designed to "keep [users] scrolling, and purposely

10   eliminate any reason for [them] to pause, reconsider or leave."[11] The user's experience is a

11   bottomless "flow state" that fully immerses users, distorts their perception of time, and has been

12   shown to be associated with problematic use of social media platforms. TikTok knows that

13   "continuous scroll [and] few or no breaks between content" contributes to users' challenges in

14   managing their time spent on the Platform, and it intentionally maintains those features.

### (4)    TikTok Stories and TikTok LIVE

16       100.   The ephemeral aspects of TikTok Stories, content that vanishes two hours after

17   being posted, and TikTok LIVE, a livestreaming service within the Platform, are designed to

18   encourage young users to compulsively return to the Platform by exploiting young users'

19   uniquely sensitive "fear of missing out" (FOMO).

20       101.   TikTok Stories allows users to post short videos that vanish after 24 hours. By

21   design, this rapidly disappearing content pressures users to check the TikTok Platform more

22   frequently. TikTok Stories are meant to "inspir[e] audiences to check on their favorite creators

23   daily to never miss a thing." Product managers intended it to "create[] new triggers for users to

24   open TikTok."

25   _____

26   [11] *See* Von Tristan Harris, *The Slot Machine in Your Pocket*, Spiegel Int'l (July 27, 2016), https://archive.ph/Zi1Dg.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

102.    TikTok similarly sought to leverage users' FOMO with the TikTok LIVE feature. By default, LIVE content—livestreamed videos and real-time interaction with TikTok users—is available only once: while the creator livestreams. Users must tune in immediately or lose the opportunity to interact.

103.    TikTok compounds the urgency to immediately view LIVE videos with push notifications designed to get users back on the Platform to watch the livestreamed videos, even if they occur at inappropriate times, such as during school.

104.    TikTok viewed LIVE as a key part of its effort to increase user engagement. It believed it could "[b]uild stronger creator <> follower relationships on LIVE, with a heavy emphasis on creating sticky [meaning habit-forming] viewing experiences such as subs[criptions]."

### (5)    Push Notifications

105.    Notifications are integral to TikTok's business goal of prolonging youth time spent on its Platform. Notifications are TikTok-created signals displayed on a user's device with TikTok-created messages that alert a user of activity on the Platform to prompt a return to or continued use of the app. These notifications contain messages crafted and sent by TikTok without third-party involvement. By default, TikTok enables a range of audio and visual "Push Notifications" when the app is installed on a smartphone.

106.    The TikTok Platform's push notifications alert users on their smartphones and desktops even when the TikTok Platform is not open, including when the device is not being used.

107.    TikTok purposefully and carefully designed these notifications, including how they are "pushed" and displayed, to increase young users' time spent on its Platform by taking advantage of well-understood neurological and psychological phenomena, including using sounds and vibrations to trigger sudden dopamine releases and preying on youth's social sensitivity and fear of missing out on seeing new activity. These notifications include buzzes,

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  lights, sounds, and onscreen messages with the goal of drawing users' attention to their phones

2  and desktops, and ultimately to the TikTok Platform.

3      108.   ███████████████████████████████████████████

4  ███████████████████████████████████████████. ████████

5  ██████████████████████████.

6      109.   ███████████████████████████████████████████

7  ██████████████████████████████████.

8      110.   TikTok operationalized this goal by creating a plethora of push notifications to

9  unfairly entice users by overloading and overwhelming them to compel a return to the Platform.

10 Some pushes are designed to keep users from quitting the Platform altogether, and others

11 encourage users to open the application.

12     111.   Push   notifications   is   one   of   the   tactics   TikTok   uses   to   deploy

13 "Intermittent Variable Rewards" (IVRs)—the same psychological mechanism that underlies the

14 addictive nature of slot machines.

15     112.   As discussed above, IVRs provide positive stimuli at random, unpredictable

16 intervals interspersed with neutral stimuli. When positive stimuli is received (*e.g.*, a notification

17 that someone "liked" your post), it creates a psychologically-pleasing dopamine release, keeping

18 a user in a feedback loop to continually check the app for more rewarding stimuli. Because the

19 rewards are unpredictable and intermittent, users never know if their next notification will be the

20 one that makes them feel really good—which keeps users returning to the Platform

21 compulsively.

22     113.   ███████████████████████████████████████████

23 ███████████████████████████████████████.

24     114.   TikTok has even used fictitious badge notifications to lure users onto the

25 Platform. Badges are commonly used in smartphone applications to "represent[] the number of

26 unread messages," and ordinary users would understand it as such. TikTok relied on this

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    perception to manipulate users into opening its Platform. It designed a system to grab users'
2    attention by displaying badges with random numbers unconnected to any actual content or
3    interactions available on the Platform. TikTok employees describe this as "an on purpose
4    strategic choice" to display numbers "inconsistent with the actual number of unread messages."
5    As one employee remarked, "I have been getting a badge with 2 every morning, and it
6    disappear [*sic*] as long as I open the app. When I open the app, it's not clear where those unread
7    notifications come from."

8          115.    Notifications succeed at keeping users on the TikTok Platform as TikTok intends.
9    ████████████████████████████████████████████████████████████████
10   ████████████████████████████████████ ████████████████████
11   ████████████████████████████████████████████████████████████████
12   ████████████████████████████.

13         116.    Notably, TikTok knows young users are directly harmed by receiving these
14   incessant notifications, which operate to interfere with users' free choice to stop using the
15   Platform and disrupt their sleep. For example, for years TikTok ignored potential harms it caused
16   by knowingly sending notifications to young "users . . . up until midnight" despite the
17   notifications' "interfere[nce] with sleep." Only recently did TikTok stop sending notifications
18   during certain nighttime hours.

19         117.    TikTok employs these coercive, deceptive, and relentless notifications because
20   they are effective at keeping young users on its Platform—irrespective of their harmful health
21   effects.

22              **(6)    "Likes," Comments, and Other Interactions**

23         118.    TikTok's notifications through "Likes," comments, and other interactions,
24   including the number of Likes and the timing, delivery, and packaging of notifications of positive
25   social validation are classified as types of variable rewards since they are "effective in driving
26   sustained changes in user behavior."

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

119.    Educators explain that Likes "serve as a reward for social media users."[12] A New York University professor describes what happens to the brain when a user receives a notification that "someone 'likes' your post" on a social media platform as "[t]he minute you take a drug, drink alcohol, smoke a cigarette if those are your poison, when you get a 'like' on social media, all of those experiences produce dopamine, which is a chemical that's associated with pleasure."[13]

120.    TikTok's delivery of these dopamine rewards encourage users to post more videos and spend more time on the Platform, which promotes user retention and, again, financially benefits TikTok.

121.    TikTok encourages users to respond to videos that have few Likes by automatically showing a TikTok-created prompt suggesting that the viewer should hit the Like button. TikTok's reasoning behind this is that "[r]eceiving 'like' [*sic*] can greatly encourage the author [content creator] to publish more."

122.    TikTok designs and engineers its Platform to show users a "barrage" of Likes, comments, and view counts when they watch their own videos. This inundation of rewards encourages users to post even more videos.

123.    TikTok publicly quantifies and displays the number of these pseudo-social interactions in a way that drives more use of its Platform, despite knowing the harmful effects on its teenage users. In internal documents, TikTok admits that "[t]he core user experience emphasizes and celebrates like and comment count, which can leave people without them feeling self-conscious, jealous, and bitter."

---

[12] *See* Sophia Petrillo, *What Makes TikTok so Addictive?: An Analysis of the Mechanisms Underlying the World's Latest Social Media Craze*, Brown Undergraduate J. Pub. Health (Dec. 13, 2021), https://archive.ph/tzIfz.

[13] *See* Eames Yates, *What Happens to your Brain when you get a like on Instagram*, Business Insider, (Mar. 25, 2017), https://archive.ph/rv4kk.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

124.    TikTok recognizes that the way its Platform quantifies interactions, such as the number of Likes or comments, are of particular importance to teenagers. These interactions contribute to young users' FOMO, addictive use, and social comparison.

125.    TikTok's own research shows that young people spend excessive amounts of time on the Platform to avoid missing out on rewards such as Likes or comments. For example, teens' difficulty disengaging with the Platform stems in part from the perceived tie between these social interactions and their reputation or image, and when they miss out on these interactions, it is "embarrassing" for the users. Despite being aware of the psychological harms caused by Likes and similar social interactions, TikTok continues to purposely use various methods to display, quantify, package, and notify young users of these social validation metrics to exploit their social sensitivities and coerces young users to spend an unhealthy amount of time on the Platform.

126.    Alexandra Evans, who later became a TikTok executive, co-authored a report explaining how coercive design impacts teenagers:

> Persuasive design strategies exploit the natural human desire to be social and popular, by taking advantage of an individual's fear of not being social and popular in order to extend their online use. For young people, identity requires constant attention, curation and renewal. At key development stages it can be overwhelmingly important to be accepted by your peer group.[14]

127.    Accordingly, TikTok's features encourage increased time spent on the Platform and increased unhealthy, negative social comparisons. This in turn causes increased body image issues and related mental and physical disorders.

**2.    The TikTok Platform engenders negative body image through "beauty" tools and filters that TikTok knows to be harmful to young users**

128.    In addition to implementing features that cause compulsive and excessive use of the Platform, Defendants have made and continue to make design and engineering decisions that cause harm to young users in other ways. One significant example of this is the Platform's

---

[14] *See* Kidron, *supra* note 8, at 21.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

so-called "beauty" features that implicitly encourage unhealthy, negative social comparisons—which, in turn, can cause body image issues and related mental and physical disorders.

129.    A 2022 study found that use of the TikTok Platform was indirectly related to body dissatisfaction through "upward" appearance comparison (i.e., users comparing their own appearances to those of individuals they deem to be more attractive than themselves) and body surveillance (i.e., users scrutinizing and excessively monitoring their own body habitus), which results in greater body dissatisfaction.[15] The researchers also found that being exposed to a high volume of positive body-image media actually has a negative effect and results in an increase in appearance-comparison.

130.    It comes as no surprise, then, that the Platform's filters or "Effects," which allow users to alter their appearance in photos and videos before posting them onto the Platform, can cause harm to users. These often-unrealistic appearance-altering filters are especially dangerous to young users because they can lead to negative self-obsession or self-hatred of their appearance. The Platform's "beauty" filters also harm users by forcing comparison between their actual, "real-life" appearance and their edited appearance. Indeed, plastic surgeons have reported an increase in patients seeking procedures to look better on-screen and remark that the TikTok Platform's advanced "Effects" "blur[] the line between fantasy and reality."[16] Defendants know that these "Effects" can harm users, yet they choose to keep the "Effects" on the Platform and fail to disclose information about their known dangers in representations to users, including parents and youth.

131.    Even more egregious than the "Effects" filters is the Platform's "RETOUCH" feature, formerly called "Beauty" mode. TikTok Filters like "RETOUCH" incorporate machine

---

[15] See Danielle Bissonette Mink & Dawn M. Szymanski, *TikTok Use and Body Dissatisfaction: Examining direct, indirect, and moderated relations*, 43 Body Image 205, 205-08 (2022).

[16] Press Release, Am. Academy of Facial Plastic & Reconstructive Surgery, Inc., 'TikTok Face' Impact on Facial Plastic Surgery, https://archive.ph/TMDXA (last accessed May 30, 2024).

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

learning and artificial intelligence to artificially augment the user's appearance. Through the "RETOUCH" suite of tools, users can adjust many of their physical attributes so as to align with their sense of aspirational beauty standards. For example, "RETOUCH" can change the size and shape of a user's nose, lips, and eyebrows; whiten their teeth; smooth their skin (known as "skin smoothing" within TikTok); and adjust their skin tone or color.

132.    Defendants chose to embed the "RETOUCH" feature into the Platform's user interface such that the icon representing the "RETOUCH" toolset is available on the right-hand side of the screen whenever a user prepares to record a video.

133.    Defendants thus use the "RETOUCH" feature to capitalize on users' physical insecurities by readily offering image-alteration tools that enable users to change certain dimensions of their own appearance—including weight, face shape, jawbone structure, nose shape, eyebrows, lips, teeth whiteness, and skin shade—on the Platform. ████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████.█

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████

134.    Although Defendants' release of the "RETOUCH" feature was regarded as a success for the Platform, internal research indicated that the "Retouch beauty function can no longer meet the beauty needs of users." This spurred Defendants to develop enhanced "beauty" filters and tools for the TikTok Platform.

135.    In the spring of 2023, Defendants created, designed, and published the "Bold Glamour" filter. This extremely advanced "Effect," like their "RETOUCH" tool, is a sophisticated face-altering feature that dramatically changes the user's image, which may encourage unrealistic comparisons and foster body dysmorphia. The "Bold Glamour" filter

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1   modifies the user's image to mimic the effects of makeup and cosmetic surgery. The following

2   before and after photos of the "Bold Glamour" filter demonstrate the drastic results:



16       136.    The "Bold Glamour Effect" has been wildly successful by Defendants' measures,

17   having been applied in over 224 million posts. And internal research offers insight into why:

18   ████████████████████████████████████████████████████

19   ████████████████████████████████████████████████████

20   ████████████████████████████████████████████████████

21   ████████████████████     Needless to say, these traits are all difficult, if not impossible,

22   for users to change in real life without undergoing cosmetic surgery or other such risky and

23   expensive intervention. The "Bold Glamour" filter implements these unnatural and unrealistic

24   changes with the tap of a button—so long as the user's eyes remain glued to the TikTok Platform

25   on their screen.

26

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

137.    Criticisms of Defendants' approach to "beauty" features came to a head in March 2023, when the Dove personal care brand launched a campaign that urged the Platform's users to #TurnYourBack on the "Bold Glamour" filter.[17] Dove's campaign cited studies that found that 52% of girls reported using image-altering features every day, 80% had used a social media platform to change their appearance before the age of 13, and that 77% reported trying to change or hide at least one part of their body using Defendants' "beauty" features.

138.    But Defendants turned a deaf ear to the messaging of Dove's campaign. Two months after the #TurnYourBack initiative, in May 2023, Defendants experimented with automatically applying the "RETOUCH" tools' "default beauty combination effect[s]" to content generated by users of all ages in the United States, including minors under the age of 16. Defendants did this without users' knowledge or consent, and viewers of these videos were similarly not informed that any image-altering tools had been applied.

139.    Predictably, news of Defendants' unscrupulous "auto-retouching" experiment led to what one employee called an "emerging situation" later that month. As that same employee observed, Defendants' efforts to surreptitiously and insidiously roll out the automatic application of this so-called "beauty" feature was "causing some pretty big concerns in [the] U.S. market."

140.    These "concerns" are a direct result of Defendants' choices in the design and deployment of "beauty" features that have caused significant harm to young users. These harms include, but are not limited to: negative social comparison of one's own physical appearance, including through the perpetuation of damaging beauty standards; eating disorders; body dysmorphia; and similar mental and physical health problems. That harm is only compounded by other TikTok product features that also encourage social comparison, such as those as described in Paragraphs 118 through 127.

---

[17] *See* Dove, *Dove Invites You to Take a Stand and #TurnYourBack to Digital Distortion*, PR Newswire (Mar. 8, 2023), https://archive.ph/EO7Nk.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

141. A 2021 study measured the harmful impacts of "beauty" filters on users. It found that even users reporting a higher initial level of self-esteem felt that they looked 44% worse before their image was edited using a filter.[18] In a follow-up survey, "when the AR [augmented reality] filter increased the gap between how participants wanted to look and how they felt they actually looked, it reduced their self-compassion and tolerance for their own physical flaws."[19]

142. Defendants are manifestly aware of the potentially harmful impacts of such "beauty" features on the TikTok Platform. They know, for instance, that "beauty" filters have a "high potential from a research perspective to lead to negative body image and body dysmophia [sic] symptoms, especially among teenage girls." Internal documents further reflect their awareness that teens are more susceptible to harm when it comes to the usage and consumption of beauty filters because as "they are developing their self-image, [and] are at a critical period for developing body dysmorphia and eating disorders, and are more easily pressured by the opinions of others." But Defendants also know that "beauty" features, such as the Platform's "Effects" (including the "Bold Glamour Effect") and "RETOUCH" toolset, increase engagement with the TikTok Platform and, in turn, Defendants' financial gain. And as with the design and functionality of the Platform's recommendation system, the prospect of profit for Defendants supersedes their concerns for young users' wellbeing.

143. By prioritizing user engagement with the TikTok Platform, Defendants have cultivated a generation of young users who spend hours a day on the Platform—more than they would otherwise choose. As described above, this is highly detrimental to teens' development and ability to attend to personal needs and responsibilities.

---

[18] See Ana Javornik, et al., *Research: How AR Filters Impact People's Self-Image*, Harv. Bus. Rev. (Dec. 22, 2021), https://hbr.org/2021/12/research-how-ar-filters-impact-peoples-self-image
[19] *Id.*

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

**3.** **Through these features, the TikTok Platform knowingly harms children and teens in pursuit of profit**

144.    Compulsive use of the Platform is harmful, especially for younger users. Compulsive use correlates with many negative mental health effects, such as loss of analytical skills, memory formation, contextual thinking, conversational depth, and empathy, as well as increased anxiety. Compulsive use of the Platform also "interferes with essential personal responsibilities like sufficient sleep, work/school responsibilities, and connecting with loved ones."

145.    The Platform's addictive qualities, and the resulting excessive use by minors, directly harms those minors' mental and physical health. Among the harms suffered by TikTok's younger users are abnormal neurological changes, insufficient sleep, inadequate socialization with others, and increased risk of mood disorders such as depression and anxiety.

146.    Internal TikTok documents confirm that TikTok knew that addiction itself harms the Platform's users:

> Addiction to technology is a ubiquitous problem that TikTok and most other platforms deal with today. Addiction takes many forms such as overall time spent on an app, de-prioritizing other important areas of life, and generating self-worth based on number of likes; all of which and countless others have made us realize the consequences of optimizing for engagement and retention metrics.

147.    Further, in a February 2020 survey of over 2,300 users, "respondents were asked to give a score out of 5 to indicate strength of the agreement with the statement 'I spend too much time on TikTok', the average response was 4.0."

148.    Internally, TikTok noted that in a survey of teenagers aged 13 to 17 that Boston Children's Digital Wellness lab ran across all 50 states, "83% said they were addicted to screen media."

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

149. Internal documents confirm that TikTok knew its Platform could cause harm to young users. TikTok employees cited research showing that the extended use of platforms like TikTok can lead to depression and lower cognitive functioning among young people.

150. Internal documents also confirm TikTok knew that:

    a. "[C]ompulsive [entertainment screen media] usage interferes with essential personal responsibilities like sufficient sleep, work/school responsibilities, and connecting with loved ones."

    b. The use of social media platforms "can become habitual or excessive," and some of that habitual or excessive use "leads to deficient self-regulation, and in severe cases, . . . can eventually lead to negative life consequences."

    c. Addiction to the TikTok Platform is "interfering with [users'] obligations and productivity, (e.g., work, school, household duties, and sleep)."

    d. Research revealed "a strong association, and likely a causal one, between heavy phone and internet use and losses of analytical and problem-solving skill [*sic*], memory formation, contextual thinking, conversational depth and empathy as well as increases in anxiety."

    e. Research also revealed that excessive social media engagement, such as on the TikTok Platform, "means that we are spending less time building and maintaining relationships with actual people."

151. Academic researchers corroborate TikTok's understanding that social media addiction, including TikTok usage, is harmful to minors. For example:

    a. Research shows that experiencing puberty while being a heavy social media user interferes with a crucial developmental period for social

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

learning and friendship formation. Heavy users may emerge from puberty stunted or otherwise harmed, perhaps permanently.[20]

b.  Research also shows that "[a]t the individual level, many [young people] have pointed to negative correlations between intensive social media use and both subjective well-being and mental health."[21]

c.  There is also a study that demonstrates that deactivating social media leads to "significant improvements in well-being, and in particular in self-reported happiness, life satisfaction, depression, and anxiety."[22]

152.  By maximizing the TikTok Platform's addictive properties, TikTok has cultivated a generation of young users who spend hours a day on its Platform—more than they would otherwise choose—which is highly detrimental to teens' development and ability to attend to personal needs and responsibilities.

153.  One such harmful effect bears special mention: TikTok's negative effect on young users' sleep.

154.  Insufficient sleep causes a slew of health problems for minors, including neurological deficiencies, dysregulated emotional functioning, heightened risk of suicide, and many other mental health harms. Excessive, compulsive, and addictive use of TikTok's Platform keeps minors using it late at night and decreases the amount and quality of their sleep.

155.  TikTok knows this well, as its internal research confirms:

a.  "Users are active on TikTok when they should be sleeping."

b.  "The use of TikTok at night delays sleep for some users, disturbing their sleep patterns and preventing them from getting the minimum recommended amount of sleep."

---

[20] *See, e.g.*, Amy Orben, et al., *Windows of Developmental Sensitivity to Social Media*, 13 Nature Commc'n 1 (2022).
[21] *See* Hunt Allcott, et. al, *The Welfare Effects of Social Media*, 110 Am. Econ. Rev. 629, 630 (2020).
[22] *See id.*

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

c. "How can we help people wind down and get enough sleep? Sleep [is] unanimously linked to health outcomes, [and] late night phone use [is] particularly concerning for teens who need more sleep."

d. "[M]any [users] described their use of TikTok disturbing their sleep, which limited their productivity and performance the following day."

156.    Despite knowing that use of the Platform impairs young users' sleep, until recently, TikTok sent notifications to young "users . . . up until midnight," which TikTok's internal documents admitted "could interfere with sleep."

157.    ███████████████████████████████████████████████████████████████████████████████████████.

158.    Young people are particularly attuned to FOMO, and often feel a need to check social media at night to assuage the fear that they may miss out on popular or engaging videos. To that end, some teenagers frequently wake up at night to check social media notifications.

159.    Ultimately, TikTok knows that "bedtime access and use of a cell phone or tablet [is] significantly associated with inadequate sleep quantity, poor sleep quality, and excessive daytime sleepiness, which presents health concerns." Despite this knowledge to date TikTok has not implemented features effective at keeping young users from accessing its Platform at all hours of the night.

**E.    TikTok Knows Its Features Harm Young Users But Has Not Made the Platform Safer**

160.    TikTok employees know the Platform harms mental health and have even provided concrete suggestions to make the Platform safer. But those safety improvements have been stymied by TikTok's leadership's pursuit of profits. For example:

a. A comment on one internal document notes that the harms of addiction "have made us realize the consequences of optimizing for engagement

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1   and retention metrics." An unusually candid response reveals why TikTok
2   will never change unless legally required to do so: "while I agree, isn't
3   addiction in this sense considered a very positive metric in our field?"

4      b.  One internal strategy document suggested TikTok play "a more proactive
5   role in giving people the push they need to get off their device." TikTok
6   decided not to do so after an executive determined TikTok's purpose
7   should not include "harm mitigation[.]"

8      c.  TikTok knows that children use the Platform at night, causing
9   sleeplessness. However, TikTok's own former global head of minor
10  safety admitted that during her tenure, TikTok never even considered
11  preventing teens from using the Platform at night due to the notion that
12  children have "human rights" to be on the Platform at all hours of the day.

13     d.  TikTok employees have gone so far as to admit on video that teens are
14  ideal to target as users when beginning a social media company; that
15  TikTok's business practices conflict with mental health; that TikTok
16  harms users by promoting videos that violate its Community Guidelines;
17  and that business needs supersede safety needs.

18  **1.    Compelling young users to spend more time on its Platform is key to TikTok's business model**
19

20  161.  ██████████████████████████████████
21  ████████████████████████████████████████████
22  ████████████████████████████████████████████
23  ████████████████████████████████████████████
24  ████.

25  162.   TikTok earns income by advertising third-party advertisements to users on its
26  Platform. The advertisements take many forms, including full-screen ads that play when users

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    first open the Platform, in-feed ads that appear intermittently between non-advertisements,

2    branded hashtag challenges (i.e., challenges promoted by Creators that call for viewers to

3    perform certain tasks), branded filters, and video-editing effects.

4        163.    The more user data TikTok collects, the better targeted advertising space it can

5    sell, which increases its revenue.

6        164.    TikTok has thus designed a business model in which it is incentivized to increase

7    user engagement, with young users as its primary target in part because they become a pipeline

8    of life-long users. Users who spend the most time on the TikTok Platform are regarded as having

9    the greatest "Life Time Value" for the company, where the objective is to "get the most value

10    out of a user[.]"

11        165.    TikTok's business model has been extremely profitable. In 2019, TikTok's

12    revenue was ███████    By 2022, it was over ███████ TikTok has been described as an

13    "ads juggernaut" by *The New York Times*[23] and *The Wall Street Journal* has noted TikTok's

14    massive rise, even while other platforms have stumbled.[24]

15        166.    *The New York Times* reported that TikTok's success largely comes from the

16    significant amount of time users spend on the Platform: "TikTok's users spend an average of

17    96 minutes a day on the app—nearly five times what they spend on Snapchat, triple their time

18    on Twitter, and almost twice as much as their time on Facebook and Instagram."[25]

19    Rich Greenfield, a technology analyst quoted in the article, stated: "TikTok is eating the world.

20    The only thing that matters in the world of entertainment is time spent[.]"[26]

21

22

23

24        [23] *See* Kalley Huang, et al., *TikTok Builds Itself Into an Ads Juggernaut*, N.Y. Times (Nov. 14, 2022), https://archive.ph/Z70r6.

25        [24] *See* Patience Haggin, *Google and Meta's Advertising Dominance Fades as TikTok, Streamers Emerge*, Wall Street J. (Jan. 4, 2023), https://archive.ph/xPRC9.

        [25] *See* Huang, *supra* note 23.

26        [26] *See id.*

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

167.    TikTok's internal documents confirm that the "ultimate goal" of the Platform's features—such as its recommendation system—is to "increase DAU (Daily Active Users): attract new users and retain existing users."

168.    Interviews of TikTok employees ████████████████████████████████ ████████████████████████████████████████████████████████████ For example, ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ An internal document also ████████████████████████████████████████████ ████████████████

169.    A report from "TikTank," an internal TikTok research group, likewise concluded that TikTok's "advertising-based business model encourages optimization for time spent in the app, [which TikTok accomplishes] through [its] recommender algorithm and the design of new features." The report also discussed user survey results showing that users believe they spend too much time on the TikTok Platform.

**2.    TikTok is willing to pay content creators and use shadow accounts to post more content to keep users on the Platform longer**

170.    Many posts that young users see on the Platform are paid for, or otherwise created or developed, in whole or in part, by TikTok to give users on the Platform more material likely to manipulate them into staying online for longer periods.

171.    ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████.

172.    Building on its efforts to purchase content that would addict its users, TikTok launched its Creator Fund in 2020.

173.    The Creator Fund was open to users who are allegedly over 18 and who have at least 10,000 followers and 100,000 video views within the previous 30 days. The amount TikTok

1  pays those users is based on several factors including, but not limited to, engagement and views.

2  In other words, TikTok paid for content to increase user engagement and retention on the

3  Platform.

4    174.    TikTok also paid a select group of content creators popular among young users a

5  "retention bonus" to continue posting on TikTok. For instance, one group of Creators particularly

6  popular with young users received at least $1 million for posting a specified number of videos

7  and livestreams per month.

8    175.    The current iteration of the Creator Fund is TikTok's Creator Rewards Program,

9  which, TikTok claims, offers up to 20 times greater rewards (payouts) than the Creator Fund.

10  The Creator Rewards Program provides payouts based on how engaging the posts are, including

11  "Play Duration," "Audience Engagement" and "Search Value." TikTok not only directed the

12  creators to post certain material intended to keep users on the Platform, it also gave personalized

13  "suggestions based on your existing content, your followers' search interests, and potential

14  earnings from the Creator Rewards Program."

15    176.    TikTok also uploads content to TikTok in other manners. Internal emails show

16  that TikTok directed its employees to create shadow accounts to "enrich the content pool and

17  improve content diversity by importing videos from Douyin," TikTok's Chinese counterpart. To

18  outsiders, those shadow accounts appeared to be regular users, but were actually operated and

19  run by TikTok employees.[27]

20    177.    The *Intercept* also reported that ByteDance asked employees to mine its

21  competitor Instagram for popular content, such as posts tagged with #BeachGirl and upload the

22  content to TikTok using shadow accounts.[28] Upon information and belief, posts tagged with

23  #BeachGirl are often those of thin young women on beaches in bikinis and are the type of posts

24  known to cause negative image comparison.

25  ───────────────
      [27] *See* Sam Biddle, et al., *Invisible Censorship: TikTok Told Moderators to Suppress Posts by "Ugly" People and the Poor to Attract New Users*, Intercept (Mar. 16, 2020), https://archive.ph/1n45R.

26    [28] *See id.*

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    178.   The gambit worked: TikTok's researchers concluded that "[s]hadow accounts

2    greatly improve playtime and retention."

3    **3.    TikTok rejected internal recommendations to enhance user safety and reduce compulsive use**

4

5    179.   In 2022, a subset of TikTok employees identified and recommended

6    improvements to user safety and reduction of compulsive use as high priorities, and to that end,

7    advised showing users a "non-personalized feed." This was proposed as an alternative to

8    ███████████████████████████████████████████████████████

9    ███████████████████████████████████████████████████████

10   ███████████████████████████████████████████████████████

11   ████████████████████████.████████████████████████████

12   ███████████████████████████████████████████████████████

13   ███████████████████████████████████████████████████████

14   ████████████████████████████████████████████████████████.

15   ███████████████████████████████████████████████████████

16   ███████████████████████████████████████████████████████

17   ████████████████████████████████████████████.

18   180.   However, even though a non-personalized feed could have reduced many of the

19   harms the recommendation system wreaks on young users by reducing compulsive use of the

20   Platform, TikTok CEO Shou Chew "blocked" its implementation because it would have a

21   "negative business impact."

22   181.   TikTok also considered but failed to implement other alternate design features

23   related to screentime management and anti-addiction measures intended to help curb its users'

24   compulsive use of the Platform. For example:

25         a.   TikTok decided against implementing a "mandatory 15-minute break" to

26              reduce addiction. TikTok did so despite its own internal surveys, in which

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1      users criticized the Platform's existing screentime management features

2      as "difficult to find" and needing "stricter controls," such as "wait times"

3      after a certain amount of usage.

4      b.  Notwithstanding TikTok's recognition that the Platform's "notifications

5      interrupt other important areas of people's lives like sleep, school, work,

6      exercise, and relationships," it took years for the company to roll out a

7      feature allowing users to mute notifications. TikTok delayed making this

8      easy fix despite internally admitting that it "seems like an obvious low

9      effort, high impact investment" to improve well-being. Even when

10      TikTok finally implemented this feature, it did so in a substantially

11      weakened form, by requiring minors to affirmatively opt into some

12      aspects of the feature—which it knew minors rarely did.

13      c.  TikTok continues to reject options that would help young users. Although

14      internal documents note that "[u]sers want restrictive solutions since

15      permissive, ignorable, and unrestrictive tools are useless to reduce phone

16      addiction—and even though TikTok knows that the tools it offers do not

17      help minors—TikTok still refuses to impose actual meaningful

18      restrictions.

19      d.  TikTok represents that it set a 60-minute default screentime limit for users

20      under the age of 18. However, TikTok's "limit" is not a hard stop, but

21      rather merely an easily avoidable checkpoint because users can disable

22      the screen or enter a passcode. TikTok knows that its addictive features

23      work to override young users' free choice to regulate their time such that

24      these options are rendered unreasonable, unrealistic, and ineffective.

25    182.    By contrast, TikTok's sister platform Douyin, which is available only in China,

26  imposes effective minor safety restrictions, including limiting some minors to 40 minutes of use

1    per day and limiting the platform's availability to certain hours. To prevent overuse and

2    addiction, Douyin users also may face a five-second pause between videos if they spend too long

3    on the app.

4         183.    TikTok's internal documents reveal that it knows Douyin's restrictions help

5    "special groups like teens and excessive users . . . control extreme usage" and "[e]nhance users'

6    sense of control," but, as indicated above, TikTok has chosen to not implement the same safety

7    measures for young Americans.

8         184.    To that end, TikTok's former Global Head of Minor Safety said under oath that

9    TikTok did not seriously consider preventing American teens from using the Platform at night,

10   that 13-year-old Americans deserve "autonomy" to determine how much time they should spend

11   on the Platform, and that preventing them from accessing it at 2 a.m. would be an "infringement

12   of their rights."

13        185.    Ultimately, TikTok intentionally chose not to utilize Douyin's sensible minor

14   safety restrictions on the TikTok Platform to protect young users in the United States.

15        **4.    Due to TikTok's unfair business model and coercive features outlined above,
         children and teenagers use the Platform compulsively to their detriment**

16

17        186.    TikTok's attempts to coerce young users into spending excessive amounts of time

18   on the Platform have been successful. Many young users use the Platform compulsively and

19   excessively, and some have become addicted to TikTok.

20        187.    An internal TikTok research report on digital wellness that TikTok shared in 2021

21   with its consultants at the Digital Wellness Lab at Boston Children's Hospital, found that

22   "compulsive usage on TikTok is rampant."

23

24

25

26

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

188.    As shown in the chart below, taken from an internal planning document, users between the ages of 13 and 17 years old averaged upwards of ███████ per day on the Platform, █████ of users in this age range averaged more than ██████.



189.    Additional internal TikTok statistics show that, ████████████████████ ██████████████████████████████████████████████ ████████████

/// 

/// 

/// 

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744



ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

190.    External surveys also show that 16% of U.S. teens say they use the TikTok Platform "almost constantly."[29] Another 32% say they use it "several times a day."[30] Of the teens aged 13 to 17 surveyed across all 50 states by the Boston Children's Digital Wellness lab in 2022, 64% reported that they use TikTok daily.[31] As described in Section IV.D.3 *supra*, TikTok knows from its own research that such addictive use inflicts great mental and physical harm on young users.

**F.    TikTok Deceives Young Users and Their Parents About Its Platform's Safety**

191.    TikTok tells users, particularly youth and parents, that its Platform is safe, well-moderated, and appropriate for young users. It publicly states that it provides a series of safety features to promote young users' mental health.

192.    But TikTok knows the truth: its Platform is unsafe and poorly moderated, and its touted features do not work as advertised. Through misrepresentation and omissions, TikTok deceives its users and the public in general.

**1.    TikTok deceives young users and their parents about the harmful effects of its Platform and design features**

193.    TikTok conceals known dangers caused by its design features from its young users and their parents and has actively misrepresented that the company prioritizes safety for young users:

    a.    On TikTok's website, the company represents: "We care deeply about your well-being and seek to be a source of happiness, enrichment, and belonging . . . We work to make sure this occurs in a supportive space that does not negatively impact your physical or psychological health."

---

[29] *See* Emily A. Vogels, et al., *Teens, Social Media and Technology 2022*, Pew Research Ctr. (Aug. 10, 2022), https://archive.ph/ROMyQ.
[30] *See id.*
[31] *See* David Bickham, et al., *The Digital Wellness Lab's Pulse Survey, Adolescent Media Use: Attitudes, Effects, and Online Experiences*, Boston Children's Digital Wellness Lab 10 (Aug. 2022).

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

b. In written testimony to Congress on March 23, 2023, CEO Shou Chew, who previously explained that he is "responsible for all the strategic decisions at TikTok"[32] stated: "Safety and wellness—in particular for teens—is a core priority for TikTok."[33]

c. Shou Chew further testified: "[T]here are more than 150 million Americans who love our platform, and we know we have a responsibility to protect them, which is why I'm making the following commitments to you and to all our users. Number one, we will keep safety particularly for teenagers as a top priority for us."

d. In a Ted Talk in April 2023, Shou Chew referred back to his commitments before Congress, reiterating his first commitment "that we take safety, especially for teenagers, extremely seriously, and we will continue to prioritize that."[34] He went on to say, "[y]ou know, I believe that [we] need to give our teenage users, and our users in general, a very safe experience . . . If they don't feel safe, we cannot fulfill our mission. So, it's all very organic to me as a business to make sure that I do that."

e. A major problem with catastrophic consequences for some users of TikTok was the "Blackout Challenge." The media reported that children died after copying a trend on the Platform of suffocating themselves. As recently as April 2022, TikTok maintained an official media statement in response to the death of a Colorado child and a Pennsylvania child, stating in part: "At TikTok, we have no higher priority than protecting the safety

---

[32] *See* Celine Kang, *Who is Shou Chew, TikTok's Chief Executive?* N.Y. Times (Mar. 23, 2023), https://archive.ph/Rp9t9.

[33] *See* Written Testimony of Shou Chew Before the U.S. House Comm. on Energy & Commerce, (March 23, 2023).

[34] *See TikTok's CEO on Its Future — and What Makes Its Algorithm Different*, TED (Apr. 2023), https://archive.ph/BHC0d.

COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF - 46

of our community, and content that promotes or glorifies dangerous behavior is strictly prohibited and promptly removed to prevent it from becoming a trend on our platform." Many media outlets, such as The Associated Press, NBC, *The New York Post*, *Newsweek*, and *People* reported this statement attributable to TikTok in April 2021 and May 2022.[35]

f.   TikTok touts its so-called "safety features" that, ostensibly, render the Platform safe. For instance, in a March 1, 2023 blog post, TikTok announced a series of features that allegedly increased the safety of the Platform. The blog post, under the "Safety" section of TikTok's website, claimed that "[t]hese features add to our robust existing safety settings for teen accounts."

g.   Similarly, in an October 17, 2022 post on the TikTok website, TikTok claimed the Platform was safe: "We have a vibrant and inspiring community on TikTok, and it's important that our platform remains a safe, supportive, and joyful place for our community."

194.    By engaging in these and similar misrepresentations, and by omitting critical, material information regarding its Platform's risks, TikTok deceives users. TikTok's deception and lack of transparency prevent young users and their parents from making truly informed decisions about Platform usage.

---

[35] *See, e.g.*, Chantal Da Silva, *Mother Sues TikTok After Daughter Dies Following "Blackout Challenge*,*" NBC News (May 13, 2022), https://archive.ph/8DAuq; Matthew Impelli, *TikTok Blackout Choking Challenge Leads to 12-Year-Old Boy Becoming Brain Dead*, Newsweek (Mar. 30, 2021), https://archive.ph/Pgd9e; Joshua Rhett Miller, *Colorado Boy Left Brain-Dead After TikTok "Blackout Challenge" Dies*, N.Y. Post (Apr. 14, 2021), https://archive.ph/FzxYD; Naledi Ushe, *Colorado Boy, 12, Dies 19 Days After Choking Himself in "Blackout Challenge" Found on TikTok*, People (Apr. 14, 2021), https://archive.ph/aqbrs; *Colorado Boy Dies After Taking Part in "Blackout Challenge*,*" Associated Press (Apr. 14, 2021), https://archive.ph/dyatx.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

a.    **TikTok deceives users about its efforts to prolong user engagement through compulsive design elements**

195.    TikTok misleads consumers about the purpose and effect of the compulsive design elements it incorporates into its Platform. Leaders at TikTok downplay and deny the impact of the Platform's compulsive design elements by emphasizing that the Platform provides a positive experience for users and incorporates time-management tools.

196.    When asked by Congress in October 2021 if TikTok is specifically designed to keep users engaged as long as possible, a senior TikTok executive testified: "We want to make sure that people are having an entertaining experience, you know like TV or movies, TikTok is meant to be entertaining. But we do think we have a responsibility, along with parents, to make sure that it's being used in a responsible way."[36]

197.    In his written testimony to Congress in March 2023, Shou Chew stated: "TikTok also has taken numerous steps to help ensure that teens under 18 have a safe and enjoyable experience on the app . . . We launch great products with a safety-by-design mentality, even if those features limit our monetization opportunities." But this is contrary to TikTok's internal documents stating that "[t]he advertising-based business model encourages optimization for time spent in the app."

198.    In April 2023 at a Ted Talk conversation, Shou Chew reiterated that TikTok's "goal is not to optimize and maximize time spent. It is not." He further denied that TikTok has a financial incentive to maximize users' time spent on the Platform, stating: "Even if you think about it from a commercial point of view, it is always best when your customers have a very healthy relationship with your product . . ."

---

[36] *See U.S. Senate Committee on Commerce, Science, & Transportation, Subcommittee Hearings: Protecting Kids Online: Snapchat, TikTok, and YouTube*, (Oct. 26, 2021), https://www.commerce.senate.gov/2021/10/protecting-kids-online-snapchat-tiktok-and-youtube (last visited on Sept. 26, 2024).

199.    This response deceptively omits TikTok's relentless targeting of users' time and attention and measuring success based on metrics such as how many young people use the Platform per day and month, how long they spend watching videos, how many videos they watch, and whether they keep coming back—a practice TikTok has engaged in for years. As discussed above, TikTok exploits psychological vulnerabilities to keep young users compulsively using its Platform.

        **b.**     **TikTok deceives users about the efficacy of its so-called time management and other safety tools**

200.    In addition to omitting and misrepresenting critical information about the compulsive design of its Platform, TikTok also deceives consumers about its purported "safety features." The TikTok app has several so-called screentime management functions, including: (1) a screentime limit: a purported feature to "limit" teen users to 60 minutes on the Platform by default; (2) a screentime dashboard: a page where users can "get a summary of your time spent on TikTok"; (3) family safety mode: a feature that "links a parent's TikTok account to their teen's" to allow parents to control teens' daily screen time, ability to send direct messages on the app, and types of content teens may view; and (4) take a break videos: videos that are pushed at periodic intervals to encourage users to take a break from the Platform. TikTok advertises these features as tools to aid youth wellbeing, but the functions are designed to *appear* to reduce compulsive use without making meaningful changes.

201.    TikTok promoted its screentime dashboard as a tool to help minors in press releases posted to its website in 2019 and 2020, external newsletters, such as its June 2022 Creator Newsletter, and posts on TikTok's website.

202.    TikTok also promotes its screentime management tools to parents and guardians through partnership with the National PTA and in press releases on its website. For instance, in February 2022, TikTok published an article on its website entitled "Introducing Family Safety Mode and Screentime Management in Feed," writing: "As part of our commitment to safety, the

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    wellbeing of our users is incredibly important to us. We want people to have fun on TikTok, but

2    it's also important for our community to look after their wellbeing which means having a healthy

3    relationship with online apps and services."

4        203.    TikTok executives have touted the Platform's in-app time management tools to

5    counter perceptions that the Platform is designed to increase engagement. At a congressional

6    hearing about prolonged engagement in October 2021, a TikTok executive emphasized, "We

7    have take a break videos, we have time management tools, and family pairing is another tool

8    where parents can help limit the time their teenagers are spending on the app." Again, at a

9    Ted Talk in April 2023, Shou Chew brought up TikTok's time management tools and

10    interventions, stating: "If you spend too much time on our platform, we will proactively send

11    you videos to tell you to get off the platform. And depending on the time of day: If it's late at

12    night, [the video] will come sooner." By touting these tools, TikTok creates the impression that

13    it is effectively managing compulsive use, instead of encouraging it through TikTok's design

14    features.

15        204.    But TikTok knows this is not true. As Senior Director of Public Policy,

16    Eric Ebenstein admitted in an internal recorded meeting, the videos that Shou Chew touted are

17    "useful in a good talking point. But we found out through some research that they're not

18    altogether effective."

19        205.



ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  ████████████████████████████████████████████████████████████████

2  ████████████████████████████████████████████████████.

3        **c.**    **TikTok's claimed 60-minute screentime limit is not an actual limit**

4      206.    Announced right before Shou Chew testified to Congress in March 2023, TikTok

5  has repeatedly represented that it sets an automatic 60-minute daily screentime limit for teens.

6      207.    In a March 1, 2023 post on its website, former Head of Trust and Safety

7  Cormac Keenan wrote that the screentime management tool would provide teen users with a

8  "60-minute daily screen time limit." But this tool does not actually impose a screen time limit:

9  after using TikTok for 60 minutes, teens are simply prompted to enter a passcode that they have

10  previously created in order to continue watching.  Users can also freely change when this prompt

11  occurs, with default options ranging from after 40 minutes to 2 hours on TikTok per day, or

12  disable the tool entirely.

13      208.    Research shows that the more time teens spend beyond their first hour on social

14  media each day is directly connected to worsening mental health. TikTok employees, including

15  Cjersti Jensen on Youth Safety and Wellbeing Team, recognized this was the academic

16  consensus, noting in an internal January 2023 presentation that "a large proportion of recent

17  research on social media screen time recommends one hour or less for adolescents in our user

18  age range" based on the harms they suffered beyond that amount of time. Indeed, TikTok chose

19  to set the default prompt timing for after 60-minutes of daily use based on this research.

20      209.    ████████████████████████████████████████

21  ████████████████████████████████████████████████████████████████

22  ████████████████████████████████████████████████████████████████

23  ████████████████████████████████  ████████████████████████████████

24  ████████████████████████████████████████████████████████████████

25  ████████████████████████████████████████████████████████████████

26

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1  ███████████████████████████████████████████████

2  ███████████████████████████████████████████████

3      210.    TikTok's default "time limit" proved to have negligible impact. ████████

4  ███████████████████████████████████████████████

5  ███████████████████████████████████████████████

6  ██████████████████████████

7      211.    As public concern grew that TikTok is addictive and unsafe for teens, it was

8  important for TikTok to convince parents that those concerns were being addressed. Therefore,

9  after releasing the 60-minute-prompt tool, TikTok prominently advertised it to the public—but

10 omitted how it actually works. For example, one advertisement in the *Washington Examiner*, a

11 news magazine more likely to be read by adults than teens, stated only that "[t]een accounts

12 automatically have a daily screen time limit of 60 mins. Only on TikTok."



ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

212.    Nowhere in the advertisement does TikTok disclose that the screen time limit can be easily bypassed or even disabled. TikTok made similar or identical public representations in other contexts, including January 2024 advertisements for *The Washington Post* reading "[t]een accounts automatically have a daily screen time limit of 60 mins." These statements were deliberate misrepresentations by TikTok, made when TikTok's own data showed that its screen time limit had little effect on usage. Moreover, these advertisements gave the deceptive net impression to consumers—especially parents who do not use the Platform—that this tool imposes an actual limit on teen screen time, creating a false belief that TikTok effectively addressed concerns around excessive use.

213.    While TikTok publicizes its safety features ostensibly intended to reduce compulsive use, internal analyses show that many such features were designed to make no material dent in young users' excessive use of the Platform.

214.    Rather, "leadership's guidance" was to stay within so-called "guardrail" when creating new safety features. In other words, leadership directed TikTok employees to "keep stay duration impact within a reasonable threshold"—meaning not significantly reduce the time users spend on the app—and have "no impact to [user] retention." More specifically, according to an internal September 2021 document describing the screen time dashboard, for several safety features, TikTok's goal was to only allow "a maximum 5% drop in stay time for . . . minors" at the direction of leaders including Global Research and Development Chief Zhu Wenjia.

215.    In a chat message discussing features purporting to help users manage their screentime, a Product Manager Lead in a comment to TikTok's July 2022 internal one pager on Screen Time Management confirmed that the company's "goal is not to reduce the time spent" on the TikTok app, but rather to ultimately "contribute to DAU [daily active users] and retention" of users.

216.    TikTok also promotes screentime management tools for minors that it knows are ineffective. For example, a September 2021 internal document seeking approval for the

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    screentime dashboard noted that "we don't expect significant impact to stay time with this

2    feature since it is only improving awareness and is not an intervention."

3        217.    In fact, TikTok found—as it expected—that the screentime dashboard did not

4    affect minors' usage because "minors do not have executive function to control their screen

5    time." In the image below, L1 users refers to 13 to 15 year olds, and L2 users refers to 16 and

6    17 year olds.

7

8

9

10

11

12

13

14

15

16        218.    TikTok also expected "[n]o impact" on stay duration or daily active users for a

17    feature enabling users to "[m]ute push notifications in settings and Family Pairing," because of

18    the feature's expected "[l]ow adoption rates."  Similarly, TikTok expected the "Weekly Screen

19    Time Updates for Minors" to have no effect on "[a]verage session duration from 10 p.m.-6 a.m."

20        219.    TikTok also touts its "Take a Break" videos that ostensibly encourage users to

21    stop using the TikTok Platform after long sessions. TikTok CEO Shou Chew even referenced

22    the "Take a Break" videos in an interview with Andrew Ross Sorkin of the *The New York Times*

23    at the 2022 DealBook summit. But as Senior Director of Public Policy, Eric Ebenstein noted

24    internally, months before the 2022 DealBook summit, the videos are "useful in a good talking

25    point" when meeting with policymakers, but "they're not altogether effective."

26

COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF - 54

220.    Another feature that TikTok heavily promotes to parents and parent groups is Family Pairing, which, according to TikTok, "allows parents and teens to customize their safety settings based on individual needs." Yet TikTok knows the feature does not fix the problems its Platform causes. "Family Pairing doesn't address parents' top concerns," and "[t]een users can disable Family Pairing without [a] PIN, so it's less restrictive than activating either Restricted Mode or Screentime Management individually." Moreover, teens can easily bypass Family Pairing. The function works only on TikTok's mobile application, so teens can avoid parent-imposed restrictions simply by using their phone or desktop browser.

221.    Not only are these screentime management features ineffective, but TikTok also makes them hard to find. Many of the features are hidden behind multiple screens, reducing their use and effectiveness. Internal documents criticize this approach because hiding these features results in "limiting users' ability to find and take advantage of these features. If [screentime management] is actually an important problem to solve, we should make our entry points more prominent."

222.    TikTok unfairly compounded the addictiveness of the TikTok Platform for young users through their faulty and deceptive implementation of these features. TikTok touts these time management and other safety tools as if they are legitimate and effective interventions designed to promote young users' healthy usage of the Platform. But TikTok withholds material information about the effectiveness of these tools and does not provide consumers crucial information to assess the safety of the Platform.

### d.    TikTok deceives users about its beauty filters

223.    Despite the known dangers caused by TikTok's beauty filters and similar features, TikTok fails to provide any warning to its users (or their parents, when users are underage) that using the filters on its Platform can be dangerous.

224.    TikTok omitted that it knew effects like beauty filters can harm young users and did not implement the suggestions of its employees that it "provide users with educational

1    resources about image disorders"; create a campaign "to raise awareness on issues with low

2    self-esteem (caused by the excessive filter use and other issues)"; and add "a banner/H5 page to

3    these filters and/or short videos which make use of the filters, particularly the Bold Glamour

4    one, including an awareness statement about filters and the importance of positive body

5    image/mental health, [that] could potentially minimize the negative public perception

6    surrounding beauty filters and their reported effect on user mental health."

7          225.    TikTok knows that its beauty filters, other beautifying Effects, and Effects that

8    rate physical attractiveness are dangerous to young users. Nonetheless, TikTok actively

9    promotes them. By omitting the dangers of these features, TikTok actively conceals the features'

10    known dangers from its users and their parents.

11          226.    Instead of a page warning about the harm caused by beauty features, TikTok has

12    an entire webpage devoted to "Youth Safety and Well-Being" where it claims the company is

13    "deeply committed to TikTok being a safe and positive experience for people under the age of 18

14    (we refer to them as 'youth' or 'young people')." It goes on to proclaim that youth safety is a

15    "priority," and that TikTok creates a "developmentally appropriate" experience that is a

16    "safe space" for "self-exploration."

17            **2.**    **TikTok deceives young users and their parents about the efficacy of its "Refresh" and "Restricted Mode" features**

18

19          227.    In addition to omitting and misrepresenting critical information about the

20    Platform's compulsive design features, TikTok deceives consumers by promoting features

21    purportedly designed to help users manage the content the recommendation system feeds them,

22    including the "Refresh" feature, which allegedly allows users to "reset" their For You feed, and

23    "Restricted Mode," which allegedly limits the appearance of content that may not be appropriate

24    for all audiences.

25

26

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

a.     **TikTok falsely represents users' ability to "Refresh" their feed and escape harmful rabbit holes**

228.     A TikTok user experiences a "rabbit hole" (also known as a "filter bubble") when they encounter a high percentage of sequential videos on the same or similar topics. TikTok knows that rabbit holes harm their young users—particularly when these rabbit holes feed young users videos that trigger anxiety or depression, or provoke other harmful effects (for example, by feeding users videos that trigger FOMO, harmful social comparison, self-harm or disordered eating).

229.     The recommendation system creates rabbit holes by quickly evaluating users' interests and then repeatedly pushing videos about those interests regardless of content. *The Wall Street Journal* published a chart showing just how quickly the recommendation system learns a user's interest and then pushes content related to that interest:[37]



---

[37]     *See* Tawnell D. Hobbs, et al., '*The Corpse Bride Diet': How TikTok Inundates Teens With Eating-Disorder Videos*, Wall Street J. (Dec. 17, 2021), https://archive.ph/bTvIb.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

230.    In internal documents, TikTok discussed at length how rabbit holes can cause users serious psychological harm.

231.    After *The Wall Street Journal* exposé on TikTok's algorithm and the harm caused to users stuck in rabbit holes, TikTok made changes to its Platform that it calls "Algo Refresh."

232.    The Algo Refresh feature purportedly allows users suffering from rabbit holes—or who are otherwise dissatisfied with the videos TikTok feeds them—to "reset" their For You feed. According to an internal planning document, TikTok believed that "[o]ffering users a full reset button would go a long way to addressing policy makers' concerns about our algorithm," including users' inability to escape from so-called "rabbit holes."

233.    After much internal and external pressure, on March 16, 2023, TikTok announced the new "Refresh your For You feed" feature.

234.    TikTok billed the Refresh feature on its website as "[t]he option to start fresh on TikTok."

235.    It further explained that: "When enabled, this feature allows someone to view content on their For You feed as if they just signed up for TikTok. Our recommendation system will then begin to surface more content based on new interactions."

///
///
///

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

236. TikTok makes similar statements to users who access the Refresh feature on the TikTok Platform. When users open the "Refresh your For You feed" page in the Platform's settings, they are asked: "Want a fresh start?" The Platform informs users that activating the Refresh feature will allow them to "launch your new feed."



237. Spokespeople for TikTok repeated these claims to reporters. For instance, the news outlet *TechCrunch* reported in February 2023:

> With the new refresh button, which will be available in account settings, users will be able to force the app to bring "new, diversified content not based on previous activity or interactions" to their For You feed. After hitting the button, users will then begin to see content that's based on their new interactions, a TikTok spokesperson told TechCrunch. In addition to providing a refreshed feed, the

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1
2
company noted that the feature could serve as a way to support potentially vulnerable users who want to distance themselves from their current content experience.[38]

3
238.    These public statements gave consumers the deceptive net impression that

4
resetting the For You feed would result in a completely new feed as if they were new users, and

5
that they would be able to escape rabbit holes of harmful content.

6
239.    However, the Refresh feature was never expected to succeed. First, this feature is

7
hidden behind a complex series of settings. This is because, as Director of Product Management,

8
Privacy & Responsibility Josh Stickler posted in an internal chat between TikTok employees in

9
May 2022, "teams involved may be considering ways to add friction to the user experience that

10
might limit adoption (e.g. discoverability, multiple steps to execute, etc.)." Other employees

11
were then tasked with determining "how [to] both offer a Reset feature with limited adoption

12
'by design' and credibly claim externally we are addressing [safety] issues etc. observed by

13
critics."

14
240.    Not only did TikTok hide the Refresh feature, it also limited its functionality.

15
Despite TikTok's advertising of the feature as a complete reset of a user's For You feed, the

16
refresh lasts for only 200 videos, after which the algorithm returns to incorporating the user's

17
pre-refresh interactions with the Platform. TikTok designed the Refresh feature to reset users'

18
recommendations only *temporarily*. After the user views or swipes through 200 videos, the

19
Platform's recommendation system resumes pushing users' videos based on *all* of their past

20
engagement data—including from before the so-called "refresh."

21
241.    For users previously stuck in rabbit holes, the recommendation system quickly

22
reintroduces videos based on the same engagement data that led them into the rabbit hole in the

23
first place.

24
25
26
---
[38] *See* Sarah Perez, *TikTok Introduces a Strike System for Violations, Tests a Feature to 'Refresh' the For You Feed,* TechCrunch (Feb. 2, 2023), https://archive.ph/jadQb.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

242.    The Refresh feature also fails to reset presentation of personalized ads, despite TikTok's claims to the contrary. TikTok falsely represented to users considering the Refresh feature that "[t]he more you interact, the more personalized your feed will be, including your ads (if relevant)." However, Refresh *does not* reset a user's ad history. A user who activates the Refresh feature will still see ads based on their pre-reset engagement history data—ads which are often personalized based on content that pushed the user in a rabbit hole.

243.    TikTok did not even make the Refresh feature available for some users. Instead, TikTok placed tens of thousands of users who tried to use the Refresh feature in a placebo or "ghost" test group through which their feed was not refreshed at all, even temporarily, despite TikTok's representations to the contrary.

244.    TikTok omitted these material facts, repeatedly misleading users with highly deceptive statements that the Refresh feature was "a fresh start" and would wipe prior use so that it was as if the user "had just signed up for TikTok." Contrary to TikTok's representations, users found that they were quickly back in the same rabbit hole again even after using the Refresh feature.

        **b.**    **TikTok deceives users about Restricted Mode's ability to filter inappropriate content for minors**

245.    TikTok misled users about the efficacy of "Restricted Mode," which TikTok publicly described in an October 2019 post to its Newsroom as "an option that limits the appearance of content that may not be appropriate for all audiences."

246.    An article posted to the "Safety" section of TikTok's Newsroom advises parents to enable this tool for their teens: "Note: If you're a parent and your teen uses TikTok, it might make sense to enable this setting to ensure the content they are viewing is age-appropriate."

247.    On its website, TikTok says that users in Restricted Mode "shouldn't see mature or complex themes, such as: [p]rofanity[, s]exually suggestive content[, r]ealistic violence or threatening imagery[, f]irearms or weapons in an environment that isn't appropriate[, i]llegal or

1    controlled substances/drugs[, and e]xplicit references to mature or complex themes that may

2    reflect personal experiences or real-world events that are intended for older audiences."

3    248.    TikTok advertised the Platform's Restricted Mode as an "'appropriate'

4    experience" to "family-oriented partners," such as the National Parent Teacher Association and

5    Family Online Safety Institute.

6    249.    TikTok promoted this feature to its partners to achieve increased publicity of its

7    deceptive claims. In TikTok's estimation, these public relations efforts "produced an

8    understanding that Restricted Mode lives up to 'appropriate' content"—an understanding that

9    was then reflected in several "media stories."

10    250.    Yet TikTok knew that Restricted Mode did not function in the manner TikTok

11    represented, and instead only filtered limited categories of potentially objectionable content.

12    251.    Indeed, nearly two years after TikTok began making these misrepresentations on

13    its website, TikTok's Global Head of Minor Safety told TikTok's U.S. Safety Head that

14    "Restricted Mode does not meet user expectations [for] almost all content themes (violence,

15    gore, profanity, adult, etc.)."

16    252.    An internal audit of Restricted Mode found that it did not meet

17    "consumer expectations" because it did not completely filter inappropriate content. For a period,

18    in the United States, content that TikTok's team internally tagged with a "Risk" label, such as

19    extremely vulgar content, were still shown to minors whose parents turned on Restricted Mode.

20    TikTok had the technical ability to remove more violative content. Indeed, another country's

21    version of Restricted Mode removed posts TikTok deemed risky.

22    253.    The audit urged TikTok to change the Restricted Mode experience to conform

23    with "how we've been advertising this version of the app."

24    254.    Moreover, Restricted Mode encompasses only the For You feed. A young user

25    using the TikTok Platform can easily circumvent the feature in a myriad of ways, for example,

26    watching videos that they search for, are sent directly to them, or uploaded by accounts they

1   follow. Again, TikTok's promotion of and public statements related to Restricted Mode were

2   highly deceptive, with TikTok creating the deceptive net impression that Restricted Mode

3   created a safer and more controlled user experience, all the while knowing that this was not the

4   case.

5           **3.    TikTok deceives young users and their parents about the application and**
            **enforcement of its Community Guidelines**

6

7           255.   TikTok misrepresents and omits critical information about the application and

8   enforcement of its "Community Guidelines." Specifically, TikTok misrepresents how

9   effectively the Guidelines are applied, to whom and what they apply, and the role of experts in

10  forming the Community Guidelines.

11          **a.    TikTok deceives users about how effectively Community Guidelines**
            **are applied**

12

13          256.   In its Community Guidelines, TikTok claims that it "remove[s] content—whether

14  posted publicly or privately—when [TikTok] find[s] that it violates [TikTok's] rules." TikTok's

15  Community Guidelines set out a number of rules as to different types of topics, including not

16  allowing any "violent threats, promotion of violence, incitement to violence, or promotion of

17  criminal activities that may harm people, animals, or property," "hate speech, hateful behavior,

18  or promotion of hateful ideologies," "youth sexual or physical abuse or exploitation," "showing,

19  promoting, or sharing plans for suicide or self-harm," "showing or promoting disordered eating

20  and dangerous weight loss behaviors," and "showing or promoting dangerous activities and

21  challenges," among other rules.

22          257.   TikTok has long made statements to this effect, including when speaking to

23  reporters, parents, and government regulators.

24          258.   For instance, Shou Chew testified to Congress on March 23, 2023, that "anything

25  that is violative and harmful we remove [from the Platform]." Similarly, when he testified to

26  Congress on January 31, 2024, Chew claimed that TikTok's "robust Community Guidelines

1    strictly prohibit content or behavior that puts teenagers at risk of exploitation or other

2    harm—and we vigorously enforce them."[39] TikTok repeated that latter statement on its

3    Newsroom website.

4         259.    TikTok uses the comprehensiveness of its Community Guidelines to reassure

5    parents and others that its Platform is a safe product for young users. TikTok represents that its

6    Community Guidelines "apply to everyone and everything on our platform."

7         260.    In a Ted Talk in April 2023, Shou Chew explained that TikTok has "very clear

8    community guidelines. We are very transparent about what is allowed and what is not allowed

9    on our platform. No executives make any ad hoc decisions. And based on that, we have built a

10   team that is tens of thousands of people plus machines in order to identify content that is bad and

11   actively and proactively remove it from the platform."

12        261.    But TikTok's actual internal policies and practices have long differed

13   substantially from its Community Guidelines and other public statements, with respect to both

14   user-generated content and advertisements on the Platform.

15        262.    Even though TikTok's Community Guidelines claim that content about

16   dangerous "challenges" (e.g., Blackout Challenge"), seductive performances by minors, drugs,

17   gore, and physically dangerous behavior is removed or not allowed under its terms of service, in

18   many circumstances, TikTok knowingly and intentionally permits such content to remain on the

19   Platform. Instead of actually removing such harmful content from the Platform, as it claims it

20   does, TikTok often simply moves certain videos out of users' For You feed. TikTok had different

21   words for this treatment—"not recommended," "NR," "hard to find"—but the bottom line is that

22   the content remained on the TikTok app and could still be viewed by users, and, in many cases,

23   by young users.

24

25

26

---

[39] *See Senate Hearing with CEOs of Meta, TikTok, X, Snap and Discord About Child Safety 1/31/24 Transcript*, Rev (Feb. 1, 2024), https://archive.ph/jumPM.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    263.    When content is "not recommend[ed]" or made "hard to find" (or the like), it

2    remains visible and available on the Platform.

3    264.    For example, TikTok's Community Guidelines claim that content by

4    minors—"that intends to be sexually suggestive" is prohibited on the Platform. Per the

5    Guidelines, "[t]his includes intimate kissing, sexualized framing, or sexualized behavior."

6    TikTok does not actually enforce this provision of the Community Guidelines. Rather, videos

7    "performed by a minor with a clear intent to be sexually seductive or to sexually arouse the

8    viewer," such as those with "[p]elvic thrusting," "[b]reast shimmy[ing]," or "fondling . . . the

9    groin or breasts of oneself or another" are not prohibited on the Platform in the United States.

10    Instead, such a video is merely "not recommended." A training document for moderators shows

11    pictures of examples of content allowed on the Platform. One such picture shows a minor female

12    standing, holding one leg up past her head, with the camera showing her groin. Despite TikTok's

13    statements that its Community Guidelines are designed to protect younger users, TikTok's

14    internal documents show that it knows minors posting self-sexualized content creates a risk of

15    sexual predators exploiting minors.

16    265.    Similarly, instead of removing "[d]angerous weight loss behaviors"

17    videos—such as videos that promote laxatives to lose weight, or videos that promote losing more

18    than 10 pounds of weight in a week through diet or exercise routines—from the Platform, as

19    stated in the Community Guidelines, TikTok merely internally labels the videos as

20    "not recommended." While this designation prevents the videos from appearing in users'

21    For You feeds, they remain visible to and searchable by minors. As TikTok admits in an internal

22    document, this practice harmed minors and contravened their own experts' suggestions and

23    TikTok's representations to the contrary:

24             When moderated appropriately, this potentially harmful content is
                 only made "Hard to find[]". For much of this content, this
25             enforcement falls short of addressing the potential real-world danger,
                 and does not reflect the recommendations of experts and those with

26

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

lived experience. Furthermore, the continued presence of the most egregious content (extreme dieting, exercise and weight-loss) undermines TikTok's efforts to present the platform as a safe and joyful space for its user base, especially younger demographics.

266.    TikTok engaged in similar conduct for other types of videos as well. For example, the Community Guidelines claim that TikTok "do[es] not allow the trade of alcohol, tobacco products, and or [sic] drugs" and "do[es] not allow showing, possessing, or using drugs."

267.    The Community Guidelines further disallow "[m]arketing tobacco products, drugs, or other regulated substances" and "[s]howing, possessing, or using drugs or other regulated substances recreationally, including signs of being under the influence."

268.    Yet contrary to this representation, videos that feature illegal drugs remain on TikTok's Platform. Videos promoting drugs by showing persons "[p]retending to consume drugs (pretending to snort cocaine, inject heroin) without displaying the substance" were also left on the Platform. TikTok only ceased to promote this content in users' For You feed.

269.    In some instances, TikTok's Community Guidelines had policies that were never enforced at all. An internal document criticizing TikTok's approach to moderating drugs and other controlled substances states:

> While TikTok's Community Guidelines makes clear we do not allow content that "depicts or promotes the misuse of legal substances . . . in an effort to become intoxicated" we currently do not have a dedicated policy to guide enforcement action on content that depicts harmful or unapproved pharmaceutical products.

270.    Similarly, TikTok's Community Guidelines clearly prohibit content "[s]howing or promoting" "[d]angerous driving behavior, such as exceeding the speed limit, running a red light, or distracted driving (including live streaming while driving)." Yet TikTok's internal policy was clear: "We allow content that may depict dangerous driving." Again, TikTok merely removed that content from individual users' For You feeds and personalized push notifications.

271.    TikTok also failed to remove gore even though its current Community Guidelines state: "We do not allow gory, gruesome, disturbing, or extremely violent content." Gore, like

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    drugs and dangerous driving, remains available on the Platform, even if moved off the individual

2    user's For You feed.

3        272.    This pattern applies to other parts of the Platform too. For instance, the "Accounts

4    and Features" section of the Community Guidelines describes, among other things, TikTok's

5    policies governing "Comments and Direct Messages." Here, TikTok claims that "[a] violation

6    of our rules will lead to restricted visibility or the removal of comments, or a restriction on

7    sending direct messages, and may lead to an account ban if there is a severe violation." But direct

8    messages are subject to an even less restrictive set of rules.

9        273.    For instance, as discussed above, the Community Guidelines claim that the

10   Platform prohibits "content by young people that intends to be sexually suggestive." Such videos

11   are not recommended to young users through the For You feed. But TikTok does not prohibit or

12   in any way reduce the visibility of such videos when they are sent via direct message. Similarly,

13   content showing minors possessing or using drugs, alcohol, and tobacco are, according to the

14   Community Guidelines, forbidden from the Platform. But that rule is not enforced for direct

15   messages.

16       274.    While TikTok touts its moderators, internally it knows that much of its

17   moderation "is not scalable" and often fails because TikTok has created an ineffective system.

18   This ineffective system results in much of the Platform not being meaningfully moderated. For

19   example, moderators are not given enough time or proper tools to moderate content. For many

20   types of content, moderators are required to spend an average of 30 seconds per video to

21   moderate, even though many videos are far longer than that. This results in moderators

22   "scrubbing" through videos and only viewing parts—leaving substantial amounts of content not

23   meaningfully reviewed.

24       275.    Even though TikTok did not comply with its own Community Guidelines, it

25   directed employees to announce otherwise. When managing negative fallout after press reported

26   that a child was in the emergency room after attempting a dangerous TikTok challenge, TikTok's

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    internal list of talking points for press advised employees to say: "In line with our

2    Community Guidelines, we do not allow content that depicts, promotes, normalizes, or glorifies

3    [dangerous] behavior, including dangerous challenges . . . "

4              **b.    TikTok misrepresented the prevalence of the Blackout Challenge on its Platform and pushed a deceptive public narrative**

5

6              276.    Furthering TikTok's misrepresentation that its Platform is well-moderated and

7    safe for young users, TikTok deceptively pushed a false narrative that the "Blackout Challenge"

8    did not appear on its Platform, when, in fact, TikTok knew the "Blackout Challenge" was on the

9    Platform, even before issuing public comments, and knew that it posed a "catastrophic risk" to

10   young users.

11             277.    The "Blackout Challenge" is an especially dangerous online challenge that has

12   resulted in the deaths of multiple children. The challenge, also known as "Choking" or

13   "Pass-Out Challenge," pushes young people to participate in risky and dangerous behavior of

14   choking themselves until they are unconscious.

15             278.    In January 2021, TikTok began tracking the "Blackout Challenge" through an

16   internal report acknowledging the presence of the challenge on its Platform. In this report,

17   TikTok explicitly refers to the "Blackout Challenge" as "a high risk [*sic*] trend" and labeling the

18   trend as "catastrophic."

19             279.    Later that year, however, when asked by media outlets to comment on the

20   dangerous online challenge that was appearing on TikTok, internal documents show TikTok

21   planned to push a public narrative that TikTok prioritizes young users' safety over user

22   engagement and denied that TikTok was responsible for the Blackout Challenge's virality.

23   Interestingly, TikTok had several official statements prepared throughout 2021 in response to

24   the deaths of multiple children due to the "Blackout Challenge" appearing on TikTok's Platform.

25   Initially in July 2021, months after TikTok internally acknowledged that the Blackout

26   Challenged was appearing on its Platform, TikTok approved a media statement that said "While

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1   we have not yet found evidence of a 'blackout challenge', we remain alert and ready to act

2   against any violative content posted." Later in 2021, and despite internal documents from

3   January 2021 characterizing the challenge as a "trend", TikTok pivoted its statement to say: "We

4   prioritize the safety of our community and strictly prohibit and remove dangerous challenges

5   from our platform. While we still have not found evidence of a 'blackout challenge' *trending* on

6   our platform, we remain vigilant in our commitment to user safety."[40] Multiple news outlets

7   relayed these statements and provided a foothold for TikTok's deceptive public narrative.

8           **c.   TikTok omits key information when discussing its content**

9           **moderation enforcement**

10       280.   TikTok has misled the public as to the diligence of its content moderation. To

11   reassure the public of its commitment to content moderation, TikTok published metrics such as

12   "proactive removal" rate, but this metric simply captured how fast TikTok removed content that

13   it managed to catch. Internally, TikTok notes that its moderation metrics are "largely misleading"

14   because "we are good at moderating the content we capture, but these metrics do not account for

15   the content that we miss . . . "

16       281.   Although TikTok boasts thorough content review processes, it does not disclose

17   significant "leakage" rates, measuring the percentage of violative content that is not moderated

18   or removed. Internally, TikTok knows the rate at which certain categories of content leak through

19   its moderation processes, including: 35.71% of "Normalization of Pedophilia" content; 33.33%

20   of "Minor Sexual Solicitation" content; 39.13% of "Minor Physical Abuse" content; 30.36% of

21   "leading minors off platform"; 50% of "Glorification of Minor Sexual Assault"; and "100% of

22   "Fetishizing Minors."

23       282.   TikTok also omitted that its content moderation policies have generally not

24   applied to comments or messages, even though at times 42% of its users only post comments,

25

26         [40]   *See*   https://people.com/human-interest/family-of-10-year-old-boy-speaks-out-police-say-tiktok-challenge-may-have-led-to-his-death/.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

rather than videos on the app. Although TikTok states that it reviews "comments and messages," in the past, moderators only review 0.25% of user comments. This lack of meaningful oversight in content moderation exposes youth to harmful harassment, bullying, and solicitation. Tellingly, TikTok has only recently publicized metrics regarding removing comments and those metrics only demonstrate that TikTok removed comments beginning in 2024.

283.    TikTok's omission of these facts from its representations deceptively assure consumers, particularly parents and youth, that its content moderation is increasingly effective.

###### d.    TikTok misrepresents who is subject to its Community Guidelines

284.    On its website, TikTok states that it applies its Community Guidelines "to everyone and everything on our platform." Despite this representation, TikTok treats some users differently.

285.    TikTok intentionally permits popular Creators' violating videos to stay on the Platform. One internal analysis in August 2020 noted that "creator management teams sometimes urge policy approval [for important Creators' videos that violate the Community Guidelines] on the grounds that it is 'important for the company to succeed.'" Upon information and belief, after being urged by creator management teams—which work with popular Creators to produce content for the Platform—TikTok allowed otherwise violative content to remain on its Platform.

286.    Even when TikTok's moderation team wanted to enforce the Community Guidelines, certain groups of users including "Top Creators" "have extra protection—default is that [standard Community Guidelines] enforcement doesn't take effect unless [a separate group] actively intervene[s]."

287.    For accounts that TikTok "deem[ed] to be high value," an internal analysis in August 2020 found that the company regularly, and by its own assessment in violation of its policies, allowed "problematic content" to remain on the Platform. To appear to comply with its

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1  own Community Guidelines, TikTok misled consumers by stating it removed harmful material

2  but left much of that material on its Platform.

3      **e.    TikTok misrepresents its incorporation of expert recommendations into its Community Guidelines**

4

5      288.    TikTok announces on its website that its Community Guidelines "are informed

6  by international legal frameworks and industry best practices, including the UN Guiding

7  Principles on Business and Human Rights, the International Bill of Human Rights, the

8  Convention on the Rights of Children, and the Santa Clara Principles," with "input from our

9  community, safety and public health experts, and our Advisory Councils." However, TikTok

10  contradicts expert recommendations in its creation and enforcement (or lack thereof) of the

11  Community Guidelines. For example, in a February 2022 internal policy proposal, TikTok

12  employees noted that their failure to remove dangerous weight loss content "does not reflect the

13  recommendations of experts and those with lived experience."

14      289.    In addition to failing to implement expert recommendations, TikTok misstates

15  expert recommendations. For instance, Shou Chew testified before Congress in March 2023 that

16  TikTok is working with experts to build policies for content that is "not inherently harmful, like

17  some of the extreme fitness videos about people running 100 miles" but can become harmful if

18  shown too much. Mr. Chew said that "the experts are telling us that we should disperse [this

19  content] more, and make sure that they are not seen too regularly . . . [e]specially by younger

20  users."

21      290.    Two years earlier, however, TikTok knew that the experts they consulted in

22  connection with internal policy analysis in 2021 "unanimously" recommended a different

23  strategy instead of dispersion to deal with dangerous rabbit holes. The internal analysis noted

24  that the consulted experts recommended an approach that "increased user agency, and building

25  algorithm changes that afford users the opportunity to find other interesting content that shifts

26  away from a given rabbit hole . . .".

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    291.    Contrary to TikTok's public statements, it has not aligned its practices with expert

2  recommendations. TikTok misrepresents what experts recommend and its implementation of

3  those recommendations.

4    **4.    TikTok deceives young users and their parents about its ability to keep kids off its 13+ Platform and about the safety of "Kids Mode"**

5

6    292.    TikTok's growth in the United States has been fueled by young users' use of its

7  Platform, including by users under the age of thirteen.

8    293.    TikTok has nonetheless reassured the public that it has designed a specific,

9  limited experience for under 13 users, TikTok's "Kids Mode," and that use of its standard

10  Platform is limited to users over 13.

11    294.    TikTok has made these reassurances despite knowing that its age verification

12  practices are easily circumvented by under 13 users and that under 13 users are present on its

13  standard Platform.

14    **a.    TikTok allowed users under the age of 13 onto its 13+ Platform and mishandled their accounts**

15

16    295.    Starting in 2017, Musical.ly required most new users to enter their age to create

17  an account on the app, and this change carried over to the TikTok Platform following

18  Musical.ly's rebranding as TikTok in August 2018.

19    296.    It was not until 2020 when TikTok began saving the user's age to its servers and

20  prevented the user from creating an account for the next twenty-four hours if a user entered an

21  age younger than 13 during the account creation process. After those twenty-four hours,

22  however, users were able to create an account using a different (older) age. Additionally, users

23  who created a TikTok account by inputting their Facebook or Google credentials were not

24  required to provide their age to TikTok.

25    297.    TikTok's age verification system thus had a critical loophole: when a user was

26  prevented from creating an account due to inputting an age younger than 13, the user could

instead create an account using Facebook or Google credentials. And, since TikTok's servers saved the user's age from the earlier attempt, the user creating a TikTok account using Facebook or Google credentials received an unrestricted account on TikTok, meaning access to the "13+ experience," even though the account's listed user age would show that the user was under 13 years old.

298.    This loophole resulted in ▮▮▮▮▮▮▮▮▮▮ accounts with a listed age younger than 13. Despite its actual knowledge that each of these users was under 13 years old, TikTok continued to collect and use personal information from the children's accounts.

299.    This was not an isolated incident—throughout its lifespan, TikTok has known that there were, and continue to be, large numbers of children joining and using the Platform. For example, internal TikTok documents from 2018 demonstrate that it knew over ▮▮▮ active TikTok accounts had references to being under age 13 in their profiles. Even after these accounts were identified, they remained active for months. When asked if removing these ▮▮▮ accounts belonging to children was urgent, an employee responded that it was "no rush."

300.    In February 2020, upon learning that news crews would not attend a public panel that included minor TikTok users, a TikTok employee stated "I'm sort of glad the news crews cancelled. This student panel is primarily under 13 and they're all talking about what they post and why they post and how they know they're not supposed to have an account."

301.    An internal document from 2020 detailing TikTok's moderation efforts noted that "[t]here are many [under] 13-users on the platform, and we need to fulfill our platform obligations to discover and deal with these users."

302.    An internal TikTok Trust and Safety Memo from May 2020 states that, "more and more users under the age of 13 are on the platform . . ."

303.    In September 2020, one TikTok employee noted a study on the prevalence of child-created Child Sexual Abuse Material (CSAM) on TikTok, stating "[t]he findings here are

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1  concerning and seem to confirm suspicions that we have a large base of users under 12 on our

2  platform, AND that they are sharing CSAM content."

3      304.   Following an August 2021 "sweep" for accounts containing written age

4  admissions in their user-supplied biographic information, TikTok discovered a batch of

5  ▮▮▮▮ active TikTok accounts on which the user had disclosed their age as under 13. When

6  asking what to do about the under-13 accounts, one employee commented, "kinda feels like we

7  are on notice at least for these accounts?"

8      305.   An internal 2022 document from TikTok's "Trust and Safety" team

9  acknowledged the prevalence of under-13 accounts, saying "[t]here are a large number of

10  underage accounts on the platform . . . there are potentially many millions of accounts we need

11  to discover and [take] action [on]."

12         **b.**    **TikTok's internal account-removal policies permit it to overlook**
                **TikTok accounts belonging to children**

13

14      306.   Before April 1, 2020, TikTok's content moderation team followed a defective

15  internal policy when removing accounts that TikTok "suspected" belonged to a user under

16  age 13. Under that policy, TikTok would not remove such accounts unless (1) the user had

17  self-identified as under 13 (e.g., stating their age in their account's biographical information)

18  and (2) the user had also posted at least four videos in which the user appeared to be under

19  13 years old. In other words, for example, if a user declared that they were nine years old in their

20  biography, but had only posted three videos in which they appeared to be under 13 years old,

21  TikTok would allow that account to remain on TikTok. And TikTok would continue to collect

22  that child's personal information.

23      307.   A more recent account removal policy amended this process, but it was also

24  fundamentally flawed. As recently as June 2023, if TikTok receives a report stating that a user

25  is under 13 years old, it instructs its employees to review the reported user's profile information

26  and videos featuring that user. This amended policy allows for the deletion of accounts that

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

self-identify as under 13 years old. However, if the user has not self-identified as under age 13, TikTok instructs its employees to allow the account to remain on TikTok unless there are four separate, recent videos featuring the user where the user appears to be under nine years old. This means, for example, that if a TikTok employee determines that a user appears to be six or ten years old but has only uploaded three videos, TikTok will not remove the account. In such cases, TikTok continues to knowingly collect and use that child's personal information.

          **c.**      **TikTok knows that many children bypass its ineffective age gate, if an age gate is used at all**

308.    Websites and online services sometimes attempt to screen certain users based on the user's age. Often, this screening is attempted through a screen prompting a user to enter their date of birth. This process is often called an "age gate" or "age-gating."

309.    On the occasions when TikTok has used an age gate, it has predominantly been used during account creation, or for accounts that were on the Platform but had not supplied age information when the account was initially created.

310.    TikTok's age gate depends on children to self-report their age, and while the age gate may sometimes effectively filter some users under age 13 into "Kids Mode," TikTok knows that under-13 users routinely supply a false date of birth when registering for TikTok.

311.    Not only does TikTok know that children under age 13 easily circumvent its age gate, but TikTok also expects that its age-gating processes incentivize children to lie about their age.

312.    An internal TikTok survey of children aged 9 to 12 noted that some children felt motivated to falsify their age when creating an account to avoid being placed into "Kids Mode." TikTok recognizes that certain features it has in place for "Kids Mode," such as limiting the number of new videos that a user can view per day to less than 100, means "there is more incentive for kids to lie about their age," so they can enter the more permissive 13+ experience.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

313.    Internal documents show that accounts belonging to children under age 13 are common on TikTok's "13+ experience" and the number of these accounts is skyrocketing. TikTok removed ▮▮▮▮ accounts "suspected" to belong to children under age 13 between March 1, 2019 and April 30, 2020. Between September 2020 and March 2022, TikTok removed well over ▮▮▮▮ accounts "suspected" to belong to users under the age of 13.

314.    While these numbers, in absolute terms, are high, they are a fraction of the total number of potential underage accounts. In a July 2020 response to the FTC, TikTok reported that it had recently identified a total of 90,936,090 active TikTok accounts that had not gone through its age-gate process.

315.    It wasn't until May 2022 that TikTok "started to trigger" the age-gate process for new and existing U.S. users who created a TikTok account through Facebook or Google but lacked an associated birthdate. Users who created TikTok accounts before May 2022 by inputting their Facebook or Google credentials had simply been granted full access to the TikTok Platform without ever seeing an age gate on TikTok.

316.    In May 2022, TikTok described its plan to execute a ▮▮▮ traffic test" of the age gate for existing users who had created their TikTok accounts by using a Google or Facebook login. TikTok estimated that this small-scale test would send ▮▮▮ Google accounts through the age gate, and that ▮▮▮ of those accounts "potentially will go into Kids Mode." In other words, even in a test of less than ▮▮ of the full intended scale of the age gate for Google and Facebook users, TikTok expected that ▮▮▮▮▮ of accounts created with Google credentials belonged to children.

317.    A document from April 2023 shows that TikTok was aware of approximately ▮▮▮▮ monthly active U.S. users who had no date of birth associated with their account. That same document reveals that approximately ▮▮▮▮ U.S. users without an associated birthdate were active on the Platform within the preceding twelve months, and that in total, over ▮▮▮▮ U.S. users were allowed to use TikTok without entering a birthdate. TikTok was

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1  aware that significant numbers of these accounts without an associated birthdate likely belonged

2  to users under the age of 13.

3      **d.    TikTok reassures young users and their parents that users under 13 will have an appropriate experience in "Kids Mode"**

4

5      318.    TikTok has repeatedly assured the public that kids under age 13 have a separate,

6  protected experience on TikTok and are not allowed on the standard Platform.

7      319.    According to TikTok's website, "[i]n the US, we offer a curated, view-only

8  experience for those under age 13 that includes additional safeguards and privacy protections.

9  We partner with Common Sense Networks to select content that it deems to be both

10  age-appropriate and safe for an audience under 13."

11      320.    TikTok's CEO Shou Chew personally pushes this messaging. In both written and

12  oral testimony to Congress and a Ted Talk interview following his Congressional testimony, he

13  reiterated:

14          a.    "As an initial matter, TikTok offers a separate experience in the

15              United States for people under 13. In the United States, people under 13

16              are directed to a separate, curated viewing experience, with stringent

17              safeguards and privacy protections designed specifically for them."

18          b.    "An eight-year-old's experience on TikTok will be so highly restricted

19              that every single piece of content he or she will see will be vetted by

20              Common Sense, our third-party child safety expert . . . the eight-year-old

21              will not be able to post, and the eight-year-old will not be able to see any

22              personalized feed and zero advertising in that experience."[41]

23          c.    "If you look at the under-13 experience in the US, it's much more

24              restricted than the under-14 experience in China. It's so restrictive, that

25

26      _____
        [41] Justin Hendrix, Transcript: TikTok CEO Testifies to Congress, https://techpolicy.press/transcript-tiktok-ceo-testifies-to-congress/ (last visited Sep. 26, 2024).

COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF - 77

every single piece of content is vetted by our third-party child safety expert. And we don't allow any under-13s in the US to publish, we don't allow them to post, and we don't allow them to use a lot of features."

d. "In our industry, we rely mainly on something called age gating, which is when you sign up for the app for the first time and we ask you for the age. Now, beyond that, we also have built tools to go through your public profile for example, when you post a video, we try to match the age that you said with the video that you just posted."

e. "In addition to an industry standard age gate, TikTok also uses both technology (e.g., text-based models like Natural Language Processing) and human moderation to help determine whether a user may be under 18 years old. If a user is suspected of being under 18, the livestream is sent for human moderation. People on TikTok can also report potentially underage users. If a moderator concludes the host appears to be under 18 years old, the livestream is stopped immediately and the user is suspended."

321.    Internal TikTok documents verify that these are the company's preferred "[p]roactive safety narrative" talking points "to guide policy & safety teams in conversations with partners and to give our external partners guidelines for how they can understand and talk about TikTok."

322.    TikTok recently doubled down on the effectiveness of its age verification and age gating processes in response to federal allegations that TikTok violated COPPA. TikTok stated to the press, "We disagree with these allegations, many of which relate to past events and practices that are factually inaccurate or have been addressed. We are proud of our efforts to

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

protect children, . . . we offer age-appropriate experiences with stringent safeguards, [and] proactively remove suspected underage users, . . ."[42]

323.    TikTok also continues to provide the public with information regarding the number of accounts suspected to be under the age of 13 that were removed from the Platform. As with content moderation metrics reported by TikTok and discussed *supra* Section IV.F.3.c, such metrics are misleading since they do not account for the tens-of-millions of accounts that TikTok allows on the Platform without age verification.

324.    In sum, TikTok cultivates a public narrative of being dedicated to protecting young users and creating age-appropriate experiences for them. It emphasizes that it employs age gating and supplements age gating with technology, tools, human moderation, and safeguards to remove suspected underage users. It touts the number of accounts that are suspended or removed while failing to disclose that there are many times more accounts that are not associated with an age at all. TikTok's narrative and its omissions are deceptive and misleading and violate Washington law.

**G.    TikTok Engages in Deceptive and Unfair Acts and Practices in Trade or Commerce in Washington**

325.    TikTok's deceptive acts and practices alleged herein occurred in trade or commerce in Washington within the meaning of RCW 19.86.010(2).

**1.    TikTok offers a variety of products and services centered around its Platform**

326.    TikTok enters into contracts with thousands of users across the country. Although users can establish accounts on TikTok without paying a fee, TikTok's services are not free. TikTok charges its users by collecting their time and data, including users' locations, interests, and behaviors, which it then converts into advertising dollars. This is outlined in TikTok's Terms

---

[42] Todd Spangler, *TikTok Sued by U.S. Justice Department for Allegedly 'Knowingly and Repeatedly' Violating Child Data Privacy Law*, https://variety.com/2024/digital/news/tiktok-lawsuuit-doj-violating-coppa-child-data-privacy-law-1236094254/ (last visited Sep. 26, 2024).

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

of Service, which provides in relevant part: "[y]ou acknowledge and agree that [TikTok] may generate revenues, increase goodwill or otherwise increase our value from your use of the [s]ervices, . . . through the sale of advertising, sponsorships, promotions, usage data and [g]ifts . . ."

327.    TikTok provides tools for businesses to advertise on its Platform. TikTok offers various tools through its Business Center, Ad Manager, Creator Marketplace, Business Account, and TikTok Shop. TikTok sells advertising space to marketers and provides tools that allow businesses to tailor messages and ads to specific locations. TikTok also offers cross-platform advertising with Shopify, another e-commerce platform, selling ads for products that are shoppable on TikTok without Shopify users ever needing to leave the Shopify platform. TikTok generates substantial and increasing revenue annually by sending targeted advertisements to users across the United States.

328.    Users may also purchase "Coins" from TikTok and gift them to other TikTok users, which can then be exchanged for U.S. fiat currency.

329.    TikTok also offers users "TikTok Rewards," a referral rewards program that can similarly be redeemed for U.S. currency. Users may earn a referral reward when they invite a new user who creates a TikTok account. Subsequently, both the new and referring users may earn referral rewards when the new user participates in certain video-watching tasks.

330.    TikTok encourages and provides tools for users to engage in e-commerce themselves. "TikTok Shop" allows small businesses and global brands alike to advertise and sell goods, which users can purchase directly through the Platform.

**2.    TikTok has significant business ties to Washington**

331.    TikTok has a large office in Washington, which is rapidly expanding. TikTok's increasing job postings in Washington confirms its growing presence in the state. As of September 2024, TikTok was advertising over 900 job openings in the Seattle area.

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

332.    TikTok boasts that, in 2023, small and medium sized businesses "use of TikTok in Washington as an advertisement and marketing platform contributed $550 million to GDP and supported 4,400 jobs."[43]

333.    With an estimate average of ▮▮▮▮▮ active users in Washington, TikTok nets an estimated total over ▮▮▮▮▮ from Washington per month, or ▮▮▮▮▮ annually.

334.    Upon information and belief, each of the Defendants has jointly advertised, marketed, developed, and distributed the TikTok Platform to consumers in Washington since 2017. Upon information and belief, each Defendant has actively formulated, participated in, approved, directed, or otherwise controlled the acts or practices referenced throughout this complaint.

## V.    FIRST CAUSE OF ACTION
### (Deceptive Acts in Violation of the Consumer Protection Act, RCW 19.86.020)

335.    The State re-alleges Paragraphs 1 through 334 and incorporates them as if set forth fully herein.

336.    TikTok engaged in deceptive acts or practices affecting Washington consumers, including young users and parents of young users, and in violation of RCW 19.86.020 by:

1.    misrepresenting, directly or indirectly, expressly, by implication, or by omission the design and impact of its Platform, which TikTok designed to promote extended, excessive, compulsive, and/or addictive use knowing young users and children are susceptible to and at risk of harm by such design;

2.    misrepresenting, directly or indirectly, expressly, by implication, or by omission that its Platform is less addictive and/or less likely to result in psychological and physical harm for young users than its Platform is in reality;

---

[43] *TikTok: The Value of the App for Consumers and Business Leaders in Washington*, https://a-us.storyblok.com/f/1018266/x/57321802a2/tiktok_factsheet_wa.pdf (last visited Sep. 26, 2024)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

3.  misrepresenting, directly or indirectly, expressly, by implication, or by omission its Platform as safe, well-moderated, and appropriate for young users when TikTok knows its Platform is poorly moderated and its touted safety features do not work as advertised;

4.  misrepresenting, directly or indirectly, expressly, by implication, or by omission that it offers effective tools for young users to control their interactions with the Platform, such as the "Refresh" and "Restricted Mode" features;

5.  misrepresenting, directly or indirectly, expressly, by implication, or by omission, through the publication of Community Guidelines and omission of material data from those reports, and through other communications, that the incidence or prevalence of negative or harmful material on TikTok's Platform was lower than it actually was;

6.  misrepresenting, directly or indirectly, expressly, by implication, or by omission that under-13 users are effectively excluded from using the standard version of TikTok's Platform when TikTok knows many under-13 users are able to easily bypass its age-gating system and are on the standard version of its Platform; and

7.  other deceptive representations as set forth in the preceding paragraphs.

337.  TikTok's conduct as described herein occurred in trade or commerce within the meaning of the Consumer Protection Act, RCW 19.86.010(2), directly or indirectly affecting the people of the State of Washington.

338.  TikTok's deceptive acts or practices affected the public interest in that they impacted numerous Washington consumers and other consumers.

339.  TikTok's deceptive acts or practices are likely to continue without relief from this Court.

340.  Based on the above deceptive acts or practices, the State is entitled to relief under the Consumer Protection Act including injunctive relief and restitution pursuant to RCW 19.86.080, civil penalties pursuant to RCW 19.86.140 for each and every violation of

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1   RCW 19.86.020, and reimbursement of the costs of this action, including reasonable attorneys'

2   fees, pursuant to RCW 19.86.080.

3

4                          **VI.    SECOND CAUSE OF ACTION**

5        **(Unfair Acts in Violation of the Consumer Protection Act, RCW 19.86.020)**

6        341.    The State re-alleges Paragraphs 1 through 334 and incorporates them as if set

7   fully herein.

8        342.    TikTok engaged in unfair acts or practices affecting Washington consumers,

9   including young users and parents of young users, and in violation of RCW 19.86.020 by:

10       1.  exploiting young users' and children's compulsive and unhealthy use of and

11           addiction to TikTok's Platform;

12       2.  downplaying, minimizing, denying, or otherwise ignoring instances of harm suffered

13           by young users and children on TikTok's Platform;

14       3.  downplaying, minimizing, denying, or otherwise ignoring the association between

15           harms and the use of TikTok's Platform by young users and children;

16       4.  targeting its Platform to young users and children while designing its Platform to

17           include features psychologically and physically harmful to young users and

18           children—including TikTok-designed and TikTok-deployed features known to

19           promote compulsive, prolonged, and unhealthy use;

20       5.  adopting design choices that have the capacity to harm young users, including infinite

21           scroll, ephemeral content features, autoplay, and disruptive alerts;

22       6.  designing, developing, and/or deploying disruptive audiovisual and vibration

23           notifications and alerts and ephemeral features to induce young users and children to

24           spend more time using the Platform; and

25       7.  algorithmically exploiting "variable reinforcement schedules," inducing young users

26           and children to over-engage with TikTok's products.

343.    TikTok's conduct as described herein occurred in trade or commerce within the meaning of the Consumer Protection Act, RCW 19.86.010(2), directly or indirectly affecting the people of the State of Washington.

344.    TikTok's unfair acts or practices affected the public interest in that they impacted numerous Washington consumers and other consumers.

345.    TikTok's unfair acts or practices are likely to continue without relief from this Court.

346.    Based on the above unfair acts or practices, the State is entitled to relief under the Consumer Protection Act including injunctive relief and restitution pursuant to RCW 19.86.080, civil penalties pursuant to RCW 19.86.140 for each and every violation of RCW 19.86.020, and reimbursement of the costs of this action, including reasonable attorneys' fees, pursuant to RCW 19.86.080.

## VII.    PRAYER FOR RELIEF

Wherefore, the State requests that the Court:

347.    Adjudge and decree that Defendants have engaged in the conduct complained of herein;

348.    Adjudge and decree that the conduct complained of in the Complaint constitutes unfair or deceptive acts or practices in violation of the Consumer Protection Act, RCW 19.86;

349.    Issue a permanent injunction enjoining and restraining Defendants and their representatives, successors, assigns, officers, agents, servants, employees, and all other persons acting or claiming to act for, on behalf of, or in active concert or participation with Defendants from continuing or engaging in the unlawful conduct complained of herein;

350.    Assess civil penalties, pursuant to RCW 19.86.140, of up to $7,500 per violation against Defendants for each and every violation of RCW 19.86.020 alleged herein;

351.    Assess an enhanced civil penalty of $5,000, pursuant to RCW 19.86.140, against Defendants for each and every violation of RCW 19.86.020 alleged herein that target or impact

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

specific individuals, groups of individuals, or communities based on demographic characteristics, including but not limited to age or sex;

352.    Order Defendants to pay restitution and/or other monetary relief;

353.    Disgorge Defendants of money, property, or data (including any algorithms developed using such data) acquired by Defendants as a result of the conduct complained of herein;

354.    Award the State the costs of bringing this action, including reasonable attorney's fees;

355.    Award prejudgment interest at a rate of 12 percent per annum, pursuant to RCW 19.52.020;

356.    Award any other and additional relief as the Court may determine to be just and proper.

DATED this 8th day of October 2024.

ROBERT W. FERGUSON
Attorney General

*s/ Joseph K. Kanada*
JOSEPH K. KANADA, WSBA No. 55055
DANIEL LEWIS ALLEN, WSBA No. 45036
WILL O'CONNOR, WSBA No. 52441
KELSEY BURAZIN, WSBA No. 55370
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
joe.kanada@atg.wa.gov
daniel.allen@atg.wa.gov
will.oconnor@atg.wa.gov
kelsey.burazin@atg.wa.gov

*Attorneys for Plaintiff State of Washington*

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744