# EXHIBIT D

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: COMMERCIAL DIVISION PART 45

-----------------------------------------------------------------------X

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK BY LETITIA JAMES ATTORNEY GENERAL OF THE STATE OF NEW YORK, | INDEX NO. 452749/2024 |
| Plaintiff, | MOTION DATE 01/22/2025 |
| - v - | MOTION SEQ. NO. 007 |
| TIKTOK INC., TIKTOK LLC, TIKTOK US DATA SECURITY INC., TIKTOK PTE. LTD, TIKTOK, LTD., BYTEDANCE INC., BYTEDANCE LTD., | **DECISION + ORDER ON MOTION** |
| Defendant. | |

-----------------------------------------------------------------------X

**HON. ANAR RATHOD PATEL:**

The following e-filed documents, listed by NYSCEF document number (Motion 007) 68–74, 85, 86, 88, 97, 114, 124 were read on this <u>MOTION TO DISMISS</u>.

Upon the foregoing documents and pursuant to the reasons stated on the record following oral argument held on May 28, 2025, Defendants' TikTok Inc., TikTok, LLC, TikTok US Data Security, Inc., TikTok PTE Ltd, TikTok, Ltd, Bytedance Inc., and Bytedance Ltd. (collectively "Defendants") Motion to Dismiss the Complaint is granted in part and denied in part. The Motion is denied as to the dismissal of Counts I–IX; however, the Court strikes the portions of the Complaint asserting allegations that Defendants misrepresented their compliance with the Children's Online Privacy Protection Act and its implementing regulations ("COPPA") (Compl. at ¶¶ 254, 280–284 (in their entirety); and ¶¶ 300c, 305(c), 310(c), 314(c), 317(c), 321(c) (only as to "and complies with federal privacy law")), and the portions of the Complaint alleging Defendants misrepresented their relationship with the Chinese government (Compl. at ¶¶ 285–297). Accordingly, it is hereby

**ORDERED** that Defendants' Motion to Dismiss the Complaint (Motion Sequence No. 007) is DENIED in part as to the dismissal of Counts I–IX, and GRANTED to the extent that that the following paragraphs of the Complaint are stricken: ¶¶ 254, 280–284, 285–297 (in their entirety); and ¶¶ 300c, 305(c), 310(c), 314(c), 317(c), 321(c) (only as to "and complies with federal privacy law"); and it is further

**ORDERED** that Defendants shall file their Answer to the Complaint within thirty (30) days of this Decision and Order; and it is further

452749/2024  PEOPLE OF THE STATE OF NEW YORK BY LETITIA JAMES ATTORNEY   Page 1 of 2
GENERAL OF THE STATE OF NEW YORK vs. TIKTOK INC. ET AL
Motion No. 007

1 of 2

NYSCEF DOC. NO. 128 Case 2:25-ml-03144-GW-RAO  Document 78-5  Filed 06/20/25  Page 3 of 3  Page ID RECEIVED NYSCEF: 05/29/2025
#:2172

INDEX NO. 452749/2024

**ORDERED** that the Movant shall file the May 28, 2025 transcript on NYSCEF within thirty (30) days of this Decision and Order.

The foregoing constitutes the Decision and Order of the Court.

| May 29, 2025 | | | | |
|---|---|---|---|---|
| **DATE** | | | | **ANAR RATHOD PATEL, A.J.S.C.** |
| CHECK ONE: | ☐ CASE DISPOSED | ☒ NON-FINAL DISPOSITION | | |
| | ☐ GRANTED | ☐ DENIED | ☒ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | ☐ SETTLE ORDER | | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | ☐ INCLUDES TRANSFER/REASSIGN | | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

452749/2024 PEOPLE OF THE STATE OF NEW YORK BY LETITIA JAMES ATTORNEY GENERAL OF THE STATE OF NEW YORK vs. TIKTOK INC. ET AL
Motion No. 007

Page 2 of 2

2 of 2