UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | MDL 25-3144-GW-RAOx | Date | June 23, 2025 |
|---|---|---|---|
| Title | *In re TikTok, Inc. Minor Privacy Litigation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER REGARDING THE PARTIES' JOINT STATEMENT ON PRESERVATION

The Court has received the parties' Joint Statement on the Preservation Order. *See* Joint Statement ("JS"), Docket No. 78. As the issues concerning preservation continue to evolve, the Court directs the parties to continue to confer on the categories and scope of preserved information consistent with Defendants' technological and economic capacity and Plaintiffs' reasonable and proportionate need to access relevant records. The Court understands that the following issues regarding preservation remain outstanding: (1) Plaintiffs contend that they need Defendants to identify "all categories of data that they collect from users or store[] about users" and the "specific tables or fields they are preserving" so that Plaintiffs can "assess whether and to what extent appropriate categories of data are being preserved," which Defendants assert would be improper "discovery on discovery;" (2) Defendants are assessing the preservation of certain categories of information Plaintiffs have recently requested or contest that such information exists; and (3) Plaintiffs are concerned that current preservation efforts will not capture underage user data from accounts that are not in Kids Mode or have been identified as potentially under 13, and propose a "limited snapshot of all account level data and metadata for all current TikTok users in the United States for a 30 day period," a proposal which Defendants are still assessing. *See* JS at 6-8, 10, 13-14.

The parties shall attempt to resolve these outstanding issues, and any further preservation issues, amongst themselves. However, if by July 7, 2025 the parties are unable to reach a satisfactory resolution by which they agree upon the sufficiency of certain defined preservation by Defendants, with or without additional discovery or investigation by Plaintiffs, the parties shall submit by July 9 a status report detailing outstanding preservation issues and a proposed schedule for any anticipated motions concerning preservation that require resolution by the Court so that the parties may discuss scheduling at the July 14, 2025 tutorial, if necessary. The Court expects that if the parties do not fully resolve the outstanding issues that any motions on preservation will propose solutions that enable the case to go forward expeditiously. For instance, Defendants may wish to file a revised brief on modification of the Preservation Order and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **MDL 25-3144-GW-RAOx** | Date | June 23, 2025 |
|---|---|---|---|
| Title | *In re TikTok, Inc. Minor Privacy Litigation* | | |

Plaintiffs may move for limited discovery on preservation or, alternately, a partial lifting of the stay.

   **IT IS SO ORDERED.**