Bryan F. Aylstock (Fla. Bar 78263)
D. Nicole Guntner (Fla. Bar 1028925)
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
Telephone: (850) 202-1010
Email: baylstock@awkolaw.com
nguntner@awkolaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Tiktok, Inc., Minor Privacy Litigation | LEAD CASE NUMBER 2:25-ml-03144-GW-RAO |
| This Document Relates To:<br>SCOTT HUMBERT on behalf of E.H. and J.H.; TONIA LIGHTWINE, on behalf of B.L.; and MONROE SEIGLE, on behalf of M.S.; individually and on behalf of all others similarly situated v. BYTEDANCE, INC., et al.<br>Case No. 2:25-cv-03119-GW-RAO | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

- [X] This action is dismissed by the Plaintiff(s) in its entirety.

- [ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

- [ ] The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

- [ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

- [ ] **ONLY** Defendant(s) _____ is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| 07-01-2025 | /s/Bryan F. Aylstock |
| Date | Signature of Attorney/Party |

NOTE: **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**