N. Ryan Mayfield
The Gori Law Firm
156 N. Main St.
Edwardsville, IL  62025
Ph: 618/600-1166
Fax: 618/659-9834

FILED
CLERK, U.S. DISTRICT COURT

JUN 30, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ JG _____ DEPUTY

TERM PTYS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In Re: Tiktok, Inc., Minor Privacy Litigation

Michael White v. Bytedance, Inc. et al
CASE NUMBER: 2:25-cv-03434-GW-RAO

LEAD CASE NUMBER: 2:25-ml-03144-GW-RAO

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check* one)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY Defendant(s)** _____
_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

6/30/2025

_____
Date

s/N. Ryan Mayfield/.

_____
Signature of Attorney/Party

**NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**