Jennifer R. Scullion (Bar No. 183476)
SEEGER WEISS, LLP
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
Fax: 973-639-9393
Email: jscullion@seegerweiss.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

In Re: Tiktok, Inc., Minor Privacy Litigation

This Document Relates To:
Kathleen Lanser v. Bytedance, Inc. et al.
Case No. 2:25-cv-03121-GW-RAO

CASE NUMBER

2:25-ml-03144-GW-RAO

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| 7/1/2025 | s/ Jennifer R. Scullion |
|---|---|
| Date | Signature of Attorney/Party |

NOTE: **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

**F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.