Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384

Eric Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797, Fax: (212) 838-7745

*Attorneys for Plaintiffs and Putative Classes*
*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION | MDL NO. 3144<br><br>2:25-ml-03144-GW-RAO<br><br>**PLAINTIFFS' TUTORIAL BRIEF** |

# TABLE OF CONTENTS

I.  TikTok Is a Social Media Platform That Earns Revenue Through Advertising. ........................................................................................1

II. TikTok Collects Data from Its Users Regardless of the Age They Identify During Account Creation. ...............................................3

III. TikTok's Age-Gating is Deliberately Ineffective. ......................................6

IV. TikTok Uses the Data Collected from Users ............................................12

# TABLE OF AUTHORITIES

*United States v. ByteDance, Ltd.*,
　No. 2:24-cv-06535-GW-RAO, Dkt. No. 1 (C.D. Cal. Aug. 2, 2024) ........ 8, 9, 11

*United States v. Musical.ly*,
　No. 2:19-cv-01439-ODW-RAO, Dkt. No. 1 (C.D. Cal. Feb. 27, 2019) .......... 7, 8

**Statutes**

15 U.S.C. § 6502(a) ..................................................................................... *passim*

**Other Authorities**

16 C.F.R. §§ 312.1–312.13 ................................................................................ 4, 5, 7

Pursuant to the Court's direction, Plaintiffs submit this brief in advance of the parties' tutorial on July 14, 2025. The information presented by Plaintiffs is based on public information, review of published studies, articles and literature and preliminary consultation. Discovery is necessary to fully address TikTok's knowledge of the age of its users, the full scope of the data TikTok collects from and about users under the age 13, and how it profits from the data. With that caveat, Plaintiffs provides the following information about the platform.

### I. TikTok Is a Social Media Platform That Earns Revenue Through Advertising.

TikTok is a social media app that was launched in the United States in 2017. The TikTok platform allows users to create, upload, and share shortform videos. The TikTok app is free to download. It generates revenue for Defendants through advertising and eCommerce, including through the TikTok for Business platform, as well as in-app purchases of TikTok "coins" through the TikTok Shop. Unlike Facebook, TikTok is not driven by friends or group pages. Instead, users are delivered content through TikTok's For You Page, which is generated by an algorithm that considers user behavior on TikTok. This means that an individual user's behavior data drives what they see on TikTok in terms of both content and advertisements.

TikTok's primary source of income is advertising revenue, earned by showing third-party advertisements to users on its platform.[1] The longer TikTok can engage its audience, the more data it collects from its users—and the better it can target advertising space, which increases its revenue.[2] Further, the more users TikTok has and the more TikTok is able to exploit those users with advertising—which is enhanced through the

---

[1] *See* Lydia Kibit, *How Does TikTok Make Money?*, GoBankingRates (Apr. 23, 2021), https://www.gobankingrates.com/money/business/how-does-tiktok-make-money/.

[2] *See* Zheping Huang, *TikTok Has a Few Main Ingredients for Making Money*, Bloomberg (June 28, 2022), https://www.bloomberg.com/news/newsletters/2022-06-28/how-does-tiktok-make-money-app-relies-on-a-few-main-ingredients (TikTok's algorithm helps it serve better targeted ads that have tripled its revenue).

design of the TikTok app—the more revenue TikTok earns. In essence, users and their data are TikTok's core product.

In 2021, TikTok's parent company ByteDance publicly stated that TikTok had one billion active global users.[3] In March of 2023, TikTok CEO Shou Chew testified that TikTok had over 150 million monthly active users in the United States.[4] And true to its business model, the increase in its user base has also led to an increase in advertising revenue. In 2024, TikTok generated approximately $8 billion in advertising revenue in the United States.[5] TikTok's success generating advertising revenue is tied to the expansive amount of user data it collects and provides to third party advertisers.

As TikTok knows, its platform is uniquely attractive to children. The moral dilemma this creates lies at the heart of TikTok's business model. More users equals more advertising revenue, and turning away children would impact TikTok's bottom line. This disincentive to ban children from the platform has led TikTok to use deficient age-gating which, in turn, has caused the proliferation of underage users. Tellingly, TikTok has a separate experience for users who self-identify as being under 13 years old called "Kids Mode." Kids Mode does not show ads to children who self-identify as being under 13. This means that only users who self-identify as at least 13 years old can immediately generate advertising revenue for TikTok. By turning a blind eye to users' real ages, TikTok has cultivated a massive user base of young children from who

---

[3] Echo Wang, *TikTok hits 1 billion monthly active users globally-company*, Reuters (Sept. 27, 2021), https://www.reuters.com/technology/tiktok-hits-1-billion-monthly-active-users-globally-company-2021-09-27/.

[4] Shou Chew, *Written Statement of Testimony Before the U.S. House Committee on Energy and Commerce* (Mar. 23, 2023), https://docs.house.gov/meetings/IF/IF00/20230323/115519/HHRG-118-IF00-Wstate-ChewS-20230323.pdf.

[5] Marta Balaga, *TikTok and Netflix Reigned Supreme in 2024, With Latin America One of Their Highest Growth Regions, Omdia Research Testimates (EXCLUSIVE)*, Variety (Jan. 21, 2025), https://variety.com/2025/tv/global/tiktok-netflix-youtube-latin-america-omdia-research-1236280259/.

2

TikTok generates advertising revenue. In short, TikTok makes money by treating kids under 13 like adults, collecting data to ultimately sell ads targeted to those kids.

## II. TikTok Collects Data from Its Users Regardless of the Age They Identify During Account Creation.

From the moment a user signs up for the app, TikTok begins collecting data. If a user indicates that he or she is over the age of 13, that user is permitted to create a regular account on TikTok. The information that TikTok collects from regular account users includes first and last name, age, email address, phone number, persistent identifiers for the device(s) used to access TikTok, social media account information, and a profile image, as well as photographs, videos, and audio files containing the user's image and voice and the metadata associated with such media (such as when, where, and by whom the content was created), usage information, device information, location data, image and audio information, metadata, and data from cookies and similar technologies that track user across different websites and platforms.[6]

TikTok has publicly described some of the categories of information that it collects from its regular account users:

- Account and profile information, such as name, age, username, password, language, email, phone number, social media account information, and profile image;
- User-generated content, including comments, photographs, livestreams, audio recordings, videos, text, hashtags, and virtual item videos that users to create with or upload to the Platform ("User Content") and the associated metadata, such as when, where, and by whom the content was created;
- Messages, which include information users provide when they compose, send, or receive messages through the Platform's messaging

---

[6] *Privacy Policy*, TikTok (last updated Aug. 19, 2024), https://www.tiktok.com/legal/page/us/privacy-policy/en

3

functionalities;

- Purchase information, including payment card numbers or other third-party payment information (such as PayPal) where required for the purpose of payment, and billing and shipping address;

- Usage Information, including information regarding the use of the TikTok platform and any other User Content that is generated through or uploaded to the TikTok platform.

Of this information, name, age, email, username, phone number, profile image, device information, cookies, IP address and device identifier are enumerated examples of "personal information" under COPPA and the COPPA Rule. *See* 15 U.S.C. § 6502(a); 16 C.F.R. § 312.2.

For children that identify as under the age of 13 in the United States, TikTok offers what TikTok refers to as "TikTok for Younger Users," the "Under 13 Experience," or "Kids Mode."[7] When a child inputs a birthday on the account creation screen that indicates that they are under 13, the platform states that the user is "about to access a TikTok experience designed just for you," and a Kids Mode account is created.

In Kids Mode, a user can view videos, but cannot upload videos, post information publicly, and message other users. Thus, young children have an incentive to sign up as an adult, as it enables them to upload videos, post information publicly, or send messages.[8]

Despite representing that Kids Mode is an experience designed for children under 13, Defendants collect a variety of data constituting personal information under COPPA

---

[7] *TikTok for Younger Users*, TikTok (Dec. 13, 2019), https://newsroom.tiktok.com/en-us/tiktok-for-younger-users; *Children's Privacy Policy*, TikTok (Oct. 1, 2024), https://www.tiktok.com/legal/page/global/privacy-policy-for-younger-users/en.

[8] Research suggests that Kids Mode's "lack of child-directed content" and "frequent content repetition" may further "incentivize" children to abandon Kids Mode and sign up as an adult. *See* Olivia Figueira et al., *When Kids Mode Isn't For Kids: Investigating TikTok's "Under 13" Experience*, arXiv (June 30, 2025), https://arxiv.org/html/2507.00299v1.

4

and the COPPA Rule:

- Username, password, and birthday (day, month, and year);
- Several types of persistent identifiers without notifying parents or obtaining their consent, including IP address and unique device identifiers;
- Dozens of other types of information concerning child users with Kids Mode accounts—including app activity data, device information, mobile carrier information, and app information—which are combined with persistent identifiers to amass profiles (*see* 16 C.F.R. § 312.2 ("[i]nformation concerning the child or the parents of that child that the operator collects online from the child and combines with an identifier described in this definition")).

With all this data, and more, in hand, TikTok can successfully attract third parties to advertise to its user base.

Further, TikTok can track user and non-user activity using "pixels." As TikTok self-describes, "TikTok Pixel is a piece of code that you can place on your website that allows you to share website events with TikTok."[9] Thus, a third-party website can insert TikTok's Pixel into its own website allowing TikTok to collect information to facilitate digital advertising.[10] TikTok's Pixel collects information including the following data:

- IP address
- Device make, model, operating system and browser information
- Cookies.[11]

---

[9] *About TikTok Pixel*, TikTok, https://ads.tiktok.com/help/article/tiktok-pixel (last updated March 2025).

[10] *See* Thomas Germain, *How TikTok Tracks You Across the Web Even If You Don't Use the App*, Consumer Reports (Sept. 29, 2022), https://www.consumerreports.org/electronics-computers/privacy/tiktok-tracks-you-across-the-web-even-if-you-dont-use-app-a4383537813/ .

[11] *About TikTok Pixel*, TikTok, https://ads.tiktok.com/help/article/tiktok-pixel (last updated March 2025).

5

Thus, when TikTok treats an under 13 user as an adult, as it does for millions of children on its platform, TikTok not only collects data the child generates on the TikTok platform, but also from third party websites the child visits.

### III. TikTok's Age-Gating is Deliberately Ineffective.

**Overview.** TikTok's current age-gating process is simple and easily gamed. When an individual attempts to sign up for an account directly through the app, they are asked to provide a birthday (day, month, and year).[12] TikTok accepts the representation as true and creates an account for that stated age: "Kids Mode" for stated under-13 users, and the adult platform for everyone else. After the individual is using the app, TikTok might investigate the account if it is reported as underage, or TikTok may take other limited actions.[13] But for most accounts, TikTok does not undergo any accurate or reliable verification of the user's age.

As a result of TikTok's deliberately ineffective age-gating, millions of children are using the regular TikTok platform—and TikTok collects and uses their personal information in violation of COPPA. As reported by *The New York Times* in August 2020, TikTok estimated that 18 million daily users of its platform—more than a third of its total daily users—were 14 years old or younger.[14] As documented in a 2021 internal presentation, TikTok estimated that 95 percent of smartphone users under 17 use the app.[15] Further, a 2022 Pew Research Center survey reported that 67 percent of American teenagers (ages 13-17) use TikTok, with most (58 percent) using the platform

---

[12] *See Sign up*, TikTok, https://www.tiktok.com/signup/phone-or-email/phone (last accessed July 2, 2025).

[13] *See Underage appeals on TikTok*, TikTok, https://support.tiktok.com/en/safety-hc/account-and-user-safety/underage-appeals-on-tiktok (last accessed July 2, 2025).

[14] Raymond Zhong and Sheera Frenkel, *A Third of TikTok's U.S. Users May Be 14 or Under, Raising Safety Questions*, N.Y. Times (Aug. 14, 2020), https://www.nytimes.com/2020/08/14/technology/tiktok-underage-users-ftc.html.

[15] Bobby Allyn, Sylvia Goodman, and Dara Kerr, *TikTok executives know about app's effect on teens, lawsuit documents allege*, NPR (Oct. 11, 2024), https://www.npr.org/2024/10/11/g-s1-27676/tiktok-redacted-documents-in-teen-safety-lawsuit-revealed.

6

daily.[16] And a 2025 published study found that among the 70 percent of children who have at least one social media account, the most common platform was TikTok, with about 67 percent of social-media users on the app.[17] Recent litigation against TikTok by the Federal Trade Commission ("FTC") tells the story of how this situation was created.

**The 2019 FTC Action.** In February 2019, the FTC initiated an action in this District against Musical.ly, a "video social networking app" that was acquired by ByteDance Ltd. in December 2017 and ultimately merged with the TikTok app under the TikTok name in August 2018. *See United States v. Musical.ly*, No. 2:19-cv-01439-ODW-RAO, Dkt. No. 1 (C.D. Cal. Feb. 27, 2019) (complaint). The FTC ultimately alleged that Musical.ly and TikTok violated the COPPA Rule, which was promulgated by the FTC to implement COPPA, as well as Section 5 of the FTC Act. *See id.* ¶¶ 5–6, 30–32; 16 C.F.R. §§ 312.1–312.13 (COPPA Rule).

Notably, the FTC alleged that the defendants "did not request age information for existing users who had already created Musical.ly accounts prior to July 2017." *Id.* ¶ 14. "Since July 2017," the app did "request age information from new users during the registration process . . . and prevent users who indicate that they are under 13 from creating accounts." *Id.* But the FTC further alleged that "[a] significant percentage of Musical.ly users are children under 13, and numerous press articles between 2016 and 2018 highlight the popularity of the App among tweens and younger children." *Id.* ¶ 19.

The FTC also alleged that "Defendants were aware that children were using the App," and had "actual knowledge they were collecting personal information from children." *Id.* ¶¶ 20, 28. The FTC noted that "Defendants have provided parents guidance about their child's use of the App." *Id.* ¶ 20. Musical.ly had also "received

---

[16] Emily Vogels et al*., Teens, Social Media and Technology 2022,* Pew Rsch. Ctr. (Aug. 10, 2022), https://www.pewresearch.org/internet/2022/08/10/teens-social-media-and-technology-2022/.

[17] Jason M. Nagata et al., *Prevalence and Patterns of Social Media Use in Early Adolescent*, Academic Pediatrics, Vol. 25, Issue 4 (May–June 2025), https://www.academicpedsjnl.net/article/S1876-2859(25)00009-9/fulltext.

7

thousands of complaints from parents that their child under 13 years old had created a Musical.ly App account without their knowledge." *Id.* ¶ 21; *see also id.* ¶ 28 (alleging that "[s]ince at least 2014," defendants received thousands of complaints from parents).

For example, in one two-week period in 2016, Musical.ly "received more than 300 complaints from parents asking to have their child's account closed." *Id.* ¶ 21. While Musical.ly "closed the accounts, they did not delete the users' videos or profile information" from their servers. *Id.* In another example, when a third party publicly alleged that some of the most popular accounts appeared to belong to children under 13, Musical.ly sent messages to 46 of its most popular users telling them to edit their profiles to indicate that their accounts were being run by a parent or adult talent manager; the app "did not take any steps to ensure that the person who was responding to the request was a parent and not the child user." *Id.* ¶ 22.

Musical.ly also had other reasons to be aware that children under 13 years old were using the app. For example, the FTC alleged that "many users self-identify as under 13 in their profile bios or provide grade or school information indicating an age under 13." *Id.* ¶ 27; *see also id.* ¶ 28 ("*The youth of the user base is easily apparent* in perusing users' profile pictures and in reviewing users' profiles, many of which explicitly note the child's age, birthdate, or school." (emphasis added)).

In March 2019—just one month after the FTC complaint was filed—the court entered a stipulated permanent injunction against TikTok. *See Musical.ly.*, Dkt. No. 10 (Mar. 27, 2019). The order enjoined TikTok from violating the COPPA Rule, *id.* at 7–8; required TikTok to destroy the personal information of users under 13 and remove accounts of users who age could not be identified, *id.* at 8–10; imposed a $5.7 million penalty, *id.* at 10; and required TikTok to retain certain records related to compliance with the COPPA Rule and the injunction, *id.* at 12–15.

**The 2024 FTC Action.** The injunction was not the end of the story. As early as May 2020, a coalition of interest groups filed a complaint with the FTC alleging that TikTok was not compliant with the 2019 permanent injunction and seeking further FTC

8

investigation.[18] Among other issues, the coalition pointed out that "children can easily defeat the age gate simply by registering again using a different age."[19]

The government took notice. In 2024, the FTC returned to this District to allege that TikTok had continued to violate COPPA and the COPPA Rule—and, by extension, the 2019 permanent injunction. *See United States v. ByteDance, Ltd.*, No. 2:24-cv-06535-GW-RAO, Dkt. No. 1 (C.D. Cal. Aug. 2, 2024) (complaint).

The FTC's complaint describes TikTok's "age gate," as far as it exists: consumers attempting to create an account must provide a birthday (day, month, and year). *See id.* ¶ 40. If the consumer indicates they are 13 or older, TikTok creates a regular account for the user, with full privileges, and collects a great deal of personal information. *See id.* ¶¶ 41–42. If the consumer indicates they are under 13, TikTok creates a "Kids Mode' account without parental notice or consent. *See id.* ¶ 43.

The FTC alleged multiple ways in which TikTok's age gate is ineffective. For example, an under-13 user who correctly identified their age at first (and was directed to "Kids Mode") could just try again:

"Until at least late 2020, if a child in the U.S. submitted a birthday reflecting that they were under 13 years old, the TikTok platform did not prevent the child from evading the age gate by trying again: *i.e.*, restarting the account creation process and giving the age gate a birthday indicating they were 13 or older, even though by that point Defendants knew from the birthday the user had previously provided that the user was a child." *Id.* ¶ 45. Another way an under-13 user can avoid the age gate is by "us[ing] login credentials from certain third-party online services, including Instagram and Google"—services that may not even require users to disclose their age. *Id.* ¶¶ 46–48. Accounts created in this manner were "internally identified" by TikTok as "age

---

[18] *See* Natasha Singer, *TikTok Broke Privacy Promises, Children's Groups Say*, N.Y. Times (May 14, 2020), https://www.nytimes.com/2020/05/14/technology/tiktok-kids-privacy.html.

[19] *See In the Matter of Complaint and Investigation of TikTok for Violations of the Children's Online Privacy Protection Act and Implementing Rule* at 2 (May 14, 2020), https://fairplayforkids.org/wp-content/uploads/2020/05/tik_tok_complaint.pdf.

9

unknown" accounts. *Id.* ¶ 46. The FTC ultimately alleged that TikTok's ineffective age-gating "led to the creation of *millions* of accounts for which Defendants did not know the age of the user." *Id.* ¶ 50.

Although TikTok purports to make efforts to address the presence of under-13 users on the regular platform, their efforts are woefully inadequate. In its complaint, the FTC also alleged that TikTok fails to delete children's accounts and information even when their own systems and employees identify them as such:

In the "keyword matching" process, TikTok "searches users' profiles for terms deemed likely to correspond to child accounts—for example, '4th grade' and '9 years old'—and submits accounts that include those terms for review and potential removal." *Id.* ¶ 78. But the human moderators in charge of reviewing the flagged accounts apply extremely strict criteria to delete an account (*e.g.*, requiring an explicit admission of age). *Id.* ¶¶ 79–80. Moderators are also given limited information and limited time to make their determinations. *Id.* ¶¶ 81–83.

Some accounts are referred to human moderators "when one user reports another user's video as violating one of [TikTok's] policies." *Id.* ¶ 86. Moderators could label suspected child users, which would subject them to further moderation review. *Id.* They could also remove a specific video, though they could not delete an account. *Id.* "Until at least October 2022, however, this process did not work." *Id.* ¶ 87. Videos with labels were not actually referred to other moderators; TikTok's limited records "make clear that millions of accounts were involved" in this failure. *Id.*

TikTok conducts "quality assurance reviews" of the content moderation processes above. *Id.* ¶ 88. Moderators re-review a subset of previously reviewed accounts of videos to see if policies were incorrectly applied. *See id.* But "[u]ntil at least September 2022," this process did not work: when quality analysts identified an account that a moderator failed to flag for deletion, TikTok did not delete the account, but let it remain live. *Id.* ¶ 89.

Even when accounts were flagged for deletion as being underage, TikTok "failed

10

to delete many of the accounts," and they "failed to retain records documenting this issue and the accounts affected." *Id.* ¶¶ 90–92.

Finally, TikTok retained children's personal information long after determining that an account belonged to a child and should be deleted. *See id.* ¶¶ 93–96. That information includes app activity log data, information posted to TikTok and incorporated into other users' videos (*e.g.*, sound recordings of children), and profile pictures. *See id.*

The FTC ultimately concluded and alleged that TikTok "adopted and implemented inadequate and ineffective policies to stop children from creating general TikTok accounts and to remove those accounts when they were discovered." *Id.* ¶ 97. "As a result, for years *millions* of American children under 13 have been using TikTok." *Id.* (emphasis added).

Importantly, TikTok has the technology to eliminate underage users or convert their accounts to "Kids Mode."[20] For example, in March 2023, TikTok's CEO testified to Congress that the company had "developed some tools" to look at a user's public videos to determine whether the videos match the user's stated age.[21] Further, the FTC alleged in the 2024 action that "TikTok has its own age-determining technology— 'grade level,' the algorithm for which is based on users' behavior and other metrics— for purposes such as advertising." *ByteDance*, Dkt. No. 1 ¶ 103. "Unlike TikTok's age gate, this method is based on observable behaviors and not solely users' self-reported age." *Id.* But TikTok has not used their "grade level" algorithm for identifying and remove underage users. Indeed, they "appear to have programmed grade level to avoid

---

[20] Subject matter experts have identified existing technologies that social media companies like TikTok can use to identify underage users on their platform. *See, e.g.*, Martin Hilbert et al., "#BigTech @Minors: social media algorithms have actionable knowledge about child users and at-risk teens," SSRN (last revised May 15, 2025), https://papers.ssrn.com/sol3/papers.cfm?abstract_id=4674573.

[21] Sarah Perez, *TikTok CEO says company scans public videos to determine users' ages*, TechCrunch (Mar. 23, 2023), https://techcrunch.com/2023/03/23/tiktok-ceo-says-company-scans-public-videos-to-determine-users-ages/.

11

gaining knowledge that users were under 13" by setting the lowest age-group band at users under 15 (or, later, under 16). *Id.* ¶ 105.

> *The New York Times*'s reporting in August 2020 supports these allegations:
>
> > TikTok does not rely only on users' self-reported dates of birth to categorize them into age groups. It also estimates their ages using other methods, including facial recognition algorithms that scrutinize profile pictures and videos, said two former TikTok employees and one current employee, who declined to be identified because details of the company's practices are confidential.
> >
> > Another way TikTok estimates users' ages, these people said, is by comparing their activity and social connections in the app against those of users whose ages have already been estimated. The company might also draw upon information about users that is bought from other sources.[22]

Ultimately, while TikTok has the technology to remove underage users from its adult platform, it refuses to do so—and willingly violated the 2019 permanent injunction—because it profits from children signing up for TikTok as adults.

### IV. TikTok Uses the Data Collected from Users

TikTok uses the copious amounts of data it collects from its child audience in two primary ways. First, TikTok uses this data to deliver children targeted, behavioral advertisements. TikTok has admitted that it uses the data it collects from its users for many purposes, including to measure and understand the effectiveness of the advertisements and other content that TikTok serves, and to deliver advertising, including personalized advertising, to users.[23] This personalized advertising is so important that in 2021, TikTok removed the ability of users to turn it off.[24] And critically, TikTok can provide targeted ads based on a user's age, meaning TikTok purportedly knows hold old users are on the platform.

---

[22] Zhong, *supra* note 12.

[23] *See Ads and your data*, TikTok, https://www.tiktok.com/privacy/ads-and-your-data/en (last accessed July 2, 2025).

[24] *See* Sara Morrison, *TikTok surprises users by making personalized ads mandatory*, Vox (Mar. 16, 2021), https://www.vox.com/recode/22334086/tiktok-privacy-policy-personalized-ads.

12

As TikTok explains, advertisers can target users based on the actions that users take on the TikTok platform. This includes:

- **Behaviors:** Reach people based on recent-in app behavior such as interactions with videos or creators. Video behaviors include watching, liking, commenting, and sharing videos by category, such as food or fashion. Creator interactions include following or viewing creator profiles by category, such as travel or sports.
- **Interests:** Deliver to people based on their higher interaction with certain interests. For example, gaming.
- **Purchase intent:** Deliver to people who are actively researching or purchasing one specific category of product of service. For example, travel intent.
- **Hashtags:** Reach people based on hashtags they viewed in TikTok over the past 7 days.[25]

Further, TikTok also enables advertisers to reach people based on their device type, carrier, internet service providers, and network[26] including the following information:

- Connection type
- Operation system
- Device model
- Carrier
- Internet Service provider[27]

Such device information can be used to create a persistent identifier subject to COPPA.

---

[25] *About Ad Targeting in TikTok Ads Manager*, TikTok Business Help Center, https://ads.tiktok.com/help/article/ad-targeting?lang=en (last accessed July 2, 2025).
[26] *Id.*
[27] TikTok states that its ISP targeting is based on the mapping of the IP address of the user to known IP addresses of ISPs. As such, TikTok relies on the user's IP address, which constitutes personal information under COPPA.

13

And TikTok continues to add tools to its advertising toolkit. For example, just last month, TikTok announced "a slew of new advertiser tools" that will allow advertiser content "to become much more tailored and specific."[28] A new tool called "Insight Spotlight" will enable advertisers "to sort by user demographics and industry to see what videos users in the target group are watching and what keywords are associated with popular content."[29]

Second, TikTok uses this data to drive user engagement by customizing content based on user activity. To maximize its collection of data (and thus its advertising capabilities), TikTok seeks to drive user engagement by customizing the content a user sees based on their activity. In July 2021, *The Wall Street Journal* demonstrated TikTok's power of engagement when it created 100 automated accounts (or "bots")) that watched hundreds of thousands of videos on the app.[30] It observed:

> The TikTok experience starts the same way for everyone, with a variety of videos, many with millions of views. The app takes note of subtle cues, such as how long you linger on a video, to zero in on what users really want to watch. Over time, the video choices become less mainstream, less vetted by moderators and sometimes more disturbing. …

Some of the accounts ended up lost in rabbit holes of similar content, including one that just watched videos about depression. Others were served videos that encouraged eating disorders, sexualized minors and discussed suicide.[31] As reported by *The New York Times* in December 2021, an internal TikTok document titled "TikTok Algo 101"—written "to explain to nontechnical employees how the algorithm works"—

---

[28] Mia Sato, *TikTok will give advertisers even more data on trends and users*, The Verge (June 3, 2025, 9:30 am PDT), https://www.theverge.com/news/678255/tiktok-advertiser-summit-ai-targeting-data-seo.

[29] *Id.*

[30] *See* WSJ Staff, *Inside TikTok's Algorithm: A WSJ Video Investigation*, Wall St. J. (July 21, 2021, 10:26am ET), https://www.wsj.com/tech/tiktok-algorithm-video-investigation-11626877477.

[31] *Id.*

14

details further how TikTok engages its users.[32] In selecting the videos a user sees, the app optimizes for "retention" (whether a user comes back) and "time spent." It also scores videos based on a complex equation including a user's likes, comments, and play time.[33]

And this cycle repeats itself: TikTok's ability to increase user engagement by customizing content means more users are on TikTok for longer, creating ample opportunities for third parties to buy and place advertisements.

Ultimately, TikTok profits from the children signing up for TikTok as adults. Unlike a Kids Mode account, a regular account can upload videos, post information publicly, and message other users. Thus, an underage user with a regular account can create content that is profitable to TikTok, even as the collection of that user's personal information is in violation of COPPA.

DATED this 2nd day of July, 2025.

KELLER ROHRBACK L.L.P.


By */s/ Derek W. Loeser*
    Derek W. Loeser (*pro hac vice*)
    dloeser@kellerrohrback.com
    Cari Campen Laufenberg (*pro hac vice*)
    claufenberg@kellerrohrback.com
    1201 Third Avenue, Suite 3400
    Seattle, WA 98101
    (206) 623-1900, Fax (206) 623-3384

---

[32] *See* Ben Smith, *How TikTok Reads Your Mind*, N.Y. Times (Dec. 5, 2021), https://www.nytimes.com/2021/12/05/business/media/tiktok-algorithm.html.
[33] *Id.*

15

COHEN MILSTEIN SELLERS AND TOLL PLLC


By: */s/ Eric A. Kafka*
    Eric A. Kafka (*pro hac vice*)
    ekafka@cohenmilstein.com
    Cohen Milstein Sellers and Toll PLLC
    88 Pine Street, 14th Floor
    New York, NY 10005
    212-838-7797
    212-838-7745 (fax)


SILVER GOLUB & TEITELL LLP


By: */s/ Steven L. Bloch*
    Steven L. Bloch (*pro hac vice*)
    dgolub@sgtlaw.com
    One Landmark Square, 15th Floor
    Stamford, Connecticut 06901
    Telephone: (203) 325-4491

*Attorneys for Plaintiffs and Putative Classes*