Joseph A. Osborne, Esq.(FL Bar No: 880043)
josborne@realtoughlawyers.com
J. Robert Bell III, Esq.(FL Bar No: 115918)
rbell@realtoughlawyers.com
OSBORNE & FRANCIS LAW FIRM
925 S. Federal Highway, Suite 175
Boca Raton, FL 33432
(561) 293-2600 / (561) 923-8100 (fax)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Tiktok, Inc., Minor Privacy Litigation | LEAD CASE NUMBER 2:25-ml-03144-GW-RAO |
| This Document Relates to:<br>Michael Luong v. BYTEDANCE, Inc. et al.<br>Case No. 2:25-cv-03397-GW-RAO | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

_____ is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| *07/07/2025* | /s/Joseph A. Osborne |
| **Date** | *Signature of Attorney/Party* |

***NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***