Andre M. Mura (SBN 298541)
Steve Lopez (SBN 300540)
Hanne Jensen (SBN 336045)
Anna J. Katz (SBN 353036)
**GIBBS MURA LLP**
1111 Broadway Street, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com
sal@classlawgroup.com
hj@classlawgroup.com
ajk@classlawgroup.com

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| *In re: TikTok, Inc., Minor Privacy Litigation* <br><br> This Document Relates To: <br><br> TESSA GREEN, on behalf of S.V., et al. v. BYTEDANCE LTD., et al. <br><br> Case No. 2:25-cv-03527-GW-RAO | Lead Case No. 2:25-ml-03144-GW-RAO <br><br> MDL No. 3144 <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs Tessa Green, on behalf of S.V., and Kristi Vazquez, on behalf of J.B., by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby give notice that the above-captioned case is voluntarily dismissed without prejudice as to their individual claims and without prejudice as to the claims of the proposed classes. Plaintiffs reserve their rights to proceed as absent class members.

DATED: July 7, 2025             Respectfully submitted,

**GIBBS MURA LLP**

By:   */s/ Andre M. Mura*

Andre M. Mura
Steve Lopez
Hanne Jensen
Anna J. Katz
**GIBBS MURA LLP**
1111 Broadway Street, Suite 2100
Oakland, California 94607
Telephone:   (510) 350-9700
Facsimile:   (510) 350-9701
amm@classlawgroup.com
sal@classlawgroup.com
hj@classlawgroup.com
ajk@classlawgroup.com

*Attorneys for Plaintiffs and the Proposed Classes*