**CAREY DANIS & LOWE**
James J. Rosemergy (Mo. Bar No. 50166)
jrosemergy@careydanis.com
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Ph: 314-725-7700
Fax: 314-721-0905

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Tiktok, Inc., Minor Privacy Litigation | Civil Action No. 25-ml-03144-GW-RAO |
| This Document Relates to: *Armbruster, et al. v. ByteDance, Inc., et al.,* No. 2:25-cv-03338 | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

COMES NOW Plaintiff Ryan Armbruster, as parent and guardian of his minor child, C.A., by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that his claim in the above-captioned case is voluntarily dismissed without prejudice as to his individual claims and without prejudice as to the claims of the proposed classes. Plaintiff reserves his right to proceed as an absent class member.

Dated: July 8, 2025

Respectfully Submitted,

**CAREY DANIS & LOWE**

**By:** */s/James J. Rosemergy*

James J. Rosemergy (Mo. Bar No. 50166)

jrosemergy@careydanis.com
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Ph: 314-725-7700
Fax: 314-721-0905

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 8, 2025, the foregoing was filed using the Court's ECF system and served upon all counsel of record thereby.

**By:** */s/James J. Rosemergy*

James J. Rosemergy