**CHIMICLES SCHWARTZ KRINER**
 **& DONALDSON-SMITH LLP**
Beena M. McDonald (*pro hac vice*)
bmm@chimicles.com
361 W. Lancaster Avenue
Haverford, PA  19041
Ph: 610-642-8500
Fax: 610-649-3633

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:  Tiktok, Inc., Minor Privacy Litigation | Civil Action No. 25-ml-03144-GW-RAOx |
| This Document Relates to: *Armbruster, et al. v. ByteDance, Inc., et al.,* No. 2:25-cv-03338 | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

COMES NOW Plaintiff Yolanda Berry, as parent and guardian of her minor child, C.C., by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that her claim in the above-captioned case is voluntarily dismissed without prejudice as to her individual claims, and without prejudice as to the claims of the proposed classes. Plaintiff reserves her right to proceed as an absent class member.

Dated:  July 9, 2025                                   Respectfully Submitted,

                                                       **CHIMICLES SCHWARTZ KRINER**
                                                        **& DONALDSON-SMITH LLP**

                                           By:   */s/  Beena M. McDonald*
                                                       Beena M. McDonald (*pro hac vice*)

bmm@chimicles.com
361 W. Lancaster Avenue
Haverford, PA  19041
Ph: 610-642-8500
Fax: 610-649-3633

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 9, 2025, the foregoing was filed using the Court's ECF system and served upon all counsel of record thereby.

*/s/ Beena M. McDonald*
Beena M. McDonald