DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Suite 800
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: TIKTOK INC., MINOR PRIVACY LITIGATION | MDL NO. 3144 <br><br> 2:25-ml-03144-GW-RAO <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)** <br><br> Hon. George H. Wu <br> Hearing Date: November 6, 2025 <br> Time: 8:30 a.m. <br> Courtroom: 9D |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 6, 2025 at 8:30 a.m., or as soon thereafter as this matter may be heard in the Courtroom of the Honorable George H. Wu of the above-titled Court, located at 350 West First Street, 9th Floor, Los Angeles, California 90012, Defendants ByteDance Inc., ByteDance Ltd., TikTok Inc., TikTok Ltd., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc. (collectively, "Defendants") will move the Court to dismiss the Complaint filed by Plaintiffs J.C., A.J., B.M, L.F., D.M, D.G., A.B., A.L., M.G., V.M., Z.B., I.B., K.F., J.W., S.T., I.T., and E.B. (collectively, "Plaintiffs") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

This motion is made pursuant to Rule 12(b)(1) on the ground that Plaintiffs have not plausibly alleged that they have Article III standing to pursue invasion-of-privacy and unjust-enrichment claims for dozens of states in which they admittedly do not reside and were not injured in. Plaintiffs also lack standing to bring their unfair-competition and unjust-enrichment claims for the separate reason that they have failed to plead facts sufficient to show that they suffered a cognizable injury as a result of Defendants' alleged conduct.

The motion is made pursuant to 12(b)(6) on the ground that Plaintiffs have failed to state a claim upon which relief can be granted for any of their claims. Plaintiffs claims are inconsistent with, and preempted by, the Children's Online Privacy Protection Act of 1998 ("COPPA"). Plaintiffs also have not plausibly alleged that Defendants' conduct constitutes an invasion of privacy; that Plaintiffs have suffered an injury sufficient to satisfy the statutory requirements for their unfair-competition claims; that Defendants were unjustly enriched at Plaintiffs' expense; or that Plainitffs sustained injury sufficient to satisfy the elements of negligence.

This motion shall be based on the Notice of Motion and Motion, the

1  Memorandum of Points and Authorities in support thereof, the accompanying
2  Proposed Order, the pleadings and records on file in this action, and such further
3  evidence and argument that may be presented at the hearing on this motion.  This
4  motion is made following the conference of counsel pursuant to Local Rule 7-3,
5  which took place on Monday, August 18, 2025.

Dated:  August 25, 2025                    O'MELVENY & MYERS LLP

                                           By:   */s/ Daniel M. Petrocelli*
                                                 Daniel M. Petrocelli

                                           *Attorneys for Defendants ByteDance Inc., ByteDance Ltd., TikTok Inc., TikTok Ltd., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

Dated: August 25, 2025                    */s/ Daniel M. Petrocelli*
                                          Daniel M. Petrocelli