DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Suite 800
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: TIKTOK INC., MINOR PRIVACY LITIGATION | MDL NO. 3144<br><br>2:25-ml-03144-GW-RAO<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY**<br><br>Hon. George H. Wu<br>Hearing Date: November 6, 2025<br>Time: 8:30 a.m.<br>Courtroom: 9D |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 6, 2025 at 8:30 a.m., or as soon thereafter as this matter may be heard in the Courtroom of the Honorable George H. Wu of the above-titled Court, located at 350 West First Street, 9th Floor, Los Angeles, California 90012, Defendants ByteDance Inc., ByteDance Ltd., TikTok Inc., TikTok Ltd., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc. (collectively, "Defendants") will move the Court to stay the case filed by Plaintiffs J.C., A.J., B.M, L.F., D.M, D.G., A.B., A.L., M.G., V.M., Z.B., I.B., K.F., J.W., S.T., I.T., and E.B. (collectively, "Plaintiffs") pending resolution of the civil action brought by the U.S. Department of Justice's Consumer Protection Bureau ("DOJ"), *United States v. ByteDance Ltd.*, No. 2:24-cv-06535-GW-RAO (C.D. Cal. Aug. 2, 2024) ("DOJ Action").

This motion is made pursuant to the Court's inherent authority "to control the disposition and causes on its docket," *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936), and on the grounds that allowing both Plaintiffs' action and the DOJ Action to proceed at the same time (i) disrupts the orderly course of justice, is inconsistent with the Children's Online Privacy Protection Act of 1998 ("COPPA"), which grants priority to federal enforcement actions over all similar matters, and risks inconsistent judgments and outcomes; and (ii) will cause Defendants to suffer hardship for the foregoing reasons and because they will be forced to defend against both actions simultaneously. Additionally, a stay will not prejudice Plaintiffs because they only recently filed their master complaint and discovery in Plaintiffs' case has not commenced.

This motion shall be based on the Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the accompanying Proposed Order, the pleadings and records on file in this action, and such further evidence and argument that may be presented at the hearing on this motion. This

- 1 -

1 | motion is made following the conference of counsel pursuant to Local Rule 7-3,
2 | which took place on Monday, August 18, 2025.

Dated:  August 25, 2025              O'MELVENY & MYERS LLP

                                     By:    /s/ Daniel M. Petrocelli
                                            Daniel M. Petrocelli

                                     *Attorneys for Defendants ByteDance Inc., ByteDance Ltd., TikTok Inc., TikTok Ltd., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

Dated: August 25, 2025                              */s/ Daniel M. Petrocelli*
                                                             Daniel M. Petrocelli