DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Suite 800
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: TIKTOK INC., MINOR PRIVACY LITIGATION | MDL NO. 3144<br><br>2:25-ml-03144-GW-RAO<br><br>**DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF DEFENDANTS' MOTION TO STAY** |

**DECLARATION OF DANIEL M. PETROCELLI**

I, Daniel M. Petrocelli, declare as follows:

1. I am a member of the Bar of the State of California and am admitted to practice in the United States District Court for the Central District of California. I am a partner at the law firm of O'Melveny & Myers LLP, counsel of record for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc. (collectively, "Defendants"). I submit this declaration in support of Defendants' Motion to Stay. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so under oath.

2. In February 2019, the Department of Justice ("DOJ"), acting on behalf of the Federal Trade Commission ("FTC"), filed a complaint against Defendants' predecessors, Musical.ly and Musical.ly, Inc., alleging violations of COPPA and the FTC's "COPPA Rule," 16 C.F.R. § 312 (2025).[1]

3. Simultaneously with the filing of the complaint, DOJ submitted a Stipulated Order for Civil Penalties, Permanent Injunction, and Other Relief.[2] On March 27, 2019, the Court entered the parties' Stipulated Order (the "2019 Permanent Injunction").[3]

4. In May and July 2020, the FTC issued demand letters to Defendants concerning their compliance with the 2019 Permanent Injunction.

5. The FTC subsequently referred the matter to DOJ for investigation and

---

[1] Compl., *United States v. Musical.ly*, No. 2:19-cv-01439-ODW-RAO (C.D. Cal. Feb. 27, 2019), ECF No. 1.
[2] [Proposed] Stipulated Order for Civil Penalties, Permanent Injunction, and Other Relief, *United States v. Musical.ly*, No. 2:19-cv-01439-ODW-RAO (C.D. Cal. Feb. 27, 2019), ECF No. 1-1.
[3] Stipulated Order for Civil Penalties, Permanent Injunction, and Other Relief, *United States v. Musical.ly*, No. 2:19-cv-01439-ODW-RAO (C.D. Cal. Mar. 27, 2019), ECF No. 10.

potential enforcement action.  Beginning in August 2020, DOJ propounded written, documentary, and deposition discovery on Defendants pursuant to the 2019 Permanent Injunction's discovery provisions.

6. On August 2, 2024, DOJ filed a civil action against ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.[4]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 25th day of August, 2025 in Los Angeles, California.

                                       */s/ Daniel M. Petrocelli*
                                       Daniel M. Petrocelli

---

[4] Compl., *United States v. ByteDance Ltd.*, No. 2:24-cv-06535-ODW-RAO (C.D. Cal. Aug. 2, 2024), ECF No. 1.