**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: TikTok, Inc. Minor Privacy Litigation. | Case No. MDL 25-3144-GW-RAOx<br><br>**ORDER GRANTING STIPULATION REGARDING WORD LIMITS FOR MOTION TO DISMISS BRIEFING** |

The Court, having considered Plaintiffs J.C., A.J., B.M, L.F., D.M, D.G., A.B., A.L., M.G., V.M., Z.B., I.B., K.F., J.W., S.T., I.T., and E.B. (collectively, "Plaintiffs") and Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.'s (collectively, "Defendants") Stipulation Regarding Word Limits for Motion to Dismiss Briefing ("Stipulation"), and good cause appearing therefor, hereby GRANTS the Stipulation and ORDERS the following:

1. Defendants are permitted to file a motion to dismiss of no more than 9,000 words, including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by Local Rule 11-6.2, and any indices and exhibits.

2. Plaintiffs are permitted to file an opposition to Defendants' motion to dismiss of no more than 9,000 words, including headings, footnotes, and quotations but excluding the caption, the table of contents, the table of authorities, the signature block, the certification required by Local Rule 11-6.2, and any indices and exhibits.

**IT IS SO ORDERED.**

Dated: August 25, 2025

HON. GEORGE H. WU,
United States District Judge

[PROPOSED] ORDER GRANTING
STIP. REGARDING WORD LIMITS
FOR MTD BRIEFING
NO. 2:25-ML-03144-GW RAO