DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Suite 800
Los Angeles, California 90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:  +1 202 383 5300
Facsimile:   +1 202 383 5414

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone:  +1 415 984 8700
Facsimile:   +1 415 984 8701

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION. | Case No. 2:25-ml-03144-GW-RAO<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STAY**<br><br>*[Declaration of Daniel M. Petrocelli filed concurrently herewith]* |

## STIPULATION

Pursuant to Central District of California Local Rule 11-6.1, and with the Court's permission, Plaintiffs J.C., A.J., B.M, L.F., D.M, D.G., A.B., A.L., M.G., V.M., Z.B., I.B., K.F., J.W., S.T., I.T., and E.B. (collectively, "Plaintiffs") and Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc. (collectively, "Defendants," and together with Plaintiffs, the "Parties") hereby stipulate to a schedule for Defendants' motion to stay as follows:

WHEREAS, on July 11, 2025, Plaintiffs filed their master Consolidated Class Action Complaint against Defendants for alleged violations of the Children's Online Privacy Protection Act of 1998 ("COPPA"), ECF No. 94;

WHEREAS, pursuant to the parties' stipulation, ECF No. 99, the Court set the following schedule for Defendants' anticipated motion to dismiss:

| | |
|---|---|
| Deadline to File Response to Complaint: | August 25, 2025 |
| Deadline to File Opposition: | September 29, 2025 |
| Deadline to File Reply: | October 13, 2025 |
| Hearing on Motion: | November 6, 2025 at 8:30 a.m. |

ECF No. 100.

WHEREAS, on August 25, 2025, Defendants filed their anticipated motion to dismiss, ECF No. 104, and concurrently filed a motion to stay Plaintiffs' case pending resolution of the civil action brought by the U.S. Department of Justice's Consumer Protection Bureau, ECF No. 105;

WHEREAS, Defendants' motions involve overlapping issues and would benefit from being resolved on the same schedule;

WHEREAS, the Parties conferred and agree that, with the Court's permission, the schedule for Defendants' motion to stay should align with the schedule for Defendants motion to dismiss, such that the following deadlines for the motion to stay are set:

1

4903-7458-9795.1

| | |
|---|---|
| Deadline to File Opposition: | September 29, 2025 |
| Deadline to File Reply: | October 13, 2025 |
| Hearing on Motion: | November 6, 2025 at 8:30 a.m. |

WHEREAS, as set forth in the accompanying Declaration of Daniel M. Petrocelli, good cause exists for the proposed schedule, the proposed deadlines would result in the parties' submitting their briefing to the Court *before* the deadlines set forth in L.R. 7-9 and 7-10, and the parties have not previously sought to modify the deadlines for Defendants' motion to stay;

NOW, THEREFORE, the Parties hereby stipulate and respectfully request that the following schedule be set for Defendants' motion to stay:

| | |
|---|---|
| Deadline to File Opposition: | September 29, 2025 |
| Deadline to File Reply: | October 13, 2025 |
| Hearing on Motion: | November 6, 2025 at 8:30 a.m. |

**SO STIPULATED.**


Pursuant to Local Rule 5-4.3.4, by my signature below, I, Daniel M. Petrocelli, attest that all other signatories concur in the filing's content and have authorized this filing.

STIPULATION REGARDING
MOT. TO STAY SCHEDULE
NO. 2:25-ML-03144-GW-RAO

1   Dated:        August 29, 2025            Respectfully submitted,

2

3                                           By:   */s/ Daniel M. Petrocelli*
                                                  Daniel M. Petrocelli
4

5                                           DANIEL M. PETROCELLI
                                            dpetrocelli@omm.com
6                                           O'MELVENY & MYERS LLP
                                            1999 Avenue of the Stars
7                                           Los Angeles, California 90067-6035
                                            Telephone:  +1 310 553 6700
8                                           Facsimile:   +1 310 246 6779

9                                           STEPHEN D. BRODY
                                            sbrody@omm.com
10                                          O'MELVENY & MYERS LLP
                                            1625 Eye Street, NW
11                                          Washington, D.C. 20006-4001
                                            Telephone:  +1 202 383 5300
12                                          Facsimile:   +1 202 383 5414

13                                          MATTHEW D. POWERS
                                            mpowers@omm.com
14                                          O'MELVENY & MYERS LLP
                                            Two Embarcadero Center, 28th Floor
15                                          San Francisco, California 94111-3832
                                            Telephone: +1 415 984-8700
16                                          Facsimile: +1 415 984-8700

17                                          *Attorneys for Defendants ByteDance Ltd.,*
                                            *ByteDance Inc., TikTok Ltd., TikTok Inc.,*
18                                          *TikTok LLC, TikTok Pte. Ltd., and TikTok*
                                            *U.S. Data Security Inc.*

19

20                                          By:   */s/ Derek W. Loeser*
                                                  Derek W. Loeser
21

22                                          DEREK W. LOESER
                                            CARI CAMPEN LAUFENBERG
23                                          KELLER ROHRBACK L.L.P.
                                            1201 Third Avenue, Suite 3400
24                                          Seattle, WA 98101
                                            Telephone:  +1 206 623-1900
25                                          Facsimile:   +1 206 623-3384
                                            dloeser@kellerrohrback.com
26                                          claufenberg@kellerrohrback.com

27                                          *Interim Co-Lead Counsel for Plaintiffs*
                                            *and Putative Class*

28

                                            3        STIPULATION REGARDING
                                                     MOT. TO STAY SCHEDULE
                                                     NO. 2:25-ML-03144-GW-RAO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:  */s/ Eric Kafka*
        Eric Kafka

Eric Kafka (*pro hac vice*)
COHEN MILSTEIN SELLERS &
TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
ekafka@cohenmilstein.com

Jenna Waldman (SBN 341491)
COHEN MILSTEIN SELLERS &
TOLL PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
jwaldman@cohenmilstein.com

*Interim Co-Lead Counsel for Plaintiffs
and Putative Class*

Steven Bloch, (*pro hac vice*)
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, 15th Floor
Stamford, Connecticut 06901
Telephone: (203) 325-4491
dgolub@sgtlaw.com
sbloch@sgtlaw.com

*Executive Committee Member for
Plaintiffs and Putative Class*

STIPULATION REGARDING
MOT. TO STAY SCHEDULE
NO. 2:25-ML-03144-GW-RAO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that on August 29, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which automatically services all counsel of record for the parties who have appeared.

Dated: August 29, 2025                              */s/ Daniel M. Petrocelli*
                                                    Daniel M. Petrocelli

STIPULATION REGARDING
MOT. TO STAY SCHEDULE
NO. 2:25-ML-03144-GW-RAO