# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION. | Case No. MDL 25-3144-GW-RAOx<br><br>**ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STAY** |

The Court, having considered Plaintiffs J.C., A.J., B.M, L.F., D.M, D.G., A.B., A.L., M.G., V.M., Z.B., I.B., K.F., J.W., S.T., I.T., and E.B. (collectively, "Plaintiffs") and Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.'s (collectively, "Defendants") Stipulation to Regarding Briefing Schedule for Defendants' Motion to Stay, and having considered the Declaration of Daniel M. Petrocelli, and good cause appearing therefor, hereby GRANTS the Stipulation and ORDERS the following schedule for Defendants' Motion to Stay:

| | |
|---|---|
| Deadline to File Opposition: | September 29, 2025 |
| Deadline to File Reply: | October 13, 2025 |
| Hearing on Motion: | November 6, 2025 at 8:30 a.m. |

**IT IS SO ORDERED.**

September 2, 2025

_____
HON. GEORGE H. WU,
United States District Judge