Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900, Fax: (206) 623-3384

Eric Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
(212) 838-7797, Fax: (212) 838-7745

*Interim Lead Counsel*

Steven Bloch (*pro hac vice*)
sbloch@sgtlaw.com
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, 15th Floor
Stamford, CT 06901
(203) 325-4491
sbloch@sgtlaw.com

*Executive Committee*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION | MDL NO. 3144 <br><br> 2:25-ml-03144-GW-RAO <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF EXEMPLAR DATA FOR PURPOSES OF PRESERVATION DISPUTE** <br><br> Hon. George H. Wu <br> Hearing Date: November 6, 2025 <br> Time: 8:30 am <br> Courtroom: 9D |

1

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 6, 2025, at 8:30 a.m., or as soon thereafter as this matter may be heard in the Courtroom of the Honorable George H. Wu of the above-titled Court, located at 350 West First Street, 9th Floor, Los Angeles, California 90012, Plaintiffs will move the Court to compel the production of exemplar data for purposes of the Parties' preservation dispute.

This motion is based on the Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Eric Kafka, the pleadings and records on file in this action, and such further evidence and argument that may be presented at the hearing for this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on October 6, 2025.

DATED this 9th day of October, 2025.

KELLER ROHRBACK L.L.P.


By */s/ Derek W. Loeser*
   Derek W. Loeser (*pro hac vice*)
   dloeser@kellerrohrback.com
   Cari Campen Laufenberg (*pro hac vice*)
   claufenberg@kellerrohrback.com
   1201 Third Avenue, Suite 3400
   Seattle, WA 98101
   (206) 623-1900, Fax (206) 623-3384

   *Interim Lead Counsel*

COHEN MILSTEIN SELLERS AND TOLL PLLC


By: */s/ Eric A. Kafka*
   Eric A. Kafka (*pro hac vice*)
   ekafka@cohenmilstein.com
   Cohen Milstein Sellers and Toll PLLC

2

88 Pine Street, 14th Floor
New York, NY 10005
212-838-7797
212-838-7745 (fax)

*Interim Lead Counsel*

SILVER GOLUB & TEITELL LLP

Steven L. Bloch (*pro hac vice*)
sbloch@sgtlaw.com
One Landmark Square, 15th Floor
Stamford, Connecticut 06901
Telephone: (203) 325-4491

*Executive Committee*