UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL 3144-GW-RAOx | Date | November 10, 2025 |
|---|---|---|---|
| Title | *In Re: Tiktok, Inc., Minor Privacy Litigation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric A. Kafka | Daniel M. Petrocelli |
| Derek W. Loeser | Matthew D. Powers |

**PROCEEDINGS:** **DEFENDANTS' MOTION FOR PROTECTIVE ORDER RE COPPA PRESERVATION [113]; PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF EXEMPLAR DATA FOR PURPOSES OF PRESERVATION DISPUTE [114]**

The Court's under seal Tentative Ruling on the above-entitled Motions [113, 114], was emailed to the parties on November 7, 2025 and placed on the docket under seal as ECF 132. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES the Motion for Protective Order. The Court GRANTS the Motion to Compel with the order that Plaintiffs provide Defendants their account information.

Court and counsel discuss under seal slides. The slides argument portion of the transcript is placed under seal. The Court will allow the court reporter to provide the under seal portions of the transcript from this morning's hearing to the parties including government counsel.

The parties are to meet and confer, and provide the Court a protective order by November 14, 2025. If an agreement is not reached, the parties are to file a joint report with each side's version by no later than noon on November 13, 2025. A status conference is set for November 17, 2025 at 8:30 a.m.

Court and counsel confer re continuation of dates. Defendant will provide an initial draft regarding TikTok operations to Plaintiffs by December 10, 2025. On December 10, Plaintiffs will provide a proffer to Defendant as to the initial items for forthwith discovery. The parties will respond to the respective submissions by December 19, 2025; and meet and confer thereafter so a joint report on TikTok operations and on initial discovery can be provided to the Court on January 8, 2026 and the

|  | 1 | : | 40 |
|---|---|---|---|
| Initials of Preparer | JG | | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL 3144-GW-RAOx | Date | November 10, 2025 |
|---|---|---|---|
| Title | *In Re: Tiktok, Inc., Minor Privacy Litigation* | | |

Court will hold a status conference on those matters on January 15, 2026 at 8:30 a.m.

Based on the parties' representation, the under seal Tentative Ruling may be placed on the docket for public view without any redactions.

|  | 1 | : | 40 |
|---|---|---|---|
| | Initials of Preparer | JG | |