UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL 3144-GW-RAOx | Date | December 11, 2025 |
|---|---|---|---|
| Title | *In Re: Tiktok, Inc., Minor Privacy Litigation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER**

      In light of the parties' status reports (Dkt Nos. 145, 146) and the Proposed Stipulated Protective Order (Dkt. No 148-1), the Court hereby vacates the December 15, 2025 status conference, with the understanding that the parties will file an agreed-upon ESI Protocol (or competing positions) by December 19, 2025. The January 15, 2026 status conference shall remain on calendar, along with the requirement that the parties file a joint status report by January 8, 2026.

|  | : |
|---|---|
| Initials of Preparer | JG |