1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION. | Case No. MDL 25-3144-GW-RAOx<br><br>**ORDER GRANTING STIPULATION REGARDING SCHEDULE FOR JOINT REPORT ON TIKTOK'S OPERATIONS AND PLAINTIFFS' INITIAL DISCOVERY REQUESTS** |
|---|---|

The Court, having considered Plaintiffs G.K., D.K., A.J., B.M., S.T., J.C., L.F., D.G., D.M., E.B., A.K., J.S., T.W., G.A., C.H., M.B., J.H., A.A.A., A.B.A., E.A., K.M., A.L., A.B., H.J., N.J., I.T., M.G., V.M., D.P., Z.B., I.B., E.J., R.C., B.L.J., B.R.J., K.F., and J.W. (collectively, "Plaintiffs") and Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.'s (collectively, "Defendants") Stipulation Regarding Schedule for Joint Report on TikTok's Operations and Plaintiffs' Initial Discovery Requests, and having considered the Declaration of Daniel M. Petrocelli, and good cause appearing therefor, hereby GRANTS the Stipulation.

The Court hereby ORDERS that the following schedule for filing the Joint Report and appearing for a status conference be set:

| | |
|---|---|
| Deadline to File Joint Report: | January 15, 2026 |
| Status Conference: | January 22, 2026 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: January 5, 2026

_____
HON. GEORGE H. WU,
United States District Judge