| | |
|---|---|
| DANIEL M. PETROCELLI (S.B. #97802) | DEREK W. LOESER (*pro hac vice*) |
| dpetrocelli@omm.com | dloeser@kellerrohrback.com |
| O'MELVENY & MYERS LLP | CARI CAMPEN LAUFENBERG |
| 1999 Avenue of the Stars, Suite 800 | (*pro hac vice*) |
| Los Angeles, California 90067-6035 | claufenberg@kellerrohrback.com |
| Telephone: +1 310 553 6700 | KELLER ROHRBACK L.L.P. |
| Facsimile: +1 310 246 6779 | 1201 Third Avenue, Suite 3400 |
| | Seattle, WA 98101 |
| STEPHEN D. BRODY (*pro hac vice*) | Telephone: (206) 623-1900 |
| sbrody@omm.com | Facsimile: (206) 623-3384 |
| O'MELVENY & MYERS LLP | |
| 1625 Eye Street, NW | Eric Kafka (*pro hac vice*) |
| Washington, D.C. 20006-4001 | ekafka@cohenmilstein.com |
| Telephone: +1 202 383 5300 | COHEN MILSTEIN SELLERS & |
| Facsimile: +1 202 383 5414 | TOLL PLLC |
| | 88 Pine Street, 14th Floor |
| MATTHEW D. POWERS (S.B. #212682) | New York, NY 10005 |
| mpowers@omm.com | Telephone: (212) 838-7797 |
| O'MELVENY & MYERS LLP | Facsimile: (212) 838-7745 |
| Two Embarcadero Center | |
| San Francisco, CA 94111 | *Plaintiffs' Interim Lead Counsel* |
| Telephone: +1 415 984 8700 | |
| Facsimile: +1 415 984 8701 | Steven Bloch (*pro hac vice*) |
| | sbloch@sgtlaw.com |
| *Attorneys for Defendants ByteDance Ltd.,* | SILVER GOLUB & TEITELL LLP |
| *ByteDance Inc., TikTok Ltd., TikTok Inc.,* | One Landmark Square, 15th Floor |
| *TikTok LLC, TikTok Pte. Ltd., and* | Stamford, CT 06901 |
| *TikTok U.S. Data Security Inc.* | Telephone: (203) 325-4491 |
| | Facsimile: (203) 325-3769 |
| | |
| | *Plaintiffs' Executive Committee* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION | MDL NO. 3144<br><br>2:25-ml-03144-GW-RAO<br><br>**JOINT STATEMENT ON THE COURT'S ORDER REGARDING REPORT ON INITIAL DISCOVERY** |

1

Plaintiffs and Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc. (collectively, the "Parties") hereby submit this Joint Statement in response to the Court's Order issued January 21, 2026 (ECF No. 171) regarding the Parties' Joint Report on TikTok's Operations and Initial Discovery Proffer (ECF No. 162).

First, the Court asked the Parties to address "whether they still anticipate using exemplar data as was discussed in the Court's ruling on Plaintiffs' motion to compel." ECF No. 171 at 2. The Parties still anticipate using exemplar data and are finalizing the exchange of information necessary for its production.

Second, the Court asked the Parties to address "their position on the appointment of a Special Master." *Id.* at 3. The Parties would prefer to start the discovery process with United States Magistrate Judge Rozella A. Oliver. If Judge Oliver is not available, or if the number, scope, and extent of disputes ultimately become untenable for Judge Oliver to oversee, the Parties propose that they would then meet and confer on the selection and appointment of a Special Master.

Third, the Parties propose that the Court set a Rule 16 conference on March 12, 2026. The conference—and the required meetings and conferrals in advance between the Parties—would be helpful for developing a workable discovery plan.

Fourth, the Parties have been meeting and conferring on Plaintiffs' anticipated motion to strike various defenses alleged in Defendants' Answer. To provide the Parties with additional time to meet and confer and potentially narrow the issues, the Parties have agreed to jointly request that the current February 5, 2026 deadline for Plaintiffs' motion to strike be continued until February 19, 2026, and will file a stipulation to that effect shortly. In connection with these meet and confer discussions, Plaintiffs have also consented to Defendants' potential amendment of their Answer after expiration of Defendants' current deadline to amend as of right under Rule 15(a)(1)(A).

DATED this 29th day of January, 2026.

                KELLER ROHRBACK L.L.P.

                By: */s/ Derek W. Loeser*
                    Derek W. Loeser (*pro hac vice*)
                    dloeser@kellerrohrback.com
                    1201 Third Avenue, Suite 3400
                    Seattle, WA 98101
                    (206) 623-1900, Fax (206) 623-3384

                    *Plaintiffs' Interim Lead Counsel*

                COHEN MILSTEIN SELLERS AND TOLL PLLC

                By: */s/ Eric A. Kafka*
                    Eric A. Kafka (*pro hac vice*)
                    ekafka@cohenmilstein.com
                    Cohen Milstein Sellers and Toll PLLC
                    88 Pine Street, 14th Floor
                    New York, NY 10005
                    212-838-7797
                    212-838-7745 (fax)

                    *Plaintiffs' Interim Lead Counsel*

                SILVER GOLUB & TEITELL LLP

                    Steven L. Bloch (*pro hac vice*)
                    sbloch@sgtlaw.com
                    One Landmark Square, 15th Floor
                    Stamford, CT 06901
                    (203) 325-4491

                    *Plaintiffs' Executive Committee*

By: */s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Suite 800
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)**

I, Derek W. Loeser, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Executed this 29th day of January, 2026, at Seattle, Washington.

*/s/ Derek W. Loeser*
signature

**CERTIFICATE OF SERVICE**

I, Sarah Skaggs, hereby certify that on January 29, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Sarah Skaggs*
Sarah Skaggs