| | |
|---|---|
| DANIEL M. PETROCELLI (S.B. #97802) | Derek W. Loeser (*pro hac vice*) |
| dpetrocelli@omm.com | dloeser@kellerrohrback.com |
| **O'MELVENY & MYERS LLP** | Cari Campen Laufenberg (*pro hac vice*) |
| 1999 Avenue of the Stars, Suite 800 | **KELLER ROHRBACK L.L.P.** |
| Los Angeles, California 90067-6035 | 1201 Third Avenue, Suite 3400 |
| Telephone: +1 310 553 6700 | Seattle, WA 98101 |
| Facsimile: +1 310 246 6779 | Telephone: (206) 623-1900 |
| | Facsimile: (206) 623-3384 |
| STEPHEN D. BRODY (*pro hac vice*) | |
| sbrody@omm.com | Eric Kafka (*pro hac vice*) |
| **O'MELVENY & MYERS LLP** | ekafka@cohenmilstein.com |
| 1625 Eye Street, NW | **COHEN MILSTEIN SELLERS & TOLL** |
| Washington, D.C. 20006-4001 | **PLLC** |
| Telephone: +1 202 383 5300 | 88 Pine Street, 14th Floor |
| Facsimile: +1 202 383 5414 | New York, NY 10005 |
| | Telephone: (212) 838-7797 |
| MATTHEW D. POWERS (S.B. #212682) | Facsimile: (212) 838-7745 |
| mpowers@omm.com | |
| **O'MELVENY & MYERS LLP** | *Plaintiffs' Interim Co-Lead Counsel* |
| Two Embarcadero Center | |
| San Francisco, CA 94111 | Steven Bloch (*pro hac vice*) |
| Telephone: +1 415 984 8700 | sbloch@sgtlaw.com |
| Facsimile: +1 415 984 8701 | **SILVER GOLUB & TEITELL LLP** |
| | One Landmark Square, 15th Floor |
| *Attorneys for Defendants ByteDance Ltd.,* | Stamford, CT 06901 |
| *ByteDance Inc., TikTok Ltd., TikTok Inc.,* | Telephone: (203) 325-4491 |
| *TikTok LLC, TikTok Pte. Ltd., and* | Facsimile: (203) 325-3769 |
| *TikTok U.S. Data Security Inc.* | |
| | *Plaintiffs' Executive Committee* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION | MDL NO. 3144 |
| | 2:25-ml-03144-GW-RAO |
| | **RULE 41 STIPULATION OF DISMISSAL** |

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Court's Order (ECF No. 178), the Parties hereby stipulate to dismissing the following Plaintiffs from the above-captioned action, without prejudice:

- Plaintiffs A.A.A., A.B.A., and E.A., minors, by and through their parent, Kelly Lynn Addis;
- Plaintiffs A.S. and B.S., minors, by and through their parent and guardian ad litem, Jennifer Seputis;
- Plaintiffs H.J. and N.J., minors, by and through their parent, Amatullah Allen;
- Plaintiff D.M., a minor, by and through their parent and guardian ad litem, Darryl Maultsby;
- Plaintiff J.H., a minor, by and through their parent, Tranay Holloway;
- Plaintiff C.H., a minor, by and through their parent, Arthur Henry; and
- Plaintiff D.P., a minor, by and through their parent, Tammy Padgett.

The parties also stipulate to dismissing claims asserted under the following state's laws from this action without prejudice:

- Michigan
- Wisconsin
- New Jersey
- Massachusetts
- Louisiana
- North Carolina

This Stipulation does not dismiss or otherwise affect the claims of any remaining named Plaintiff.

DATED this 11th day of February, 2026.

KELLER ROHRBACK L.L.P.

By: */s/ Derek W. Loeser*
　　Derek W. Loeser (*pro hac vice*)
　　dloeser@kellerrohrback.com
　　Cari Campen Laufenberg (*pro hac vice*)
　　claufenberg@kellerrohrback.com
　　1201 Third Avenue, Suite 3400
　　Seattle, WA 98101
　　(206) 623-1900, Fax (206) 623-3384

　　*Interim Lead Counsel*

COHEN MILSTEIN SELLERS AND TOLL PLLC

By: */s/ Eric A. Kafka*
　　Eric A. Kafka (*pro hac vice*)
　　ekafka@cohenmilstein.com
　　Cohen Milstein Sellers and Toll PLLC
　　88 Pine Street, 14th Floor
　　New York, NY 10005
　　212-838-7797
　　212-838-7745 (fax)

　　*Interim Lead Counsel*

SILVER GOLUB & TEITELL LLP

　　Steven L. Bloch (*pro hac vice*)
　　sbloch@sgtlaw.com
　　One Landmark Square, 15th Floor
　　Stamford, CT 06901
　　(203) 325-4491

*Executive Committee*

By: */s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Suite 800
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

STEPHEN D. BRODY (*pro hac vice*)
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)**

I, Eric Kafka, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Executed this 11th day of February, 2026, at New York, New York.

*/s/ Eric Kafka*
Eric Kafka

**CERTIFICATE OF SERVICE**

I, Samuel Roth, hereby certify that on February 11, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Samuel Roth*
Samuel Roth