UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

IN RE: TIKTOK, INC., MINOR
PRIVACY LITIGATION

MDL 25-3144-GW-RAOx

**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE RULE 72 OBJECTIONS TO THE JUNE 4, 2026 DISCOVERY ORDER**

Upon consideration of the Parties' Stipulation to Extend Plaintiffs' Deadline to File Rule 72 Objections to the June 4, 2026 Discovery Order, and for good cause shown, IT IS HEREBY ORDERED that the deadline for Plaintiffs to file objections under Federal Rule of Civil Procedure 72(a) to the June 4, 2026 Order is extended to ten (10) days after Magistrate Judge Oliver issues a ruling resolving Plaintiffs' motion for reconsideration.

IT IS SO ORDERED.

Dated: June 22, 2026

_____
HON. GEORGE H. WU,
United States District Judge

1