DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DREW E. BREUDER (S.B. #198466)
dbreuder@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

SID MODY (*pro hac vice*)
smody@omm.com
O'MELVENY & MYERS LLP
2801 North Harwood Street, Suite 1600
Dallas, TX 75201
Telephone: +1 972-360-1900
Facsimile: +1 972-360-1901

*Attorneys for Defendants ByteDance Ltd.,
ByteDance Inc., TikTok Ltd., TikTok Inc.,
TikTok LLC, TikTok Pte. Ltd., and
TikTok USDS Joint Venture LLC*

DEREK W. LOESER (*pro hac vice*)
dloeser@kellerrohrback.com
CARI CAMPEN LAUFENBERG
(*pro hac vice*)
claufenberg@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

ERIC KAFKA (*pro hac vice*)
ekafka@cohenmilstein.com
COHEN MILSTEIN SELLERS &
TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Plaintiffs' Interim Lead Counsel*

STEVEN BLOCH (*pro hac vice*)
sbloch@sgtlaw.com
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION | MDL NO. 3144 |
| | 2:25-ml-03144-GW-RAO |
| | **JOINT STATEMENT REGARDING SEALING BRIEFING ON PLAINTIFFS' MOTION TO ENFORCE** |

Pursuant to the Court's order, ECF No. 257, the Parties submit this joint report on sealing briefing related to Plaintiffs' Motion to Enforce Compliance with the Court Orders Pursuant to Federal Rule of Civil Procedure 37(b), ECF No. 233 ("Motion to Enforce").[1]  The Parties submit this statement notwithstanding that the Court has already granted Plaintiffs' Application to seal the Motion to Enforce, ECF No. 239, and Defendants' Application to Seal their Opposition to Plaintiffs' Motion to Enforce, ECF No. 258.

**I.     APPLICATION TO SEAL PLAINTIFFS' MOTION TO ENFORCE**

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| **Notice of Motion & Motion to Enforce, ECF No. 233** | | | |
| 9:14-16 | Defendants' assertion of confidentiality in underlying documents | None | |
| 10:2-3 | Defendants' assertion of confidentiality in underlying documents | None | |
| 10:5-23 | Defendants' assertion of confidentiality in underlying documents | None | |
| 13:4-9 | Defendants' assertion of confidentiality in underlying documents | None | |
| **Kafka Declaration ISO Motion to Enforce, ECF No. 233-2** | | | |
| 2:14-3:8 | Defendants' assertion of confidentiality in underlying documents | None | |
| 5:3-6 | Defendants' assertion of confidentiality in underlying documents | None | |
| **Exhibit 5, ECF No. 233-7** | | | |
| Entire Document | Defendants' assertion of confidentiality | None | |

---

[1] The Parties have not moved to seal any papers in conjunction with the briefing on Defendants' Motion for Leave to File Second Amended Answer and Defenses to Revised Amended Consolidated Class Action Complaint, ECF No. 251.

JOINT STATEMENT REGARDING SEALING NO. 2:25-ML-03144-GW-RAO

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| **Exhibit 9, ECF No. 233-11** | | | |
| Last paragraph on p. 2 | Defendants' assertion of confidentiality in underlying documents | None | |
| **Exhibit 10, ECF No. 233-12** | | | |
| Entire Document | Defendants' assertion of confidentiality | None | |
| **Exhibit 11, ECF No. 233-13** | | | |
| Entire Document | Defendants' assertion of confidentiality | None | |
| **Exhibit 12, ECF No. 233-14** | | | |
| Entire Document | Defendants' assertion of confidentiality | None | |
| **Exhibit 13, ECF No. 233-15** | | | |
| Entire Document | Defendants' assertion of confidentiality | None | |
| **Exhibit 14, ECF No. 233-16** | | | |
| Entire Document | Defendants' assertion of confidentiality | None | |

## II.    APPLICATION TO SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| **Opposition to Plaintiffs' Motion to Enforce, ECF No. 252** | | | |
| 1:10-11 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 1:17-20 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 3:4-8 | Contains sensitive / proprietary business information about scope | None | |

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| | and capacity of Defendants' data management systems. | | |
| 3:15 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 3:26-28 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 4:9 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 4:12-15 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 4:20-23[2] | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 5:1-2 | Contains sensitive / proprietary business information about | None | |

[2] Defendants' inadvertently omitted this page range from the proposed order filed with their application to seal, ECF No. 253-1, but highlighted the confidential material in the under-seal versions lodged with the Court, ECF Nos. 254-2, 259, and redacted it in the public versions filed on the docket, ECF Nos. 252, 253-2.

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| | Defendants' data management systems. | | |
| 5:4-11 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 5:16-19 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 5:22 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 6:1 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 7:24-8:5 | Quotes transcript filed under seal in its entirety. | None | |
| 8:9 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 12:16 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 12:20-28 | Contains sensitive / proprietary business | None | |

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| | information about Defendants' data management systems. | | |
| 13:8 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 13:10-12 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 13:16-14:15 | Contains sensitive / proprietary business information about security measures for Defendants' data management systems | None | |
| 14:16-19 | Contains sensitive / proprietary business information about security measures for Defendants' data management systems | None | |
| 14:20 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 16:10-15 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 16:16-28 | Contains sensitive / proprietary business | None | |

6

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
| --- | --- | --- | --- |
| | information about scope and capacity of Defendants' data management systems. | | |
| 18:3-3 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 18:17-17 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 19:7-7 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 19:8-8 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 19:17-18 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 20:2-4 | Quotes transcript filed under seal in its entirety. | None | |
| 22:2-3 | Contains sensitive / proprietary business information about scope | None | |

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| | and capacity of Defendants' data management systems. | | |
| **Wang Declaration ISO Opposition to Motion to Enforce, ECF No. 252-1** | | | |
| 3:5-6 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 3:13-14 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 4:1-17 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 4:27-5:5 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 5:10 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 5:14-15 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| 5:17-21 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 5:25-26 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 6:1-11 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 6:12-21 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 6:22-7:4 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 7:5-9 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 7:10-14 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 7:19-23 | Contains sensitive / proprietary business information about scope | None | |

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| | and capacity of Defendants' data management systems. | | |
| 7:26-27 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 8:2 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 8:5-10 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 8:12-13 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 8:21-9:2 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 9:10-11 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 9:23-28 | Contains sensitive / proprietary business | None | |

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| | information about Defendants' data management systems. | | |
| 10:7-8 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 11:22-27 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| **Louisma Declaration ISO Opposition to Motion to Enforce, ECF No. 252-2** | | | |
| 1:7-9 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 2:26-3:25 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 4:1-10 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 4:14-22 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| 4:24-5:4 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 5:9-11 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 5:15-6:12 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 6:14-7:9 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 7:10-17 | Contains sensitive / proprietary business information about security measures for Defendants' data management systems. | None | |
| **Schnell Declaration ISO Opposition to Motion to Enforce, ECF No. 252-3** | | | |
| 7:22-8:6 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 8:9-15 | Contains sensitive / proprietary business information about scope | None | |

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| | and capacity of Defendants' data management systems. | | |
| 11:13-12:10 | Contains sensitive / proprietary business information about security measures for Defendants' data management systems. | None | |
| 12:16-25 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 12:26-13:3 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 13:5-15:2 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 15:22-19:19 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 20:3-17 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 20:22-24 | Contains sensitive / proprietary business information about scope | None | |

13

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| | and capacity of Defendants' data management systems. | | |
| 20:27-22:15 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| **Exhibit D, ECF No. 252-8** | | | |
| Entire Document | Transcript filed under seal in its entirety. | None | |
| **Exhibit J, ECF No. 252-14** | | | |
| 2:3-4 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 2:11-20 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 3:27-38 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| **Exhibit M, ECF No. 252-17** | | | |
| 4:17-20 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| 4:38-41 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| **Exhibit O, ECF No. 252-19** | | | |
| 4:3 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 4:10-11 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |

## III.   PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO ENFORCE

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| **Reply In Support of Opposition to Motion to Enforce, ECF No. 265[3]** | | | |
| 1:9-10 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |

---

[3] In their reply brief, Plaintiffs redacted and filed under seal references to portions of Defendants' March 19, 2026 letter, ECF No. 240-2, that Defendants filed publicly on the docket with their opposition to Plaintiffs' motion to enforce, *see* ECF No. 252-14, 253-6, at 1:13-15 and 4:14-16.  Because this information has already been filed publicly, Defendants do not seek to maintain the text at these line numbers under seal.  Defendants also do not seek to seal the text at line numbers 10:13-14, as it does not reference confidential or proprietary information.

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| 1:22-24 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 2:8-9 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 5:6-7 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 5:15-17 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 5:27 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 6:2-4 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 6:18-7:4 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 7:15-17 | Contains sensitive / proprietary business information about | None | |

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| | Defendants' data management systems. | | |
| 7:19-21 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| 7:26-28 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 8:5-6 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 8:13 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 8:25 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 9:28 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 10:5 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |

17

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| 10:9 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 12:17-18 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| 14:7-17 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| **Shafiq Declaration ISO Motion to Enforce, ECF No. 265-1** | | | |
| ¶ 4 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| ¶ 5 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| ¶ 9 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| ¶ 10 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| ¶ 11 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| ¶ 12[4] | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| ¶ 14 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| ¶ 16 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| ¶ 17 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| ¶ 18 & n.32 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| ¶ 20 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |

---

[4] Defendants seek to maintain under seal only the last sentence of paragraph 12, since the preceding sentences are taken from publicly available sources.

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| ¶ 22 | Contains sensitive / proprietary business information about security measures for Defendants' data management systems | None | |
| ¶ 23 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| ¶ 25 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | None | |
| ¶ 27 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| ¶ 28 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| ¶ 31 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| ¶ 32 | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| ¶ 36 | Contains sensitive / proprietary business information about | None | |

20

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| | Defendants' data management systems. | | |
| **Exhibit 18, ECF No. 265-3** | | | |
| Entire Exhibit | Contains sensitive / proprietary business information about Defendants' data management systems. | None | |
| **Exhibit 19, ECF No. 265-4** | | | |
| Entire Exhibit | Contains sensitive / proprietary business information and computer code related to Defendants' data management systems. | None | |

DATED this 22nd day of June, 2026.

KELLER ROHRBACK L.L.P.


By: */s/ Derek W. Loeser*

Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384

*Plaintiffs' Interim Lead Counsel*

COHEN MILSTEIN SELLERS AND TOLL PLLC


By: */s/ Eric A. Kafka*

Eric A. Kafka (*pro hac vice*)
ekafka@cohenmilstein.com

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO

Cohen Milstein Sellers and Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
212-838-7797
212-838-7745 (fax)

*Plaintiffs' Interim Lead Counsel*

SILVER GOLUB & TEITELL LLP


Steven L. Bloch (*pro hac vice*)
sbloch@sgtlaw.com
One Landmark Square, 15th Floor
Stamford, CT 06901
(203) 325-4491

*Plaintiffs' Executive Committee*

By: */s/ Daniel M. Petrocelli*
    DANIEL M. PETROCELLI (S.B.
    #97802)
    dpetrocelli@omm.com
    O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, Suite 800
    Los Angeles, California 90067-6035
    Telephone: (310) 553-6700
    Facsimile: (310) 246-6779

    STEPHEN D. BRODY (*pro hac vice*)
    sbrody@omm.com
    O'MELVENY & MYERS LLP
    1625 Eye Street, NW
    Washington, D.C. 20006-4001
    Telephone: (202) 383-5300
    Facsimile: (202) 383-5414

    MATTHEW D. POWERS (S.B.
    #212682)
    mpowers@omm.com

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO

O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok USDS Joint Venture LLC*

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)**

I, Eric A. Kafka, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Executed this 22nd day of June, 2026, at New York, New York.


_/s/ Eric A. Kafka_____
signature

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO