UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION | MDL NO. 3144 |
| | 2:25-ml-03144-GW-RAO |
| | [~~PROPOSED~~] ORDER APPROVING STIPULATION TO EXTEND TIME FOR PLAINTIFFS' MOTION FOR RECONSIDERATION AND CLARIFICATION |

The Court, having considered the Stipulation to Extend Time for Plaintiffs' Motion for Reconsideration and Clarification ("Stipulation"), filed by the Parties, rules as follows:

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED in its entirety:

1. The deadline for Plaintiffs to file their Motion for Reconsideration and Clarification is July 8, 2026, with a limit of 10 pages;

2. The deadline for Defendants to file their opposition to Plaintiffs' Motion for Reconsideration and Clarification is July 15, 2026, with a limit of 10 pages;

3. The deadline for Plaintiffs to file their reply in support of their Motion for Reconsideration and Clarification is July 22, 2026, with a limit of 6 pages.

**IT IS SO ORDERED.**

Dated:06/22/2026

*Rozella A. Oliver*

HON. ROZELLA A. OLIVER

UNITED STATES MAGISTRATE JUDGE