DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DREW E. BREUDER (S.B. #198466)
dbreuder@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone:  +1 415 984 8700
Facsimile:   +1 415 984 8701

SID MODY (*pro hac vice*)
smody@omm.com
O'MELVENY & MYERS LLP
2801 North Harwood Street, Suite 1600
Dallas, TX 75201
Telephone:  +1 972-360-1900
Facsimile:   +1 972-360-1901

*Attorneys for Defendants ByteDance Ltd.,
ByteDance Inc., TikTok Ltd., TikTok Inc.,
TikTok LLC, TikTok Pte. Ltd., and
TikTok USDS Joint Venture LLC*

DEREK W. LOESER (*pro hac vice*)
dloeser@kellerrohrback.com
CARI CAMPEN LAUFENBERG
(*pro hac vice*)
claufenberg@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone:  (206) 623-1900
Facsimile:   (206) 623-3384

ERIC KAFKA (*pro hac vice*)
ekafka@cohenmilstein.com
COHEN MILSTEIN SELLERS &
TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone:  (212) 838-7797
Facsimile:   (212) 838-7745

*Plaintiffs' Interim Lead Counsel*

STEVEN BLOCH (*pro hac vice*)
sbloch@sgtlaw.com
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
Telephone:  (203) 325-4491
Facsimile:   (203) 325-3769

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION | MDL NO. 3144<br><br>2:25-ml-03144-GW-RAO<br><br>**JOINT STATEMENT REGARDING SEALING BRIEFING ON PLAINTIFFS' MOTION FOR CASE MANAGEMENT ORDER RE FOREIGN DEPONENTS** |

Pursuant to the Court's order, ECF No. 257, the Parties submit this joint report on sealing briefing related to Plaintiffs' Motion for Case Management Order Re Foreign Deponents, ECF No. 266 ("Motion").

## I.    APPLICATION TO SEAL PLAINTIFFS' MOTION

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| **Notice of Motion & Motion, ECF No. 266** | | | |
| 2:6-20 | Defendants' assertion of confidentiality in underlying documents | None | |
| 3:2-12 | Defendants' assertion of confidentiality in underlying documents | None | |
| 3, n. 10, 11, 12 | Defendants' assertion of confidentiality in underlying documents | None | |
| **Exhibit 6, ECF No. 266-6** | | | |
| Entire Document | Defendants' assertion of confidentiality | None | |
| **Exhibit 7, ECF No. 266-7** | | | |
| Entire Document | Defendants' assertion of confidentiality in underlying documents | None | |
| **Exhibit 8, ECF No. 266-8** | | | |
| Entire Document | Defendants' assertion of confidentiality | None | |
| **Exhibit 9, ECF No. 266-9** | | | |
| Entire Document | Defendants' assertion of confidentiality | None | |
| **Exhibit 10, ECF No. 266-10** | | | |
| Entire Document | Defendants' assertion of confidentiality | None | |
| **Exhibit 11, ECF No. 266-11** | | | |
| Entire Document | Defendants' assertion of confidentiality | None | |
| **Exhibit 12, ECF No. 266-12** | | | |
| Entire Document | Defendants' assertion of confidentiality | None | |
| **Exhibit 13, ECF No. 266-13** | | | |

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| Entire Document | Defendants' assertion of confidentiality | None | |

DATED this 6th day of July, 2026.

KELLER ROHRBACK L.L.P.

By: */s/ Derek W. Loeser*

Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384

*Plaintiffs' Interim Lead Counsel*

COHEN MILSTEIN SELLERS AND TOLL PLLC

By: */s/ Eric A. Kafka*

Eric A. Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
Cohen Milstein Sellers and Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
212-838-7797
212-838-7745 (fax)

*Plaintiffs' Interim Lead Counsel*

SILVER GOLUB & TEITELL LLP

Steven L. Bloch (*pro hac vice*)
sbloch@sgtlaw.com

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO

One Landmark Square, 15th Floor
Stamford, CT 06901
(203) 325-4491

*Plaintiffs' Executive Committee*

By: */s/ Daniel M. Petrocelli*
     DANIEL M. PETROCELLI (S.B. #97802)
     dpetrocelli@omm.com
     DREW E. BREUDER (S.B. #198466)
     dbreuder@omm.com
     O'MELVENY & MYERS LLP
     1999 Avenue of the Stars, Suite 800
     Los Angeles, California 90067-6035
     Telephone: (310) 553-6700
     Facsimile: (310) 246-6779

     MATTHEW D. POWERS (S.B. #212682)
     mpowers@omm.com
     O'MELVENY & MYERS LLP
     Two Embarcadero Center
     San Francisco, CA 94111
     Telephone: (415) 984-8700
     Facsimile: (415) 984-8701

     SID MODY (*pro hac vice*)
     smody@omm.com
     O'MELVENY & MYERS LLP
     2801 North Harwood Street, Suite 1600
     Dallas, TX 75201
     Telephone:    +1 972-360-1900
     Facsimile:    +1 972-360-1901

     *Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok USDS Joint Venture LLC*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)**

I, Daniel M. Petrocelli, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Executed this 6th day of July, 2026, at Los Angeles, California.

*/s/ Daniel M. Petrocelli*

JOINT STATEMENT
REGARDING SEALING
NO. 2:25-ML-03144-GW-RAO