DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DREW E. BREUDER (S.B. #198466)
dbreuder@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone:  +1 310 553 6700
Facsimile:  +1 310 246 6779

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone:  +1 415 984 8700
Facsimile:  +1 415 984 8701

SID MODY (*pro hac vice*)
smody@omm.com
O'MELVENY & MYERS LLP
2801 North Harwood Street, Suite 1600
Dallas, TX 75201
Telephone:  +1 972-360-1900
Facsimile:  +1 972-360-1901

*Attorneys for Defendants ByteDance Ltd.,
ByteDance Inc., TikTok Ltd., TikTok Inc.,
TikTok LLC, TikTok Pte. Ltd., and
TikTok USDS Joint Venture LLC*

Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Eric Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
COHEN MILSTEIN SELLERS &
TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745

*Plaintiffs' Interim Co-Lead Counsel*

Steven Bloch, (*pro hac vice*)
sbloch@sgtlaw.com
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
Tel: (203) 325-4491

*Plaintiffs' Executive Committee*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION. | Case No. 2:25-ml-03144-GW-RAO<br><br>**STIPULATION REGARDING SCHEDULE FOR PROPOSED ORDER AND HEARING REGARDING PLAINTIFFS' MOTION TO ENFORCE** |

**STIPULATION**

Pursuant to Central District of California Local Rule 7-1, and with the Court's permission, Plaintiffs A.B., A.J., B.L.J., B.R.J., E.B., G.A., I.B., J.C., J.S., J.W., K.F., K.M., M.B., M.G., R.C., S.T., T.W., V.M., and Z.B (collectively, "Plaintiffs") and Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok USDS Joint Venture LLC (collectively, "Defendants," and together with Plaintiffs, the "Parties") hereby stipulate to as follows:

WHEREAS, on July 2, 2026, the Court held a hearing on Plaintiffs' Motion to Enforce Compliance with Court Orders Pursuant to Federal Rule of Civil Procedure 37(b), ECF No. 233;

WHEREAS, following the hearing, the Court ordered (a) Defendants to submit briefing addressing the impossibility of preserving and producing data for the named plaintiffs and 68 random users by July 10, 2026, (b) Plaintiffs to submit a response by July 17, 2026, (c) the parties to submit proposed language for the order on Plaintiffs' Motion by July 23, 2026, and (d) the parties to appear with their experts for a further hearing on July 30, 2026, ECF No. 310;

WHEREAS, since that time, Plaintiffs proposed a compromise on the issues raised in their Motion and the Parties are exploring a potential resolution, including identification of a set of data tables to be preserved and produced to the extent feasible, and the Parties would benefit from additional time to meet and confer before submitting proposed language for the order on Plaintiffs' Motion;

WHEREAS, the Parties' experts, who are required to attend the hearing, are unavailable on July 30, 2026, but are available to appear telephonically on August 7, 2026;

WHEREAS, the Parties have conferred and agree that, with the Court's permission, the hearing on Plaintiffs' Motion should be continued until August 7, 2026, and if the parties cannot resolve the dispute, the deadline to submit

STIPULATION RE: MOTION
TO ENFORCE SCHEDULE
NO. 2:25-ML-03144-GW-RAO

competing language for the proposed order should be continued until one week prior to the hearing, on July 31, 2026;

NOW, THEREFORE, the Parties hereby stipulate and respectfully request that the Court set the following schedule for filing the proposed order and appearing for the hearing on the motion to enforce:

Deadline to File Proposed Order:          July 31, 2026

Hearing on Plaintiffs' Motion:            August 7, 2026

**SO STIPULATED.**

Pursuant to Local Rule 5-4.3.4, by my signature below, I, Daniel M. Petrocelli, attest that all other signatories concur in the filing's content and have authorized this filing.

2

Dated:        July 23, 2026

Respectfully submitted,


By:  /s/ Daniel M. Petrocelli
          Daniel M. Petrocelli

DANIEL M. PETROCELLI
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone:  +1 310 553 6700
Facsimile:    +1 310 246 6779

STEPHEN D. BRODY
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:  +1 202 383 5300
Facsimile:    +1 202 383 5414

MATTHEW D. POWERS
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3832
Telephone: +1 415 984-8700
Facsimile:  +1 415 984-8700

*Attorneys for Defendants ByteDance Ltd.,
ByteDance Inc., TikTok Ltd., TikTok Inc.,
TikTok LLC, TikTok Pte. Ltd., and TikTok
U.S. Data Security Inc.*


KELLER ROHRBACK L.L.P.


By:  /s/ Derek W. Loeser
Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384

STIPULATION RE: MOTION
TO ENFORCE SCHEDULE
NO. 2:25-ML-03144-GW-RAO

*Interim Lead Counsel*

COHEN MILSTEIN SELLERS AND TOLL PLLC


By:  /s/ Eric A. Kafka
Eric A. Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
Cohen Milstein Sellers and Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
212-838-7797
212-838-7745 (fax)

*Interim Lead Counsel*

SILVER GOLUB & TEITELL LLP


Steven L. Bloch (*pro hac vice*)
sbloch@sgtlaw.com
One Landmark Square, 15th Floor
Stamford, CT 06901
(203) 325-4491

*Executive Committee*

STIPULATION RE: MOTION
TO ENFORCE SCHEDULE
NO. 2:25-ML-03144-GW-RAO

## CERTIFICATE OF SERVICE

I certify that on July 23, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which automatically services all counsel of record for the parties who have appeared.

Dated: July 23, 2026

*/s/ Daniel M. Petrocelli*
Daniel M. Petrocelli

STIPULATION RE: MOTION
TO ENFORCE SCHEDULE
NO. 2:25-ML-03144-GW-RAO