DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DREW E. BREUDER (S.B. #198466)
dbreuder@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone:  +1 415 984 8700
Facsimile:   +1 415 984 8701

SID MODY (*pro hac vice*)
smody@omm.com
O'MELVENY & MYERS LLP
2801 North Harwood Street, Suite 1600
Dallas, TX 75201
Telephone:  +1 972-360-1900
Facsimile:   +1 972-360-1901

*Attorneys for Defendants ByteDance Ltd.,
ByteDance Inc., TikTok Ltd., TikTok Inc.,
TikTok LLC, TikTok Pte. Ltd., and
TikTok USDS Joint Venture LLC*

Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Eric Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
COHEN MILSTEIN SELLERS &
TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745

*Plaintiffs' Interim Co-Lead Counsel*

Steven Bloch, (*pro hac vice*)
sbloch@sgtlaw.com
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
Tel: (203) 325-4491

*Plaintiffs' Executive Committee*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION. | Case No. 2:25-ml-03144-GW-RAO<br><br>**STIPULATION REGARDING HEARING ON PLAINTIFFS' MOTION FOR CASE MANAGEMENT ORDER RE FOREIGN DEPONENTS** |

## **STIPULATION**

Pursuant to Central District of California Local Rule 7-1, and with the Court's permission, Plaintiffs A.B., A.J., B.L.J., B.R.J., E.B., G.A., I.B., J.C., J.S., J.W., K.F., K.M., M.B., M.G., R.C., S.T., T.W., V.M., and Z.B (collectively, "Plaintiffs") and Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok USDS Joint Venture LLC (collectively, "Defendants," and together with Plaintiffs, the "Parties") hereby stipulate to as follows:

WHEREAS, on June 18, 2026, Plaintiffs filed their Motion for Case Management Order on Foreign Deponents, ECF No. 266; on June 25, 2026, Defendants filed their Opposition to Plaintiffs' Motion, ECF No. 275; and on July 2, 2026, Plaintiffs filed their Reply in support of their Motion, ECF No. 294;

WHEREAS, Plaintiffs' Motion was noticed for hearing on July 16, 2026, ECF No. 266, but the Court continued the hearing until July 30, 2026, the same date set for the hearing on Plaintiffs' Motion to Enforce;

WHEREAS, since that time, Plaintiffs proposed a compromise on the issues raised in their Motion and the Parties are exploring a potential resolution, and the Parties would benefit from additional time to meet and confer before appearing for a hearing;

WHEREAS, on July 23, 2026, the Parties filed a stipulation requesting to continue the hearing on Plaintiffs' Motion to Enforce until August 7, 2026;

WHEREAS, the Parties have conferred and agree that, with the Court's permission, and if the Parties cannot resolve the dispute, the hearing on Plaintiffs' Motion should be continued until August 7, 2026, to be heard with Plaintiffs' Motion to Enforce;

NOW, THEREFORE, the Parties hereby stipulate and respectfully request that the Court continue the hearing on Plaintiffs' Motion to August 7, 2026.

STIPULATION RE: MOTION
FOR CMO ON FOREIGN DEPONENTS
NO. 2:25-ML-03144-GW-RAO

**SO STIPULATED.**


Pursuant to Local Rule 5-4.3.4, by my signature below, I, Daniel M. Petrocelli, attest that all other signatories concur in the filing's content and have authorized this filing.

2

Dated:        July 25, 2026                    Respectfully submitted,


By:  */s/ Daniel M. Petrocelli*
          Daniel M. Petrocelli

DANIEL M. PETROCELLI
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone:  +1 310 553 6700
Facsimile:    +1 310 246 6779

STEPHEN D. BRODY
sbrody@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:  +1 202 383 5300
Facsimile:    +1 202 383 5414

MATTHEW D. POWERS
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3832
Telephone: +1 415 984-8700
Facsimile:  +1 415 984-8700

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*


KELLER ROHRBACK L.L.P.


By:  */s/ Derek W. Loeser*
Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384

*Interim Lead Counsel*

COHEN MILSTEIN SELLERS AND TOLL PLLC


By: */s/ Eric A. Kafka*
Eric A. Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
Cohen Milstein Sellers and Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
212-838-7797
212-838-7745 (fax)

*Interim Lead Counsel*

SILVER GOLUB & TEITELL LLP


Steven L. Bloch (*pro hac vice*)
sbloch@sgtlaw.com
One Landmark Square, 15th Floor
Stamford, CT 06901
(203) 325-4491

*Executive Committee*

STIPULATION RE: MOTION
FOR CMO ON FOREIGN DEPONENTS
NO. 2:25-ML-03144-GW-RAO

**CERTIFICATE OF SERVICE**

I certify that on July 25, 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which automatically services all counsel of record for the parties who have appeared.

Dated: July 25, 2026

*/s/ Daniel M. Petrocelli*
Daniel M. Petrocelli

STIPULATION RE: MOTION
FOR CMO ON FOREIGN DEPONENTS
NO. 2:25-ML-03144-GW-RAO