# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

IN RE: TIKTOK, INC. MINOR
PRIVACY LITIGATION.

Case No. MDL 25-3144-GW-RAOx

**ORDER GRANTING
STIPULATION REGARDING
HEARING ON PLAINTIFFS'
MOTION FOR CASE
MANAGEMENT ORDER RE
FOREIGN DEPONENTS**

The Court, having considered Plaintiffs A.B., A.J., B.L.J., B.R.J., E.B., G.A., I.B., J.C., J.S., J.W., K.F., K.M., M.B., M.G., R.C., S.T., T.W., V.M., and Z.B (collectively, "Plaintiffs") and Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok USDS Joint Venture LLC (collectively, "Defendants," and together with Plaintiffs, the "Parties") Stipulation Regarding Hearing on Plaintiffs' Motion for Case Management Order re Foreign Deponents, hereby GRANTS the Stipulation.

The Court hereby ORDERS that the following schedule for appearing for a hearing be set as follows:

Hearing on Plaintiffs' Motion:                     August 7, 2026 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: July 28, 2026

_____
HON. GEORGE H. WU,
United States District Judge

[PROPOSED] ORDER GRANTING
STIPULATION RE: MOTION
FOR CMO ON FOREIGN DEPONENTS
NO. 2:25-ML-03144-GW RAO

1