# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION.

Case No. MDL 25-3144-GW-RAOx

**ORDER GRANTING STIPULATION REGARDING VACATUR OF HEARING ON PLAINTIFFS' MOTION FOR CASE MANAGEMENT ORDER RE FOREIGN DEPONENTS**

The Court, having considered the Stipulation Regarding Vacatur of Hearing on Plaintiffs' Motion for Case Management Order re Foreign Deponents filed by Plaintiffs A.B., A.J., B.L.J., B.R.J., E.B., G.A., I.B., J.C., J.S., J.W., K.F., K.M., M.B., M.G., R.C., S.T., T.W., V.M., and Z.B. (collectively, "Plaintiffs") and Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok USDS Joint Venture LLC (collectively, "Defendants"), hereby GRANTS the Stipulation.

The Court hereby ORDERS the hearing on Plaintiffs' Motion [266] vacated from the Court's calendar.

**IT IS SO ORDERED.**

Dated: July 29, 2026

_____
HON. GEORGE H. WU,
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION RE: VACATING HR'G ON MOTION FOR CMO ON FOREIGN DEPONENTS NO. 2:25-ML-03144-GW RAO