UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL 25-3144-GW-RAOx | Date | August 13, 2026 |
|---|---|---|---|
| Title | *In Re: Tiktok, Inc., Minor Privacy Litigation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Araceli Prado | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric A. Kafka | Drew E. Breuder |
| Cari C. Laufenberg | Matthew D. Powers |
| Derek W. Loeser, by telephone | Hana Stodder |
| Karina G. Puttieva, by telephone | Siddharth P. Mody, by telephone |
| Garrett A. Heilman, by telephone | |
| Steven L. Bloch, by telephone | |

PROCEEDINGS:   **PLAINTIFFS' MOTION TO ENFORCE COMPLIANCE WITH COURT ORDERS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(B) [233]**

The Court's Amended Tentative Ruling on Plaintiffs' Motion [233] was emailed to the parties under seal on August 7, 2026, and filed on the docket as ECF No. 347. Oral argument was held. Plaintiffs' Motion is GRANTED IN PART and DENIED IN PART on the terms set forth in the ruling, as modified on the record.

|  | : | 25 |
|---|---|---|
| Initials of Preparer | JG | |