**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION

No. MDL 25-3144-GW-RAOx

**ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

The Court, having considered plaintiffs' (Plaintiffs') and Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok USDS Joint Venture LLC (collectively, "Defendants," and together with Plaintiffs, the "Parties") Stipulation Regarding Briefing Schedule and Hearing on Defendants' Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint, hereby GRANTS the Stipulation.

The Court hereby ORDERS that the following schedule is set:

Deadline to File Motion: August 18, 2026

Deadline to File Opposition: September 1, 2026

Deadline to File Reply: September 10, 2026

Hearing on Motion : September 24, 2026 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: August 20, 2026

George H. Wu

HON. GEORGE H. WU,
United States District Judge