DENIED

BY ORDER OF THE COURT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION.

Case No. 2:25-ml-03144-GW-RAO

**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DEADLINE FOR DOCUMENT PRODUCTIONS AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

The Court, having considered Plaintiffs' and Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., TikTok U.S. Data Security Inc., and TikTok USDS Joint Venture LLC (collectively, "Defendants," and together with Plaintiffs, the "Parties") Stipulation Regarding the Deadlines for Document Productions and Plaintiffs' Motion for Class Certification ("Stipulation"), and for good cause shown, hereby GRANTS the Stipulation.

The Court hereby ORDERS that the deadlines set forth in the Court's March 13, 2026, order, ECF No. 191, are modified as follows:

Deadline for All Documents to Be Produced: January 11, 2027

Plaintiffs' Motion for Class Certification: April 9, 2027

Defendants' Opposition to Plaintiffs' Motion: June 4, 2027

Plaintiffs' Reply in Support of the Motion: July 16, 2027

Hearing on Motion for Class Certification: August 19, 2027 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: September 8, 2026

DENIED

BY ORDER OF THE COURT

Hon. George H. Wu