DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DREW E. BREUDER (S.B. #198466)
dbreuder@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

SID MODY (*pro hac vice*)
smody@omm.com
O'MELVENY & MYERS LLP
2801 North Harwood Street, Suite 1600
Dallas, TX 75201
Telephone: +1 972-360-1900
Facsimile: +1 972-360-1901

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok USDS Joint Venture LLC*

DEREK W. LOESER (*pro hac vice*)
dloeser@kellerrohrback.com
CARI CAMPEN LAUFENBERG (*pro hac vice*)
claufenberg@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

ERIC KAFKA (*pro hac vice*)
ekafka@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Plaintiffs' Interim Lead Counsel*

STEVEN BLOCH (*pro hac vice*)
sbloch@sgtlaw.com
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION

MDL NO. 3144

2:25-ml-03144-GW-RAO

**JOINT STATEMENT REGARDING SEALING SOURCE CODE LETTER BRIEFS**

Pursuant to the Court's order, ECF No. 257, the Parties submit this joint report on sealing their source code letter briefs related to Joint Status Report Positions Regarding Source Code, ECF No. 381.

## I. APPLICATION TO SEAL PLAINTIFFS' SUPPLEMENTAL LETTER BRIEF TO COMPEL SOURCE CODE

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
| --- | --- | --- | --- |
| **Supplemental Letter Brief to Compel Source Code, ECF No. 394** | | | |
| Entire Document | Defendants' assertion of confidentiality in underlying documents. | | |
| **Exhibit A to Kafka Declaration, ECF No. 394-2** | | | |
| Entire Document | Defendants' assertion of confidentiality in underlying documents. | | |
| **Exhibit B to Kafka Declaration, ECF No. 394-3** | | | |
| Entire Document | Defendants' assertion of confidentiality in underlying documents. | | |
| **Exhibit C to Kafka Declaration, ECF No. 394-4** | | | |
| Entire Document | Defendants' assertion of confidentiality in underlying documents. | | |
| **Exhibit D to Kafka Declaration, ECF No. 394-5** | | | |
| Entire Document | Defendants' assertion of confidentiality in underlying documents. | | |
| **Exhibit E to Kafka Declaration, ECF No. 394-6** | | | |
| Entire Document | Defendants' assertion of confidentiality in underlying documents. | | |

## II. APPLICATION TO SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' JOINT STATUS REPORT POSITIONS REGARDING SOURCE CODE

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
| --- | --- | --- | --- |
| **Opposition to Plaintiffs' Joint Status Report Positions Regarding Source Code, ECF No. 397** | | | |

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| Entire Document | Defendants' assertion of confidentiality in underlying documents. | | |
| **Declaration of Sid Mody, ECF No. 397-1** | | | |
| Entire Document | Defendants' assertion of confidentiality in underlying documents. | | |
| **Exhibit A to Mody Declaration, ECF No. 397-2** | | | |
| Entire Document | Defendants' assertion of confidentiality in underlying documents. | | |
| **Exhibit B to Mody Declaration, ECF No. 397-3** | | | |
| Entire Document | Defendants' assertion of confidentiality in underlying documents. | | |
| **Exhibit C to Mody Declaration, ECF No. 397-4** | | | |
| Entire Document | Defendants' assertion of confidentiality in underlying documents. | | |
| **Exhibit D to Mody Declaration, ECF No. 397-5** | | | |
| Entire Document | Defendants' assertion of confidentiality in underlying documents. | | |
| **Declaration of Bin Yu, ECF No. 397-6** | | | |
| Entire Document | Defendants' assertion of confidentiality in underlying documents. | | |
| **Declaration of Ron Schnell, ECF No. 397-7** | | | |
| Entire Document | Defendants' assertion of confidentiality in underlying documents. | | |
| **Declaration of Xing Yao, ECF No. 397-8** | | | |
| Entire Document | Defendants' assertion of confidentiality in underlying documents. | | |

DATED this 10th day of September, 2026.

KELLER ROHRBACK L.L.P.

By: */s/ Derek W. Loeser*

Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384

*Plaintiffs' Interim Lead Counsel*

COHEN MILSTEIN SELLERS AND TOLL PLLC

By: */s/ Eric A. Kafka*

Eric A. Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
Cohen Milstein Sellers and Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
212-838-7797
212-838-7745 (fax)

*Plaintiffs' Interim Lead Counsel*

SILVER GOLUB & TEITELL LLP

Steven L. Bloch (*pro hac vice*)
sbloch@sgtlaw.com
One Landmark Square, 15th Floor
Stamford, CT 06901
(203) 325-4491

*Plaintiffs' Executive Committee*

By: */s/ Daniel M. Petrocelli*

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DREW E. BREUDER (S.B. #198466)
dbreuder@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Suite 800
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

SID MODY (*pro hac vice*)
smody@omm.com
O'MELVENY & MYERS LLP
2801 North Harwood Street, Suite 1600
Dallas, TX 75201
Telephone: +1 972-360-1900
Facsimile: +1 972-360-1901

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok USDS Joint Venture LLC*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)**

I, Daniel M. Petrocelli, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Executed this 10th day of September, 2026, at Los Angeles, California.

*<u>/s/ Daniel M. Petrocelli</u>*