UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | MDL 25-3144-GW-RAOx | Date | September 24, 2026 |
| Title | *In Re: Tiktok, Inc., Minor Privacy Litigation* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | Susie Galvan | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric A. Kafka<br>Derek W. Loeser<br>Nicandro G.L. Iannacci<br>Steven L. Bloch, by telephone | Drew E. Breuder<br>Matthew D. Powers<br>Hana Stodder |

**PROCEEDINGS: DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT OR, ALTERNATIVELY, MOTION FOR JUDGMENT ON THE PLEADINGS [371]**

The Court issued its Tentative Ruling on Defendants' Motion [371] on September 23, 2026 [414]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES Defendants' Motion.

Court and counsel confer. The parties will have until September 30, 2026, to file a joint list identifying any outstanding discovery issues and the corresponding due dates for completion of the outstanding discovery.

The Court sets a scheduling conference for October 19, 2026 at 8:30 a.m.

: 33

Initials of Preparer JG