DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DREW E. BREUDER (S.B. #198466)
dbreuder@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, Suite 800
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
San Francisco, CA 94111
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

SID MODY (*pro hac vice*)
smody@omm.com
**O'MELVENY & MYERS LLP**
2801 North Harwood Street, Suite 1600
Dallas, TX 75201
Telephone: +1 972-360-1900
Facsimile: +1 972-360-1901

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Eric Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL LLP**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Plaintiffs' Interim Co-Lead Counsel*

Steven Bloch (*pro hac vice*)
sbloch@sgtlaw.com
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, 15th Floor
Stamford, CT 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION

MDL NO. 3144

2:25-ml-03144-GW-RAO

**JOINT SUBMISSION REGARDING OUTSTANDING DISCOVERY ISSUES**

Hon. George H. Wu
Courtroom: 9D

Pursuant to the Court's Order of September 24, 2026, the Parties hereby submit this Joint Submission Regarding Outstanding Discovery Issues.

# I. PLAINTIFFS' DISCOVERY REQUESTS TO DEFENDANTS

## A. Defendants' List of Outstanding Discovery and Projected Deadlines

The following table identifies outstanding discovery from Defendants and projected deadlines for completion.

| Description | Projected Date of Completion |
|---|---|
| RFP Nos. 49, 50, and 51: Second Layer of Function Code | October 5, 2026[1] |
| RFP Nos. 49, 50, and 51: Historical Source Code (to the extent any exists and is found after Defendants' reasonable inquiry) | October 9, 2026 |
| RFP Nos. 49, 50, and 51: Third Layer of Function Code | October 16, 2026[2] |
| RFP No. 51: Additional Advertisement Code | October 21, 2026[3] |
| RFP Nos. 49, 50, and 51: Whether/When/How Code | November 18, 2026[4] |

[1] *See* September 11, 2026 Minute Order, Dkt. No. 405 at 6 (setting October 2, 2026 as date of production); September 29, 2026 Minute Order, Dkt. No. 423 ¶ 1 (same).

[2] *See* September 11, 2026 Minute Order, Dkt. No. 405 at 6 (setting October 16, 2026 as date of production); September 29, 2026 Minute Order, Dkt. No. 423 ¶ 1 (same).

[3] *See* September 11, 2026 Minute Order, Dkt. No. 405 at 7. Defendants estimate this date based on the assumption that engineers or other points of contact will be able to identify the relevant code by October 14, 2026.

[4] Defendants estimate this date based on the assumption that engineers or other points of contact will be able to identify the code, which is unknown at this point.

| Description | Projected Date of Completion |
|---|---|
| Completion of Named Plaintiff & Random User Data Productions from 500 Tables Selected for Pilot Search | March 30, 2027[5] |
| First Set of Requests for Production | See table below |
| Second and Third Sets of Requests for Production | March 1, 2027 (Second Set); April 1, 2027 (Third Set)[6] |
| Second Set of Interrogatories | November 20, 2026[7] |

[5] Defendants estimate this date based on the Pilot Search thus far and the amount of resources Defendants are able to dedicate to the project going forward. Defendants expressly reserve the right to request that the Court halt the Pilot Search, including because completing searches in all 500 tables is unduly burdensome and disproportionate to the needs of the case.

[6] This estimate assumes no motions practice, and the Parties reaching agreement on the scope of the Requests for Production, all search terms in all languages, and custodians for the Second Set of Requests for Production by December 1, 2026, and for the Third Set of Request for Production by January 2, 2027. This estimate further assumes the availability of at least 100 discovery attorneys to perform first-line document review from December 1, 2026 through the designated completion dates, and Plaintiffs refraining from the service of any additional document requests.

For context, Plaintiffs served their Second Requests for Production on July 31, consisting of 55 additional Requests. Defendants served Responses and Objections on August 31, and amended on September 28. The Parties must confer on the objections, negotiate search terms, and identify custodians before Defendants review and produce responsive documents. Given the parties finalized search terms for Plaintiffs' First Set of Requests on September 25th (served in December and amended in February), Defendants expect to begin producing responsive documents to the Second Requests For production in approximately five months. Plaintiffs also served a Third Set of Requests for Production on September 10, and Defendants will serve their Responses and Objections by October 13.

[7] This estimate assumes the Parties meet and confer and reach resolution related to the Interrogatories no later than October 9, 2026; if that occurs, absent any motions

| **Description** | **Projected Date of Completion** |
|---|---|
| First Set of Requests for Admission | November 20, 2026[8] |
| Number and timing of 30(b)(1) Depositions | April 1, 2027[9] |
| Plaintiffs' 30(b)(6) Notice | December 1, 2026[10] |

---

practice, Defendants estimate serving any amendment or supplement to their Responses and Objections by November 20, 2026.

[8] This estimate assumes the Parties meet and confer and reach resolution of the RFAs no later than October 9, 2026; if that occurs, absent any motions practice, Defendants estimate serving any further amendments to their Responses and Objections by November 20, 2026.

For context, Plaintiffs served 116 Requests for Admission on March 24, 2026, and Defendants served Responses and Objections on April 24. After Plaintiffs raised disputes on May 19, the parties held three meet-and-confers, and Defendants amended 90 Responses on July 31, August 4, and August 7. On September 9, Plaintiffs sent a letter identifying purported deficiencies in 109 of the amended Responses. A further meet and confer is scheduled for Monday, Oct. 5, 2026.

[9] This estimate assumes no motions practice, and Plaintiffs electing to identify and prioritize the deponents necessary for briefing class certification no later than October 1, 2026, and the Parties reaching agreement on the appropriate universe of deponents no later than October 15, 2026.

[10] This estimate assumes no motions practice, and the Parties reaching agreement on the appropriate topics for a 30(b)(6) deposition no later than October 7, 2026.

| Custodial Document Productions In Response To Plaintiffs' First Set of Requests For Production[11] | | |
|---|---|---|
| **Custodian Group** | **Data Source(s)** | **Production Dates** |
| 18 Plaintiffs' Priority Custodians[12] | 1. Email<br>2. Google Documents<br>3. Lark CCM Files[13] | Substantially complete production on November 30, 2026[14] |

[11] The following estimates were prepared prior to the Court's September 29, 2026 Order and represent optimistic dates for the completion of Defendants' production of documents in response to Plaintiffs' First Requests for Production that are based on certain assumptions, as noted at footnote 13. Defendants understand that Magistrate Oliver ordered Defendants to substantially complete document productions by the end of October, but Defendants do not believe satisfaction of that deadline is possible.

[12] Plaintiffs' Priority Custodians include: Shou Chew, Courtney Froehlig, Ellen Graham, Sandeep Grover, Casey Hamlyn, Eric Han, Camerin Hunt, Andrew Kirchhoff, Suzy Loftus, Natalie Medoff, Jordan Shrader, Sandeep Singh, Holly Song, Josh Stickler, Wenyu Sun, Tara Wadhwa, Mabel Wang, Brian Yee, Mark Yeh, and Alex Zhu.

[13] Lark CCM is a native suite of tools within the Lark environment used to create standalone file content types including files, spreadsheets, slides, and other file types comparable to Word or Excel.  These materials live natively within the Lark environment and can be linked to other files or chats.

[14] Defendants do not believe that they can substantially complete production of email, Google Documents, and Lark CCM files for Plaintiffs' Priority Custodians by November 30, 2026 but recognize that Plaintiffs' Motion for Class Certification is due on December 11, 2026 and the Court has advised that it will not move the deadline for Plaintiffs' motion.  This deadline contemplates production of responsive, non-privileged documents that do not require redaction and assumes that Defendants are able to staff more than 200 contract attorneys and that the review rate is at least 15 documents per hour.

| Custodial Document Productions<br>In Response To Plaintiffs' First Set of Requests For Production[11] | | |
|---|---|---|
| **Custodian Group** | **Data Source(s)** | **Production Dates** |
| 2 Non-US Based Plaintiffs' Priority Custodians Pending Data Export Approvals | 1. Email<br>2. Google Documents<br>3. Lark CCM Files | Substantially complete production on November 30, 2026[15] |
| 18 Plaintiffs' Priority Custodians | Lark Chats and Associated Files | Substantially complete production on January 11, 2027 |
| 2 Non-US Based Plaintiffs' Priority Custodians Pending Data Export Approvals | Lark Chats and Associated Files | Substantially complete production on January 11, 2027 |
| Remaining 7 Plaintiffs' Non-Priority Custodians[16] | 1. Email;<br>2. Google Documents;<br>3. Lark CCM; and<br>4. Lark Chats and Associated Files | Substantially complete production on February 11, 2027 |

---

[15] Two of Plaintiffs' 20 Priority Custodians—Shou Chew and Alex Zhu—are based outside of the United States. Their custodial data must be collected overseas, including from China, and requires additional legal and regulatory steps before it can be exported. Defendants are targeting the same deadlines for Mr. Chew and Mr. Zhu, but the additional legal and regulatory steps required for collecting and exporting their data to the United States for review and production adds additional time.

[16] Plaintiffs' non-priority custodians include: Mikaela Schiller, Michael Buzinover, Jessica Dong, James Gao, Patrick Nommensen, Valerie Sichen Zhou, and Arti Bambroo.

### B. Plaintiffs' List of Additional Outstanding Discovery and Proposed Deadlines

The following table identifies additional discovery from Defendants that Plaintiffs contend should be produced and/or discovery identified by Defendants that Plaintiffs contend should be due on a different deadline than that identified by Defendants.

| Description | Requested Date of Completion |
|---|---|
| Defendants' Source Code Productions Responsive to RFP Nos. 49, 50, 51 | October 6, 2026[17] |
| Completion of Named Plaintiff & Random User Data Productions from 500 Tables Selected for Pilot Search | September 30, 2026[18] |
| Additional User and Table Data[19] | October 31, 2026[20] |

[17] Defendants agreed to produce the source code responsive to RFP Nos. 49, 50, and 51 by *June 19, 2026.* Dkt. No. 222. After further motion practice in front of Judge Oliver, Defendants still have not complied with the Court's orders or completed these court-ordered source code productions. *See e.g.,* Dkt. Nos. 337 ¶¶ 6-8 (July 29, 2026 source code order); Dkt. No. 405 (Sept. 11, 2026 source code order); Dkt. No. 423 ¶¶ 1-3 (Sept. 29, 2026 source code order).

[18] Defendants' deadline to provide their pilot search report and initial pilot data production is today. Plaintiffs' position is that Defendants have never substantiated why it would take Defendants months to produce user data. Plaintiffs will review Defendants' pilot search report when they receive it today.

[19] The Court ordered "the parties meet and confer regarding further production and preservation obligations" after Defendants serves the pilot search report. *See* Dkt. No. 347 at 4.

[20] Judge Oliver ordered "substantial production by the end of October." Dkt. No. 423 ¶ 6. Defendants' proposal above does not comply with Judge Oliver's order. The Court previously ordered substantial completion of document production by September 11, 2026. Dkt. No. 191 at 2.

| | |
|---|---|
| Custodial Document Productions | October 31, 2026[21] |
| Non-Custodial Documents Responsive to Plaintiffs' Requests for Production[22] | October 31, 2026[23] |
| Second Set of Interrogatories | October 31, 2026 |
| First Set of Requests for Admission | October 31, 2026 |
| Rule 30(b)(1) Depositions of TikTok's Employees and Former Employees | Early November to Two Weeks Before Plaintiffs File Their Class Certification Motion[24] |
| Rule 30(b)(6) Depositions of TikTok's Corporate Designees | Early November to Two Weeks Before Plaintiffs File Their Class Certification Motion[25] |

---

[21] *See* footnote 19. Defendants' proposal above does not comply with Judge Oliver's October 31, 2026 substantial completion deadline. Dkt. No. 423 ¶ 6.

[22] Defendants do not identify "non-custodial documents responsive to Plaintiffs' Requests for Production" as a category of documents.

[23] *See* footnote 19. Defendants' proposal above does not comply with Judge Oliver's October 31, 2026 substantial completion deadline. Dkt. No. 423 ¶ 6.

[24] Judge Oliver ordered that:

> The Court expects depositions to begin by early November. Each side should provide opposing counsel with a list of no more than 20 depositions that they would like to prioritize for their briefing on the upcoming motion for class certification. Depositions should begin for both sides in November. While the prioritized depositions requested by Plaintiffs should take place with sufficient time for incorporation of testimony in moving papers, the Court views there to be some flexibility on timing with respect to Defendants' requested depositions given the later deadline for Defendants to oppose Plaintiffs' motion for class certification.

Dkt. No. 423 ¶ 5. Defendants' proposal above ignores Judge Oliver's order.

[25] *See* footnote 23.

## II. DEFENDANTS' DISCOVERY REQUESTS TO PLAINTIFFS

### A. Plaintiffs' List of Outstanding Discovery and Projected Deadlines

The following table identifies outstanding discovery from Plaintiffs and projected deadlines for completion.

| Description | Projected Date of Completion |
|---|---|
| Production of documents responsive to First and Second Requests for Production (except from DYDs of Other Online Services) | 10/16/2026[26] |
| Responses to Third and Fourth Sets of Discovery Requests (Interrogatories, Requests for Admission, Requests for Production) | 10/21/2026[27] |
| Production of documents responsive to First and Second Requests for Production from DYDs of Other Online Services | 10/30/2026[28] |
| Production of documents responsive to RFP 79, which support Plaintiffs' motion for class certification[29] | Plaintiffs' deadline to file class certification motion |

[26] This deadline is contingent on the Parties reaching agreement on search terms for Defendants' Second Requests for Production by October 6, 2026.

[27] Additional time may be needed to the extent the Parties need to negotiate appropriate search terms or resolve any objections to the Requests.

[28] This deadline is contingent on timely procural of the DYD files, which are generated by third parties and, as a result, often involve "delays that are out of [Plaintiffs'] control." Dkt. No. 423 at 3.

[29] Documents otherwise responsive to RFP 79 will be produced as required under the Federal Rules of Civil Procedure or applicable court order.

| | |
|---|---|
| Expert disclosures responsive to RFPs 56–58, 61–66, and 69, and Interrogatory 11, which support Plaintiffs' motion for class certification[30] | Plaintiffs' deadline to file class certification motion |
| Depositions of six selected minor Plaintiffs and 21 parents/guardians | Beginning in early November 2026 and continuing until 1 week prior to Defendants' deadline to file opposition to class certification motion[31] |

### B. Defendants' List of Additional Outstanding Discovery and Proposed Deadlines

The following table identifies additional discovery from Plaintiffs that Defendants contend also is outstanding.

| **Description** | **Requested Date of Completion** |
|---|---|
| List of 20 prioritized depositions for class certification briefing (as ordered, ECF 423) | October 1, 2026 |
| Confirmed acceptance of Defendants' September 25 non-substantive revisions to Plaintiffs' Mandarin search terms | October 2, 2026 (as ordered, ECF 423) |
| Hit reports for Other Online Services DYD files | October 6, 2026 |
| Amended responses to RFAs 44 and 51 (as ordered, ECF 423) | October 6, 2026 |
| Amended responses to First and Second Sets of Interrogatories | October 13, 2026 |

[30] Documents otherwise responsive to these RFPs will be produced as required under the Federal Rules of Civil Procedure or applicable court order.

[31] *See* Dkt. No. 423 at 2 (providing guidance on deposition scheduling).

| | |
|---|---|
| Agreement regarding responsiveness review methodology for Other Online Services DYD files | October 16, 2026 |
| Documents responsive to Third Set of RFPs | November 6, 2026 |
| Depositions of 20 Plaintiffs and parents/guardians | Plaintiffs' deadline to file class certification motion |

DATED this 30th day of September, 2026.

By: */s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DREW E. BREUDER (S.B. #198466)
dbreuder@omm.com
**O'MELVENY & MYERS LLP**
1999 Avenue of the Stars, Suite 800
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
San Francisco, CA 94111
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

SID MODY (*pro hac vice*)
smody@omm.com
**O'MELVENY & MYERS LLP**
2801 North Harwood Street, Suite 1600
Dallas, TX 75201
Telephone: +1 972-360-1900
Facsimile: +1 972-360-1901

CATALINA J. VERGARA (S.B. #223775)
cvergara@omm.com
ESTEBAN RODRIGUEZ (S.B. #268789)

esrodriguez@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, California 90071
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok U.S. Data Security Inc.*

KELLER ROHRBACK L.L.P.

By: */s/ Derek W. Loeser*

Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384

*Interim Lead Counsel for Plaintiffs*

COHEN MILSTEIN SELLERS AND TOLL LLP

By: */s/ Eric A. Kafka*

Eric A. Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
Cohen Milstein Sellers and Toll LLP
88 Pine Street, 14th Floor
New York, NY 10005
212-838-7797
212-838-7745 (fax)

*Interim Lead Counsel*

SILVER GOLUB & TEITELL LLP

Steven L. Bloch (*pro hac vice*)
sbloch@sgtlaw.com
One Landmark Square, 15th Floor
Stamford, CT 06901
(203) 325-4491

*Executive Committee*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)**

I, Derek W. Loeser, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Executed this 30th day of September, 2026, at Seattle, Washington.

*/s/ Derek W. Loeser*
Derek W. Loeser

## CERTIFICATE OF SERVICE

I, Sarah Skaggs, hereby certify that on September 30, 2026, I electronically filed the foregoing with the Clerk of the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

*/s/ Sarah Skaggs*
Sarah Skaggs