DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DREW E. BREUDER (S.B. #198466)
dbreuder@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

SID MODY (*pro hac vice*)
smody@omm.com
O'MELVENY & MYERS LLP
2801 North Harwood Street, Suite 1600
Dallas, TX 75201
Telephone: +1 972-360-1900
Facsimile: +1 972-360-1901

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok USDS Joint Venture LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION

Case No. 2:25-ml-03144-GW-RAO

**DEFENDANTS' APPLICATION FOR ORDER AUTHORIZING PRODUCTION OF UNDER SEAL TRANSCRIPT**

Hon. Judge Rozella A. Oliver

Pursuant to Local Rule 79-7.2, Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok USDS Joint Venture LLC ("Defendants"), through their undersigned counsel of record, hereby apply for an Order permitting their counsel to obtain a transcript for the October 9, 2026 Informal Discovery Conference regarding the October 7, 2026 Joint Status Report. Plaintiffs do not oppose Defendants' request.

Dated: October 9, 2026

Respectfully submitted,

By: */s/ Matthew D. Powers*
Matthew D. Powers

MATTHEW D. POWERS
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3832
Telephone: +1 415 984-8700
Facsimile: +1 415 984-8700

DANIEL M. PETROCELLI
dpetrocelli@omm.com
DREW E. BREUDER
dbreuder@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

SID MODY (*pro hac vice*)
smody@omm.com
O'MELVENY & MYERS LLP
2801 North Harwood Street, Suite 1600
Dallas, TX 75201
Telephone: +1 972-360-1900
Facsimile: +1 972-360-1901

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok USDS Joint Venture LLC*

DECLARATION OF MATTHEW D. POWERS

I, Matthew D. Powers, declare as follows:

1. I am a member of the Bar of the State of California and am admitted to practice in the United States District Court for the Central District of California. I am a partner at the law firm of O'Melveny & Myers LLP, counsel of record for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok USDS Joint Venture LLC (collectively, "Defendants") in the above-referenced matter. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so under oath.

2. On October 9, 2026, the Court held an Informal Discovery Conference regarding the Parties' October 7, 2026 Joint Status Report. During the hearing, the Court sealed the courtroom and ordered the transcript to be sealed to maintain the confidentiality of Defendants' proprietary information.

3. Defendants are parties to this action and authorized to access the proprietary information discussed at the hearing.

4. On October 9, 2026, Plaintiffs' counsel informed me that Plaintiffs do not oppose production of the transcript to Defendants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of October, 2026 in San Francisco, California.

*/s/ Matthew D. Powers*
Matthew D. Powers

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2026, a true and correct copy of Defendants' Application for Order Authorizing Production of Under Seal Transcript was served upon the following via the CM/ECF system:

DEREK W. LOESER
dloeser@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900
(206) 623-3384 (fax)

ERIC A. KAFKA
ekafka@cohenmilstein.com
COHEN MILSTEIN SELLERS AND TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
212-838-7797
212-838-7745 (fax)

Dated: October 9, 2026

*/s/ Matthew D. Powers*
Matthew D. Powers