**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION

Case No. 2:25-ml-03144-GW-RAO

**[~~PROPOSED~~] ORDER RE DEFENDANTS' APPLICATION FOR ORDER AUTHORIZING PRODUCTION OF UNDER SEAL TRANSCRIPT**

Hon. Rozella A. Oliver

Having considered the application of Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok USDS Joint Venture LLC to order the sealed transcript of the October 9, 2026 Informal Discovery Conference regarding the October 7, 2026 Joint Status Report, this Court finds and orders as follows:

Defendants and their counsel are authorized to order transcripts for the October 9, 2026 Informal Discovery Conference regarding the October 7, 2026 Joint Status Report.

**IT IS SO ORDERED.**

DATE: 10/14/2026

Hon. Rozella A. Oliver