**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: Tiktok, Inc., Minor Privacy Litigation<br>Plaintiff(s)<br>v.<br>Defendant(s) | CASE NUMBER:<br>2:25-ml-3144-GW-RAO<br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Rozella A. Oliver . Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required

☒ Hearing Required

☐ In-Person Court Hearing

☒ Video Conference

☐ Telephonic

Magistrate Judge Rozella A. Oliver

Date/Time October 29, 2026 @ 10 a.m.

Courtroom: via Zoom

Dated: October 16, 2026

By: C. Howard for Cindy Delgado
Deputy Clerk