DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DREW E. BREUDER (S.B. #198466)
dbreuder@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Telephone: +1 310 553 6700
Facsimile: +1 310 246 6779

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center
San Francisco, CA 94111
Telephone: +1 415 984 8700
Facsimile: +1 415 984 8701

SID MODY (*pro hac vice*)
smody@omm.com
O'MELVENY & MYERS LLP
2801 North Harwood Street, Suite 1600
Dallas, TX 75201
Telephone: +1 972-360-1900
Facsimile: +1 972-360-1901

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok USDS Joint Venture LLC*

DEREK W. LOESER (*pro hac vice*)
dloeser@kellerrohrback.com
CARI CAMPEN LAUFENBERG (*pro hac vice*)
claufenberg@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

ERIC KAFKA (*pro hac vice*)
ekafka@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

*Plaintiffs' Interim Lead Counsel*

STEVEN BLOCH (*pro hac vice*)
sbloch@sgtlaw.com
SILVER GOLUB & TEITELL LLP
One Landmark Square, 15th Floor
Stamford, CT 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769

*Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION | MDL NO. 3144<br><br>2:25-ml-03144-GW-RAO<br><br>**JOINT STATEMENT REGARDING SEALING BRIEFING ON DEFENDANTS' MOTION TO EXTEND CASE DEADLINES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6(b)** |

Pursuant to the Court's order, ECF No. 257, the Parties submit this joint statement on sealing the briefing related to Defendants' Motion to Extend Case Deadlines Pursuant to Federal Rule of Civil Procedure 6(b).

## I. DEFENDANTS' MOTION TO EXTEND CASE DEADLINES

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| **Defs.' Motion to Extend Case Deadlines Pursuant to FRCP 6(b), ECF No. 444-1** | | | |
| 8:10-14 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 8:17-25 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 9:1-7 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 9:8-10:20 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 10:24-11:10 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| 11:21 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 13:23-25 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 14:2-4 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 14:14 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 14:17 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 16:15 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| **Declaration of Matthew D. Powers, ECF No. 444-2** | | | |
| 11:2-6 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 12:4-7 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 12:26 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| **Exhibit C, ECF No. 444-3** | | | |
| Entirety of document. | Exhibit is a transcript of a court-sealed hearing. | No objection | |
| **Exhibit D, ECF No. 444-4** | | | |
| Column 3 of chart on pages 2-3. | Contains sensitive employment information about high-level employees. | No objection | |
| **Exhibit F, ECF No. 444-5** | | | |
| Pg. 2, ¶ 3 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| Pg. 3, ¶ 3 | Contains sensitive / proprietary business information about scope | No objection | |

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| | and capacity of Defendants' data management systems. | | |
| **Declaration of Andrew Lyons, ECF No. 444-6** | | | |
| 1:26-2:21 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 2:23-7:18 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 7:21-11:11 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| **Declaration of William Wang, ECF No. 444-7** | | | |
| 3:6-11 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 3:14 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 3:20-24 | Contains sensitive / proprietary business information about scope | No objection | |

| **Page, Line** | **Basis for Sealing** | **Objection** | **Basis for Objection** |
|---|---|---|---|
| | and capacity of Defendants' data management systems. | | |
| 4:9-11 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 4:12-5:18 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 5:20 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 5:23-6:5 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 6:7-9 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 6:18 | Contains sensitive / proprietary business information about scope and capacity of | No objection | |

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| | Defendants' data management systems. | | |
| 6:23-24 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 7:5 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |

## II. PLAINTIFFS' RESPONSE

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| **Plaintiffs' Response, ECF No. 457** | | | |
| 10:20-22 | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 11:1-3 | Alludes to sensitive / proprietary business information about scope and capacity of Defendants' data management systems. | No objection | |
| 12:28-13:15 | Contains sensitive / proprietary business information about scope and capacity of | No objection | |

| Page, Line | Basis for Sealing | Objection | Basis for Objection |
|---|---|---|---|
| | Defendants' data management systems. | | |
| **May 27, 2026 D. Loeser Ltr, ECF 457-2** | | | |
| Entirety of document | Contains sensitive / proprietary business information about scope and capacity of Defendants' data management systems | | |
| **July 2, 2026 Hr'g Tr., ECF 457-5** | | | |
| Entirety of document | Exhibit is a transcript of a court-sealed hearing | | |
| **Sept. 29, 2026 Hr'g Tr., ECF 457-6** | | | |
| Entirety of document | Exhibit is a transcript of a court-sealed hearing | | |

DATED this 21st day of October, 2026.

By: */s/ Daniel M. Petrocelli*

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Suite 800
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

MATTHEW D. POWERS (S.B. #212682)
mpowers@omm.com
O'MELVENY & MYERS LLP

Two Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendants ByteDance Ltd., ByteDance Inc., TikTok Ltd., TikTok Inc., TikTok LLC, TikTok Pte. Ltd., and TikTok USDS Joint Venture LLC*

KELLER ROHRBACK L.L.P.

By: /s/ *Derek W. Loeser*
Derek W. Loeser (*pro hac vice*)
dloeser@kellerrohrback.com
Cari Campen Laufenberg (*pro hac vice*)
claufenberg@kellerrohrback.com
1201 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 623-1900, Fax (206) 623-3384

*Plaintiffs' Interim Lead Counsel*

COHEN MILSTEIN SELLERS AND TOLL PLLC

By: /s/ *Eric A. Kafka*
Eric A. Kafka (*pro hac vice*)
ekafka@cohenmilstein.com
Cohen Milstein Sellers and Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
212-838-7797
212-838-7745 (fax)

*Plaintiffs' Interim Lead Counsel*

SILVER GOLUB & TEITELL LLP

Steven L. Bloch (*pro hac vice*)
sbloch@sgtlaw.com
One Landmark Square, 15th Floor
Stamford, CT 06901
(203) 325-4491

*Plaintiffs' Executive Committee*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)**

I, Daniel M. Petrocelli, attest that all other signatories listed, and on whose behalf the filing is submitted, have concurred in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

Executed this 21st day of October, 2026, at Los Angeles, California.

*/s/ Daniel M. Petrocelli*
Daniel M. Petrocelli