UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:25-ml-03144-GW-RAO** Date: October 19, 2026

Title IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION

Present: The Honorable: GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Danny Torrez | Araceli Prado |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric Kafka | Drewe Breuder |
| Derek Loeser | Matthew Powers |
| Steve Bloch | Jonathan Le |
| Garrett Heilman | Hana Stodder |
| Samantha Blend - Zoom | Catalina Vergara |
| Krystyna Gancoss – Zoom | |

**Proceedings: Defendants' Motion To Extend Case Deadlines Pursuant To Federal Rule Of Civil Procedure 6(B) [443]**

Defendant's motion is heard. The Court denies defendant's motion pending the outcome of the informal discovery conference scheduled for October 29, 2026. Defendant may renew the motion following the informal discovery conference set before the Magistrate Judge.

:21

**Initials of Preparer** DT