UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE: TIKTOK, INC., MINOR PRIVACY LITIGATION | MDL NO. 3144<br><br>2:25-ml-03144-GW-RAO<br><br>**ORDER GRANTING RULE 41 STIPULATION OF DISMISSAL** |

Upon consideration of the Parties' Stipulation of Voluntary Dismissal for Certain Named Plaintiffs, and for good cause shown, it is hereby ORDERED:

- Plaintiff L.M., by and through their parent, Heather Black is dismissed without prejudice.
- All claims asserted under the laws of New Jersey are dismissed without prejudice.

IT IS SO ORDERED.

Dated: October 29, 2026

HON. GEORGE H. WU,
United States District Judge