# EXHIBIT F

Filed Under Seal Pursuant to ECF No. 478