# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Tiktok, Inc., Minor Privacy Litigation<br>Plaintiff(s)<br>v.<br>Defendant(s) | CASE NUMBER:<br>2:25-ml-03144-GW-RAO<br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Oliver .
Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☒ No Hearing Required
☐ Hearing Required
☐ In-Person Court Hearing
☐ Video Conference
☐ Telephonic

Magistrate Judge Rozella A. Oliver

Date/Time N/A

Courtroom: N/A

Letter briefing set for dispute over RFP Nos. 58 and 59 per Dkt. No. 478.

Dated: 10/29/2026

By: C. Delgado
Deputy Clerk