**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: TIKTOK, INC. MINOR PRIVACY LITIGATION. | Case No. MDL 25-3144-GW-RAOx<br>**ORDER GRANTING DEFENDANTS' RENEWED MOTION TO EXTEND CASE DEADLINES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6(B)** |

The Court, having considered the Parties' Joint Document Regarding Defendants' Motion to Extend Case Deadlines Pursuant to Federal Rule of Civil Procedure 6(b), and for good cause shown, hereby GRANTS Defendants' renewed Motion to Extend and the Parties' joint request to adopt Magistrate Judge Oliver's first recommended schedule.

The Court hereby ORDERS that the deadlines set forth in the Court's March 13, 2026, order, ECF No. 191, are modified as follows:

Plaintiffs' Motion for Class Certification: March 25, 2027

Defendants' Opposition to Plaintiffs' Motion: April 22, 2027

Plaintiffs' Reply in Support of the Motion: May 20, 2027

Hearing on Motion for Class Certification: June 14, 2027 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: November 10, 2026

HON. GEORGE H. WU,
United States District Judge